**POS-010**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: JULIAN HAMMOND | SBN: 268489<br>HAMMONDLAW, PC<br>11780 W. SAMPLE ROAD, SUITE 1103<br>CORAL SPRINGS, FL 33065<br>TELEPHONE NO.: (310) 601-6766 | FAX NO. (310) 295-2385 | E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: : PLAINTIFF AND THE PUTATIVE CLASS | FOR COURT USE ONLY |
|---|---|
| UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA<br>STREET ADDRESS: 280 SOUTH 1ST STREET<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: SAN JOSE, CA 95113<br>BRANCH NAME: SAN JOSE DIVISION | |
| PLAINTIFF/PETITIONER: MADALYN BROWN, INDIVIDUALLY, ETC.<br>DEFENDANT/RESPONDENT: ACCELLION, INC., A DELAWARE CORPORATION | CASE NUMBER:<br>5:21-1155-SVK |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.:<br>33008711 V |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. [X] Summons
   b. [X] Complaint
   c. [ ] Alternative Dispute Resolution (ADR) package
   d. [ ] Civil Case Cover Sheet
   e. [ ] Cross-complaint
   f. [X] other *(specify documents)*: CIVIL COVER SHEET
3. a. Party served *(specify name of party as shown on documents served)*:
   **ACCELLION, INC., A DELAWARE CORPORATION**

   b. [X] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:
   **STELLA MIAO - AGENT FOR SERVICE OF PROCESS**

4. Address where the party was served: **715 TULANE CT.**
   **SAN MATEO, CA 94402**

5. I served the party *(check proper box)*
   a. [X] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*: 02/23/2021    (2) at *(time)*: 01:08 pm

   b. [ ] **by substituted service.** On *(date)*:   at *(time)*:   I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3b)*:

   (1) [ ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him of her of the general nature of the papers.

   (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

   (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him of her of the general nature of the papers.

   (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on
   *(date)*:   from *(city)*:                                   or [ ] a declaration of mailing is attached.

   (5) [ ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

Form Approved for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10
POS010-1/33008711

| | |
|---|---|
| PETITIONER: MADALYN BROWN, INDIVIDUALLY, ETC. | CASE NUMBER: |
| RESPONDENT: ACCELLION, INC., A DELAWARE CORPORATION | 5:21-1155-SVK |

c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on *(date):*                                                (2) from *(city):*

    (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)

    (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** *(specify means of service and authorizing code section):*

☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

  a. ☐ as an individual defendant.
  b. ☐ as the person sued under the fictitious name of *(specify):*
  c. ☐ as occupant.
  d. ☒ On behalf of *(specify):* **ACCELLION, INC., A DELAWARE CORPORATION**
     under the following Code of Civil Procedure section:

      ☒ 416.10 (corporation)                        ☐ 415.95 (business organization, form unknown)
      ☐ 416.20 (defunct corporation)             ☐ 416.60 (minor)
      ☐ 416.30 (joint stock company/association)   ☐ 416.70 (ward or conservatee)
      ☐ 416.40 (association or partnership)        ☐ 416.90 (authorized person)
      ☐ 416.50 (public entity)                       ☐ 415.46 (occupant)
                                                            ☐ other:

7. **Person who served papers**
  a. Name: **GABRIELA ARAUJO C/O ASAP Legal, LLC**
  b. Address: **255 N Market St Suite 180 San Jose, CA 95110**
  c. Telephone number: **(408) 564-7360**
  d. The fee for service was: **$ 131.00**
  e. I am:

    (1) ☐ not a registered California process server.
    (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
    (3) ☒ registered California process server:
        (i) ☐ owner     ☐ employee     ☒ independent contractor.
        (ii) Registration No.: **2019-0001436**
        (iii) County: **SAN FRANCISCO**

8. ☒ I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   or
9. ☐ I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: **02/25/2021**

ASAP Legal, LLC
255 N Market St Suite 180
San Jose, CA 95110
(408) 564-7360
www.ASAPLegal.com

**GABRIELA ARAUJO**                       ▶ *(signature)*
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)