LATHAM & WATKINS LLP
Michael H. Rubin (CA Bar No. 214636)
  michael.rubin@lw.com
Melanie M. Blunschi (CA Bar No. 234264)
  melanie.blunschi@lw.com
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: +1.415.391.0600
Facsimile: +1.415.395.8095

Serrin A. Turner (*pro hac vice* forthcoming)
  serrin.turner@lw.com
885 Third Avenue
New York, NY 10022-4834
Telephone: +1.212.906.1200
Facsimile: +1.212.751.4864

Attorneys for Defendant *Accellion, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MADALYN BROWN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ACCELLION, INC.,<br><br>Defendant. | Case No.: 5:21-cv-01155-EJD<br><br>**NOTICE OF APPEARANCE OF MICHAEL H. RUBIN**<br><br>Hon: Edward J. Davila |

1  TO THE CLERK OF THE COURT AND EACH PARTY IN INTEREST:

2  PLEASE TAKE NOTICE that Michael H. Rubin of LATHAM & WATKINS LLP

3  hereby enters his appearance in the above-captioned matter as counsel for Defendant Accellion,

4  Inc. ("Accellion"). He respectfully requests that all pleadings, notices, orders, correspondence

5  and other papers in connection with this action be served upon him at the following address:

>Michael H. Rubin
>LATHAM & WATKINS LLP
>505 Montgomery Street, Suite 2000
>San Francisco, California  94111-6538
>Telephone:  (415) 391-0600
>Facsimile:  (415) 395-8095
>Email: michael.rubin@lw.com

12  DATED:  March 4, 2021                    LATHAM & WATKINS LLP

>/s/ Michael H. Rubin
>Michael H. Rubin  (CA Bar No. 214636)
>*michael.rubin@lw.com*
>505 Montgomery Street, Suite 2000
>San Francisco, California 94111-6538
>Telephone:  +1.415.391.0600
>Facsimile:  +1.415.395.8095
>
>Attorney for Defendant *Accellion, Inc.*