Julian Hammond (SBN 268489)
jhammond@hammondlawpc.com
Polina Brandler (SBN 269086)
pbrandler@hammondlawpc.com
Ari Cherniak (SBN 290071)
acherniak@hammondlawpc.com
HAMMONDLAW, PC
11780 W. Sample Road, Suite 1103
Coral Springs, FL 33065
Tel:  (310) 601-6766
Fax:  (310) 295-2385

*Attorneys for Plaintiff and the Putative Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MADALYN BROWN, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br>vs.<br><br>ACCELLION, INC., a Delaware Corporation,<br><br>    Defendant. | Case No.: 5:21-cv-01155-EJD<br><br>**NOTICE OF WITHDRAWAL OF STEVEN D. RESNICK AS COUNSEL FOR PLAINTIFF** |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD: PLEASE TAKE NOTICE that Steven D. Resnick hereby withdraw as counsel in this action and requests that the Clerk remove him from the case docket. HammondLaw, P.C., will continue to serve as counsel of record for Plaintiff and the putative class in this action.

Dated:  March 10, 2021

Respectfully submitted,                     s/ Steven D. Resnick
                                            Steven D. Resnick