| | |
|---|---|
| 1 | LATHAM & WATKINS LLP |
| | Michael H. Rubin (CA Bar No. 214636) |
| 2 |    *michael.rubin@lw.com* |
| | Melanie M. Blunschi (CA Bar No. 234264) |
| 3 |    *melanie.blunschi@lw.com* |
| | 505 Montgomery Street, Suite 2000 |
| 4 | San Francisco, California 94111-6538 |
| | Telephone: +1.415.391.0600 |
| 5 | Facsimile: +1.415.395.8095 |
| 6 | Serrin A. Turner (*pro hac vice*) |
| |    *serrin.turner@lw.com* |
| 7 | 885 Third Avenue |
| | New York, NY 10022-4834 |
| 8 | Telephone: +1.212.906.1200 |
| | Facsimile: +1.212.751.4864 |

Attorneys for Defendant *Accellion, Inc.*

[Additional Counsel on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MADALYN BROWN, COLE MCDOWELL, CHRISTY BROCKINGTON and DEREK DAWES, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> ACCELLION, INC., <br><br> Defendant. | Case No.: 5:21-cv-01155-EJD <br><br> **STIPULATION TO EXTEND TIME TO RESPOND TO THE COMPLAINT** <br><br> Hon: Edward J. Davila |

Plaintiffs Madalyn Brown, Cole McDowell, Christy Brockington and Derek Dawes ("Plaintiffs") and Defendant Accellion, Inc. ("Accellion"), through their respective attorneys of record herein and without prejudice to, or waiver of, any rights, arguments, or defenses otherwise available to the parties to this action, enter into this Stipulation pursuant to Local Rule 6-1, with reference to the following circumstances:

1. On February 17, 2021, Plaintiff Madalyn Brown filed her class action complaint (Dkt. 1);

2 On February 23, 2021, defendant Accellion, was served with the Summons and complaint, which provides that Accellion must file an answer or a motion under Rule 12 no later than March 15, 2021 (Dkt. 13);

3. On March 10, 2021, Plaintiffs Madalyn Brown, Cole McDowell, Christy Brockington and Derek Dawes filed their Amended Class Action Complaint, which provides that Accellion must file an answer or a motion under Rule 12 no later than March 24, 2021 (Dkt. 27);

3. Counsel for Accellion and Counsel for Plaintiffs have conferred and agree to extend Accellion's time to respond to the Amended Complaint to April 24, 2021

Accordingly, IT IS HEREBY STIPULATED AND AGREED, pursuant to Local Rule 6-1(a), that Defendant will have until April 24, 2021, to respond to the Complaint.

DATED: March 19, 2021        LATHAM & WATKINS LLP

　　　　　　　　　　　　　　　　 /s/ Melanie M. Blunschi
　　　　　　　　　　　　　　　 Michael H. Rubin (CA Bar No. 214636)
　　　　　　　　　　　　　　　 Melanie M. Blunschi (CA Bar No. 234264)
　　　　　　　　　　　　　　　　 melanie.blunschi@lw.com
　　　　　　　　　　　　　　　 505 Montgomery Street, Suite 2000
　　　　　　　　　　　　　　　 San Francisco, California 94111-6538
　　　　　　　　　　　　　　　 Telephone: +1.415.391.0600
　　　　　　　　　　　　　　　 Facsimile: +1.415.395.8095

　　　　　　　　　　　　　　　 Serrin A. Turner (*pro hac vice*)
　　　　　　　　　　　　　　　 serrin.turner@lw.com
　　　　　　　　　　　　　　　 885 Third Avenue
　　　　　　　　　　　　　　　 New York, NY 10022-4834
　　　　　　　　　　　　　　　 Telephone: +1.212.906.1200

　　　　　　　　　　　　　　　 Attorney for Defendant *Accellion, Inc.*

| | | |
|---|---|---|
| 1 | DATED: March 19, 2021 | HAMMOND LAW, PC |

*/s/ Ari Cherniak*
Julian Hammond (SBN 268489)
*jhammond@hammondlawpc.com*
Polina Brandler (SBN 269086)
*pbrandler@hammondlawpc.com*
Ari Cherniak (SBN 290071)
*acherniak@hammondlawpc.com*
11780 W. Sample Road, Suite 1103
Coral Springs, FL 33065
Tel: (310) 601-6766
Fax: (310) 295-2385

**SIGNATURE ATTESTATION**

I am the ECF User whose identification and password are being used to file the foregoing Stipulation to Extend Time to Respond to the Complaint.  Pursuant to L.R 5-1(i)(3) regarding signatures, I, Melanie M. Blunschi, attest that concurrence in the filing of this document has been obtained.

DATED:  March 19, 2021

/s/ *Melanie M. Blunschi*
Melanie M. Blunschi