KRYSTA KAUBLE PACHMAN (280951)
kpachman@susmangodfrey.com
STEVEN G. SKLAVER (237612)
ssklaver@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, California  90067-6029
[Tel.] (310) 789-3100
[Fax] (310) 789-3150

JULIAN HAMMOND (SBN 268489)
jhammond@hammondlawpc.com
POLINA BRANDLER (SBN 269086)
pbrandler@hammondlawpc.com
ARI CHERNIAK (SBN 290071)
acherniak@hammondlawpc.com
HAMMONDLAW, PC
11780 W. Sample Road, Suite 1103
Coral Springs, FL 33065
[Tel.] (310) 601-6766
[Fax] (310) 295-2385

*Attorneys for Plaintiffs and the Putative Classes*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MADALYN BROWN, COLE MCDOWELL, CHRISTY BROCKINGTON, and DEREK DAWES, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ACCELLION, INC., a Delaware Corporation,<br><br>Defendant. | Case No:  5:21-cv-01155-EJD<br><br>Hon. Edward J. Davila<br><br>**NOTICE OF APPEARANCE OF STEVEN G. SKLAVER** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that attorney Steven G. Sklaver of Susman Godfrey L.L.P., 1900 Avenue of the Stars, Suite 1400, Los Angeles, CA 90067, a member of the State Bar of California and admitted to practice before this Court, hereby enters an appearance as counsel on behalf of plaintiffs Madalyn Brown, Cole McDowell, Christy Brockington, and Derek Dawes. Mr. Sklaver respectfully requests that all pleadings, notices, orders, correspondence and other papers in connection with this action be served upon him at the following address:

> Steven G. Sklaver
> SUSMAN GODFREY L.L.P.
> 1900 Avenue of the Stars, Suite 1400
> Los Angeles, California  90067-6029
> ssklaver@susmangodfrey.com
> [Tel.] (310) 789-3100
> [Fax] (310) 789-3150

Dated:  March 25, 2021

KRYSTA KAUBLE PACHMAN
STEVEN G. SKLAVER
SUSMAN GODFREY L.L.P.

By:  */s/ Steven G. Sklaver*
　　　Steven G. Sklaver

Attorneys for Plaintiffs Madalyn Brown, Cole McDowell, Christy Brockington, and Derek Dawes