Michael F. Ram (SBN 104805)
**MORGAN & MORGAN**
**COMPLEX LITIGATION GROUP**
711 Van Ness Avenue, Suite 500
San Francisco, CA 94102
Telephone: (415) 358-6913
Facsimile: (415) 358-6923
mram@forthepeople.com

M. Anderson Berry (SBN 262879)
Leslie Guillon (SBN 222400)
**CLAYEO C. ARNOLD,**
**A PROFESSIONAL LAW CORP.**
865 Howe Avenue
Sacramento, CA 95825
Telephone: (916)777-7777
Facsimile: (916) 924-1829
aberry@justice4you.com
lguillon@justice4you.com

John A. Yanchunis
(*Admitted Pro Hac Vice*)
Ryan D. Maxey
(*Admitted Pro Hac Vice*)
**MORGAN & MORGAN**
**COMPLEX LITIGATION GROUP**
201 N. Franklin St., 7th Floor
Tampa, FL 33602
Telephone: (813) 223-5505
Facsimile: (813) 223-5402
jyanchunis@ForThePeople.com
rmaxey@ForThePeople.com

*Attorneys for Plaintiff Susan Zebelman*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| MADALYN BROWN, COLE MCDOWELL, CHRISTY BROCKINGTON, and DEREK DAWES, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>vs.<br><br>ACCELLION, INC., a Delaware Corporation,<br><br>Defendant. | Case No: 5:21-cv-01155-EJD<br><br>Hon. Edward J. Davila<br><br>**OPPOSITION TO MOTION TO CONSOLIDATE CASES AND SET SCHEDULING DEADLINES**<br><br>DATE: July 15, 2021<br>TIME: 9:00 a.m.<br>PLACE: Ctrm 4, 5th Floor<br><br>Case Filed: February 17, 2021 |

| | |
|---|---|
| SUSAN ZEBELMAN, on behalf of herself and<br>all others similarly situated,<br><br>                              Plaintiff,<br>vs.<br><br>ACCELLION, INC., a Delaware limited liability company,<br>                              Defendant | Case No. 5:21-cv-01203-EJD<br><br>Case Filed February 18, 2021 |
| HEATHER RODRIGUEZ, on behalf of herself<br>and all others similarly situated,<br><br>                              Plaintiff,<br>vs.<br><br>ACCELLION, INC.,<br><br>                              Defendant. | Case No. 5:21-cv-01272-EJD<br><br>Case Filed February 22, 2021 |
| JARAMEY STOBBE, individually and on behalf of all others similarly situated,<br><br>                              Plaintiff,<br>vs.<br><br>ACCELLION, INC.,<br><br>                              Defendant. | Case No. 5:21-cv-01353-EJD<br><br>Case Filed February 24, 2021 |
| CHRISTINA PRICE, individually and on behalf of herself and all other persons similarly situated,<br><br>                              Plaintiff,<br>vs.<br><br>ACCELLION, INC.,<br><br>                              Defendant. | Case No. 5:21-cv-01430-EJD<br><br>Case Filed February 26, 2021 |

2
OPPOSITION TO MOTION TO CONSOLIDATE CASES AND SET SCHEDULING DEADLINES

| | |
|---|---|
| EUGENE BOLTON, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ACCELLION, INC.,<br><br>Defendant. | Case No. 5:21-cv-01645-EJD<br><br>Case Filed March 8, 2021 |
| VALERIE WHITTAKER, on behalf of herself<br>and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ACCELLION, INC.,<br><br>Defendant. | Case No. 5:21-cv-01708-EJD<br><br>Case Filed March 11, 2021 |
| RICKY COCHRAN and ALAN BERREBI, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>THE KROGER CO. and ACCELLION, INC.,<br><br>Defendants. | Case No. 5:21-cv-01887-EJD<br><br>Case Filed March 17, 2021 |
| GRACE BEYER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>FLAGSTAR BANCORP, INC. d/b/a FLAGSTAR BANK and ACCELLION, INC.,<br><br>Defendants. | Case No. 5:21-cv-02239-SVK<br><br>Case Filed March 30, 2021 |

Plaintiff Susan Zebelman (*Zebelman v. Accellion, Inc.*, No. 5:21-cv-01203-EJD), pursuant to Civil L.R. 7-3(a), responds in opposition to Plaintiff Grace Beyer's ("Movant") Motion to Consolidate Cases and Set Scheduling Deadlines (the "Motion to Consolidate"). Although consolidation is appropriate as to cases naming Accellion as the sole defendant, any ruling on the Motion to Consolidate should be deferred, and responses thereto tolled, as to cases naming additional co-defendants while the Judicial Panel on Multidistrict Litigation ("JPML") considers Movant's Motion to Transfer and Consolidate (the "JPML Motion").

The nine (9) cases filed in this District that are the subject of the Motion (the "Actions") arise from the exposure of the personally identifiable information ("PII") and protected health information ("PHI") of millions of individuals throughout the United States (the "Data Breach"). These individuals, including, but not limited to, banking customers, pharmacy customers, employees in various industries, unemployment compensation applicants, medical facility patients, and university students (collectively, the "Affected Individuals"), entrusted their PII and PHI to a wide variety of entities, including, but not limited to, a bank based in Michigan, a grocery store chain and its pharmacies, a government agency, a global group of energy and petrochemical companies, a national law firm, various medical facilities, and various universities (collectively, the "Primary Data Custodians"). ***Up to 100*** Primary Data Custodians, including The Kroger Co. ("Kroger") and Flagstar Bank, FSB ("Flagstar"), stored and/or shared data on the legacy file sharing platform of Accellion, Inc. ("Accellion"), where the PII and PHI were exposed to unauthorized persons.[1]

The first seven (7) Actions filed in this District named Accellion as the sole defendant. On March 17, 2021, Movant's counsel filed the eighth Action, naming Kroger as a co-defendant, notwithstanding that two (2) class action cases arising from the Data Breach had already been

---

[1] U.S. Dep't of Health and Human Servs., Health Sector Cybersecurity Coordination Center (HC3) Analyst Note (Feb. 23, 2021), available at https://www.hhs.gov/sites/default/files/accellion-analyst-note.pdf (last visited Apr. 20, 2021).

