# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| MADALYN BROWN, COLE MCDOWELL, CHRISTY BROCKINGTON AND DEREK DAWS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ACCELLION, INC., a Delaware Corporation,<br><br>Defendant. | Case No. 5:21-cv-01155-EJD<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF GRACE BEYER'S ADMINISTRATIVE MOTION TO RELATE CASES**<br><br>JUDGE: Hon. Edward J. Davila<br>CTRM:  4, 5th Floor<br><br>Filed February 17, 2021 |

The Court, having considered Plaintiff Grace Beyer's motion to relate *Beyer v. Flagstar Bancorp, Inc., et al.,* No. 5:21-cv-02239-BLF, *Sharp v. Accellion, Inc.,* No. 5:21-cv-02525-VKD, and *Pollard v. Accellion, Inc., et al.,* No. 5:21-cv-02572-VKD, to *Brown v. Accellion., Inc.,* No. 5:21-cv-01155-EJD, and the already related cases *Zebelman v. Accellion., Inc*., No. 5:21-cv-01203, *Rodriguez v. Accellion, Inc.*, No. 5:21-cv-01272-EJD, *Stobbe v. Accellion, Inc*., No 5:21-cv-01353-EJD, *Bolton v. Accellion, Inc*., No. 21-cv-01645-EJD, *Price v. Accellion, Inc.,* No. 5:21-cv-01430-WHO, *Whittaker v. Accellion., Inc.*, No. 5:21-cv-01708-NMC, and *Cochran et al. v. The Kroger Co. and Accellion, Inc*., No. 5:21-cv-01887 and good cause appearing, HEREBY GRANTS the motion.

These Actions concern substantially the same parties, property, transactions or events, and it appears likely that there will be an unduly burdensome duplication of labor or expense or conflicting results if the cases are conducted before different judges.  *Beyer v. Flagstar Bancorp, Inc., et al.,* No. 5:21-cv-02239-BLF, *Sharp v. Accellion, Inc.,* No. 5:21-cv-02525-VKD, and *Pollard v. Accellion, Inc., et al.,* No. 5:21-cv-02572-VKD, shall be reassigned to the undersigned judge pursuant to local Rule 3-12(f).

**IT IS SO ORDERED**

Dated: _____April 21_____, 2021

Hon. Edward J. Davila
United States District Judge