UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMIRESSE DESJARDINS,<br><br>    Plaintiff,<br><br>v.<br><br>ACCELLION, INC.,<br><br>    Defendant. | Case No. 21-cv-04743-SVK<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

In accordance with Civil Local Rule 3-12(c), it is hereby ORDERED that the above captioned case is referred to the Honorable Edward J. Davila to determine whether it is related to *Brown v. Accellion, Inc.*, 21-cv-01155-EJD.

**SO ORDERED.**

Dated: June 22, 2021

SUSAN VAN KEULEN
United States Magistrate Judge