AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Northern District of California

| | | |
|---|---|---|
| MADALYN BROWN | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    5:21-cv-01155-EJD |
| ACCELLION, INC. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Movant J. Doe                                                                                                  .

Date:      06/28/2021                                                      /s/ Laurence D. King
                                                                                          *Attorney's signature*

                                                                              Laurence D. King (SBN 206423)
                                                                                     *Printed name and bar number*

                                                                              KAPLAN FOX & KILSHEIMER LLP
                                                                              1999 Harrison Street, Suite 1560
                                                                              Oakland, CA  94612

                                                                                              *Address*

                                                                              lking@kaplanfox.com
                                                                                          *E-mail address*

                                                                              (415) 772-4700
                                                                                     *Telephone number*

                                                                              (415) 772-4707
                                                                                        *FAX number*