LATHAM & WATKINS LLP
Michael H. Rubin  (SBN 214636)
   *michael.rubin@lw.com*
Melanie M. Blunschi (SBN 234264)
   *melanie.blunschi@lw.com*
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone:  (415) 391-0600

*Attorneys for Defendant Accellion, Inc.*

[Additional Counsel on Signature Page]

## UNITED STATES DISTRICT COURT FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| IN RE ACCELLION, INC. DATA BREACH LITIGATION<br><br>This Documents Relates to:<br><br>*Fehlen, et al. v. Accellion, Inc.*<br>Case No 5:21- cv-01353-EJD | Case No. 5:21-cv-01155-EJD<br><br>**STIPULATION AND [PROPOSED] ORDER TO SET BRIEFING SCHEDULE ON PROPOSED INTERVENORS' MOTION TO INTERVENE**<br><br>Judge:    The Hon. Edward J. Davila |

Pursuant to Civil Rule 6-2, Proposed Intervenors Jackie Stone, Nerys Jones, Davina Kim, and Jean DeFond ("Proposed Intervenors"), Plaintiffs Douglas Fehlen, Tony Blake, David Artuso, Teresa Bazan, Lorriel Chhay, Samantha Griffith, Allen Chao, and Augusta McCain ("*Fehlen* Plaintiffs"), and Defendant Accellion, Inc. ("Accellion") hereby stipulate as follows:

WHEREAS, the *Fehlen* Plaintiffs filed a Motion for Preliminary Approval of Class Action Settlement in Case No. 5:21-cv-01353-EJD on January 12, 2022 (*Fehlen* Dkt. 44);

WHEREAS, on March 14, 2022, the Court consolidated *Fehlen* with other pending cases before this Court (Dkt. 83), and the Court vacated all pending schedules, deadlines, and dates in the consolidated cases, including the scheduled hearing for the *Fehlen* motion for preliminary approval;

WHEREAS, the Court ordered that the parties submit proposed briefing schedules for a motion to appoint interim co-lead counsel pursuant to Rule 23(g) no later than March 24, 2022 (Dkt. 83);

WHEREAS, on March 24, 2022, two proposed briefing schedules were submitted by plaintiffs' counsel in the consolidated cases before this Court (Dkt. Nos. 92 and 93);

WHEREAS, Proposed Intervenors filed a Motion to Intervene and in Opposition to Preliminary Approval of Class Action Settlement on May 5, 2022 (Dkt. 94);

WHEREAS, the Proposed Intervenors, *Fehlen* Plaintiffs, and Accellion have agreed that the *Fehlen* Plaintiffs and Accellion should have until June 9, 2022, to file their responses to Proposed Intervenors' Motion to Intervene and in Opposition to Preliminary Approval of Class Action Settlement, and Proposed Intervenors should have until June 23, 2022 to file their reply;

WHEREAS, this Court has not previously modified the case schedule regarding the Motion to Intervene, *see* Civil L.R. 6-2(a)(2); and

WHEREAS, the requested modification to the briefing schedule on the Motion to Intervene would have no impact on any other dates in the case schedule, *see* Civil L.R. 6-2(a)(3).

NOW THEREFORE, the Parties hereby stipulate and agree, through their respective counsel, subject to the Court's approval, as follows:

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

STIP. AND [PROPOSED] ORDER RE BRIEFING SCHEDULE
ON PROPOSED INTERVENORS' MOTION TO INTERVENE
CASE NO. 5:21-cv-01155-EJD

1. The *Fehlen* Plaintiffs and Accellion shall file any response(s) to Proposed Intervenors' Motion to Intervene and in Opposition to Preliminary Approval of Class Action Settlement by June 9, 2022; and

2. Proposed Intervenors' Reply shall be filed by June 23, 2022.

May 17, 2022

By: /s/ *Melanie M. Blunschi*
MICHAEL H. RUBIN (SBN 214636)
michael.rubin@lw.com
MELANIE M. BLUNSCHI (SBN 234264)
melanie.blunschi@lw.com
**LATHAM & WATKINS LLP**
550 Montgomery Street, Suite 2000
San Francisco, California 94111
Telephone: 415.391.0600
Facsimile: 415-395.8095

SERRIN A. TURNER (*admitted pro hac vice*)
serrin.turner@lw.com
1271 Avenue of the Americas
New York, NY 10020
Telephone: +1.212.906.1200
Facsimile: +1.212.751.4864

