MICHAEL F. RAM (SBN 104805)
MARIE N. APPEL (SBN 187483)
**MORGAN & MORGAN**
**COMPLEX LITIGATION GROUP**
711 Van Ness Avenue, Suite 500
San Francisco, CA 94102
Telephone: (415) 358-6913
Facsimile: (415) 358-6923
mram@forthepeople.com
mappel@forthepeople.com

*Counsel for Plaintiff Susan Zebelman*

[Additional Counsel Appear on Signature Page]

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE ACCELLION, INC. DATA BREACH LITIGATION, | Case No. 5:21-cv-01155-EJD<br><br>**PLAINTIFF SUSAN ZEBELMAN'S RESPONSE IN OPPOSITION TO MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>CTROOM:  4, 5th Floor<br>JUDGE:      Hon. Edward J. Davila |

1    Plaintiff Susan Zebelman in *Zebelman v. Accellion, Inc.*, No. 5:21-cv-01203-EJD, pursuant
2    to Civil L.R. 7-3(a), responds in opposition to the Motion for Preliminary Approval of Class Action
3    Settlement, ECF No. 99, filed June 13, 2022 (the "Second MPA"). The Second MPA is virtually
4    identical to a motion for preliminary approval filed on January 12, 2022 in *Stobbe v. Accellion,*
5    *Inc.*, No. 5:21-cv-01353-EJD, ECF No. 44 (the "First MPA").

6    The First MPA was initially scheduled for hearing on June 9, 2022. On March 14, 2022,
7    the Court consolidated *Stobbe* and several other cases into this case. ECF. No. 83. Pursuant to the
8    consolidation Order, *id.* at 7, the Clerk vacated all pending hearings in the consolidated cases,
9    including the June 9, 2022 hearing on the First MPA. ECF. No. 91.

10   Notably, the consolidation Order also ordered the parties to "meet and confer to discuss
11   and submit a proposed briefing schedule for the motion for appointment of interim co-lead class
12   counsel pursuant to Rule 23(g)." ECF No. 83 at 9. Two competing proposals were filed on March
13   24, 2022. ECF Nos. 92 and 93. The Court has not yet entered an order setting the briefing schedule
14   for the appointment of interim co-lead class counsel.

15   Rather than wait for the Court to enter such order and eventually appoint interim co-lead
16   class counsel, counsel who filed the First MPA have simply re-filed it and scheduled it for a hearing
17   on December 8, 2022. Given that the Clerk vacated the previous hearing per the consolidated
18   Order, and the Court clearly contemplated appointing interim co-lead counsel before hearing the
19   First MPA, it is unclear why counsel who filed the Second MPA have taken it upon themselves to,
20   without explanation, refile their motion and schedule it for hearing.

21   Plaintiff Zebelman respectfully submits that the Court should deny the motion without
22   prejudice and/or vacate the December 8, 2022 hearing pending the Court's appointment of interim
23   co-lead counsel.

24
25
26   DATED: June 27, 2022          By:    */s John A. Yanchunis*
27                                        Michael F. Ram
28                                        MICHAEL F. RAM (SBN 104805)

RESPONSE IN OPPOSITION TO MOTION FOR
PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT
Case No. 5:21-CV-01155-EJD

| | |
|---|---|
| 1 | MARIE N. APPEL (SBN 187483) |
| 2 | **MORGAN & MORGAN COMPLEX LITIGATION GROUP** |
| 3 | 711 Van Ness Avenue, Suite 500 |
|   | San Francisco, CA 94102 |
| 4 | Telephone: (415) 358-6913 |
|   | Facsimile: (415) 358-6923 |
| 5 | mram@forthepeople.com |
| 6 | mappel@forthepeople.com |
| 7 | John A. Yanchunis* |
|   | Ryan D. Maxey* |
| 8 | **MORGAN & MORGAN COMPLEX LITIGATION GROUP** |
| 9 | 201 N. Franklin Street, 7th Floor |
| 10 | Tampa, Florida 33602 |
|    | Phone: (813) 223-5505 |
| 11 | jyanchunis@ForThePeople.com |
|    | rmaxey@ForThePeople.com |
| 12 | |
| 13 | * admitted *pro hac vice* |