MICHAEL F. RAM (SBN 104805)
MARIE N. APPEL (SBN 187483)
**MORGAN & MORGAN**
**COMPLEX LITIGATION GROUP**
711 Van Ness Avenue, Suite 500
San Francisco, CA 94102
Telephone: (415) 358-6913
Facsimile: (415) 358-6923
mram@forthepeople.com
mappel@forthepeople.com

*Counsel for Plaintiff Susan Zebelman*

[Additional Counsel Appear on Signature Page]

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE ACCELLION, INC. DATA BREACH LITIGATION, | Case No. 5:21-cv-01155-EJD<br><br>**ADMINISTRATIVE MOTION TO SET DEADLINE FOR LEADERSHIP APPLICATIONS**<br><br>CTROOM:  4, 5th Floor<br>JUDGE:    Hon. Edward J. Davila |

1  Plaintiffs Susan Zebelman in *Zebelman v. Accellion, Inc.*, No. 5:21-cv-01203-EJD,
2  Amiresse Desjardins in *Desjardins v. Accellion, Inc.*, No. 5:21-cv-04743-EJD, and Valerie
3  Whittaker in *Whittaker v. Accellion, Inc.*, No. 5:21-cv-1708-EJD, hereby move for an order setting
4  a briefing schedule for motions for the appointment of interim co-lead counsel.

5  On March 14, 2022, the Court entered an Order Granting Motion to Consolidate Cases and
6  Set Scheduling Deadlines (the "Consolidation Order"), ordering "that all parties shall meet and
7  confer to discuss and submit a proposed briefing schedule for the motion for appointment of
8  interim co-lead class counsel pursuant to Rule 23(g) within ten (10) days of this Order."  ECF No.
9  83 at 9.

10  On March 16, 2022, attorney Tina Wolfson filed an administrative motion seeking "relief
11  from the Consolidation Order's requirement that all parties agree upon and submit a lead counsel
12  motion briefing schedule," citing then-pending motions for preliminary settlement approval.  ECF
13  No. 86 at 2.  The Court denied the motion, ECF No. 90, and the Clerk confirmed that hearings on
14  then-pending motions had been vacated.  ECF No. 91.

15  That same day, John A. Yanchunis, counsel for Plaintiff Zebelman, proposed to counsel
16  for the plaintiffs in the consolidated cases that motion(s) for the appointment of interim co-lead
17  class counsel be due fourteen (14) days from the date the Court approves a briefing schedule for
18  such motions and that responses thereto be due within seven (7) days.

19  On March 23, 2022, Mr. Yanchunis proposed the above-referenced briefing schedule to
20  counsel for Defendants Accellion, Flagstar, and "Health Net."  Counsel for Accellion responded
21  that Accellion had no objection but ultimately deferred to Plaintiffs' counsel.  Counsel for Flagstar
22  responded that it has no opinion on the briefing schedule.

23  On March 22, 2022, six days after Mr. Yanchunis proposed a briefing schedule to
24  Plaintiffs' counsel, Tina Wolfson of Ahdoot Wolfson proposed a briefing schedule of 30 days from
25  the date the Court approves a briefing schedule, stating additional time was required due to
26  personal and work commitments.

27
28

On March 24, 2022, Mr. Yanchunis filed a proposed briefing schedule of fourteen (14) days from when the Court approves a briefing schedule for motions, with responses thereto due within seven (7) days.  ECF. No. 92.

Later the same day, Ms. Wolfson filed a proposed briefing schedule of thirty (30) days from when the Court approves a briefing schedule for motions, with responses thereto due within five (5) days.  ECF. No. 93.

On June 13, 2022, notwithstanding that the Court had denied Ms. Wolfson's motion for relief from the Consolidation Order and the Clerk had vacated hearings on pending motions, Ms. Wolfson filed a renewed motion for preliminary settlement approval and set it for hearing on December 8, 2022.  ECF No. 99 (renewing motion previous filed in *Stobbe v. Accellion, Inc.*, No. 5:21-cv-01353-EJD, ECF No. 44, which had been set for hearing, which the Clerk vacated).

This Consolidation Order effectively stayed the consolidated cases pending the Court's appointment of interim co-lead class counsel.  Given Ms. Wolfson's unauthorized renewal of her motion for preliminary settlement approval, the undersigned respectfully requests that the Court enter a briefing schedule for motions for the appointment of interim co-lead counsel.

DATED: August 10, 2022         By:        */s/ Michael F. Ram*
                                          Michael F. Ram

                                          MICHAEL F. RAM (SBN 104805)
                                          MARIE N. APPEL (SBN 187483)
                                          **MORGAN & MORGAN**
                                          **COMPLEX LITIGATION GROUP**
                                          711 Van Ness Avenue, Suite 500
                                          San Francisco, CA 94102
                                          Telephone: (415) 358-6913
                                          Facsimile: (415) 358-6923
                                          mram@forthepeople.com
                                          mappel@forthepeople.com

                                          John A. Yanchunis*
                                          Ryan D. Maxey*
                                          **MORGAN & MORGAN COMPLEX**
                                          **LITIGATION GROUP**

201 N. Franklin Street, 7th Floor
Tampa, Florida 33602
Phone: (813) 223-5505
jyanchunis@ForThePeople.com
rmaxey@ForThePeople.com

\* admitted *pro hac vice*

*Counsel for Plaintiff Zebelman and Proposed Intervenors*