TINA WOLFSON (SBN 174806)
twolfson@ahdootwolfson.com
ROBERT AHDOOT (SBN 172098)
rahdoot@ahdootwolfson.com
**AHDOOT & WOLFSON, PC**
2600 W. Olive Avenue, Suite 500
Burbank, CA 91505-4521
Telephone: 310.474.9111
Facsimile: 310.474.8585

ANDREW W. FERICH (*pro hac vice*)
aferich@ahdootwolfson.com
**AHDOOT & WOLFSON, PC**
201 King of Prussia Road, Suite 650
Radnor, PA 19087
Telephone: 310.474.9111
Facsimile: 310.474.8585

*Attorneys for Plaintiffs in Fehlen, et al. v. Accellion, Inc., No. 5:21-cv-01353-EJD; Harbour, et al. v. California Health & Wellness Plan, et al., No. 5:21-cv-03322-EJD; and Beyer, et al. v. Flagstar Bancorp, Inc., et al., No. 5:21-cv-02239-EJD*

[Additional counsel appear on signature page]

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE ACCELLION, INC. DATA BREACH LITIGATION | Case No. 5:21-cv-01155-EJD<br><br>**SETTLING PLAINTIFFS' RESPONSE TO ADMINISTRATIVE MOTION TO SET DEADLINE FOR LEADERSHIP APPLICATIONS AND REQUEST FOR CASE MANAGEMENT CONFERENCE**<br><br>JUDGE: Hon. Edward J. Davila<br>CTRM: 4, 5th Floor |

Plaintiffs Douglas Fehlen, Tony Blake, David Artuso, Teresa Bazan, Lorriel Chhay, Samantha Griffith, Allen Chao, and Augusta McCain, the named Plaintiffs in the settled matter *Fehlen, et al. v. Accellion, Inc.*, No. 5:21-cv-01353-EJD; Plaintiffs John Harbour and Tami Wisnesky, the named Plaintiffs in the settled matter *Harbour, et al. v. California Health & Wellness Plan, et al.*, No. 5:21-cv-03322-EJD; Plaintiff Joweli Vunisa, the named Plaintiff in the settled matter *Vunisa v. Health Net, LLC, et al.*, No. 5:21-cv-3425-EJD; Plaintiff J. Doe, the named Plaintiff in the settled matter *Doe v. Health Net of California, Inc., et al.*, No. 5:21-cv-2975-EJD; and Grace Beyer, Christopher Hauser, Charles Tyer, and Stefanie Burton, the named Plaintiffs in the settled matter *Beyer, et al. v. Flagstar Bancorp, Inc.*, *et al.*, No. 5:21-cv-02239-EJD (collectively, the "Settling Plaintiffs"), collectively respond to the Administrative Motion to Set Deadline for Leadership Applications (ECF No. 103) filed by counsel for Susan Zebelman, the plaintiff in *Zebelman v. Accellion, Inc.*, No. 5:21-cv-01203-EJD, Amiresse Desjardins in *Desjardins v. Accellion, Inc.*, No. 5:21-cv-04743-EJD, and Valerie Whittaker in *Whittaker v. Accellion, Inc.*, No. 5:21-cv-1708-EJD ("Moving Counsel").

**RESPONSE**

The parties in the now-consolidated matters *Fehlen*, *Beyer*, and *Harbour* have entered into nationwide class action settlements that, if approved, would resolve all claims against all remaining Defendants in this consolidated matter, thus ending this litigation. *See Fehlen* (ECF No. 44), *Beyer* (ECF No. 54), and *Harbour* (ECF No. 48) ($8.1, $5.9, and $10 million cash settlement funds in settlements with Accellion, Flagstar Bank, and Health Net, respectively, all of which also provide robust injunctive relief) (the "Settlements"). Each Settlement is comparable to the one that the Court finally approved over an objection in the related *Cochran v. Kroger* matter (No. 5:21-cv-01887-EJD, ECF No. 115). The Settlement (i) in *Harbour/Vunisa/Doe* is proffered on behalf of various Plaintiffs represented by Ahdoot & Wolfson, PC, Kapan Fox & Kilsheimer, LLP, and Blood Hurst & O'Reardon, LLP; (ii) in *Beyer* on behalf of Plaintiffs represented by Ahdoot & Wolfson; and (iii) in *Fehlen* by various Plaintiffs represented by Ahdoot & Wolfson, PC and Barnow and Associates, P.C. Each of the Settlements were achieved after months of diligent and hard-fought negotiations by respective counsel during the pendency of the motion to consolidate.

Settling Plaintiffs represented by Ahdoot & Wolfson and Barnow and Associates renewed their motion for preliminary approval with regard to the Settlement with Accellion (reached in *Fehlen*) after the Court authorized the filing. *See* ECF No. 102, at 2:16-27. The Moving Counsel therefore knowingly misrepresent that it was an "unauthorized renewal of [the] motion for preliminary settlement approval."

Furthermore, Settling Plaintiffs request that the Court set additional hearings to consider the pending Settlements with Flagstar Bank and Health Net (related to the *Beyer* and *Harbour/Vunisa/Doe* matters). Motions for preliminary approval of those Settlements were previously filed on the dockets of those actions and were set for hearings, but were vacated upon consolidation of this litigation. If the Court approves those Settlements, any remaining motions for appointment of class counsel will be mooted, and the litigation will be resolved in its entirety.

Alternatively, undersigned counsel request that the Court set a case management hearing to discuss the best way to proceed with this litigation.

