TINA WOLFSON (SBN 174806)
twolfson@ahdootwolfson.com
ROBERT AHDOOT (SBN 172098)
rahdoot@ahdootwolfson.com
**AHDOOT & WOLFSON, PC**
2600 W. Olive Avenue, Suite 500
Burbank, CA 91505-4521
Telephone: 310.474.9111
Facsimile:  310.474.8585

ANDREW W. FERICH (*pro hac vice*)
aferich@ahdootwolfson.com
**AHDOOT & WOLFSON, PC**
201 King of Prussia Road, Suite 650
Radnor, PA 19087
Telephone: 310.474.9111
Facsimile:  310.474.8585

*Attorneys for Plaintiffs and the Proposed Class
in Beyer, et al. v. Flagstar Bancorp, Inc., et al.,
No. 5:21-cv-02239-EJD*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| IN RE ACCELLION, INC. DATA BREACH LITIGATION<br><br>This Document Relates to:<br><br>*Beyer, et al. v. Flagstar Bancorp, Inc., et al.,*<br>Case No. 5:21-cv-02239-EJD | Case No. 5:21-cv-01155-EJD<br><br>**DECLARATION OF ROBERT SICILIANO IN SUPPORT OF MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>DATE:   December 8, 2022<br>TIME:   9:00 A.M.<br>JUDGE: Hon. Edward J. Davila<br>CTRM:   4, 5th Floor |

DECLARATION OF ROBERT SICILIANO ISO PRELIMINARY APPROVAL OF SETTLEMENT

TINA WOLFSON (SBN 174806)
*twolfson@ahdootwolfson.com*
ROBERT AHDOOT (SBN 172098)
*rahdoot@ahdootwolfson.com*
**AHDOOT & WOLFSON, PC**
2600 W. Olive Avenue, Suite 500
Burbank, CA 91505-4521
Telephone: 310.474.9111
Facsimile: 310.474.8585

ANDREW W. FERICH (*pro hac vice* to be filed)
*aferich@ahdootwolfson.com*
**AHDOOT & WOLFSON, PC**
201 King of Prussia Road, Suite 650
Radnor, PA 19087
Telephone: 310.474.9111
Facsimile: 310.474.8585

*Attorneys for Plaintiffs and the Proposed Class*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GRACE BEYER, CHRISTOPHER HAUSER, CHARLES TYER, and STEFANIE BURTON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FLAGSTAR BANCORP, INC., FLAGSTAR BANK, FSB, and ACCELLION, INC.,<br><br>Defendants. | Case No.: 5:21-cv-02239-EJD<br><br>**DECLARATION OF ROBERT SICILIANO IN SUPPORT OF MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>JUDGE: Hon. Edward J. Davila<br>CTRM: 4, 5th Floor |

I, Robert Siciliano, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I have been retained by Plaintiffs' counsel as an expert witness to provide a reasonable estimated retail market value for the identity theft protection provided to Settlement Class Members under the proposed settlement of the above-captioned action. I respectfully submit this declaration in support of Plaintiffs' unopposed Motion for Preliminary Approval of Class Action Settlement. The facts herein stated are true of my own personal knowledge and/or upon information and belief and, if called to testify to such facts, I could and would do so competently.

2. I am the principal of IDTheftSecurity.com Inc. My firm is in the business of consulting on matters of fraud prevention and personal security. I am a Certified Identity Theft Risk Management Specialist (CITRMS), certified by the Institute of Consumer Finance Education (ICFE) in San Diego, California. I have over thirty years of experience in consulting on matters of cybercrime and identity theft, and I am one of the nation's most well-respected and trusted experts on the subject as a consultant, speaker, media pundit, and expert.

3. I have worked with such companies as ExxonMobil, Intel, McAfee, MasterCard, Morgan Stanley, Merrill Lynch, KPMG, MIT, Transamerica and UPS, and almost every major media outlet has turned to me for information on identity theft, internet safety, crime prevention and security, including respected media such as The New York Times, The Wall Street Journal, TIME, USA Today, Anderson Cooper 360, Nightline and ABC World News Tonight. I have written four books on the subjects of security and cybercrime, including the bestselling book *99 Things You Wish You Knew Before…Your Identity Was Stolen* (Updated Ed., 2014).

4. Under the instant Settlement, for Settlement Class Members who have filed a valid claim form electing the Credit Monitoring and Insurance Services benefit, Defendant Flagstar Bank will distribute Settlement Payments to pay for three years of the Equifax Complete Premier Credit Monitoring plan (the "Complete Premier Plan"), which includes the following benefits:

    a. daily access to VantageScore credit scores;

    b. annual access to 3-bureau VantageScore credit scores;

    c. daily Equifax credit reports;

- 1 -

DECLARATION OF ROBERT SICILIANO IN SUPPORT OF MOTION FOR
PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT
No. 5:21-CV-02239-EJD

    d. annual 3-bureau credit reports;

    e. credit file monitoring with alerts for all 3 credit bureaus;

    f. VantageScore credit score monitoring with alerts;

    g. Equifax credit report lock;

    h. automatic fraud alerts;

    i. dark web monitoring;

    j. identity restoration services;

    k. ID theft reimbursement insurance up to $1 million;

    l. lost wallet assistances; and

    m. Equifax credit monitoring for up to 4 children with alerts.

5. Based upon publicly available information about the Complete Premier Plan, the retail value of the plan is nineteen dollars and ninety-five cents ($19.95) per month for each Settlement Class Member for the three years offered, and arguably more.

6. Thus, the minimum total value of the Complete Premier Plan for each Settlement Class Member who elects Credit Monitoring and Insurance Services is dollars seven hundred eighteen dollars and twenty cents ($718.20).

I declare under penalty of perjury that the foregoing is true and correct. Executed this 3rd day of September, 2021.

_____
ROBERT SICILIANO