# EXHIBIT A

# CLAIM FORM FOR FLAGSTAR FTA DATA BREACH BENEFITS

*Beyer v. Flagstar Bancorp, Inc., et al.*, Case No. 5:21-cv-02239

**USE THIS FORM TO MAKE A CLAIM FOR CREDIT MONITORING AND INSURANCE SERVICES, A DOCUMENTED LOSS PAYMENT, OR A CASH FUND PAYMENT**

*Para una notificación en Español, llamar 1-888-888-8888 o visitar nuestro sitio web www.FlagstarFTADataBreachSettlement.com.*

**The DEADLINE to submit this Claim Form is: [XXXX XX, 2022]**

### I. GENERAL INSTRUCTIONS

If you are an individual who was notified that certain personal information was compromised as a result of a Data Breach impacting Flagstar customers and current and former employees (the "FTA Data Breach"), you are a Class Member.

As a Class Member, you are eligible to make a claim for **one of the following options**: (1) three years of Credit Monitoring and Insurance Services; (2) up to a $10,000 cash payment for reimbursement of Documented Losses that are more likely than not a result of the FTA Data Breach ("Documented Loss Payment") and not otherwise recoverable through insurance; or (3) a Cash Fund Payment, the amount of which will depend on the number of Class Members who participate in the Settlement and who claim Credit Monitoring or Documented Losses.

The Credit Monitoring and Insurance Services will include, among other things: (i) up to $1 million dollars of identity theft insurance coverage; and (ii) three bureau credit monitoring providing notice of changes to the Participating Settlement Class Member's credit profile. If you already subscribed to credit monitoring services through another provider, you will have the option to postpone the commencement of the Credit Monitoring and Insurance Services by up to 12 months. The estimated retail value of the Credit Monitoring and Insurance Services is $718.20.

Cash payment amounts may be reduced or increased pro rata (proportionately) depending on how many Class Members submit claims. Complete information about the Settlement and its benefits are available at www.FlagstarFTADataBreachSettlement.com.

This Claim Form may be submitted online at www.FlagstarFTADataBreachSettlement.com or completed and mailed to the address below. Please type or legibly print all requested information, in blue or black ink. Mail your completed Claim Form, including any supporting documentation, by U.S. mail to:

[Admin Contact Info]

### II. CLAIMANT INFORMATION

The Settlement Administrator will use this information for all communications regarding this Claim Form and the Settlement. If this information changes prior to distribution of cash payments and Credit Monitoring and Insurance Services, you must notify the Settlement Administrator in writing at the address above.

First Name                                                   M.I.   Last Name
☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐

Alternative Name(s)

Questions? Go to **www.FlagstarFTADataBreachSettlement.com** or call **1-888-888-8888**.

Mailing Address, Line 1: Street Address/P.O. Box

Mailing Address, Line 2:

City:    State:    Zip Code:

Telephone Numbers (Home)    Telephone Numbers (Home)

Email Address

Date of Birth (mm/dd/yyyy)    Claim Number Provided on mailed Notice (if known)

**You may only select one of the following options:**

### III. CREDIT MONITORING AND INSURANCE SERVICES

☐

If you wish to receive Credit Monitoring and Insurance Services, you must check off the box for this section, provide your email address in the space provided in Section II, above, and return this Claim Form. Submitting this Claim Form will not automatically enroll you into Credit Monitoring and Insurance Services. To enroll, you must follow the instructions sent to your email address after the Settlement is approved and becomes final (the "Effective Date").

### IV. REIMBURSEMENT FOR DOCUMENTED LOSSES

☐

Please check off the box for this section if you are electing to seek reimbursement for up to $10,000 of Documented Losses you incurred that are more likely than not traceable to the FTA Data Breach and are not otherwise reimbursable from insurance. Documented Losses include unreimbursed losses and consequential expenses that are more likely than not related to the FTA Data Breach and incurred on or after January 20, 2021.

