# EXHIBIT C

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GRACE BEYER, CHRISTOPHER HAUSER, CHARLES TYER and STEFANIE BURTON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FLAGSTAR BANCORP, INC., FLAGSTAR BANK, FSB, and ACCELLION, INC.,<br><br>Defendants. | Case No. 5:21-cv-02239-EJD<br><br>Hon. Edward J. Davila<br><br>**[PROPOSED] JUDGMENT** |

On [date], the Court [granted] Plaintiffs' motion for final approval of their Settlement with Flagstar Bancorp, Inc. and Flagstar Bank, FSB and [granted] Plaintiffs' motion for a Fee and Expense Award and Service Payments. ECF No. __. Judgment is hereby entered.

**IT IS SO ORDERED.**

Dated: _____

                              HON. EDWARD J. DAVILA
                              UNITED STATES DISTRICT JUDGE