UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MADALYN BROWN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ACCELLION, INC., et al.,<br><br>Defendants. | Case No.   5:21-cv-01155-EJD<br><br>**ORDER SETTING BRIEFING SCHEDULE; TERMINATING DKT. NOS. 99, 103, 105, & 107** |

On March 13, 2022, this Court granted a motion to consolidate cases, and ordered the parties to meet and confer to discuss a briefing schedule for the appointment of interim co-lead class counsel. Two days later, attorney Tina Wolfson filed an administrative motion seeking "relief from the Consolidation Order's requirement that all parties agree upon and submit a lead counsel motion briefing schedule," citing then-pending motions for preliminary settlement approval. Dkt. No. 86 at 2. The Court denied the motion and vacated the hearings on the pending motions. Dkt Nos. 90, 91. Thereafter, several proposed briefing schedules were filed.

On June 13, 2022, notwithstanding that this Court had denied Ms. Wolfson's motion for relief from the consolidation order and had vacated hearings on the pending motions, Ms. Wolfson filed a renewed motion for preliminary settlement approval, with a noticed hearing date of December 8, 2022. Dkt. No. 99. Subsequently, and even though the consolidation order effectively stayed the consolidated cases pending the Court's appointment of interim co-lead class counsel, Ms. Wolfson filed two more motions for preliminary settlement approval, with a noticed hearing date of December 8, 2022. Dkt. Nos. 105, 107. These motions, Dkt. Nos. 99, 105, and 107, are **TERMINATED**.

Case No.: 5:21-cv-01155-EJD
ORDER SETTING BRIEFING SCHEDULE; TERMINATING DKT. NOS. 99, 103, 105, & 107
1

Motions for appointment of interim co-lead class counsel pursuant to Federal Rule of Civil Procedure 23(g) shall be filed on or before September 29, 2022, and responses thereto shall be filed on or before October 6, 2022.  The motions shall be heard on December 8, 2022.

**IT IS SO ORDERED.**

Dated: September 8, 2022

EDWARD J. DAVILA
United States District Judge