KRYSTA KAUBLE PACHMAN (280951)
kpachman@susmangodfrey.com
STEVEN G. SKLAVER (237612)
ssklaver@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, California 90067-6029
[Tel.] (310) 789-3100
[Fax] (310) 789-3150

JULIAN HAMMOND (SBN 268489)
jhammond@hammondlawpc.com
POLINA BRANDLER (SBN 269086)
pbrandler@hammondlawpc.com
ARI CHERNIAK (SBN 290071)
acherniak@hammondlawpc.com
ADRIAN BARNES (SBN 253131)
abarnes@hammondlawpc.com
HAMMONDLAW, P.C.
1201 Pacific Avenue, Suite 600
Tacoma WA, 98402
[Tel.] (310) 601-6766
[Fax] (310) 295-2385

*Attorneys for Plaintiffs and the Putative Classes*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

MADALYN BROWN, individually and on behalf of all others similarly situated,

Plaintiff,

v.

ACCELLION, INC., a Delaware Corporation,

Defendant.

Case No. 5:21-cv-01155-EJD

Hon. Edward J. Davila

**NOTICE OF CHANGE OF ADDRESS**

**PLEASE BE ADVISED** that the mailing address of HammondLaw, P.C., attorneys for Plaintiff Madalyn Brown, has changed. All further correspondence should be mailed to this address:

HAMMONDLAW, P.C.
1201 Pacific Ave., Suite 600
Tacoma WA 98402

Counsel's telephone number, facsimile number, and email address remain unchanged. This information was also submitted electronically through the Court's CM/ECF system as an update to counsel's registration information.

DATED: September 29, 2022

Respectfully submitted,

[signature]

Julian Hammond (#52096)
HammondLaw, PC
1201 Pacific Ave Suite 600
Tacoma WA 98402
Tel: (310) 601-6766
Fax: (310) 295-2385
Email: jhammond@hammondlawpc.com

Attorneys for Plaintiff

Notice of Change of Address

HAMMONDLAW, P.C.
1201 PACIFIC AVE SUITE 600
TACOMA WA 98402
TEL: (310) 601-6766
FAX: (310) 295-2385