1
2
3
4
5
6
7
8
9
10
11
12
13

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

14
15
16
17
18
19

| IN RE ACCELLION, INC. DATA BREACH LITIGATION | Case No. 5:21-cv-01155-EJD<br><br>**[PROPOSED] ORDER APPOINTING GIRARD SHARP LLP AND _____ AS INTERIM CO-LEAD CLASS COUNSEL** |
|---|---|

20
21
22
23
24
25
26
27
28

This matter comes before the Court on Plaintiff Heather Rodriguez's Motion for Appointment of Girard Sharp LLP as Interim Co-lead Class Counsel. The Court being fully advised and for good cause shown, **GRANTS** Ms. Rodriguez's motion and **ORDERS** as follows:

Pursuant to Rule 23(g)(3) of the Federal Rules of Civil Procedure, Girard Sharp LLP and _____ are appointed interim Co-lead Counsel to act on behalf of the proposed class in the consolidated case and in any additional cases on behalf of victims of the Accellion data breach that might be consolidated herewith. Consistent with the Manual for Complex Litigation, Fourth §§ 10.221 and 40.22, Interim Co-Lead Counsel shall have the authority to perform or delegate the following tasks on behalf of all Plaintiffs in this consolidated action:

a) directing, coordinating, and supervising the prosecution of Plaintiffs' claims in this action;

b) preparing, structuring, and presenting pretrial and other case management orders;

c) convening meetings of counsel;

d) communicating with defense counsel;

e) initiating, responding to, scheduling, briefing, and arguing all motions;

f) appearing at all hearings and conferences regarding the case;

g) determining the scope, order, and conduct of all discovery proceedings;

h) assigning work to other Plaintiffs' counsel in this action, as necessary and appropriate;

i) retaining experts;

j) conducting settlement negotiations on behalf of Plaintiffs and the class;

k) entering into stipulations with opposing counsel as necessary for the conduct of the litigation;

l) preparing and distributing status reports to other Plaintiffs' counsel;

m) collecting and reviewing time and expense records from Plaintiffs' counsel on a regular basis, or as provided for under any Court-approved protocol;

1

[PROPOSED] ORDER APPOINTING GIRARD SHARP LLP AND _____
AS INTERIM CO-LEAD CLASS COUNSEL
Case No. 5:21-cv-01155-EJD

     n)    coordinating activities to avoid duplication and inefficiency in the filing, serving, and/or implementation of pleadings, other court papers, discovery papers, and discovery practice, and generally in the litigation;

     o)    coordinating discovery and briefing of common legal issues, and if appropriate, settlement approval proceedings; and

     p)    performing such other duties that may be incidental to proper coordination of Plaintiffs' pretrial activities or authorized by further order of this Court.

**IT IS SO ORDERED.**

Dated:                                By: _____
                                                               The Honorable Edward J. Davila
                                                               United States District Judge

[PROPOSED] ORDER APPOINTING GIRARD SHARP LLP AND _____
AS INTERIM CO-LEAD CLASS COUNSEL
Case No. 5:21-cv-01155-EJD