# EXHIBIT G

# Lockridge Grindal Nauen P.L.L.P.

For more than 40 years, Lockridge Grindal Nauen P.L.L.P. has served clients throughout the Midwest and in Washington, D.C. Our attorneys and lobbyists have extensive experience in local, state, and federal government relations as well as antitrust, business, campaign finance, consumer, data breach, governmental, health care, employment, environmental, ERISA, intellectual property, real estate, securities, and tribal law and litigation.

Our firm represents clients of all shapes and sizes, taking the time to understand each client's goals and aspirations before tailoring our representation to meet their individual needs, whether they be in the courtroom, the halls of Congress, city hall, or in their state capitol.

Our clients include local and tribal governments, health care professionals and organizations, real estate developers, energy companies, telecommunications providers, casualty insurers, trade and industry associations, health and pension funds, unions, as well as issue-based coalitions.

Lockridge Grindal Nauen's attorneys and government relations professionals are assisted by an extensive support staff. The firm has offices in Minneapolis, Minnesota, Bismarck, North Dakota, and Washington, D.C.

## Cases

**The firm has served or serves as Lead or Co-Lead counsel in several prominent cases in Minnesota:**

- *In re Target Corporation Customer Data Security Breach Litigation*, No. 14-02522 (D. Minn.)
- *In re EpiPen ERISA Litigation*, No. 17-1884 (D. Minn.)
- *Judith Thorkelson, et al. v. Publishing House of the Evangelical Lutheran Church in America, et al.,* Court File 10-01712 (D. Minn.)
- *Peterson v. BASF Corp.,* Civil No. C2-97-295 (Norman County District Court, Minn.)
- *In Re Baycol Products Litig.,* MDL No. 1431 (D. Minn.)
- *In re Beef Purchasers Antitrust Litig. (aka Peterson v. JBS USA Food Co. Holdings et al.)* No. 19-cv-01129 (D. Minn)
- *Benacquisto, et al. v. American Express Financial Corp. et al.,* Master File No. 00-1980 (D. Minn.), Civil Action No. 96-18477 (Henn. Cty. Dist. Ct.) (insurance class action)
- *In Re HardiePlank Fiber Cement Siding Litig.,* MDL No. 2359 (D. Minn.)
- *In Re Lutheran Brotherhood Variable Insurance Products Co. Sales Practices Litig.,* MDL No. 1309 (D. Minn.)
- *In Re Monosodium Glutamate Antitrust Litig.,* MDL No. 1328 (D. Minn.)
- *In re Netgain Technology, LLC Consumer Data Breach Litigation,* No. 21-cv-01210 (D. Minn.)
- *In Re Northstar Education Finance, Inc. Contract Litig.*, MDL 08-1990 (D. Minn.)
- *In Re Piper Funds, Inc. Institutional Government Income Portfolio Litig.,* Master File No. 3-94-587 (D. Minn)
- *In re Pork Antitrust Litig.,* No. 18-cv-01776 (D. Minn)

**In other District Courts, Lockridge Grindal Nauen served or serves as Lead or Co-Lead Counsel in the following cases, among others:**

- *In re Arby's Restaurant Group, Inc. Data Security Litigation,* No. 17-00514 (N.D. Ga.)
- *In re Broiler Chicken Antitrust Litig.,* No. 16-cv-08737 (N.D. Ill.)

