**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| IN RE ACCELLION, INC. DATA BREACH LITIGATION | Case No. 5:21-cv-01155-EJD<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO APPOINT TINA WOLFSON AS INTERIM CLASS COUNSEL AND BEN BARNOW, TIMOTHY BLOOD AND MATTHEW GEORGE TO THE PLAINTIFFS' STEERING COMMITTEE**<br><br>Date:       December 8, 2022<br>Time:      9:00 a.m.<br>Judge:     Hon. Edward J. Davila<br>Courtroom: 4, 5th Floor |

This matter comes before the Court on Plaintiffs' Motion to Appoint Interim Lead Counsel and Plaintiffs' Steering Committee. The Court being fully advised and for good cause shown, the Motion is hereby **GRANTED**.

Accordingly, the Court **ORDERS** as follows:

**A.     Appointments to Interim Counsel Leadership Structure.**

Pursuant to Rule 23(g)(3), the Court appoints Tina Wolfson of Ahdoot & Wolfson, PC as Interim Class Counsel to oversee the consolidated litigation, including any settlements reached with the Defendants in this consolidated litigation, and to act on behalf of the proposed class in this litigation.

The Court further appoints Ben Barnow of Barnow and Associates, P.C., Timothy G. Blood of Blood Hurst & O'Reardon, LLP, and Matthew B. George of Kaplan Fox & Kilsheimer LLP to a Plaintiffs' Steering Committee ("PSC").

Interim Lead Counsel will have sole authority over all matters concerning the prosecution of this litigation on behalf of the Plaintiffs and the proposed class, and will assume responsibility for the following duties (among others) during all phases of this litigation:

   a) Coordinating the work of preparing and presenting all of Plaintiffs' claims and otherwise coordinating all proceedings, including organizing and supervising the efforts of Plaintiffs' counsel in a manner to ensure that Plaintiffs' pretrial preparation is conducted effectively, efficiently, expeditiously, and economically;

   b) Delegating work responsibilities and monitoring the activities of all Plaintiffs' counsel in a manner to promote the orderly and efficient conduct of this litigation and to avoid unnecessary duplication and expense;

   c) Calling meetings of Plaintiffs' counsel for any appropriate purpose, including coordinating responses to questions of other parties or of the Court, and initiating proposals, suggestions, schedules, and any other appropriate matters;

   d) Determining (after consultation with other co-counsel as may be appropriate) and presenting (in briefs, oral argument, or such other fashion as he or his designee may

- 1 -

deem appropriate) to the Court and opposing parties the position of the Plaintiffs on all matters arising during pretrial (and, if appropriate, trial) proceedings;

e) Serving as the primary contact for all communications between Plaintiffs and Defendants, and acting as spokespersons for all Plaintiffs vis-à-vis Defendants and the Court;

f) Directing and executing on behalf of Plaintiffs the filing of pleadings and other documents with the Court;

g) Appearing at all court hearings and conferences regarding the case as most appropriate for effective and efficient representation, and speaking for Plaintiffs at all such hearings and conferences;

h) Receiving and initiating communication with the Court and the Clerk of the Court (including receiving orders, notices, correspondence, and telephone calls) and dispensing the content of such communications among Plaintiffs' counsel;

i) Initiating and conducting discussions and negotiations with counsel for Defendant on all matters, including settlement;

j) Negotiating and entering into stipulations with opposing counsel as necessary for the conduct of the litigation;

k) Initiating, coordinating, and conducting all discovery on Plaintiffs' behalf and ensuring its efficiency;

l) Selecting, consulting with, and employing experts for Plaintiffs, as necessary;

m) Encouraging and enforcing efficiency among all Plaintiffs' counsel;

n) Preparing and distributing periodic status reports to the Court and to the parties as ordered; and

o) Performing such other duties as are necessary in connection with the prosecution of this litigation or as may be further directed by the Court.

**B.      Additional Matters**

      **1.      Settlement Discussions**

Any discussions of a settlement of this litigation shall be conducted only by Interim Lead Counsel and any counsel designated by Interim Lead Counsel.

      **2.      Proposed Agendas**

In advance of any status conference, Interim Lead Counsel and Defendant's counsel will meet and confer regarding the agenda for the conference. Unless otherwise ordered, Interim Lead Counsel and Defendant's counsel will file a joint notice setting out the proposed agenda and the parties' joint and/or respective positions no later than five calendar days prior to each status conference.

      **3.      Application of this Order**

This Order shall apply to the above-captioned matter, all related cases, any subsequently consolidated action, any actions consolidated with the above-captioned matters, and any actions filed in or transferred or removed to this Court relating to the facts and the data breach underlying this litigation.

Interim Lead Counsel must serve a copy of this Order and all future orders promptly by overnight delivery service, facsimile, or other expeditious electronic means on counsel for Plaintiffs in any related action to the extent that Interim Lead Counsel are aware of any such action(s) and on all attorneys for Plaintiffs whose cases may subsequently consolidated with the above actions but who have not yet registered for ECF.

**IT IS SO ORDERED.**

Date: _____

                                HONORABLE EDWARD J. DAVILA
                                UNITED STATES DISTRICT JUDGE

- 3 -

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO APPOINT TINA WOLFSON
AS INTERIM CLASS COUNSEL AND BEN BARNOW, TIMOTHY BLOOD AND
MATTHEW GEORGE TO THE PLAINTIFFS' STEERING COMMITTEE
No. 5:21-CV-01155-EJD