KRYSTA KAUBLE PACHMAN (280951)
kpachman@susmangodfrey.com
MICHAEL GERVAIS (330731)
mgervais@susmangodfrey.com
STEVEN G. SKLAVER (237612)
ssklaver@susmangodfrey.com
KEVIN R. DOWNS (331993)
kdowns@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, California  90067-6029
[Tel.] (310) 789-3100
[Fax] (310) 789-3150

POLINA BRANDLER (SBN 269086)
pbrandler@hammondlawpc.com
JULIAN HAMMOND (SBN 268489)
jhammond@hammondlawpc.com
ARI CHERNIAK (SBN 290071)
acherniak@hammondlawpc.com
ADRIAN BARNES (SBN 253131)
abarnes@hammondlawpc.com
HAMMONDLAW, PC
1201 Pacific Ave, Suite 600
Tacoma, WA 98402
[Tel.] (310) 601-6766
[Fax] (310) 295-2385

*Attorneys for Plaintiffs and the Putative Classes*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| IN RE ACCELLION, INC. DATA BREACH LITIGATION | Case No:  21-cv-01155-EJD<br><br>Hon. Edward J. Davila<br><br>**DECLARATION OF KRYSTA KAUBLE PACHMAN IN SUPPORT OF MOTION TO APPOINT SUSMAN GODFREY L.L.P. AND HAMMONDLAW, P.C. AS INTERIM CO-LEAD CLASS COUNSEL**<br><br>Date:   December 8, 2022<br>Time:  9:00 a.m.<br>Judge: Hon. Edward J. Davila<br>Ctrm:  4 – 5th Floor |

I, Krysta Kauble Pachman, hereby declare as follows:

1. I am a member in good standing of the bar of this Court, an active member of the State Bar of California, a partner in the law firm of Susman Godfrey L.L.P. and counsel of record for the plaintiffs in the above-captioned action. I have personal knowledge of the facts set forth herein, and if called as a witness, would testify competently thereto.

2. I make this declaration in support of plaintiffs' motion to appoint Susman Godfrey and HammondLaw as interim co-lead class counsel.

3. A copy of my attorney profile is attached as Exhibit A.

4. A copy of Michael Gervais's attorney profile is attached as Exhibit B.

4. A copy of Steven G. Sklaver's attorney profile is attached as Exhibit C.

5. A copy of Kevin R. Downs's attorney profile is attached as Exhibit D.

6. A copy of Susman Godfrey's firm profile is attached as Exhibit E.

I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct.

Executed this 29th day of September, 2022, at Los Angeles, California.

By:  */s/ Krysta Kauble Pachman*
Krysta Kauble Pachman

1
DECLARATION OF KRYSTA KAUBLE PACHMAN IN SUPPORT OF MOTION TO APPOINT SUSMAN GODFREY L.L.P. AND HAMMONDLAW, P.C. AS INTERIM CO-LEAD CLASS COUNSEL
Case No: 21-cv-01155-EJD