# EXHIBIT D

www.susmangodfrey.com /attorneys/kevin-downs/

Kevin Downs

Associate



Houston Office Phone: (713) 653-7844 Email Download vCard Print Bio to PDF

Education

University of Pennsylvania Law School (J.D., *magna cum laude*)

New England Conservatory (M.M., cello performance)

Cleveland Institute of Music (B.M., cello performance)

Judicial Clerkship

Hon. Lee H. Rosenthal, Chief Judge, United States District Court for the Southern District of Texas

Kevin Downs

Associate

Kevin Downs represents plaintiffs and defendants in all types of commercial litigation. Kevin joined Susman Godfrey after clerking for Chief Judge Lee H. Rosenthal of the United States District Court for the Southern District of Texas. While clerking, Kevin worked on a wide range of cases, at both the trial-court and appellate levels. Kevin graduated *magna cum laude* from the University of Pennsylvania Law School.

Before law school, Kevin spent many years as a concert cellist. He served as the principal cellist of the Houston-based Mercury Chamber Orchestra, performed with the Houston Grand Opera, and gave solo recitals across North America and Europe. His performances have been broadcast on National Public Radio and public television stations.