KRYSTA KAUBLE PACHMAN (280951)
kpachman@susmangodfrey.com
MICHAEL GERVAIS (330731)
mgervais@susmangodfrey.com
STEVEN G. SKLAVER (237612)
ssklaver@susmangodfrey.com
KEVIN R. DOWNS (331993)
kdowns@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, California  90067-6029
[Tel.] (310) 789-3100
[Fax] (310) 789-3150

POLINA BRANDLER (SBN 269086)
pbrandler@hammondlawpc.com
JULIAN HAMMOND (SBN 268489)
jhammond@hammondlawpc.com
ARI CHERNIAK (SBN 290071)
acherniak@hammondlawpc.com
ADRIAN BARNES (SBN 253131)
abarnes@hammondlawpc.com
HAMMONDLAW, PC
1201 Pacific Ave, Suite 600
Tacoma, WA 98402
[Tel.] (310) 601-6766
[Fax] (310) 295-2385

*Attorneys for Plaintiffs and the Putative Classes*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| IN RE ACCELLION, INC. DATA BREACH LITIGATION | Case No: 21-cv-01155-EJD<br><br>Hon. Edward J. Davila<br><br>**DECLARATION OF POLINA BRANDLER IN SUPPORT OF MOTION TO APPOINT SUSMAN GODFREY L.L.P. AND HAMMONDLAW, P.C. AS INTERIM CO-LEAD CLASS COUNSEL**<br><br>Date:   December 8, 2022<br>Time:  9:00 a.m.<br>Judge: Hon. Edward J. Davila<br>Ctrm:  4 – 5th Floor |

I, Polina Brandler, hereby declare as follows:

1. I am a member in good standing of the bar of this Court, an active member of the State Bar of California, Counsel at the law firm HammondLaw, P.C. and counsel of record for the plaintiffs in the above-captioned action. I have personal knowledge of the facts set forth herein, and if called as a witness, would testify competently thereto.

2. I make this declaration in support of plaintiffs' motion to appoint Susman Godfrey and HammondLaw as interim co-lead class counsel.

3. A copy of the HammondLaw firm resume is attached as Exhibit A.

I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct.

Executed this 29th day of September, 2022.

By: */s/ Polina Brandler*
Polina Brandler

1
DECLARATION OF POLINA BRANDLER IN SUPPORT OF MOTION TO APPOINT SUSMAN GODFREY L.L.P. AND HAMMONDLAW, P.C. AS INTERIM CO-LEAD CLASS COUNSEL
Case No: 21-cv-01155-EJD

# EXHIBIT A

**JULIAN A. HAMMOND**
**HAMMONDLAW. P.C.**
1201 Pacific Ave, Suite 600, Tacoma, WA, 98402
jhammond@hammondlawpc.com 310-610-6766

## Approved California Wage and Hour Cases

- **Burleigh v. National University**, Case No. MSC21-00939 (Contra Costa County Superior Court)(August 26, 2022) (certifying HammondLaw as co-class counsel for $925,000 settlement of Labor Code § 2802 claim on behalf of 1,802 instructors);

- **Parson v. La Sierra University,** Case No. CVRI2000104 (Riverside County Superior Court) (May 19, 2022) (certifying HammondLaw as class counsel for $578,220 settlement of Labor Code §§ 1194, 226(a), 226.2, 226.7, 203, claims on behalf of 381 adjunct instructors and Labor Code § 2802 claims on behalf of 739 other employees);

- **Chindamo v Chapman University,** Case No. 30-2020-01147814-CU-OE-CXC (Orange County Superior Court) (April 15, 2022) (certifying HammondLaw as co-class counsel for $1,150,00 settlement of Labor Code §§ 1194, 226(a), 226.2, 226.7, 203, claims on behalf of 1,374 adjunct instructors and Labor Code § 2802 claims on behalf of 4,120 other employees);

- **Sweetland-Gil v University of the Pacific,** Case No. STK-CV-UOE-2019-0014682 (San Joaquin County Superior Court) (March 4, 2022) (certifying HammondLaw as class counsel for $1,800,000 settlement of Labor Code §§ 1194, 226(a), 226.2, 226.7, and 203 claims on behalf of 1,100 adjunct instructors);

