KRYSTA KAUBLE PACHMAN (280951)
kpachman@susmangodfrey.com
STEVEN G. SKLAVER (237612)
ssklaver@susmangodfrey.com
MICHAEL GERVAIS (330731)
mgervais@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, California  90067-6029
[Tel.] (310) 789-3100
[Fax] (310) 789-3150

JULIAN HAMMOND (SBN 268489)
jhammond@hammondlawpc.com
POLINA BRANDLER (SBN 269086)
pbrandler@hammondlawpc.com
ARI CHERNIAK (SBN 290071)
acherniak@hammondlawpc.com
ADRIAN BARNES (SBN 253131)
abarnes@hammondlawpc.com
HAMMONDLAW, PC
1201 Pacific Ave, Suite 600
Tacoma, WA 98402
[Tel.] (310) 601-6766
[Fax] (310) 295-2385

*Attorneys for Plaintiffs and the Putative Classes*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| IN RE ACCELLION, INC. DATA BREACH LITIGATION | Case No:  21-cv-01155-EJD |
| | Hon. Edward J. Davila |
| | **NOTICE OF APPEARANCE OF MICHAEL GERVAIS** |

10952423v1/017147

**TO ALL PARTIES AND THEIR ATTORNEY OF RECORD:**

**PLEASE TAKE NOTICE** that attorney Michael Gervais of Susman Godfrey L.L.P., 1900 Avenue of the Stars, Suite 1400, Los Angeles, CA 90067, a member of the State Bar of California and admitted to practice before this Court, hereby enters an appearance as counsel on behalf of plaintiffs Madalyn Brown, Cole McDowell, Christy Brockington, and Derek Dawes. Mr. Gervais respectfully requests that all pleadings, notices, orders, correspondence and other papers in connection with this action be served upon him at the following address:

SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, California  90067-6029
mgervais@susmangodfrey.com
[Tel.] (310) 789-3100
[Fax] (310) 789-3150

Dated:  September 30, 2022

KRYSTA KAUBLE PACHMAN
STEVEN G. SKLAVER
MICHAEL GERVAIS
SUSMAN GODFREY L.L.P.

By:    /s/ Michael Gervais
Michael Gervais

Attorneys for Plaintiffs Madalyn Brown, Cole McDowell, Christy Brockington, and Derek Dawes

1

10952423v1/017147