| | |
|---|---|
| 1 | KRYSTA KAUBLE PACHMAN (280951) |
|   | kpachman@susmangodfrey.com |
| 2 | MICHAEL GERVAIS (330731) |
|   | mgervais@susmangodfrey.com |
| 3 | STEVEN G. SKLAVER (237612) |
|   | ssklaver@susmangodfrey.com |
| 4 | KEVIN R. DOWNS (331993) |
|   | kdowns@susmangodfrey.com |
| 5 | SUSMAN GODFREY L.L.P. |
|   | 1900 Avenue of the Stars, Suite 1400 |
| 6 | Los Angeles, California  90067-6029 |
|   | [Tel.] (310) 789-3100 |
| 7 | [Fax] (310) 789-3150 |
| 8 | POLINA BRANDLER (SBN 269086) |
|   | pbrandler@hammondlawpc.com |
| 9 | JULIAN HAMMOND (SBN 268489) |
|   | jhammond@hammondlawpc.com |
| 10 | ARI CHERNIAK (SBN 290071) |
| 11 | acherniak@hammondlawpc.com |
|   | ADRIAN BARNES (SBN 253131) |
| 12 | abarnes@hammondlawpc.com |
|   | HAMMONDLAW, P.C. |
| 13 | 1201 Pacific Ave, Suite 600 |
|   | Tacoma, WA 98402 |
| 14 | [Tel.] (310) 601-6766 |
| 15 | [Fax] (310) 295-2385 |
| 16 | *Attorneys for Plaintiffs and the Putative Classes* |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| IN RE ACCELLION, INC. DATA BREACH LITIGATION | Case No: 21-cv-01155-EJD |
| | Hon. Edward J. Davila |
| | Ctrm: 4 – 5th Floor |
| | **NOTICE OF APPEARANCE OF KEVIN DOWNS** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that attorney Kevin Downs of Susman Godfrey, LLP, 1000 Louisiana, Suite 5100, Houston, Texas 77002, a member of the State Bar of California and admitted to practice before this Court, hereby enters an appearance as counsel on behalf of plaintiffs Madalyn Brown, Cole McDowell, Christy Brockington, and Derek Dawes. Mr. Downs respectfully requests that all pleadings, notices, orders, correspondence and other papers in connection with this action be served upon him at the following address:

> Kevin Downs
> SUSMAN GODFREY L.L.P.
> 1000 Louisiana Street, Suite 5100
> Houston, Texas 77002
> kdowns@susmangodfrey.com
> [Tel.] (713) 651-9366
> [Fax] (713) 654-6666

Dated: September 30, 2022

> KRYSTA KAUBLE PACHMAN
> MICHAEL GERVAIS
> STEVEN G. SKLAVER
> KEVIN DOWNS
> SUSMAN GODFREY L.L.P.
>
> By:   */s/ Kevin Downs*
>        Kevin Downs