# EXHIBIT A

MICHAEL F. RAM (SBN 104805)
**MORGAN & MORGAN**
**COMPLEX LITIGATION GROUP**
711 Van Ness Avenue, Suite 500
San Francisco, CA 94102
Telephone: (415) 358-6913
Facsimile: (415) 358-6923
mram@forthepeople.com

*Counsel for Proposed Intervenors*

[Additional Counsel Appear on Signature Page]

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRACE BEYER, CHARLES TYER, CHRISTOPHER HAUSER, AND STEFANIE BURTON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FLAGSTAR BANCORP, INC., ACCELLION, INC., and FLAGSTAR BANK FSB,<br><br>Defendants. | Case No. 5:21-cv-02239-EJD<br><br>**DECLARATION OF JOHN A. YANCHUNIS IN SUPPORT OF MOTION TO INTERVENE AND TO SEVER AND TRANSFER CLAIMS AND IN OPPOSITION TO PRELIMINARY APPROVAL OF SETTLEMENT** |

Pursuant to Civil Local Rule 7-5, I declare as follows:

1. I have been appointed Interim Lead Counsel in *Angus, et al. v. Flagstar Bank, FSB,* No. 2:21-cv-10657-AJT-DRG (E.D. Mich. Aug. 12, 2021).

2. *Angus* was the first case filed in the United States against Flagstar Bank ("Flagstar") arising from the Accellion data breach in or around January 2021.

3. On July 7, 2021, Ahdoot Wolfson, PC ("California Counsel") revealed to me that it had scheduled a mediation with Flagstar for July 13, 2021.

4. An attorney from my firm attended the mediation and refused to agree to proposed terms that, although acceptable to California Counsel and Flagstar, were not fair, reasonable, and adequate.

5. Instead of settling on such terms, I chose to right for the best interest of the class and not settle unless and until Flagstar agreed to terms that were fair, reasonable, and adequate.

6. On July 16, 2021, The Honorable Arthur J. Tarnow, United States District Judge for the Eastern District of Michigan, held a hearing on competing motions for appointment as interim lead counsel. I attended this hearing virtually. The transcript attached to the Motion to Intervene as Exhibit B is a fair and accurate recording of what was said during the hearing.

7. During the hearing, Judge Tarnow instructed Flagstar's counsel and me to work on identifying injunctive relief that could and could not be agreed upon.

8. On July 2021, six days after the hearing and following up on Judge Tarnow's instruction to work with Flagstar's counsel on identifying injunctive relief that could and could not be agreed upon, I sent an email to Flagstar's counsel attaching a framework for a settlement demand and requesting to discuss the steps Flagstar had taken to address injunctive relief.

9. Five days later, on July 26, 2021, Flagstar's counsel responded, asking if I had availability on July 29 or 30, 2021. Flagstar's counsel did not disclose that Flagstar was mediating with California Counsel that same day.

10. I responded that same day that I was available.

11. On July 28, 2021, I asked to confirm a time for the discussion.

DECLARATION OF JOHN A. YANCHUNIS IN SUPPORT OF MOTION TO INTERVENE
Case No. 5:21-CV-02239-EJD
-2-

12. Later that day, I learned that California Counsel had mediated a second time and agreed on settlement terms.

13. California Counsel and Flagstar did not reveal the settlement terms to me until September 2021 when they effectively did so by filing their motion for preliminary approval of their settlement.

DATED: Tampa, FL  
December 23, 2021

By: /s John A. Yanchunis  
John A. Yanchunis

MICHAEL F. RAM (SBN 104805)  
**MORGAN & MORGAN**  
**COMPLEX LITIGATION GROUP**  
711 Van Ness Avenue, Suite 500  
San Francisco, CA 94102  
Telephone: (415) 358-6913  
Facsimile: (415) 358-6923  
mram@forthepeople.com

John A. Yanchunis*  
Ryan D. Maxey*  
**MORGAN & MORGAN COMPLEX**  
**LITIGATION GROUP**  
201 N. Franklin Street, 7th Floor  
Tampa, Florida 33602  
Phone: (813) 223-5505  
jyanchunis@ForThePeople.com  
rmaxey@ForThePeople.com

* *pro hac vice* application forthcoming

*Counsel for Proposed Intervenors*