**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE ACCELLION, INC. DATA BREACH LITIGATION | Case No. 5:21-cv-01155-EJD<br><br>**[PROPOSED] ORDER APPOINTING INTERIM CO-LEAD CLASS COUNSEL PURSUANT TO RULE 23(G)** |

WHEREAS, on March 14, 2022, the Court consolidated the Accellion-related cases filed in this District.  ECF No. 83.

WHEREAS, by Order dated September 8, 2022, the Court set a September 29, 2022, deadline for motions to appoint interim class counsel.  ECF No. 109.

WHEREAS, the Court has received and considered the motions to appoint class counsel ON GOOD CAUSE SHOWN, pursuant to Federal Rule of Civil Procedure 23(g)(1), having considered the motions, oppositions, and replies filed in connection therewith, the Court hereby **ORDERS** as follows:

1. The Motion to Appoint Interim Co-Lead Class Counsel Pursuant to Rule 23(g) by Plaintiffs Susan Zebelman, Eugene Bolton, Valerie Whittaker, Aaron Sharp, Janet Pollard, and Amiresse Desjardins is **GRANTED.**

2. The Court appoints John A. Yanchunis and Joseph P. Guglielmo as Interim Co-Lead Class Counsel, and Gary F. Lynch, Kate M. Baxter-Kauf, Jonathan M. Rotter, and Subita J. Soneji as members of a Plaintiffs' Steering Committee.

3. Interim Co-Lead Class Counsel shall be responsible for the overall conduct of the litigation on behalf of the proposed class, including providing supervision of all Plaintiffs' counsel in this litigation.  Interim Co-Lead Class Counsel have the authority to:

    a. Promote efficient conduct of this litigation and avoid unnecessary duplication and unproductive efforts by making and supervising all work assignments;

    b. Prepare and file any pleadings necessary on behalf of the proposed class, and any subsequent pleadings;

    c. Make, brief, and argue motions;

    d. Conduct all pre-trial, trial, and post-trial proceedings on behalf of the proposed class and act as spokespersons for the proposed class;

    e. Conduct or coordinate discovery on behalf of the proposed class consistent with the Federal Rules of Civil Procedure, including preparation of (or

|   |   |   |
|---|---|---|
| | | responses to) written discovery requests and examination (or defense) of witnesses in depositions; |
| | f. | Monitor activities of the Plaintiffs' counsel to whom he delegates work and implement procedures to ensure that schedules are met and unnecessary expenditures of time and funds are avoided by collecting from each firm regular time and expense reports; |
| | g. | Negotiate with defense counsel with respect to settlement and other matters; |
| | h. | Prepare any application for an award (or approval) of fees and reimbursement of expenses incurred by the proposed class, and allocate among Plaintiffs' counsel any such fees and expenses awarded; |
| | i. | Consult with and retain expert witnesses for the proposed class; |
| | j. | Consult with, retain, and manage relations with outside vendors for the collection, processing, or review of documents and electronically-stored information produced in discovery; |
| | k. | Conduct or coordinate all negotiations with defense counsel regarding search and production protocols, manage the review of documents produced by Defendants and third parties (and production of documents by the proposed class Plaintiffs), and implement advanced analytics for the efficient review of documents as appropriate; |
| | l. | Coordinate and communicate as necessary with counsel for other parties in the litigation regarding any matters addressed in this Order in order to ensure efficient use of Plaintiffs', Defendants', and the Court's time; |
| | m. | Ensure that all Plaintiffs' counsel and Plaintiffs are informed of the progress of this litigation as necessary; and |
| | n. | Otherwise coordinate the work of Plaintiffs' counsel and perform such other duties as Interim Lead Counsel deems necessary and appropriate based upon his judgment and consideration or as authorized by further Order of the Court. |

2

4. Interim Co-Lead Class Counsel shall regularly collaborate with the Plaintiffs' Steering Committee with respect to the duties and responsibilities referenced in paragraph 2(a)-(n).

5. All Plaintiffs' counsel shall keep a daily record of their time spent and expenses incurred in connection with this litigation, indicating with specificity the hours and particular activities performed. All Plaintiffs' counsel shall endeavor to keep fees reasonable and to choose the most appropriate level of staffing for the tasks required in this litigation. The provisions of this paragraph do not limit the discretion of Interim Co-Lead Class Counsel in basing an allocation of any fee award among Plaintiffs' counsel, whether based on lodestar, a percentage-based allocation, a combination of the two, or any other reasonable method of allocation.

**IT IS SO ORDERED.**

DATED: _____, 2022

Hon. Edward J. Davila
United States District Judge