CROWELL & MORING LLP
Nathanial J. Wood (CA 223547)
    NWood@crowell.com
515 S. Flower Street, 40th Floor
Los Angeles, California  90071
Telephone: 213.622.4750
Facsimile: 213.622.2690

Rebecca M. Suarez (SBN 284853)
    RSuarez@crowell.com
Amanda Z. Saber (SBN 324628)
    ASaber@crowell.com
3 Embarcadero Center, 26th Floor
San Francisco, CA 94111
Telephone:  415.986.2800
Facsimile:  415.986.2827


Attorneys for Defendants
CALIFORNIA HEALTH & WELLNESS PLAN,
HEALTH NET OF CALIFORNIA, INC., HEALTH
NET LIFE INSURANCE COMPANY, CENTENE
CORPORATION, HEALTH NET COMMUNITY
SOLUTIONS, INC., and HEALTH NET, LLC

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

|  |  |
|---|---|
| IN RE ACCELLION, INC. DATA BREACH LITIGATION | Case No. 5:21-cv-01155 EJD<br><br>**NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL; [PROPOSED] ORDER**<br><br>Judge:  Hon. Edward J. Davila<br>Courtroom 4 – 5th Floor |

CROWELL
& MORING LLP
ATTORNEYS AT LAW

NOTICE OF WITHDRAWAL AND SUBSTITUTION OF
COUNSEL
CASE NO. 5:21-CV-01155 EJD

1  **TO THIS HONORABLE COURT, ALL PARTIES AND THEIR ATTORNEYS OF**

2  **RECORD HEREIN:**

3      **PLEASE TAKE NOTICE THAT** Defendants California Health & Wellness Plan,

4  Health Net of California, Inc., Health Net Life Insurance Company, Centene Corporation, Health

5  Net Community Solutions, Inc., and Health Net, LLC, ("Defendants"), pursuant to Local Civil

6  Rules 5-1(c) and 11-5, will and do hereby move for an order approving the substitution of

7  Nathanial J. Wood, Rebecca M. Suarez, and Amanda Z. Saber of Crowell & Moring LLP as

8  counsel of record in place of Peter Bradley Morrison, William Elliott Ridgway, and Zachary

9  Marc Faigen of Skadden, Arps, Slate, Meagher & Flom LLP.

10      Please update all service lists and direct all future filings, discovery, and correspondence

11  as set forth on the caption page.

12      The signatories below all consent to the above substitution.

13  Dated:  October 11, 2022                    CALIFORNIA HEALTH & WELLNESS
                                                PLAN
14

15                                              By: _Chris Craig_____
                                                    Name: Christopher B. Craig
16                                                  Title: Staff VP, Associate GC

17  Dated:  October 11, 2022                    HEALTH NET OF CALIFORNIA, INC.

18
                                                By: _Chris Craig_____
19                                                  Name: Christopher B. Craig
                                                    Title: Staff VP, Associate GC
20

21  Dated:  October 11, 2022                    HEALTH NET LIFE INSURANCE
                                                COMPANY
22

23                                              By: _Chris Craig_____
                                                    Name: Christopher B. Craig
24                                                  Title: Staff VP, Associate GC

25  Dated:  October 11, 2022                    CENTENE CORPORATION

26
                                                By: _Chris Craig_____
27                                                  Name: Christopher B. Craig
                                                    Title: Staff VP, Associate GC
28

CROWELL
& MORING LLP
ATTORNEYS AT LAW

-2-

NOTICE OF WITHDRAWAL AND SUBSTITUTION OF
COUNSEL
CASE NO. 5:21-CV-01155 EJD

1   Dated:  October 11, 2022                    HEALTH NET COMMUNITY SOLUTIONS,
                                                INC.
2

3                                               By:  *Chris Craig*
                                                     _____
                                                     Name: Christopher B. Craig
4                                                    Title: Staff VP, Associate GC

5   Dated:  October 11, 2022                    HEALTH NET, LLC

6
                                                By:  *Chris Craig*
7                                                    _____
                                                     Name: Christopher B. Craig
                                                     Title: Staff VP, Associate GC
8

9   Dated:  October 11, 2022                    SKADDEN, ARPS, SLATE, MEAGHER &
                                                FLOM LLP
10

11                                              By:  */s/ Peter Bradley Morrison*
                                                     _____
                                                     Peter Bradley Morrison,
12                                                   William Elliott Ridgway, and
                                                     Zachary Marc Faigen
13
                                                     Attorneys for Defendants California Health
14                                                   & Wellness Plan, Health Net of California,
                                                     Inc., Health Net Life Insurance Company,
15                                                   Centene Corporation, Health Net
                                                     Community Solutions, Inc., and Health
16                                                   Net, LLC

17  Dated:  October 11, 2022                    CROWELL & MORING LLP

18
                                                By:  */s/ Nathanial J. Wood*
19                                                   _____
                                                     Nathanial J. Wood
                                                     Rebecca M. Suarez
20                                                   Amanda Z. Saber

21                                                   Attorneys for Defendants California Health
                                                     & Wellness Plan, Health Net of California,
22                                                   Inc., Health Net Life Insurance Company,
                                                     Centene Corporation, Health Net
23                                                   Community Solutions, Inc., and Health
                                                     Net, LLC

24

25

26

27

28

CROWELL
& MORING LLP
ATTORNEYS AT LAW

-3-

NOTICE OF WITHDRAWAL AND SUBSTITUTION OF
COUNSEL
CASE NO. 5:21-CV-01155 EJD

1

### <u>FILER ATTESTATION</u>

2       Pursuant to Rule 5-1(h)(3) of the Local Rules of Practice in Civil Proceedings Before the

3 United States District Court for the Northern District of California, I, Nathanial J. Wood, hereby

4 attest that concurrence in the filing of this document has been obtained from each of the other

5 signatories.

6       I declare under penalty of perjury under the laws of the State of California and the United

7 States of America that the foregoing is true and correct.

8

9                           */s/ Nathanial J. Wood*
                           Nathanial J. Wood

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CROWELL
& MORING LLP
ATTORNEYS AT LAW

-4-

NOTICE OF WITHDRAWAL AND SUBSTITUTION OF
COUNSEL
CASE NO. 5:21-CV-01155 EJD

1

## [PROPOSED] ORDER

2

The above substitution of counsel is approved.  IT IS SO ORDERED.

3

4

Dated:

5

_____

Honorable Edward J. Davila

6

United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CROWELL
& MORING LLP
ATTORNEYS AT LAW

-5-