# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| IN RE ACCELLION, INC. DATA BREACH LITIGATION | Case No. 5:21-cv-01155 EJD<br><br>**[PROPOSED] ORDER GRANTING WITHDRAWAL AND SUBSTITUTION OF COUNSEL**<br><br>Judge: Hon. Edward J. Davila<br>Courtroom 4 – 5th Floor |

**[PROPOSED] ORDER:**

The COURT hereby ORDERS the Substitution of Counsel be approved.  IT IS SO ORDERED.

Dated:

_____
Honorable Edward J. Davila
United States District Judge

CROWELL
& MORING LLP
ATTORNEYS AT LAW

-2-

[PROPOSED] ORDER GRANTING
WITHDRAWAL AND SUBSTITUTION OF COUNSEL
CASE NO. 5:21-CV-01155 EJD