CROWELL & MORING LLP
Nathanial J. Wood (CA 223547)
NWood@crowell.com
515 S. Flower Street, 40th Floor
Los Angeles, California 90071
Telephone: 213.622.4750
Facsimile: 213.622.2690

Rebecca M. Suarez (SBN 284853)
RSuarez@crowell.com
Amanda Z. Saber (SBN 324628)
ASaber@crowell.com
3 Embarcadero Center, 26th Floor
San Francisco, CA 94111
Telephone: 415.986.2800
Facsimile: 415.986.2827

Attorneys for Defendants
CALIFORNIA HEALTH & WELLNESS PLAN, HEALTH NET OF CALIFORNIA, INC., HEALTH NET LIFE INSURANCE COMPANY, CENTENE CORPORATION, HEALTH NET COMMUNITY SOLUTIONS, INC., and HEALTH NET, LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| IN RE ACCELLION, INC. DATA BREACH LITIGATION | Case No. 5:21-cv-01155 EJD<br><br>**NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL; ~~[PROPOSED]~~ ORDER**<br><br>Judge: Hon. Edward J. Davila<br>Courtroom 4 – 5th Floor |
|---|---|

**TO THIS HONORABLE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:**

**PLEASE TAKE NOTICE THAT** Defendants California Health & Wellness Plan, Health Net of California, Inc., Health Net Life Insurance Company, Centene Corporation, Health Net Community Solutions, Inc., and Health Net, LLC, ("Defendants"), pursuant to Local Civil Rules 5-1(c) and 11-5, will and do hereby move for an order approving the substitution of Nathanial J. Wood, Rebecca M. Suarez, and Amanda Z. Saber of Crowell & Moring LLP as counsel of record in place of Peter Bradley Morrison, William Elliott Ridgway, and Zachary Marc Faigen of Skadden, Arps, Slate, Meagher & Flom LLP.

Please update all service lists and direct all future filings, discovery, and correspondence as set forth on the caption page.

The signatories below all consent to the above substitution.

Dated: October 11, 2022

CALIFORNIA HEALTH & WELLNESS PLAN

By: Chris Craig
Name: Christopher B. Craig
Title: Staff VP, Associate GC

Dated: October 11, 2022

HEALTH NET OF CALIFORNIA, INC.

By: Chris Craig
Name: Christopher B. Craig
Title: Staff VP, Associate GC

Dated: October 11, 2022

HEALTH NET LIFE INSURANCE COMPANY

By: Chris Craig
Name: Christopher B. Craig
Title: Staff VP, Associate GC

Dated: October 11, 2022

CENTENE CORPORATION

By: Chris Craig
Name: Christopher B. Craig
Title: Staff VP, Associate GC

Dated: October 11, 2022

HEALTH NET COMMUNITY SOLUTIONS, INC.

By: Chris Craig
Name: Christopher B. Craig
Title: Staff VP, Associate GC

Dated: October 11, 2022

HEALTH NET, LLC

By: Chris Craig
Name: Christopher B. Craig
Title: Staff VP, Associate GC

Dated: October 11, 2022

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: */s/ Peter Bradley Morrison*
Peter Bradley Morrison,
William Elliott Ridgway, and
Zachary Marc Faigen

Attorneys for Defendants California Health & Wellness Plan, Health Net of California, Inc., Health Net Life Insurance Company, Centene Corporation, Health Net Community Solutions, Inc., and Health Net, LLC

Dated: October 11, 2022

CROWELL & MORING LLP

By: */s/ Nathanial J. Wood*
Nathanial J. Wood
Rebecca M. Suarez
Amanda Z. Saber

Attorneys for Defendants California Health & Wellness Plan, Health Net of California, Inc., Health Net Life Insurance Company, Centene Corporation, Health Net Community Solutions, Inc., and Health Net, LLC

**FILER ATTESTATION**

Pursuant to Rule 5-1(h)(3) of the Local Rules of Practice in Civil Proceedings Before the United States District Court for the Northern District of California, I, Nathanial J. Wood, hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

                                              */s/ Nathanial J. Wood*
                                                 Nathanial J. Wood

**~~[PROPOSED]~~ ORDER**

The above substitution of counsel is approved. IT IS SO ORDERED.

Dated: November 4, 2022

Honorable Edward J. Davila
United States District Judge