Hassan A. Zavareei (CA Bar No. 181547)
**TYCKO & ZAVAREEI LLP**
2000 Pennsylvania Avenue NW, Suite 1010
Washington, DC  20006
Telephone: (202) 973-0900
Facsimile: (202) 973-0950
Email: hzavareei@tzlegal.com

*Counsel for Plaintiff Amiresse Desjardins*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| IN RE: Accellion, Inc. Data Breach Litigation | CASE NO. 5:21-CV-01155-EJD<br><br>**NOTICE OF CHANGE OF ADDRESS OF HASSAN A. ZAVAREEI** |

TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

Please take notice that the office address of Hassan A. Zavareei, Counsel for Plaintiff Amiresse Desjardins, has changed. The new firm address for Tycko & Zavareei LLP is as follows:

> 2000 Pennsylvania Avenue NW, Suite 1010
>
> Washington, D.C. 20006

The firm name, telephone number, fax number, and email address of Hassan A. Zavareei, remains the same, as reflected in the updated signature block below. Counsel respectfully requests that the docket be updated to reflect this change, and that all future notices, pleadings, letters, and orders be directed to this address when applicable.

Dated: November 30, 2022        Respectfully submitted,

*/s/ Hassan A. Zavareei*
Hassan A. Zavareei (CA Bar No. 181547)
**TYCKO & ZAVAREEI LLP**
2000 Pennsylvania Avenue NW, Suite 1010
Washington, DC  20006
Telephone: (202) 973-0900
Facsimile: (202) 973-0950
Email: hzavareei@tzlegal.com

*Counsel for Plaintiff Amiresse Desjardins*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 30, 2022, the foregoing document was filed and served electronically via the CM/ECF system.

Dated:   November 30, 2022              /s/ *Hassan A. Zavareei*
                                                             Hassan A. Zavareei