WILLIAM E. RIDGWAY (SBN 247529)
william.ridgway@skadden.com
LINDSEY SIELING (*pro hac vice*)
lindsey.sieling@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 N. Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 407-0700
Facsimile: (312) 407-0411

LANCE A. ETCHEVERRY (SBN 199916)
lance.etcheverry@skadden.com
Caroline Van Ness (Bar No. 281675)
caroline.vanness@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue
Palo Alto, California 94301
Telephone: (650) 470-4500
Facsimile: (650) 470-4570

Attorneys for Defendants
FLAGSTAR BANCORP, INC. and FLAGSTAR BANK, FSB

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| IN RE ACCELLION, INC. DATA BREACH LITIGATION | Case No. 5:21-cv-01155-EJD<br><br>Hon. Edward J. Davila<br><br>**NOTICE OF APPEARANCE OF CAROLINE VAN NESS** |

TO ALL PARTIES AND THEIR ATTORNEY OF RECORD:

PLEASE TAKE NOTICE that attorney Caroline Van Ness of Skadden, Arps, Slate, Meagher & Flom LLP, 525 University Avenue, Suite 1400, Palo Alto, CA 94301, a member of the State Bar of California and admitted to practice before this Court, hereby enters an appearance as counsel on behalf of Defendants Flagstar Bancorp, Inc. and Flagstar Bank, FSB.  Mrs. Van Ness respectfully requests that all notices, including electronic ("ECF") notices, given or required to be given, and all papers filed or served or required to be served in this action, be provided to or served upon her at the following address:

> Caroline Van Ness (Bar No. 281675)
> SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
> 525 University Avenue, Suite 1400
> Palo Alto, California 94301
> Telephone:    (650) 470-4500
> Facsimile:    (650) 470-4570
> Email: caroline.vanness@skadden.com

Dated: December 30, 2022            Respectfully submitted,

                                    By:  _____/s/ Caroline Van Ness_____
                                              Caroline Van Ness

                                    SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
                                    CAROLINE VAN NESS (SBN 281675)
                                    caroline.vanness@skadden.com
                                    525 University Avenue, Suite 1400
                                    Palo Alto, California 94301
                                    Telephone: (650) 470-4500
                                    Facsimile: (650) 470-4570

                                    *Counsel for Defendants Flagstar Bancorp, Inc. and Flagstar Bank, FSB*