CROWELL & MORING LLP
Nathanial J. Wood (SBN 223547)
  NWood@crowell.com
515 South Flower Street, 40th Floor
Los Angeles, CA 90071
Telephone: 213.622.4750
Facsimile: 213.622.2690

Rebecca M. Suarez (SBN 284853)
  RSuarez@crowell.com
Amanda Z. Saber (SBN 324628)
  ASaber@crowell.com
3 Embarcadero Center, 26th Floor
San Francisco, CA 94111
Telephone: 415.986.2800
Facsimile: 415.986.2827

Attorneys for Defendants
CALIFORNIA HEALTH & WELLNESS PLAN,
HEALTH NET OF CALIFORNIA, INC., HEALTH
NET LIFE INSURANCE COMPANY, CENTENE
CORPORATION, HEALTH NET COMMUNITY
SOLUTIONS, INC., and HEALTH NET, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| IN RE ACCELLION, INC. DATA BREACH LITIGATION | Case No. 5:21-cv-01155 EJD<br><br>**NOTICE OF APPEARANCE OF NATHANIAL J. WOOD**<br><br>Judge:   Hon. Edward J. Davila<br>Ctrm.:   4 – 5th Floor |

TO THE CLERK OF THE COURT AND EACH PARTY IN INTEREST:

PLEASE TAKE NOTICE that the undersigned appears as counsel for Defendants CALIFORNIA HEALTH & WELLNESS PLAN, HEALTH NET OF CALIFORNIA, INC., HEALTH NET LIFE INSURANCE COMPANY, CENTENE CORPORATION, HEALTH NET COMMUNITY SOLUTIONS, INC., and HEALTH NET, LLC herein, and hereby respectfully

requests that all pleadings, notices, orders, correspondence and other papers in connection with this action be served upon the undersigned at the following address:

>Nathanial J. Wood
>CROWELL & MORING LLP
>515 South Flower Street, 40th Floor
>Los Angeles, CA 90071
>Telephone: 213.622.4750
>Facsimile: 213.622.26903
>Email: NWood@crowell.com

Dated: January 4, 2023                           CROWELL & MORING LLP

By:   */s/ Nathanial J. Wood*
      Nathanial J. Wood

515 South Flower Street, 40th Floor
Los Angeles, CA 90071
Telephone: 213.622.4750
Facsimile: 213.622.26903

Attorney for Defendants
CALIFORNIA HEALTH & WELLNESS PLAN, HEALTH NET OF CALIFORNIA, INC., HEALTH NET LIFE INSURANCE COMPANY, CENTENE CORPORATION, HEALTH NET COMMUNITY SOLUTIONS, INC., and HEALTH NET, LLC