| | |
|---|---|
| 1 | CROWELL & MORING LLP |
|   | Nathanial J. Wood (SBN 223547) |
| 2 |   NWood@crowell.com |
|   | 515 South Flower Street, 40th Floor |
| 3 | Los Angeles, CA 90071 |
|   | Telephone: 213.622.4750 |
| 4 | Facsimile:  213.622.2690 |
| 5 | Rebecca M. Suarez (SBN 284853) |
|   |   RSuarez@crowell.com |
| 6 | Amanda Z. Saber (SBN 324628) |
|   |   ASaber@crowell.com |
| 7 | 3 Embarcadero Center, 26th Floor |
|   | San Francisco, CA 94111 |
| 8 | Telephone: 415.986.2800 |
|   | Facsimile:  415.986.2827 |
| 9 | |
|   | Attorneys for Defendants |
| 10 | CALIFORNIA HEALTH & WELLNESS PLAN, |
|   | HEALTH NET OF CALIFORNIA, INC., HEALTH |
| 11 | NET LIFE INSURANCE COMPANY, CENTENE |
|   | CORPORATION, HEALTH NET COMMUNITY |
| 12 | SOLUTIONS, INC., and HEALTH NET, LLC |

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| IN RE ACCELLION, INC. DATA BREACH LITIGATION | Case No. 5:21-cv-01155 EJD |
| | **NOTICE OF APPEARANCE OF AMANDA Z. SABER** |
| | Judge:  Hon. Edward J. Davila |
| | Ctrm.:  4 – 5th Floor |

TO THE CLERK OF THE COURT AND EACH PARTY IN INTEREST:

PLEASE TAKE NOTICE that the undersigned appears as counsel for Defendants CALIFORNIA HEALTH & WELLNESS PLAN, HEALTH NET OF CALIFORNIA, INC., HEALTH NET LIFE INSURANCE COMPANY, CENTENE CORPORATION, HEALTH NET COMMUNITY SOLUTIONS, INC., and HEALTH NET, LLC herein, and hereby respectfully

requests that all pleadings, notices, orders, correspondence and other papers in connection with this action be served upon the undersigned at the following address:

    Amanda Z. Saber
    CROWELL & MORING LLP
    3 Embarcadero Center, 26th Floor
    San Francisco, CA 94111
    Telephone: 415.986.2800
    Facsimile: 415.986.2827
    Email: ASaber@crowell.com

Dated: January 4, 2023                    CROWELL & MORING LLP

By:   */s/ Amanda Z. Saber*
     Amanda Z. Saber

     3 Embarcadero Center, 26th Floor
     San Francisco, CA 94111
     Telephone: 415.986.2800
     Facsimile: 415.986.2827

     Attorney for Defendants
     CALIFORNIA HEALTH & WELLNESS PLAN, HEALTH NET OF CALIFORNIA, INC., HEALTH NET LIFE INSURANCE COMPANY, CENTENE CORPORATION, HEALTH NET COMMUNITY SOLUTIONS, INC., and HEALTH NET, LLC