# TRANSCRIPT ORDER

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
CAND 435
(CAND Rev. 08/2018)

Please use one form per court reporter.
*CJA counsel please use Form CJA24*
*Please read instructions on next page.*

**COURT USE ONLY**
DUE DATE:

| Field | Value |
|---|---|
| 1a. CONTACT PERSON FOR THIS ORDER | Anne von Goetz |
| 2a. CONTACT PHONE NUMBER | (415) 981-4800 |
| 3. CONTACT EMAIL ADDRESS | avongoetz@girardsharp.com |
| 1b. ATTORNEY NAME (if different) | Adam E. Polk |
| 2b. ATTORNEY PHONE NUMBER | (415) 981-4800 |
| 3. ATTORNEY EMAIL ADDRESS | apolk@girardsharp.com |
| 4. MAILING ADDRESS | Girard Sharp LLP, 601 California Street, Suite 1400, San Francisco, CA 94108 |
| 5. CASE NAME | In re Accellion, Inc. Data Breach Litigation |
| 6. CASE NUMBER | 5:21-cv-01155 |
| 7. COURT REPORTER NAME (FOR FTR, LEAVE BLANK AND CHECK BOX) → ☐ FTR | Irene Rodriguez |

**8. THIS TRANSCRIPT ORDER IS FOR:**
☐ APPEAL   ☐ CRIMINAL   ☐ In forma pauperis (NOTE: Court order for transcripts must be attached)
☐ NON-APPEAL   ☒ CIVIL   CJA: Do not use this form; use Form CJA24.

**9. TRANSCRIPT(S) REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested, format(s) & quantity and delivery type:

a. HEARING(S) (OR PORTIONS OF HEARINGS)
b. SELECT FORMAT(S) (NOTE: ECF access is included with purchase of PDF, text, paper or condensed.)
c. DELIVERY TYPE (Choose one per line)

| DATE | JUDGE (initials) | TYPE (e.g. CMC) | PORTION | PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED (email) | ECF ACCESS (web) | ORDINARY (30-day) | 14-Day | EXPEDITED (7-day) | 3-DAY | DAILY (Next day) | HOURLY (2 hrs) | REALTIME |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/12/2023 | EJD | Motion | | ● | ○ | ○ | ○ | ○ | ○ | ○ | ● | ○ | ○ | ○ | ○ |

**10. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC:**

ORDER & CERTIFICATION (11. & 12.) By signing below, I certify that I will pay all charges (deposit plus additional).

11. SIGNATURE: /s/ Adam E. Polk

12. DATE: 01/12/2023

Clear Form            Save as new PDF