| | |
|---|---|
| 1 | KAPLAN FOX & KILSHEIMER LLP |
| 2 | Laurence D. King (SBN 206243)<br>Matthew B. George (SBN 239322) |
| 3 | 1999 Harrison Street, Suite 1560<br>Oakland, CA  94612 |
| 4 | Telephone:    415.772.4700<br>Facsimile:     415.772.4707 |
| 5 | Emails:   *lking@kaplanfox.com*<br>              *mgeorge@kaplanfox.com* |
| 6 | KAPLAN FOX & KILSHEIMER LLP |
| 7 | Joel B. Strauss (admitted *pro hac vice*)<br>800 Third Avenue, 38th Floor |
| 8 | New York, NY  10022<br>Emails:   *jstrauss@kaplanfox.com* |
| 9 | *Counsel for Plaintiff J. Doe* |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| IN RE ACCELLION, INC. DATA BREACH LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS. | Case No. 5:21-cv-01155-EJD<br><br><u>Class Action</u><br><br>**NOTICE OF CHANGE OF ADDRESS FOR ATTORNEY JOEL B. STRAUSS**<br><br>Judge: Hon. Edward J. Davila |

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

     PLEASE TAKE NOTICE THAT, effective February 21, 2023, the New York office of Kaplan Fox & Kilsheimer LLP has relocated, and the address information for attorney Joel B. Strauss has changed. The new address is:

> Kaplan Fox & Kilsheimer LLP
> 800 Third Avenue, 38th Floor
> New York, NY 10022

The phone and fax numbers, and email address for Mr. Strauss remains the same.

Respectfully submitted,

**KAPLAN FOX & KILSHEIMER LLP**

DATED: March 2, 2023    By: /s/ *Joel B. Strauss*
                                 Joel B. Strauss

Joel B. Strauss (admitted *pro hac vice*)
800 Third Avenue, 38th Floor
New York, NY 10022
Telephone: 212-687-1980
Facsimile: 212-687-7714
Emails: *jstrauss@kaplanfox.com*

**KAPLAN FOX & KILSHEIMER LLP**
Laurence D. King (SBN 206423)
Matthew B. George (SBN 239322)
1999 Harrison Street, Suite 1560
Oakland, CA 94612
Telephone: 415-772-4700
Emails: *lking@kaplanfox.com*
         *mgeorge@kaplanfox.com*

*Counsel for Plaintiff J. Doe*

**PROOF OF SERVICE**

On this date, March 2, 2023, I caused the aforementioned document entitled "Notice of Change of Address for Attorney Joel B. Strauss," to be electronically filed with the Court's CM/ECF system, which provides notice of such filing to all parties registered for e-service in this action.

Additionally, I caused the document to be served <u>via United States first class mail</u>, upon the following party, at the address indicated below:

> Niels Jon Melius
> Skadden, Arps, Slate, Meagher & Flom LLP
> 525 University Ave.
> Palo Alto, CA 94301

I am readily familiar with my firm's processing of <u>United States first class mail</u>, and that process is that the documents are enclosed in pre-paid sealed envelopes, addressed as indicated above, and deposited with the United States Post Office during the ordinary course of business, on the same date as this Proof of Service.

Executed this 2d day of March, 2023 at New York, New York.

       /s/ *Joel B. Strauss*
           Joel B. Strauss