TINA WOLFSON (CA Bar No. 174806)
*twolfson@ahdootwolfson.com*
ROBERT AHDOOT (CA Bar No. 172098)
*rahdoot@ahdootwolfson.com*
**AHDOOT & WOLFSON, PC**
2600 W. Olive Avenue, Suite 500
Burbank, CA 91505-4521
Telephone: 310.474.9111
Facsimile: 310.474.8585

[Additional counsel on signature page.]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| IN RE ACCELLION, INC. DATA BREACH LITIGATION | Case No. 21-cv-01155-EJD<br><br>**ADMINISTRATIVE MOTION PURSUANT TO CIVIL L.R. 7-11 FOR RELIEF FROM [PROPOSED] PROTOCOL FOR INTERIM CO-LEAD COUNSEL'S TIME AND EXPENSE SUBMISSIONS**<br><br>Judge: Hon. Edward J. Davila<br>Ctrm: 4, 5th Floor |

Plaintiffs Grace Beyer, Christopher Hauser, Charles Tyer, Stefanie Burton, John Harbour, Tami Wisnesky, Joweli Vunisa, J. Doe, Douglas Fehlen, Tony Blake, David Artuso, Teresa Bazan, Lorriel Chhay, Samantha Griffith, Allen Chao, and Augusta McCain, the Plaintiffs who are parties to the settlements with Accellion, Flagstar Bank, and the HealthNet defendants ("Settling Plaintiffs"), file this administrative motion pursuant to Civil L.R. 7-11 in response to the recently filed [Proposed] Protocol for Interim Co-Lead Counsel's Time and Expense Submissions (ECF No. 147) (the "Proposed Protocol").

Settling Plaintiffs respectfully request that the Court defer entering the Proposed Protocol until they have an adequate opportunity to meet and confer with Interim Co-Lead Counsel about the Proposed Protocol. Interim Co-Lead Counsel has agreed to meet and confer with Settling Plaintiffs' counsel regarding their concerns about the Proposed Protocol; however, Interim Co-Lead Counsel did not respond to Settling Plaintiffs' counsel's request to stipulate to the relief requested in this motion. *See* concurrently filed Declaration of Tina Wolfson, at ¶¶ 2-3. Accordingly, Settling Plaintiffs request that the Court hold the Proposed Protocol in abeyance until the next status conference on April 13, 2023, or provide Settling Plaintiffs' counsel fourteen (14) days to meet and confer with Interim Co-Lead Counsel and, if necessary, respond to the Proposed Protocol.

Dated: March 9, 2023

/s/ Tina Wolfson
TINA WOLFSON (CA Bar No. 174806)
*twolfson@ahdootwolfson.com*
ROBERT AHDOOT (CA Bar No. 172098)
*rahdoot@ahdootwolfson.com*
**AHDOOT & WOLFSON, PC**
2600 W. Olive Avenue, Suite 500
Burbank, CA 91505-4521
Telephone:  310.474.9111
Facsimile:   310.474.8585

ANDREW W. FERICH (*pro hac vice*)
*aferich@ahdootwolfson.com*
**AHDOOT & WOLFSON, PC**
201 King of Prussia Road, Suite 650
Radnor, PA 19087
Telephone:  310.474.9111
Facsimile:   310.474.8585

|   |   |
|---|---|
| 1 | BEN BARNOW (*pro hac vice*) |
|   | b.barnow@barnowlaw.com |
| 2 | ANTHONY L. PARKHILL (*pro hac vice*) |
|   | aparkhill@barnowlaw.com |
| 3 | **BARNOW AND ASSOCIATES, P.C.** |
|   | 205 West Randolph Street, Suite 1630 |
| 4 | Chicago, IL 60606 |
|   | Telephone: 312.621.2000 |

BEN BARNOW (*pro hac vice*)
b.barnow@barnowlaw.com
ANTHONY L. PARKHILL (*pro hac vice*)
aparkhill@barnowlaw.com
**BARNOW AND ASSOCIATES, P.C.**
205 West Randolph Street, Suite 1630
Chicago, IL 60606
Telephone: 312.621.2000

Timothy G. Blood (SBN 149343)
*tblood@bholaw.com*
Paula R. Brown (SBN 254142)
*pbrown@bholaw.com*
Jennifer L. MacPherson (SBN 202021)
*jmacpherson@bholaw.com*
**BLOOD HURST & O'REARDON, LLP**
501 West Broadway, Suite 1490
San Diego, CA 92101
Telephone: 619.338.1100
Facsimile: 619.338.1101

LAURENCE D. KING
*lking@kaplanfox.com*
MATTHEW B. GEORGE
*mgeorge@kaplanfox.com*
**KAPLAN FOX & KILSHEIMER LLP**
1999 Harrison Street, Suite 1560
Oakland, California 94104
Telephone: +1.415.772.4700
Facsimile: +1.415.772.4707

JOEL B. STRAUSS (*pro hac vice* forthcoming)
*jstrauss@kaplanfox.com*
**KAPLAN FOX & KILSHEIMER LLP**
850 Third Avenue, 14th Floor
New York, NY 10022
Telephone: +1.212.678.1980
Facsimile: +1.212.678.7714

**ATTESTATION OF CONCURRENCE IN FILING**

In accord with Northern District of California Local Rule 5.1(i)(3), I, Tina Wolfson, attest that concurrence in the filing of this document has been obtained from each of the other signatories who are listed on the signature page(s).

Executed on this 9th day of March, 2023, in Burbank, California.

                                              */s/ Tina Wolfson*
                                              Tina Wolfson

**CERTIFICATE OF SERVICE**

I hereby certify that on March 9, 2023, I caused the foregoing to be filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

Executed on March 9, 2023, Radnor, Pennsylvania.

                                                */s/ Tina Wolfson*
                                                Tina Wolfson