TINA WOLFSON (CA Bar No. 174806)
*twolfson@ahdootwolfson.com*
ROBERT AHDOOT (CA Bar No. 172098)
*rahdoot@ahdootwolfson.com*
**AHDOOT & WOLFSON, PC**
2600 W. Olive Avenue, Suite 500
Burbank, CA 91505-4521
Telephone: 310.474.9111
Facsimile: 310.474.8585

[Additional counsel on signature page.]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| IN RE ACCELLION, INC. DATA BREACH LITIGATION | Case No. 21-cv-01155-EJD<br><br>**DECLARATION OF TINA WOLFSON IN SUPPORT OF PLAINTIFFS ADMINISTRATIVE MOTION FOR RELIEF FROM [PROPOSED] PROTOCOL FOR INTERIM CO-LEAD COUNSEL'S TIME AND EXPENSE SUBMISSIONS**<br><br>Judge: Hon. Edward J. Davila<br>Ctrm: 4, 5th Floor |

I, Tina Wolfson, declare as follows:

1. I am a partner and founding member of Ahdoot & Wolfson, PC, and a member in good standing of the bars of the State of California, the State of New York, and the District of Columbia. I submit this declaration in support of Plaintiffs Administrative Motion for Relief from [Proposed] Protocol from Interim Co-Lead Counsel's Time and Expense Submissions. I make the following declaration based on my own personal knowledge and, where indicated, based on information and belief that the following statements are true. If called upon as a witness, I could and would competently testify as follows.

2. The [Proposed] Protocol for Interim Co-Lead Counsel's Time and Expense Submissions was filed by Interim Co-Lead Counsel on March 8, 2023. ECF No. 147.

3. My law firm sent an email on March 9, 2023 to Interim Co-Lead Counsel requesting a meet and confer regarding the proposed protocol and requesting if Interim Co-Lead Counsel would agree to stipulate that the proposed protocol should be held in abeyance by the Court until Settling Plaintiffs' counsel and Interim Co-Lead are able to meet and confer. While Interim Co-Lead Counsel agreed to the requested meet and confer, they did not respond to our request to stipulate to hold the proposed protocol in abeyance while the parties meet and confer.

4. Due to the pressing nature of this filing, and the risk of prejudice to Settling Plaintiffs and the proposed settlement classes should the proposed protocol be entered, Settling Plaintiffs expeditiously filed this motion.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 9th day of March, 2023, at Burbank, California.

_____
Tina Wolfson

DECLARATION OF TINA WOLFSON ISO ADMINISTRATIVE MOTION FOR RELIEF
Case No. 5:21-cv-01155-EJD