1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| IN RE ACCELLION, INC. DATA BREACH LITIGATION | Case No. 21-cv-01155-EJD<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION FOR RELIEF FROM [PROPOSED] PROTOCOL FOR INTERIM CO-LEAD COUNSEL'S TIME AND EXPENSE SUBMISSIONS**<br><br>Judge:  Hon. Edward J. Davila<br>Ctrm:   4, 5th Floor |
|---|---|

The Court has considered Plaintiffs Grace Beyer, Christopher Hauser, Charles Tyer, Stefanie Burton, John Harbour, Tami Wisnesky, Joweli Vunisa, J. Doe, Douglas Fehlen, Tony Blake, David Artuso, Teresa Bazan, Lorriel Chhay, Samantha Griffith, Allen Chao, and Augusta McCain ("Settling Plaintiffs") Administrative Motion for Relief from [Proposed] Protocol for Interim Co-Lead Counsel's Time and Expense Submissions ("Proposed Protocol"). Good cause having been shown, Plaintiffs Administrative Motion for Relief is GRANTED.  The Court hereby ORDERS as follows:

[The Proposed Protocol is held in abeyance until the April 13, 2023 status conference so that Settling Plaintiffs counsel and Interim Co-Lead Counsel have an adequate opportunity to meet and confer about the Proposed Protocol];

**OR**

[The Proposed Protocol is held in abeyance for fourteen (14) days during which time Settling Plaintiffs' counsel and Interim Co-Lead Counsel are to meet and confer about the Proposed Protocol and, if necessary, Settling Plaintiffs' counsel will file a response to the Proposed Protocol].

**IT IS SO ORDERED**

Dated: _____

_____
Hon. Edward J. Davila
United States District Judge