Adam E. Polk (State Bar No. 273000)
Jordan Elias (State Bar No. 228731)
Simon S. Grille (State Bar No. 294914)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Tel: (415) 981-4800
Fax: (415) 981-4846
apolk@girardsharp.com
jelias@girardsharp.com
sgrille@girardsharp.com

Krysta K. Pachman (State Bar No. 280951)
Michael Gervais (State Bar No. 330731)
Steven G. Sklaver (State Bar No. 237612)
Kevin R. Downs (State Bar No. 331993)
**SUSMAN GODFREY L.L.P.**
1900 Avenue of the Stars, Suite 1400
Los Angeles, California 90067-6029
Tel: (310) 789-3100
Fax: (310) 789-3150
kpachman@susmangodfrey.com
mgervais@susmangodfrey.com
ssklaver@susmangodfrey.com
kdowns@susmangodfrey.com

*Interim Co-Lead Class Counsel*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| IN RE ACCELLION, INC. DATA BREACH LITIGATION | Case No. 5:21-cv-01155-EJD<br><br>**RESPONSE TO ADMINISTRATIVE MOTION PURSUANT TO CIVIL L.R. 7-11 FOR RELIEF FROM [PROPOSED] PROTOCOL FOR INTERIM CO-LEAD COUNSEL'S TIME AND EXPENSE SUBMISSIONS**<br><br>Civ. L.R. 7-11<br><br>Courtroom: 4 – 5th Floor<br>Judge: Hon. Edward J. Davila |

In its February 10, 2023 Order appointing Interim Co-Lead Counsel, the Court stated in relevant part:

> With respect to timekeeping and billing, the Court expects co-lead counsel to maintain accurate and contemporaneous timekeeping records, billed in tenth-of-an-hour increments with descriptions of the activity billed, and consistent with the policies and practices submitted in their motions. Co-lead counsels shall exchange and review all billing records with each other on a monthly basis. Finally, co-lead counsel shall compile and provide timekeeping and billing records to the Court in camera on a quarterly basis or promptly upon request from the Court.

Docket No. 143 at 7-8.

Consistent with the foregoing, on March 8, we submitted a proposed protocol for time and expense submissions. Docket No. 147. The next day, *Beyer* counsel filed an administrative motion asking that the Court defer entry of a time and expense protocol for 14 days to allow those counsel to confer with Interim Co-Lead Counsel regarding its provisions. Docket No. 148.

Since the filing of the administrative motion, Interim Co-Lead Counsel have conferred with *Beyer* counsel, and do not oppose the requested relief to allow further discussion among counsel regarding the time and expense protocol. Therefore, to facilitate the parties' ongoing discussions, we respectfully request that the Court defer entry of the proposed order submitted at Docket No. 148 until March 23, 2023.

Dated: March 10, 2023                    Respectfully submitted,

By:    /s/ *Adam E. Polk*
Adam E. Polk (State Bar No. 273000)
Jordan Elias (State Bar No. 228731)
Simon S. Grille (State Bar No. 294914)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Tel: (415) 981-4800
Fax: (415) 981-4846
apolk@girardsharp.com
jelias@girardsharp.com
sgrille@girardsharp.com

RESPONSE TO ADMINISTRATIVE MOTION REGARDING TIME AND EXPENSE PROTOCOL
CASE NO. 5:21-cv-01155-EJD

Krysta K. Pachman (State Bar No. 280951)
Michael Gervais (State Bar No. 330731)
Steven G. Sklaver (State Bar No. 237612)
Kevin R. Downs (State Bar No. 331993)
**SUSMAN GODFREY L.L.P.**
1900 Avenue of the Stars, Suite 1400
Los Angeles, California 90067-6029
Tel: (310) 789-3100
Fax: (310) 789-3150
kpachman@susmangodfrey.com
mgervais@susmangodfrey.com
ssklaver@susmangodfrey.com
kdowns@susmangodfrey.com

*Interim Co-Lead Class Counsel*

2