1
2
3
4
5
6
7
8

9  UNITED STATES DISTRICT COURT
10  NORTHERN DISTRICT OF CALIFORNIA
11  SAN JOSE DIVISION
12

| IN RE ACCELLION, INC. DATA BREACH LITIGATION | Case No. 5:21-cv-01155-EJD<br><br>[PROPOSED] ORDER RE ADMINISTRATIVE MOTION PURSUANT TO CIVIL L.R. 7-11 FOR RELIEF FROM [PROPOSED] PROTOCOL FOR INTERIM CO-LEAD COUNSEL'S TIME AND EXPENSE SUBMISSIONS<br><br>Civ. L.R. 7-11<br><br>Courtroom: 4 – 5th Floor<br>Judge: Hon. Edward J. Davila |
|---|---|

(Note: "[PROPOSED]" in the order title is struck through.)

Having considered *Beyer* Plaintiffs' Administrative Motion for Relief from [Proposed] Protocol for Interim Co-Lead Counsel's Time and Expense Submissions ("Proposed Protocol") **filed at ECF No. 150** and Interim Co-Lead Counsel's Response, the Court hereby ORDERS as follows:

The Court will defer entry of the Proposed Protocol until March 23, 2023 to facilitate ongoing discussions between Interim Co-Lead Counsel and *Beyer* counsel. Interim Co-Lead Counsel shall either file a revised Time and Expense Protocol by March 23, 2023 or a status report explaining why such filing is unnecessary.

**IT IS SO ORDERED.**

Dated:  March 22, 2023

Hon. Edward J. Davila
United States District Judge

---

1
[~~PROPOSED~~] ORDER RE ADMINISTRATIVE MOTION REGARDING TIME AND EXPENSE PROTOCOL
CASE NO. 5:21-cv-01155-EJD