| | |
|---|---|
| Adam E. Polk (State Bar No. 273000) | Krysta Kauble Pachman (280951) |
| Jordan Elias (State Bar No. 228731) | Michael Gervais (330731) |
| Simon S. Grille (State Bar No. 294914) | Steven G. Sklaver (237612) |
| Kimberly Macey (State Bar No. 342019) | Kevin R. Downs (331993) |
| **GIRARD SHARP LLP** | **SUSMAN GODFREY L.L.P.** |
| 601 California Street, Suite 1400 | 1900 Avenue of the Stars, Suite 1400 |
| San Francisco, CA 94108 | Los Angeles, California 90067-6029 |
| Tel: (415) 981-4800 | Tel: (310) 789-3100 |
| apolk@girardsharp.com | kpachman@susmangodfrey.com |
| jelias@girardsharp.com | mgervais@susmangodfrey.com |
| sgrille@girardsharp.com | ssklaver@susmangodfrey.com |
| kmacey@girardsharp.com | kdowns@susmangodfrey.com |

*Interim Co-Lead Plaintiffs' Counsel*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| IN RE ACCELLION, INC. DATA BREACH LITIGATION | Case No. 5:21-cv-01155-EJD<br><br>**STATUS REPORT REGARDING PROPOSED PROTOCOL FOR INTERIM CO-LEAD COUNSEL'S TIME AND EXPENSE SUBMISSIONS** |

1  On March 22, 2023, the Court entered an order deferring entry of Interim Co-Lead Counsel's
2  Proposed Time and Expense Submission Protocol, ECF. No. 150, (the "Proposed Protocol") until March
3  23, 2023 to facilitate ongoing discussions between Interim Co-Lead Counsel and *Beyer* counsel. ECF No.
4  151 at 2. The Court directed Interim Co-Lead Counsel to "either file a revised Time and Expense Protocol
5  by March 23, 2023 or a status report explaining why such filing is unnecessary." *Id.*

6  The Proposed Protocol at ECF No. 150, filed after the original proposed protocol from March 8,
7  ECF No. 147, and after *Beyer* counsel's administrative motion, ECF No. 148, reflects the ongoing
8  discussions between Interim Co-Lead Counsel and *Beyer* counsel and incorporates *Beyer* counsel's
9  requested changes. A new filing is therefore unnecessary.

Dated: March 23, 2023              Respectfully submitted,

By: /s/ *Krysta Kauble Pachman*
Adam E. Polk (State Bar No. 273000)
Jordan Elias (State Bar No. 228731)
Simon S. Grille (State Bar No. 294914)
Kimberly Macey (State Bar No. 342019)
GIRARD SHARP LLP
601 California Street, Suite 1400
San Francisco, CA 94108
Tel: (415) 981-4800
apolk@girardsharp.com
jelias@girardsharp.com
sgrille@girardsharp.com
kmacey@girardsharp.com

Krysta Kauble Pachman (280951)
Michael Gervais (330731)
Steven G. Sklaver (237612)
Kevin R. Downs (331993)
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, California 90067-6029
Tel: (310) 789-3100
kpachman@susmangodfrey.com
mgervais@susmangodfrey.com
ssklaver@susmangodfrey.com
kdowns@susmangodfrey.com
*Interim Co-Lead Plaintiffs' Counsel*

1
STATUS REPORT REGARDING PROPOSED PROTOCOL FOR INTERIM CO-LEAD COUNSEL'S
TIME AND EXPENSE SUBMISSIONS
Case No. 5:21-cv-01155-EJD