TINA WOLFSON (CA Bar No. 174806)
*twolfson@ahdootwolfson.com*
ROBERT AHDOOT (CA Bar No. 172098)
*rahdoot@ahdootwolfson.com*
**AHDOOT & WOLFSON, PC**
2600 W. Olive Avenue, Suite 500
Burbank, CA 91505-4521
Telephone: 310.474.9111
Facsimile: 310.474.8585

*Counsel for Settling Plaintiffs*

[Additional counsel appear on signature block]

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| IN RE ACCELLION, INC. DATA BREACH LITIGATION | Case No. 5:21-cv-01155-EJD<br><br>**SETTLING PLAINTIFFS' STATUS CONFERENCE STATEMENT**<br><br>Hon. Edward J. Davila<br>Courtroom: 4 – 5th Floor<br>June 1, 2023<br>10:00 a.m. |

Plaintiffs Grace Beyer, Christopher Hauser, Charles Tyer, Stefanie Burton, John Harbour, Tami Wisnesky, Joweli Vunisa, J. Doe, Douglas Fehlen, Tony Blake, David Artuso, Teresa Bazan, Lorriel Chhay, Samantha Griffith, Allen Chao, and Augusta McCain ("Settling Plaintiffs"), the Plaintiffs who are the parties to the settlements with Accellion, Flagstar Bank, and the HealthNet defendants ("Settling Defendants"), provide this Status Conference Statement in advance of the Status Conference scheduled for June 1, 2023.

Settling Plaintiffs contest some of the statements made in the Joint Status Conference Statement (ECF No. 153) and do not agree with some of the approaches presented by Interim Co-Lead Class Counsel. Rather than present the issues to the Court at this time, the Settling Plaintiffs will continue to meet and confer with Interim Co-Lead Class Counsel in the hopes of resolving all issues prior to the June 1, 2023 Status Conference. Settling Plaintiffs reserve all rights.

Dated: April 7, 2023

Respectfully submitted,

/s/ Tina Wolfson
TINA WOLFSON (CA Bar No. 174806)
twolfson@ahdootwolfson.com
ROBERT AHDOOT (CA Bar No. 172098)
rahdoot@ahdootwolfson.com
**AHDOOT & WOLFSON, PC**
2600 W. Olive Avenue, Suite 500
Burbank, CA 91505-4521
Telephone:  310.474.9111
Facsimile:   310.474.8585

ANDREW W. FERICH (*pro hac vice*)
aferich@ahdootwolfson.com
**AHDOOT & WOLFSON, PC**
201 King of Prussia Road, Suite 650
Radnor, PA 19087
Telephone:  310.474.9111
Facsimile:   310.474.8585

BEN BARNOW (*pro hac vice*)
b.barnow@barnowlaw.com
ANTHONY L. PARKHILL (*pro hac vice*)
aparkhill@barnowlaw.com
**BARNOW AND ASSOCIATES, P.C.**
205 West Randolph Street, Suite 1630

Chicago, IL 60606
Telephone: 312.621.2000

Timothy G. Blood (SBN 149343)
*tblood@bholaw.com*
Paula R. Brown (SBN 254142)
*pbrown@bholaw.com*
Jennifer L. MacPherson (SBN 202021)
*jmacpherson@bholaw.com*
**BLOOD HURST & O'REARDON, LLP**
501 West Broadway, Suite 1490
San Diego, CA  92101
Telephone:  619.338.1100
Facsimile:  619.338.1101

LAURENCE D. KING
*lking@kaplanfox.com*
MATTHEW B. GEORGE
*mgeorge@kaplanfox.com*
**KAPLAN FOX & KILSHEIMER LLP**
1999 Harrison Street, Suite 1560
Oakland, California 94104
Telephone: +1.415.772.4700
Facsimile: +1.415.772.4707

JOEL B. STRAUSS
(*pro hac vice* forthcoming)
*jstrauss@kaplanfox.com*
**KAPLAN FOX & KILSHEIMER LLP**
850 Third Avenue, 14th Floor
New York, NY 10022
Telephone: +1.212.678.1980
Facsimile: +1.212.678.7714

**FILER'S ATTESTATION**

I, Tina Wolfson, am the ECF User whose ID and password are being used to file this document. In compliance with Civil L.R. 5-1(h)(3), I hereby attest that all counsel have concurred in this filing.

By: /s/ *Tina Wolfson*