4
OPPOSITION TO MOTION TO CONSOLIDATE CASES AND SET SCHEDULING DEADLINES

brought against Kroger in the Southern District of Ohio, where it is headquartered.[2]  Similarly, on March 30, 2021, Movant's counsel filed the ninth Action, naming Flagstar as a co-defendant,[3] notwithstanding that two (2) class action cases arising from the Data Breach had already been brought against Flagstar in the Eastern District of Michigan, where it is headquartered.[4]  Since Movant's counsel filed these Actions, four (4) additional class action cases have been brought in the Southern District of Ohio against Kroger[5] and one (1) additional class action case has been brought in the Eastern District of Michigan against Flagstar.[6]  Finally, after the Motion was filed, an eighth case naming Accellion as the sole defendant was filed in this District[7] and a second case naming Accellion and Flagstar as co-defendants was filed in this District.[8]

On March 31, 2021, one week before filing the Motion to Consolidate with this Court, Movant filed the JPML Motion asking the JPML to transfer and consolidate in this Court cases pending against Kroger in the Southern District of Ohio and cases pending against Flagstar in the Eastern District of Michigan.  Resolution of the JPML motion will substantially determine whether the preponderance of cases pending or brought against Kroger, Flagstar, or other Primary Data Custodians will proceed in this District or, instead, in the Districts where their respective headquarters are located.

---

[2] *Jones v. The Kroger Co.*, 1:21-cv-00146-TSB (Mar. 3, 2021) and *Govaert, et al. v. The Kroger Co.*, No. 1:21-cv-00174-TSB (Mar. 11, 2021).

[3] It is unclear why Movant's counsel has brought two cases against Accellion in this District, one naming Kroger as a co-defendant and the other naming Flagstar as a co-defendant.

[4] *Angus, et al. v. Flagstar Bank, FSB*, No. 2:21-cv-10657-AJT-DRG (Mar. 25, 2021) and *Garcia v. Flagstar Bank, F.S.B.*, No. 2:21-cv-1071-AJT-DRG (Mar. 26, 2021).

[5] *Doty, et al. v. The Kroger Co.*, No. 1:21-cv-00198-TSB (Mar. 23, 2021), *Strohm v. The Kroger Co.*, No. 1:21-cv-00226-TSB (Apr. 1, 2021), *Abrams, et al. v. The Kroger Co.*, No. 1:21-cv-00240-TSB (Apr. 8, 2021), and *Buck v. The Kroger Co.*, No. 1:21-cv-00279-MWM (Apr. 19. 2021).

[6] *Burdick v. Flagstar Bank, F.S.B.*, No. 2:21-cv-10786-AJT-DRG (Apr. 7, 2021).

[7] *Sharp v. Accellion*, No. 5:21-cv-02525-VKD (Apr. 7, 2021).

[8] *Pollard v. Accellion, Inc., et al.*, 5:21-cv-02572-VKD (Apr. 8, 2021).

Accordingly, Plaintiff Susan Zebelman respectfully requests that this Court enter an order consolidating the Actions naming Accellion as the sole defendant and, pending resolution of the JPML Motion, deferring ruling on the Motion to Consolidate, and tolling the deadline for responses thereto, as to Actions not naming Accellion as the sole defendant, or alternatively, defer the Motion to Consolidate until after the JPML determines the motion pending before it.

Dated: April 21, 2021                              Respectfully,

                                             */S/ John A. Yanchunis*
                                             John A. Yanchunis
                                             *(Admitted Pro Hac Vice)*
                                             Ryan D. Maxey
                                             *(Admitted Pro Hac Vice)*
                                             **MORGAN & MORGAN**
                                             **COMPLEX LITIGATION GROUP**
                                             201 N. Franklin St., 7th Floor
                                             Tampa, FL 33602
                                             Telephone: (813) 223-5505
                                             Facsimile: (813) 223-5402
                                             jyanchunis@ForThePeople.com
                                             rmaxey@ForThePeople.com

                                             Michael F. Ram (SBN 104805)
                                             **MORGAN & MORGAN**
                                             **COMPLEX LITIGATION GROUP**
                                             711 Van Ness Avenue, Suite 500
                                             San Francisco, CA 94102
                                             Telephone: (415) 358-6913
                                             Facsimile: (415) 358-6923
                                             mram@forthepeople.com

                                             M. Anderson Berry (SBN 262879)
                                             Leslie Guillon (SBN 222400)
                                             **CLAYEO C. ARNOLD,**
                                             **A PROFESSIONAL LAW CORP.**
                                             865 Howe Avenue
                                             Sacramento, CA 95825
                                             Telephone: (916)777-7777
                                             aberry@justice4you.com
                                             lguillon@justice4you.com

                                             *Attorneys for Plaintiff Susan Zebelman*