*Attorneys for Defendant Accellion, Inc.*

May 17, 2022

By: /s/ *Tina Wolfson*
TINA WOLFSON (SBN 174806)
twolfson@ahdootwolfson.com
ROBERT AHDOOT (SBN 172098)
rahdoot@ahdootwolfson.com
**AHDOOT & WOLFSON, PC**
2600 W. Olive Avenue, Suite 500
Burbank, CA 91505-4521
Telephone: 310.474.9111
Facsimile: 310.474.8585

ANDREW W. FERICH (*admitted pro hac vice*)
aferich@ahdootwolfson.com
**AHDOOT & WOLFSON, PC**
201 King of Prussia Road, Suite 650
Radnor, PA 19087

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

STIP. AND [PROPOSED] ORDER RE BRIEFING SCHEDULE
ON PROPOSED INTERVENORS' MOTION TO INTERVENE
CASE NO. 5:21-cv-01155-EJD

Telephone: 310.474.9111
Facsimile: 310.474.8585

BEN BARNOW (*admitted pro hac vice*)

ANTHONY L. PARKHILL (*admitted pro hac vice*)
aparkhill@barnowlaw.com
**BARNOW AND ASSOCIATES, P.C.**
205 West Randolph Street, Suite 1630
Chicago, IL 60606
Telephone: 312-621-2000
Facsimile: 312-641-5504

*Attorneys for Plaintiffs in* Fehlen et al. v. Accellion*, Case No. 5:21-cv-01353-EJD*

| May 16, 2022 | By: /s/ *David M. Berger* |

Eric H. Gibbs (SBN 178658)
David M. Berger (SBN 277526)
Jeffrey B. Kosbie (SBN 305424)
**GIBBS LAW GROUP LLP**
1111 Broadway, Suite 2100
Oakland, California 94607
(510) 350-9700 (tel.)
(510) 350-9701 (fax)
ehg@classlawgroup.com
dmb@classlawgroup.com
jbk@classlawgroup.com

Kim D. Stephens (*pro hac vice forthcoming*)
Jason T. Dennett (*pro hac vice forthcoming*)
Cecily C. Jordan (*pro hac vice forthcoming*)
Kaleigh N. Boyd (*pro hac vice forthcoming*)
**TOUSLEY BRAIN STEPHENS PLLC**
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
(206) 682-5600 (tel.)
(206) 685-2992 (fax)
kstephens@tousley.com
jdennett@tousley.com
cjordan@tousley.com
kboyd@tousley.com

*Counsel for Proposed Intervenors*

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

STIP. AND [PROPOSED] ORDER RE BRIEFING SCHEDULE
ON PROPOSED INTERVENORS' MOTION TO INTERVENE
CASE NO. 5:21-cv-01155-EJD

**[PROPOSED] ORDER**

Having considered the Parties' Stipulation And Proposed Order To Set Briefing Schedule On Proposed Intervenors' Motion To Intervene, the Court hereby orders that:

1. The *Fehlen* Plaintiffs and Accellion shall file any response(s) to Proposed Intervenors' Motion to Intervene and in Opposition to Preliminary Approval of Class Action Settlement by June 9, 2022; and

2. Proposed Intervenors' Reply shall be filed by June 23, 2022.

Dated: May 18, 2022    By: _____
The Honorable Edward J. Davila
U.S. DISTRICT COURT JUDGE

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4

STIP. AND [PROPOSED] ORDER RE BRIEFING SCHEDULE
ON PROPOSED INTERVENORS' MOTION TO INTERVENE
CASE NO. 5:21-cv-01155-EJD

**SIGNATURE ATTESTATION**

I am the ECF User whose identification and password are being used to file the foregoing Stipulation and [Proposed] Order to Set Briefing Schedule on Proposed Intervenors' Motion To Intervene. Pursuant to L.R 5-1(h)(3) regarding signatures, I, Melanie M. Blunschi, attest that concurrence in the filing of this document has been obtained.

DATED: May, 17, 2022                              */s/ Melanie M. Blunschi*
                                                              Melanie M. Blunschi (SBN 234264)

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

5

STIP. AND [PROPOSED] ORDER RE BRIEFING SCHEDULE
ON PROPOSED INTERVENORS' MOTION TO INTERVENE
CASE NO. 5:21-cv-01155-EJD