## **CONCLUSION**

For all of the foregoing reasons, Settling Plaintiffs respectfully request that the Court (1) deny the administrative motion by Moving Counsel; (2) proceed with the hearing on the motion for preliminary approval of the Settlement achieved between the *Fehlen* Plaintiffs and Accellion; and (3) permit and set hearings to consider the Settlements achieved between the parties in *Beyer* and, separately, the parties in *Harbour/Vunisa/Doe*, or, alternatively; (4) set a case management hearing so that the status of all of the foregoing matters can be presented to and discussed with the Court.

Dated: August 15, 2022

Respectfully submitted,

*/s/ Tina Wolfson*
TINA WOLFSON (SBN 174806)
twolfson@ahdootwolfson.com
ROBERT AHDOOT (SBN 172098)
rahdoot@ahdootwolfson.com
**AHDOOT & WOLFSON, PC**
2600 W. Olive Avenue, Suite 500
Burbank, CA 91505-4521
Tel: 310.474.9111; Fax: 310.474.8585

ANDREW W. FERICH (*pro hac vice*)
aferich@ahdootwolfson.com

- 2 -

|    |                                                                                                                                                                                                                                                                 |
|----|---|
| 1  | **AHDOOT & WOLFSON, PC**                                                                                                                                                                                                                                        |
|    | 201 King of Prussia Road, Suite 650                                                                                                                                                                                                                             |
| 2  | Radnor, PA 19087                                                                                                                                                                                                                                                |
|    | Tel: 310.474.9111; Fax: 310.474.8585                                                                                                                                                                                                                            |
| 3  |                                                                                                                                                                                                                                                                 |
|    | Attorneys for Plaintiffs in *Fehlen, et al. v. Accellion, Inc.,* No. 5:21-cv-01353-EJD; *Harbour, et al. v. California Health & Wellness Plan, et al.*, No. 5:21-cv-03322-EJD; and *Beyer, et al. v. Flagstar Bancorp, Inc., et al.*, No. 5:21-cv-02239-EJD |
| 4  |                                                                                                                                                                                                                                                                 |
| 5  |                                                                                                                                                                                                                                                                 |
| 6  |                                                                                                                                                                                                                                                                 |
| 7  | BEN BARNOW (*pro hac vice*)                                                                                                                                                                                                                                     |
|    | b.barnow@barnowlaw.com                                                                                                                                                                                                                                          |
| 8  | ANTHONY L. PARKHILL (*pro hac vice*)                                                                                                                                                                                                                            |
|    | aparkhill@barnowlaw.com                                                                                                                                                                                                                                         |
| 9  | **BARNOW AND ASSOCIATES, P.C.**                                                                                                                                                                                                                                 |
|    | 205 West Randolph Street, Suite 1630                                                                                                                                                                                                                            |
| 10 | Chicago, IL 60606                                                                                                                                                                                                                                               |
|    | Tel: 312.621.2000                                                                                                                                                                                                                                               |
| 11 |                                                                                                                                                                                                                                                                 |
|    | Attorneys for Plaintiffs in *Fehlen, et al. v. Accellion, Inc.,* No. 5:21-cv-01353-EJD                                                                                                                                                                          |
| 12 |                                                                                                                                                                                                                                                                 |
| 13 | TIMOTHY G. BLOOD (SBN 149343)                                                                                                                                                                                                                                   |
| 14 | tblood@bholaw.com                                                                                                                                                                                                                                               |
|    | PAULA R. BROWN (SBN 254142)                                                                                                                                                                                                                                     |
| 15 | pbrown@bholaw.com                                                                                                                                                                                                                                               |
|    | JENNIFER L. MACPHERSON (SBN 202021)                                                                                                                                                                                                                             |
| 16 | jmacpherson@bholaw.com                                                                                                                                                                                                                                          |
|    | **BLOOD HURST & O'REARDON, LLP**                                                                                                                                                                                                                                |
| 17 | 501 West Broadway, Suite 1490                                                                                                                                                                                                                                   |
|    | San Diego, CA  92101                                                                                                                                                                                                                                            |
| 18 | Telephone:  619.338.1100                                                                                                                                                                                                                                        |
|    | Facsimile:  619.338.1101                                                                                                                                                                                                                                        |
| 19 |                                                                                                                                                                                                                                                                 |
| 20 | Attorneys for Plaintiff in *Vunisa v. Health Net, LLC, et al.*, No. 5:21-cv-3425                                                                                                                                                                                |
| 21 |                                                                                                                                                                                                                                                                 |
| 22 | LAURENCE D. KING (SBN 206423)                                                                                                                                                                                                                                   |
|    | lking@kaplanfox.com                                                                                                                                                                                                                                             |
| 23 | MATTHEW B. GEORGE (SBN 239322)                                                                                                                                                                                                                                  |
|    | mgeorge@kaplanfox.com                                                                                                                                                                                                                                           |
| 24 | **KAPLAN FOX & KILSHEIMER LLP**                                                                                                                                                                                                                                 |
|    | 1999 Harrison Street, Suite 1560                                                                                                                                                                                                                                |
| 25 | Oakland, CA 94612                                                                                                                                                                                                                                               |
|    | Telephone:  415.772.4700                                                                                                                                                                                                                                        |
| 26 | Facsimile:  415.772.4707                                                                                                                                                                                                                                        |
| 27 |                                                                                                                                                                                                                                                                 |
|    | Attorneys for Plaintiff in *Doe v. Health Net of California, Inc., et al.*, No. 5:21-cv-2975                                                                                                                                                                    |
| 28 |                                                                                                                                                                                                                                                                 |