In order to make a claim for a Documented Loss Payment, **you must** (i) fill out the information below and/or on a separate sheet submitted with this Claim Form; (ii) sign the attestation at the end of this Claim Form (section VI); and (iii) include Reasonable Documentation supporting each claimed cost along with this Claim Form. Documented Losses need to be deemed more likely than not due to the FTA Data Breach by the Settlement Administrator based on the documentation you provide and the facts of the FTA Data Breach. **Failure to meet the requirements of this section may result in your claim being rejected by the Settlement Administrator.**

| Cost Type (Fill all that apply) | Approximate Date of Loss | Amount of Loss | Description of Supporting Reasonable Documentation (Identify what you are attaching and why) |
|---|---|---|---|
| ◯ Unreimbursed fraud losses or charges | ☐☐ / ☐☐ / ☐☐ (mm/dd/yy) | $ ☐☐☐☐☐ . ☐☐ | *Examples: Account statement with unauthorized charges highlighted; Correspondence from financial institution declining to reimburse you for fraudulent charges* |
| ◯ Professional fees incurred in connection with identity theft or falsified tax returns | ☐☐ / ☐☐ / ☐☐ (mm/dd/yy) | $ ☐☐☐☐☐ . ☐☐ | *Examples: Receipt for hiring service to assist you in addressing identity theft; Accountant bill for re-filing tax return* |
| ◯ Lost interest or other damages resulting from a delayed state and/or federal tax refund in connection with fraudulent tax return filing | ☐☐ / ☐☐ / ☐☐ (mm/dd/yy) | $ ☐☐☐☐☐ . ☐☐ | *Examples: Letter from IRS or state about tax fraud in your name; Documents reflecting length of time you waited to receive your tax refund and the amount* |
| ◯ Credit freeze | ☐☐ / ☐☐ / ☐☐ (mm/dd/yy) | $ ☐☐☐☐☐ . ☐☐ | *Examples: Notices or account statements reflecting payment for a credit freeze* |
| ◯ Credit monitoring that was ordered after January 20, 2021 through the date on which the Credit Monitoring and Insurance Services become available through this Settlement | ☐☐ / ☐☐ / ☐☐ (mm/dd/yy) | $ ☐☐☐☐☐ . ☐☐ | *Examples: Receipts or account statements reflecting purchases made for Credit Monitoring and Insurance Services* |
| ◯ Miscellaneous expenses such as notary, fax, postage, copying, mileage, and long-distance telephone charges | ☐☐ / ☐☐ / ☐☐ (mm/dd/yy) | $ ☐☐☐☐☐ . ☐☐ | *Examples: Phone bills, gas receipts, postage receipts; Detailed list of locations to which you traveled (i.e. police station, IRS office), indication of why you traveled there (i.e. police report or letter from IRS re: falsified tax return) and number of miles you traveled* |
| ◯ Other (provide detailed description) | ☐☐ / ☐☐ / ☐☐ (mm/dd/yy) | $ ☐☐☐☐☐ . ☐☐ | *Please provide detailed description below or in a separate document submitted with this Claim Form* |

Questions? Go to **www.FlagstarFTADataBreachSettlement.com** or call **1-888-888-8888**.

If you do not submit Reasonable Documentation supporting a Documented Loss Payment claim, or your claim for a Documented Loss Payment is rejected by the Settlement Administrator for any reason and you do not cure the defect, your claim will be considered for a Cash Fund Payment.

## V. CASH FUND PAYMENT

☐

If you wish to receive a Cash Fund Payment, you must check off the box for this section, and then simply return this Claim Form. A check will be mailed to the address you provided in Section II, above, as long as the Net Settlement Fund is not depleted by the claims for Credit Monitoring and Insurance Services and Documented Loss Payments.

If you would prefer to receive your Settlement Payment via Paypal or Venmo, or via a digital payment card, please provide the email address associated with your PayPal or Venmo account or the email address to which you would like your digital payment card Settlement Payment sent, below [OPTIONAL]:

## VI. ATTESTATION
### (REQUIRED FOR DOCUMENTED LOSS PAYMENT CLAIMS)

I, _____, declare that I suffered the Documented Losses claimed above.
    [Name]

I also attest that the Documented Losses claimed above are accurate and were not otherwise reimbursable by insurance.

I declare under penalty of perjury under the laws of California and of the United States of America that the foregoing is true and correct. Executed on _____, in _____, _____.
                                                           [Date]                       [City]        [State]

                                                                    _____
                                                                          [Signature]

**Questions? Go to www.FlagstarFTADataBreachSettlement.com or call 1-888-888-8888.**