- *In re: Capital One Consumer Data Security Breach Litigation,* No. 19-md-02915 (E.D. Va.)
- *In Re Catfish Antitrust Litig.,* MDL No. 928 (N.D. Miss.)
- *In Re CertainTeed Corp. Roofing Shingle Products Liability Litig.*, MDL 1817 (E.D. Pa.)
- *In re: Community Health Systems, Inc., Customer Security Data Breach Litig.,* No. 15-00222-KOB (N.D. AL)
- *D&M Farms et al. v. Birdsong Corp. et al,* No. 19-cv-0463 (E.D. Va)
- *In re: FedLoan Student Loan Servicing Litigation,* No. 18-02833 (E.D. Pa)
- *In re Freight Forwarders Antitrust Litigation (Precision Associates, Inc. v. Panalpina World Transport (Holding) Ltd. et al.)* No. 08-cv-42 (E.D.N.Y.)
- *George Guenther, et al. v. Cooper Life Sciences, et al. (Cooper Life Sciences Securities Litig.),* No. C 89-1823 MHP (N.D. Cal.)
- *Greater Chautauqua Federal Credit Union, et al. v. Kmart Corp. et al.,* No. 15-02228 (N.D. IL)
- *In Re IKO Roofing Shingle Products Liability Litig.,* MDL No. 2104 (C.D. Ill.)
- *In Re Kitec Plumbing Systems Products Liab. Litig.* MDL No. 2098 (N.D. Tex.)
- *Meyers v. The Guardian Life Insurance Company of America, Inc. Litig.,* Civil No. 2:97CV35-D-B (N.D. Miss.)
- *Olean Wholesale Grocery Cooperative, et al. v Agri Stats, Inc. et al.,* No. 19-cv-08318 (N.D. Ill.)
- *In Re Polypropylene Carpet Antitrust Litig.,* MDL No. 1075 (N.D. Ga.)
- *In Re: Potash Antitrust Litigation (II),* MDL No. 1996 (N.D. Ill.)
- *In Re Residential Doors Antitrust Litig.,* MDL No. 1039 (E.D. Pa.)
- *Gary G. Smith, et al. v. Little Caesar Enterprises, Inc., et al. (Little Caesar Franchise Litig.),* Civil No. 93 CV 74041 DT (E.D. Mich.)
- *In re Surescripts Antitrust Litig.,* No. 19-cv-06627 (N.D. Ill.)
- *In re Turkey Antitrust Litig.,* No. 19-08318 (N.D. Ill.)
- *In Re Unisys Savings Plan Litig.,* Master File No. 91-3067 (E.D. Pa.)
- *In re Yahoo! Inc. Customer Data Security Breach Litigation,* No. 16-02752 (N.D. CA)

**LGN also had substantial involvement in the following litigation:**

- *In Re Air Cargo Shipping Services Antitrust Litig.,* Civil No. 1:06-md-1775-CBA-VVP (E.D.N.Y.)
- *American Telephone and Telegraph Antitrust Litig.,* Civil Action No. 81-2623 (D.D.C.)
- *In Re AOL Time Warner Securities Litig.,* MDL No. 1500 (S.D.N.Y.)
- *Baker v. ParkMobile, LLC,* No. 21-2182 (N.D. Ga.)
- *Bellwether Community Credit Union v. Chipotle Mexican Grill, Inc.,* No. 17-01102 (D. Co.)
- *In Re Blue Cross Blue Shield Subscriber Litig.,* Master File No. 19-C3-98-7780 (Dakota County District Court, Minn.)
- *In Re Connecticut General Life Insurance Co. Premium Litig.,* MDL No. 1336 (C.D. Cal.)
- *Davenport, et al. v. Illinois Farmers Insurance Company, et al.,* Case No. CIV-03-158-F (W.D. Ok.)
- *In Re Delphi Corporation Securities, ERISA, and Shareholder Derivative Litig.,* Master Case No. 05-md-1725 (E.D. Mich.)
- *In Re Domestic Air Transportation Antitrust Litig.,* MDL No. 861 (N.D. Ga.)
- *Eliason v. Gentek Building Products, Inc., et al.,* Civ. No. 10-cv-2093 (N.D. Ohio) (Executive Committee)
- *In re Equifax, Inc. Customer Data Security Breach Litigation,* No. 17-02800 (N.D. Ga.)
- *In re Facebook, Inc. Customer Privacy User Profile Litig.,* No. 18-02843 (N.D. Cal.)
- *In Re Federal National Mortgage Association Securities, Derivative and ERISA Litig.,* MDL No. 1668 (D.D.C.)
- *First Choice Federal Credit Union et al., v. The Wendy's Company et al.,* No. 16-00506 (W.D. PA)
- *In Re Flat Glass (1) Antitrust Litig.,* MDL No. 1200 (W.D. Pa.)
- *In re GEICO Customer Data Breach Litigation,* No. 21-02210 (E.D.N.Y.)
- *In re Generic Pharmaceuticals Pricing Antitrust Litig.,* No. 16-02724 (E.D. Penn.)
- *In Re Guidant Corp. Implantable Defibrillators Products Liability Litig.,* MDL No. 1708 (DWF/AJB)(D. Minn.)