- **Senese v. University of San Diego,** Case No. 37-2019-00047124-CU-OE-CTL (San Diego County Superior Court) (February 8, 2022) (certifying HammondLaw as co-class counsel for $3,892,750 settlement of Labor Code §§ 1194, 226(a), 226.2, 226.7, and 203 claims on behalf of 2,071 adjunct instructors);

- **Solis et al. v Concordia University Irvine,** Case No. 30-2019-01114998-CU-OE-CXC (Orange County Superior Court) (February 3, 2022) (certifying HammondLaw as class counsel for $890,000 settlement of Labor Code §§ 1194, 226(a), 226.2, 226.7, 203, and 2802 claims on behalf of 778 adjunct instructors);

- **McCoy et v Legacy Education LLC,** Case No. 19STCV2792 (Los Angeles County Superior Court) (November 15, 2021) (Labor Code § 2698 et seq. representative action settlement for $76,000 for violation of Labor Code §§ 1194, 226(a), 226.7, 512, 203, and 2802 on behalf of 31 instructors);

- **Merlan v Alliant International University,** Case No. 37-2019-00064053-CU- OE-CTL (San Diego County Superior Court) (November 2, 2021) (certifying HammondLaw as co-class counsel for $711,500 settlement of Labor Code §§ 1194, 226(a), 226.2, 226.7, and 203 claims on behalf of 803 adjunct instructors);

- **Stupar et al. v University of La Verne**, Case No. 19STCV33363 (Los Angeles County Superior Court) (October 14, 2021) (certifying HammondLaw as class counsel for $2,450,000 settlement of Labor Code §§ 1194, 226(a), 226.2, 226.7, 512, and 203 claims on behalf of 1,364 adjunct instructors);

- **Normand et al. v Loyola Marymount University**, Case No. 19STCV17953 (Los Angeles County Superior Court) (September 9, 2021) (certifying

**JULIAN A. HAMMOND**
**HAMMONDLAW. P.C.**
1201 Pacific Ave, Suite 600, Tacoma, WA, 98402
jhammond@hammondlawpc.com 310-610-6766

HammondLaw as class counsel for $3,400,000 settlement of Labor Code §§ 1194, 226(a), 226.2, 226.7, and 203 claims on behalf of 1,655 adjunct instructors);

- *Veal v Point Loma Nazarene University*, Case No. 37-2019-00064165-CU-OE-CTL (San Diego County Superior Court) (August 27, 2021) (certifying HammondLaw as class counsel for $711,500 settlement of Labor Code §§ 1194, 226(a), 226.2, 226.7, and 203 claims on behalf of 670 adjunct instructors);

- *Pillow et al. v. Pepperdine University*, Case No. 19STCV33162 (Los Angeles County Superior Court) (July 28, 2021) (certifying HammondLaw as class counsel for $940,000 settlement of Labor Code §§ 1194, 226(a), 226.2, 226.7, and 203 claims on behalf of 1,547 adjunct instructors);

- *Moore et al v Notre Dame De Namur University,* Case No. 19-CIV-04765 (San Mateo County Superior Court) (July 1, 2021) (certifying HammondLaw as class counsel for $882,880 settlement of Labor Code §§ 1194, 226(a), 226.2, 226.7, and 203 claims on behalf of 397 adjunct instructors);

- *Mooiman et al. v Saint Mary's College of California,* Case No. C19-02092 (Contra Costa County Superior Court) (June 10, 2021) (certifying HammondLaw as class counsel for $1,700,000 settlement of Labor Code §§ 1194, 226(a), 226.2, 226.7, and 203 claims on behalf of 760 adjunct instructors and Labor Code Code § 226(a) claim on behalf of 2,212 other employees);

- *Peng v The President and Board of Trustees of Santa Clara College,* Case No. 19CV348190 (Santa Clara County Superior Court) (April 21, 2021) (certifying HammondLaw as class counsel for $1,900,000 settlement of Labor Code §§ 1194, 226(a), 226.2, 226.7, and 203 claims on behalf of 1,017 adjunct instructors and Labor Code Code § 226(a) claim on behalf of 5,102 other employees);

- *Morse v Fresno Pacific University,* Case No. 19-CV-04350 (Merced County Superior Court) (April 6, 2021) (certifying HammondLaw as class counsel for $1,534,725 settlement of Labor Code §§ 1194, 226(a), 226.2, 226.7, 512 and 203 claims on behalf of 861 adjunct instructors);