- *Haritos, et al. v. American Express Financial Advisors, Inc.,* 02-2255-PHX-PGR (D. Ariz.)
- *Holmes v. Elephant Insurance Co., et al.* No. 22-cv-487 (E.D. Va.)
- *In re Home Depot, Inc., Customer Data Security Breach Litigation,* No. 14-02583 (N.D. GA)
- *In Re ICN/Viratek Securities Litig.,* 87 Civ. 4296 (S.D.N.Y.)
- *In Re iPhone Application Litig.,* Civil No. 10-CV-05878-LHK (N.D. Calif.)
- *In Re Lease Oil Antitrust Litig.,* MDL No. 1166 (S.D. Tex.)
- *In Re Medtronic, Inc. Implantable Defibrillator Products Liability Litig.,* MDL No. 1726 (JMR/AJB) (D. Minn.)
- *In Re Medtronic, Inc. Sprint Fidelis Leads Products Liability Litig.,* MDL 08-1905 (D. Minn.) (Liaison Counsel)
- *In Re Merck & Co., Inc., Securities, Derivative & ERISA Litig.,* No. 3:05-cv-1151 (D.N.J.)
- *In Re Meridia Products Liability Litig.,* MDL No. 1481 (N. D. Ohio)
- *In Re Nasdaq Market-Maker Antitrust Litig.,* MDL No. 1023 (S.D.N.Y.)
- *In re Packaged Seafood Products Antitrust Litigation,* No. 15-2670 (S.D. Cal.)
- *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litig.,* MDL No. 1720 (E.D.N.Y.)
- *In re: Peanut Farmers Antitrust Litigation,* No. 19-00463 (E.D. Va.)
- *Ohio Public Employees Retirement System, et al. v. Freddie Mac, et al.,* MDL No. 1584 (S.D.N.Y.)
- *In Re Propulsid Products Liability Litig.,* MDL No. 1355 (E.D. La.)
- *In Re Rezulin Litig.,* MDL No. 1348 (S.D.N.Y.)
- *Shores et al v. Premera Blue Cross,* No. 15-01268 (D. Or.)
- *Staley v. Gilead Sciences, Inc.,* No. 19-cv-02573 (N.D. Ca.)
- *Veridian Credit Union v. Eddie Bauer LLC,* No. 17-00356 (E.D. Wa.)
- *In Re Vioxx Product Liability Litig.,* MDL No. 1657 (E.D. La.)
- *In Re Vytorin/Zetia Marketing, Sales Practices, and Products Liability Litig.,* MDL 1938 (D.N.J.)
- *In Re Worldcom, Inc. Securities Litig.,* No. 02-CV-3288 (S.D.N.Y.)



**Kate M. Baxter-Kauf**
*Partner*
612-339-6900
kmbaxter-kauf@locklaw.com

### Practices

Antitrust Law
Data Breach
Litigation
Business Litigation
Securities Litigation

### Education

University of Minnesota Law School, 2011
*magna cum laude*, Order of the Coif

### Bar Admissions

2011, Minnesota

### Court Admissions

Minnesota
U.S. District Court, District of Minnesota
U.S. Court of Appeals, Eighth Circuit
U.S. Court of Appeals, Seventh Circuit

# Kate M. Baxter-Kauf

Kate Baxter-Kauf's practice is concentrated in the firm's antitrust law, data breach, business litigation, and securities litigation practice groups. She represents individuals, consumers, financial institutions and small businesses in litigation to protect their rights and, most often, the rights of the class members they seek to represent. Ms. Baxter-Kauf is a 2011 *magna cum laude* and Order of the Coif graduate of the University of Minnesota Law School. While in law school, she served as an Articles Editor for the Minnesota Law Review and interned with the Honorable Magistrate Judge Janie S. Mayeron of the United States District Court for the District of Minnesota. She also spent her 2L summer in the Summer Law Intern Program at the Department of Justice Antitrust Division's Networks and Technology Enforcement Section. Prior to joining the firm, Ms. Baxter-Kauf clerked for the Honorable Alan C. Page, the Honorable Helen M. Meyer, and the Honorable Christopher J. Dietzen, Associate Justices of the Minnesota Supreme Court.

Before law school, Ms. Baxter-Kauf was an award-winning coach of high school and college policy debate teams across the country and facilitated debate teams at Twin Cities urban middle and high schools. She coached the 2003 National Forensic League policy debate national champions.

### Cases with Leadership Roles

- *Holmes v. Elephant Insurance Co. et al.,* No 22-cv-487 (E.D. Va.) – appointed co-lead class counsel
- *Baker v. ParkMobile, LLC,* No. 21-cv-2182 (N.D. Ga.) – appointed member of Plaintiffs' Steering Committee
- *Beck v. Austin*, No. 19-cv-01453 (D. Minn.) – appointed settlement class counsel
- *In re EpiPen ERISA Litig.*, No. 17-cv-1884 (D. Minn.) – appointed liaison counsel
- *In re GEICO Customer Data Breach Litigation,* No. 21-02210 (E.D.N.Y.) – pre-approved member of leadership team in conjunction with co-lead counsel appointment
- *In re Netgain Technology, LLC, Consumer Data Breach Litigation*, No. 21-cv-01210 (D. Minn.) – appointed chair of the Plaintiffs' Executive Committee
- *In re Wholesale Grocery Products Antitrust Litigation,* MDL No. 2090 (D. Minn.) – member of the trial team
- *Zimmerman v. Riverplace Counseling Center, Inc.,* No. 02-cv-19-6522 (Anoka Cty. Dist. Ct.) – appointed settlement class counsel