- *Miner, et al. v. ITT Educational Services, Inc.,* Case No. 3:16-cv-04827-VC (N.D. Cal.) (March 19, 2021) (certifying HammondLaw as class counsel for $5.2 million settlement of Labor Code §§ 1194, 226(a), 226.2, 226.7, 512 and 2802 claims on behalf of 1,154 adjunct instructors);

- *Harris-Foster v. University of Phoenix*, Case No. RG19019028 (Alameda County Superior Court, March 17, 2021) (certifying HammondLaw as class counsel for $2,863,106 settlement of Labor Code §§ 1194, 226(a), 226.2, 226.7 and 2802 putative class action on behalf of 3,447 adjunct instructors);

- *Granberry v. Azusa Pacific University*, Case No. 19STCV28949 (Los Angeles County Superior Court, March 5, 2021) (certifying HammondLaw as class counsel for $1,112,100 settlement of Labor Code §§ 1194, 226(a), 226.2, 226.7 and 2802 claims on behalf of 1,962 adjunct instructors);

- *Ott v. California Baptist University*, Case No. RIC1904830 (Riverside County Superior Court, January 26, 2021) (certifying HammondLaw as co-class

JULIAN A. HAMMOND
HAMMONDLAW. P.C.
1201 Pacific Ave, Suite 600, Tacoma, WA, 98402
jhammond@hammondlawpc.com  310-610-6766

counsel for $700,000 settlement of Labor Code §§ 1194, 226(a), 226.2, 226.7 and 512 claims on behalf of 958 adjunct instructors);

- *Pereltsvaig v. Cartus Corporation*, Case No. 19CV348335 (Santa Clara County Superior Court, January 13, 2021) (certifying HammondLaw as class counsel in $300,000 settlement of Labor Code §§ 226.8(a), 1194, 226(a), 226.7, 510, 512, and 2802 claims on behalf of 126 instructors);
- *Morrison v. American National Red Cross*, Case No. 19-cv-02855-HSG (N.D. Cal., January 8, 2021) (certifying HammondLaw as class counsel in a $377,000 Settlement of Labor Code §§ 1194, 226(a), 226.7, 510, 512 and 2802 claims on behalf of 377 instructors who taught training courses);
- *Brown v. Cernx,* Case No. JCCP004971 (Cal. Sup. Ct. Alameda Cty. July 14, 2020) (certifying HammondLaw as co-class counsel in $350,000 settlement of Labor Code §§ 1194, 226, 226.7, 510, 512, and 2802 claims on behalf of 309 amazon couriers);
- *Stempien v. DeVry University*, Case No. RG19002623 (Cal. Sup. Ct. Alameda Cty. June 30, 2020) (certifying HammondLaw as class counsel for $1,364,880 settlement Labor Code §§ 1194, 226, 226.2, 226.7, and 2802 claims on behalf of 498 adjunct instructors);
- *McCoy v. Concorde.*, Case No. 30-2017-00936359-CU-OE-CXC (Cal. Sup. Ct. Orange Cty. July 2, 2019) (certifying HammondLaw as class counsel for $2,500,000 settlement of Labor Code §§ 1194, 226, 226.7, and 512 putative claims on behalf of 636 adjunct instructors);
- *Hogue v. YRC,* Case No. 5:16-cv-01338 (C.D. Cal. June 24, 2019) (certifying HammondLaw and A&T as co-class counsel for $700,000 settlement of Labor Code §§ 1194, 226.2, 226.7, and 2802 claims on behalf of 225 truck drivers);
- *Sands v. Gold's Gym,* Case No. BC660124 (Cal. Sup. Ct. Los Angeles Cty. March 20, 2019) (Labor Code § 2698 *et seq.* representative action settlement for $125,000 for violation of Labor Code § 1194, 2802 and 246 *et seq.* claims on behalf of 106 fitness instructors);
- *Garcia v. CSU Fullerton.*, Case No. 30-2017-00912195-CU-OE-CXC (Cal. Sup. Ct. Orange Cty. February 15, 2019) (certifying HammondLaw as class counsel for $330,000 settlement of Labor Code §§ 1194, 226, 226.7, and 512 claims on behalf of 127 adjunct instructors);
- *Pereltsvaig v. Stanford*, Case No. 17-CV-311521 (Cal. Sup. Ct. Santa Clara Cty. January 4, 2019) (certifying HammondLaw as class counsel for $886,890 settlement of Labor Code §§ 1194, 226, 226.7, 512, 2802 and 2699 claims on behalf of 398 adjunct instructors);
- *Moss et al. v. USF Reddaway, Inc.,* Case No. 5:15-cv-01541 (C.D. Cal. July 25, 2018) (certifying HammondLaw and A&T as co-class counsel for $2,950,000 settlement of Labor Code §§ 1194, 226, 226.7, and 201-203 claims on behalf of 538 truck drivers);
- *Beckman v. YMCA of Greater Long,* Case No. BC655840 (Cal. Sup. Ct. Los Angeles Cty. June 26, 2018) (Labor Code § 2698 *et seq.* representative