## From the Courtroom to the Capitol®

## Professional Associations

- Federal Bar Association
- Minnesota State Bar Association (Appellate Practice Section and Participant, Public Defender Appellate Pro Bono Project)
- The Sedona Conference (Member, Working Group 11 – Data Security and Privacy Liability)
- Minnesota Women Lawyers
- National Association of Shareholder and Consumer Attorneys
- Minnesota Supreme Court Historical Society

## Professional Recognition

- Named a Minnesota Super Lawyer for 2022 and a Minnesota Rising Star from 2015-2021 by Super Lawyers®.
- Named a Rising Star by Law360 in the area of Cybersecurity & Privacy in 2018.
- Named an 'Up & Coming Attorney' by Minnesota Lawyer for 2016.
- Named a 'North Star Lawyer' by the Minnesota State Bar Association for 2015-2021 in recognition of pro bono work.
- Recognized for HCBA Centennial Pro Bono Challenge Completion in August 2020.

## Community Involvement

- Minnesota Urban Debate League Advisory Board (Board Member)
- Macalester-Groveland Community Council (Elected At-Large Representative & Chair, Inclusivity Task Force)
- Pro-Choice Minnesota Foundation Board of Directors (Current Board Member & Past Chair)
- American Constitution Society
- Randolph Heights PTA (Past President)

## Data Breach & Privacy Cases

- *Adkins v. Facebook, Inc*., No. 18-cv-05982 (N.D. Cal.)
- *In re Anthem, Inc. Data Breach,* No. 15-md-02617 (N.D. Cal.)
- *In re Arby's Restaurant Group, Inc. Data Security Litigation,* No. 17-00514 (N.D. Ga.)
- *In re Banner Health Data Breach Litigation,* No. 16-cv-02696 (D. Ariz)
- *Baysal v. Midvale Indemnity Company et al*, No. 21-cv-00394 (W.D. Wis.)
- *Bellwether Community Credit Union v. Chipotle Mexican Grill, Inc.* No. 17-01102 (D. Co.)
- *In re: Blackbaud, Inc. Customer Data Security Breach Litigation,* No. 20-mn-02972 (D.S.C.)
- *In re: Community Health Systems, Inc., Customer Security Data Breach Litig.*, No. 15-00222-KOB (N.D. AL)
- *In re Equifax, Inc. Customer Data Security Breach Litigation,* No. 17-02800 (N.D. Ga)
- *In re Facebook, Inc., Customer Privacy Profile Litig.,* No. 18-2843 (N.D. Cal.)
- *Fero et al., v. Excellus Health Plan, Inc. et al.,* No. 15-06569 (W.D.N.Y.)
- *First Choice Federal Credit Union et al v. The Wendy's Company et al,* No. 2:16-cv-00506 (W.D. Pa.)
- *Greater Chautauqua Federal Credit Union, et al. v. Kmart Corp. et al.,* No. 15-02228 (N.D. IL)
- *Greenstate Credit Union v. Hy-Vee, Inc.* No. 20-cv-00621 (D. Minn)
- *Greenstein et al. v. Noblr Reciprocal Exchange*, No. 21-04537 (N.D. Cal.)
- *In re Home Depot, Inc., Customer Data Security Breach Litigation,* No. 14-02583 (N.D. GA)
- *Park v. America Family Life Insurance Company et al.,* No. 22-cv-171 (W.D. Wis.)
- *In re Premera Blue Cross Customer Data Security Breach Litig.*, No. 15-2633 (D. Or.)
- *SELCO Community Credit union v. Noodles & Company,* No. 16-02247 (D. Colo.)
- *Springmeyer v. Marriott International, Inc.,* No. 20-cv-00867 (D. Md)
- *Stallone v. Farmers Group Inc. et al.,* No. 210cv001659 (D. Nev)
- *In re: Supervalu, Inc., Customer Data Security Breach Litigation,* MDL No. 2586 (D. Minn)
- *In re: Target Corp. Customer Data Breach Security Litig.,* MDL No. 2522 (D. Minn.)
- *Veridian Credit Union v. Eddie Bauer LLC,* No. 17-00356 (W.D. Wa.)
- *In re Warner Music Group Data Breach,* No. 20-cv-07473 (S.D.N.Y)
- *In re Wawa, Inc. Data Security Litig.,* No. 19-6019 (E.D. Pa.)
- *In re: Yahoo! Inc. Customer Data Security Breach Litig.,* MDL No. 2752 (N.D. Cal.)