JULIAN A. HAMMOND
HAMMONDLAW. P.C.
1201 Pacific Ave, Suite 600, Tacoma, WA, 98402
jhammond@hammondlawpc.com 310-610-6766

action settlement for $92,500 for violation of Labor Code § 1194 and 226(a) claims on behalf of 101 fitness instructors);

- *Maldonado v. Heavy Weight Transport, Inc.,* Case No. 2:16-cv-08838 (C.D. Cal. December 11, 2017) (certifying HammondLaw and A&T as co-class counsel for $340,000 settlement of Labor Code §§ 1194, 226, 226.2, 226.7, 226, 201-203, and 2699 claims on behalf of 160 truck drivers);

- *Hillman v. Kaplan*, Case No. 34-2017-00208078 (Cal. Sup. Ct. Sacramento Cty. December 7, 2017) (certifying HammondLaw as class counsel for $1,500,000 settlement of Labor Code §§ 1194, 226, 226.7, 201-203 and 2802 claims on behalf of 506 instructors);

- *Bender et al. v. Mr. Copy, Inc*., Case No. 30-2015-00824068-CU-OE-CXC (Cal. Sup. Ct. Orange Cty. October 13, 2017) (certifying HammondLaw and A&T as co-class counsel for $695,000 settlement of Labor Code §2802 claims on behalf of approximately 250 outside sales representatives);

- *Rios v. SoCal Office Technologies,* Case No. CIVDS1703071 (Cal. Sup. Ct. San Bernardino Cty. September 6, 2017) (certifying HammondLaw and A&T as co-class counsel for $495,000 settlement of Labor Code §2802 claims on behalf of approximately 180 outside sales representatives);

- *Russell v. Young's Commercial Transfer, Inc.,* Case No. PCU265656 (Cal. Sup. Ct. Tulare Cty. June 19, 2017) (certifying HammondLaw and A&T as co-class counsel for $561,304 settlement of Labor Code §§ 1194, 226, 226.2, and 201-203 claims on behalf of 962 truck drivers);

- *Keyes v. Valley Farm Transport, Inc.,* Case No. FCS046361 (Cal. Sup. Ct. Solano Cty. May 23, 2017) (certifying HammondLaw and A&T as co-class counsel for $497,000 settlement of Labor Code § 226, 1194, 512 and 2698 *et seq*. claims on behalf of 316 truck drivers);

- *Numi v. Interstate Distributor Co.*, Case No. RG15778541 (Cal. Sup. Ct. Alameda Cty. March 6, 2017) (certifying HammondLaw and A&T as co-class counsel for $1,300,000 settlement of Labor Code §§ 1194, 226.2 and 2802 claims on behalf of approximately 1,000 truck drivers);

- *Keyes v. Vitek, Inc.,* Case No. 2016-00189609 (Cal. Sup. Ct. Sacramento Cty. February 17, 2017) ($102,000 settlement of PAGA representative action for violation of Labor Code § 226.8 on behalf of 90 truck drivers);

- *Martinez v. Estes West dba G.I. Trucking, Inc.,* Case. BC587052 (Cal. Sup. Ct. L.A. Cty., April 4, 2017) (certifying HammondLaw and A&T as co-class counsel for $425,000 settlement of Labor Code §§ 1194, 226, and 201-203 claims on behalf of approximately 156 truck drivers);

- *Sansinena v. Gazelle Transport Inc.*, Case No. S1500-CV- No 283400 (Cal. Sup. Ct. Kern Cty. December 8, 2016) (certifying HammondLaw and A&T as co-class counsel for $264,966 settlement of Labor Code §§ 1194, 226, and 201-203 claims on behalf of approximately 314 truck drivers);