## Other Cases

- *Johannessohn et al v. Polaris Industries, Inc.* No. 16-cv-03348 (D. Minn.)
- *Khoday v. Symantec Corp.*, No. 11-cv-180-JRT-TNL (D. Minn.)
- *In re Medtronic, Inc. Shareholder Litigation*, A15-0858 (Minn.)
- *Ploss et al. v. Kraft Foods Group, Inc. et al*, Case No. 1:15-cv-2937 (N.D. Ill.)
- *In re Regions Morgan Keegan Open-End Mutual Fund Litigation,* No. 2:07-cv-02784 (W.D. Tenn)
- *Soderstrom et al v. MSP Crossroads Apartments LLC*, No. 16-cv-233 (D. Minn.)
- *Turnidge et al v. TruGreen Limited Partnership*, No. 27-CV-14-14711 (Henn. Cty. Dist. Ct.)
- *UrbanWorks Architecture LLC v. Hunt Associates et al*, Nos. 27-CV-14-8415 & 27-CV-16-10241 (Henn. Cty. Dist. Ct.)

## Presentations

- 2022 Sedona conference Working Group 11 Annual Meeting Dialogue Leader, *Notice and Consent: Biometric Facial Recognition Data,* April 26, 2022, and Moderator and Dialogue Leader, *Second edition of The Sedona Conference Commentary on Application of Attorney-Client Privielge and Work-Product Protection to Documents and Communications Generated in the Cybersecurity Context,* April 27, 2022.
- 2022 31st Annual Health Benefits Conference + Expo, presented by the International Foundation of Employee Benefit Plans, February 2, 2022.
- 2021 Minnesota Building & Construction Trades Council Annual Conference, July 22, 2021.
- 2021 Sedona Conference Working Group 11 Midyear Meeting Dialogue Leader and Moderator, *Has the time come for a second edition of the WG11 Commentary on Application of Attorney-Client Privilege and Work-Product Protection to Documents and Communications Generated in the Cybersecurity Context?*, October 28, 2021; Dialogue Leader, *Notice and Consent – Biometric Facial Recognition Data*, October 29, 2021.
- Class Action Money & Ethics Conference, Presented by Beard Group, Inc., *Drilling in the Data Oil Fields: What's New and Trending in Data Privacy Class Actions* (June 30, 2021)
- Third Annual Western Alliance Bank Class Action Law Forum, in collaboration with University of San Diego School of Law, *Privacy & Data Breach* (April 22, 2021)
- 2021 Sedona Conference Working Group 11 Annual Meeting Dialogue Leader and Moderator, *Has the time come for a second edition of the WG11 Commentary on Application of Attorney-Client Privilege and Work-Product Protection to Documents and Communications Generated in the Cybersecurity Context?* (April 14, 2021)
- 2020 Sedona Conference Working Group 11 Midyear Meeting Dialogue Leader, *Biometric Privacy Laws* (September 30, 2020)
- Data Breach Class Actions, Practical Perspectives, HB Litigation Conference (May 19, 2020)
- 2016 Cyber Security Summit, Interactive Table Top Exercise on Preparing for and Reacting to Data Breach incidents (Counsel Panelist), Cyber Security Summit Minneapolis (October 11, 2016)
- 2011 J.D. Class Commencement Address, University of Minnesota Law School (May 14, 2011)

# From the Courtroom to the Capitol®

- Rising Professionals Symposium, *Now That We've Found Standing, What Are We Gonna Do With It?  What's on the Horizon for Data Breach Litigation*, 2019 Federal Bar Association (February 1, 2019)

## Publications

- Modern Data Breach Litigation, The Hennepin Lawyer (January/February 2020)
- Plaintiffs' Commentary on Appropriate Attorney-Client Privilege and Work-Product Protection, Sedona Conference Working Group 11 (June 25, 2019)
- Great Bites in Brief, The Hennepin Lawyer (May/June 2017)
- The Value of a Clerkship, Minn. Lawyer JDs Rising (May 2013).
- Lean In: A Review for Young Lawyers, Minn. Lawyer JDs Rising (April 2013).
- Environmental Justice and the BP Deepwater Horizon Oil Spill, 20 N.Y.U. Environmental L.J. 99 (2012) (with Hari M. Osofsky, Bradley Hammer, Ann Mailander, Brett Mares, Amy Pikovsky, Andrew Whitney, & Laura Wilson).
- Breastfeeding in Custody Proceedings, 15 Rich. J.L. Pub. Int. 627 (2012).



From the Courtroom to the Capitol®