- *Cruz v. Blackbelt Enterprises, Inc.,* Case No. 39-2015-00327914-CU-OE-STK (Cal. Sup. Ct. San Joaquin Cty. September 22, 2016) (certifying HammondLaw and A&T as co-class counsel for $250,000 settlement of Labor

JULIAN A. HAMMOND
HAMMONDLAW. P.C.
1201 Pacific Ave, Suite 600, Tacoma, WA, 98402
jhammond@hammondlawpc.com 310-610-6766

Code §§ 1194, 226, and 201-203 claims on behalf of approximately 79 truck drivers);

- *Araiza et al. v. The Scotts Company, L.L.C.,* Case No. BC570350 (Cal. Sup. Ct. L.A. Cty. September 19, 2016) (certifying HammondLaw and A&T as co-class counsel for $925,000 settlement of Labor Code §226, 510, 512 and 2802 claims on behalf of approximately 570 merchandisers; and Labor Code 226(a) claims on behalf of approximately 120 other employees);
- *Dixon v. Hearst Television, Inc.*, Case No. 15CV000127 (Cal. Sup. Ct. Monterey Cty. September 15, 2016) (certifying HammondLaw as class counsel for a $432,000 settlement of Labor Code § 2802 claims on behalf of approximately 55 outside sales representatives);
- *Garcia et al. v. Zoom Imaging Solutions, Inc.* SCV0035770 (Cal. Sup. Ct. Placer Cty. September 8, 2016) (certifying HammondLaw and A&T as co-class counsel for $750,000 settlement of Labor Code § 510, 512, 1194 and 2802 claims on behalf of approximately 160 sales representatives and service technicians);
- *O'Beirne et al. v. Copier Source, Inc. dba Image Source*, Case No. 30-2015-00801066-CU-OE-CXC (Cal. Sup. Ct. Orange Cty. September 8, 2016) (certifying HammondLaw and A&T as co-class counsel for $393,300 settlement of Labor Code §2802 claims on behalf of approximately 132 outside sales representatives);
- *Mead v. Pan-Pacific Petroleum Company, Inc.*, Case No. BC555887 (Cal. Sup. Ct. L.A. Cty. August 30, 2016) (certifying HammondLaw and A&T as co-class counsel for $450,000 settlement of Labor Code §§ 1194, 226, and 201-203 claims on behalf of approximately 172 truck drivers);
- *Lange v. Ricoh Americas Corporation*, Case No. RG136812710 (Cal. Sup. Ct. Alameda Cty. August 5, 2016) (certifying HammondLaw as co-class counsel for $1,887,060 settlement of Labor Code § 2802 claims on behalf of approximately 550 sales representatives);
- *Alcazar v. US Foods, Inc. dba US Foodservice*, Case No. BC567664 (Cal. Sup. Ct. L.A. Cty. March 18, 2016) (certifying HammondLaw and A&T as co-class counsel for a $475,000 settlement on behalf of approximately 634 truck drivers);
- *Harris v. Toyota Logistics*, Case No. C 15-00217 (Cal. Sup. Ct. Contra Costa Cty. February 9, 2016) (certifying HammondLaw and A&T as co-class counsel for $550,000 settlement reached on behalf of approximately truck 125 drivers);
- *Albanez v. Premium Retail Services Inc*., Case No. RG1577982 (Cal. Sup. Ct. Alameda Cty. January 29, 2016) (Private Attorney General Act Settlement for $275,000 on behalf of approximately 38 employees);
- *Garcia et al v. Sysco Los Angeles, et al.*, Case No. BC560274 (Cal. Sup. Ct. L.A. Cty. November 12, 2015) (certifying HammondLaw and A&T as co-class counsel for a $325,000 settlement on behalf of approximately 500 truck drivers);

JULIAN A. HAMMOND
HAMMONDLAW. P.C.
1201 Pacific Ave, Suite 600, Tacoma, WA, 98402
jhammond@hammondlawpc.com 310-610-6766

- *Cooper et al. v. Savage Services Corporation, Inc.*, Case No. BC578990 (Cal. Sup. Ct. L.A. Cty. October 19, 2015) (certifying HammondLaw and A&T as co-class counsel for $295,000 settlement on behalf of approximately 115 truck drivers);
- *Gallardo et al. v. Canon Solutions America, Inc.,* Case No. CIVDSS1500375 (Cal. Sup. Ct. San Bernardino Cty. August 5, 2015) (certifying HammondLaw and A&T as co-class counsel for $750,000 settlement on behalf for approximately 320 outside sales representatives);
- *Glover v. 20/20 Companies, Inc.,* Case No. RG14748879 (Cal. Sup. Ct. Alameda Cty. August 3, 2015) (Private Attorney General Act Settlement for $475,000 on behalf of approximately 273 independent contractors);
- *Mayton et al v. Konica Minolta Business Solutions USA, Inc.*, Case No. RG12657116 (Cal. Sup. Ct. Alameda Cty. June 22, 2015) (certifying HammondLaw as co-class counsel for $1,225,000 settlement on behalf for approximately 620 outside sales representatives);
- *Garza, et al. v. Regal Wine Company, Inc. & Regal III, LLC*, Case No. RG12657199 (Cal. Sup. Ct. Alameda Cty. February 21, 2014) (certifying HammondLaw as class counsel for $1.7 million settlement on behalf of approximately 317 employees);
- *Moy, et al. v. Young's Market Co., Inc.,* Case No. 30-2011-00467109-CU-OE-CXC (Cal. Sup. Ct. Orange Cty. November 8, 2013) (certifying HammondLaw as co-class counsel for $2.3 million settlement on behalf of approximately 575 sales representatives);
- *Gagner v. Southern Wine & Spirits of America*, *Inc.*, Case No. 3:10-cv-10-04405 JSW (N.D. Cal. December 11, 2012) (certifying HammondLaw as co-class counsel for $3.5 million settlement reached on behalf of approximately 870 sales representatives);
- *Downs, et al. v. US Foods, Inc. dba US Foodservice*, Case No. 3:10-cv-02163 EMC (N.D. Cal. September 12, 2012) (certifying HammondLaw as co-class counsel for $3 million settlement reached on behalf of approximately 950 truck drivers)

## Approved California Consumer Cases

- *Siciliano et al. v. Apple,* Case No. 1-13-cv-257676 (Cal. Sup. Ct. Santa Clara Cty. November 2, 2018) (approving $16,500,000 settlement of Cal. Bus. Prof. Code §§ 17603, 17200, and 17535 claims on behalf of 3.9 million California subscribers to Apple InApp subscriptions);
- *In re Ashley Madison Customer Data Security Breach Litigation*, Case No. 4:15-cv- 02669 JAR (E.D. Mis. November 20, 2017) (HammondLaw appointed to the executive committee in $11.2 million settlement on behalf of 39 million subscribers to ashleymadison.com whose information was compromised in the Ashley Madison data breach);

**JULIAN A. HAMMOND**
**HAMMONDLAW. P.C.**
1201 Pacific Ave, Suite 600, Tacoma, WA, 98402
jhammond@hammondlawpc.com 310-610-6766

- ***Gargir v. SeaWorld Inc***., Case No. 37-2015-00008175-CU-MC-CTL (Cal. Sup. Ct. San Diego Cty. October 21, 2016) (certifying HammondLaw and Berman DeValerio as co-class counsel in $500,000 settlement of Cal. Bus. Prof. Code §§ 17603, 17200, and 17535 claims class action on behalf of 88,000 subscribers to SeaWorld's annual park passes);
- ***Davis v. Birchbox, Inc***., Case No. 3:15-cv-00498-BEN-BGS (S.D. Cal. October 14, 2016) (certifying HammondLaw and Berman DeValerio as co-class counsel in $1,572,000 settlement of Cal. Bus. Prof. Code §§ 17603, 17200, and 17535 claims on behalf of 149,000 subscribers to Birchbox's memberships);
- ***Goldman v. LifeLock, Inc***. Case No. 1-15-cv-276235 (Cal. Sup. Ct. Santa Clara Cty. February 5, 2016) (certifying HammondLaw and Berman DeValerio as co-class counsel in $2,500,000 settlement of Cal. Bus. Prof. Code §§ 17603, 17200, and 17535 claims on behalf of 300,000 California subscribers to Lifelock's identity protection programs); and
- ***Kruger v. Kiwi Crate, Inc***. Case No. 1-13-cv-254550 (Cal. Sup. Ct. Santa Clara Cty. July 2, 2015) (certifying HammondLaw as class counsel in $108,000 settlement of Cal. Bus. Prof. Code §§ 17603, 17200, and 17535 claims on behalf of 5,400 California subscribers to Kiwi Crate's subscriptions).