Adam E. Polk (State Bar No. 273000)
Jordan Elias (State Bar No. 228731)
Simon S. Grille (State Bar No. 294914)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Tel: (415) 981-4800
Fax: (415) 981-4846
apolk@girardsharp.com
jelias@girardsharp.com
sgrille@girardsharp.com

Krysta K. Pachman (State Bar No. 280951)
Michael Gervais (State Bar No. 330731)
Steven G. Sklaver (State Bar No. 237612)
Kevin R. Downs (State Bar No. 331993)
**SUSMAN GODFREY L.L.P.**
1900 Avenue of the Stars, Suite 1400
Los Angeles, California 90067-6029
Tel: (310) 789-3100
Fax: (310) 789-3150
kpachman@susmangodfrey.com
mgervais@susmangodfrey.com
ssklaver@susmangodfrey.com
kdowns@susmangodfrey.com

*Interim Co-Lead Class Counsel*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| IN RE ACCELLION, INC. DATA BREACH LITIGATION | Case No. 5:21-cv-01155-EJD <br><br> Class Action <br><br> **STIPULATION AND [PROPOSED] ORDER TO SEVER THE HEALTH NET CASES FROM THE CONSOLIDATION ORDER AND ADVANCE THE HEALTH NET PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL** <br><br> Judge: Hon. Edward J. Davila |

This stipulation is hereby entered into between Plaintiffs John Harbour, Tami Wisnesky, Joweli Vunisa, and J. Doe ("Health Net Plaintiffs"), Interim Co-Lead Counsel Girard Sharp and Susman Godfrey L.L.P. ("Interim Co-Lead Counsel"), and Defendants Health Net LLC, Health Net of California, Inc., Health Net Life Insurance Company, Health Net Community Solutions, Inc., and California Health & Wellness ("Health Net Defendants"), (collectively, "Defendants," and together with Plaintiffs, the "Parties"), by and through their respective attorneys of record:

WHEREAS, beginning in February 2021, several plaintiffs filed suit—in this District and others—against Accellion and its File Transfer Appliance (FTA) clients, including Kroger, Flagstar Bank, and the Health Net Defendants, relating to a data breach impacting the Accellion FTA file sharing platform.

WHEREAS, on April 6, 2021, Plaintiff Joweli Vunisa, represented by Blood Hurst & O'Reardon, filed suit against Accellion and the Health Net Defendants in Santa Clara Superior Court, which was later removed to this Court, No. 5:21-cv-03425-EJD (N.D. Cal.).

WHEREAS, on April 23, 2021, Plaintiff J. Doe, represented by Kaplan Fox & Kilsheimer, filed suit in this District against Accellion and the Health Net Defendants, No. 21-cv-02975-EJD (N.D. Cal.).

WHEREAS, on May 4, 2021, Plaintiffs John Harbour and Tami Wisensky, represented by Ahdoot Wolfson, filed suit in this District against Accellion and the Health Net Defendants, No. 21-cv-03322-EJD (N.D. Cal.) (the *Vunisa*, *Doe*, and *Harbour* cases are collectively referred to as the "Health Net Cases").

WHEREAS, following two mediation sessions, on October 29, 2021, the Health Net Plaintiffs and Health Net Defendants filed a notice of settlement, No. 21-cv-03322, ECF No. 37.

WHEREAS, on November 23, 2021, the Court granted the Health Net Plaintiffs', the Health Net Defendants', and Accellion's stipulation to file a consolidated complaint against the Health Net Defendants and Accellion, which was subsequently filed by the Health Net Plaintiffs the same day, No. 21-cv-03322, ECF Nos. 39-40.

1  WHEREAS, on December 3, 2021, the Health Net Plaintiffs filed a motion for preliminary approval of the $10 million, non-reversionary, class action settlement with the Health Net Defendants, No. 21-cv-03322, ECF Nos. 48, 49.

WHEREAS, on December 16, 2021, the Health Net Defendants filed a notice demonstrating compliance with the Class Action Fairness Act's, 28 U.S.C. § 1332(d), notice requirement of the Health Net Cases' settlement to state and federal attorneys general, No. 21-cv-03322, ECF No. 50.

WHEREAS, on March 14, 2022, before the Court ruled on the Health Net Plaintiffs' preliminary approval motion, the Court consolidated the Accellion-only cases and all Accellion client Defendant cases, except for the *Cochran* case against Kroger, creating a Master Docket and Master File for the Consolidated Cases under Case No. 21-cv-01155, ECF No. 83. The Court also vacated the Health Net Plaintiffs' pending motion for preliminary approval.

WHEREAS, on August 19, 2022, after obtaining a new hearing date from the Clerk of the Court, the Health Net Plaintiffs re-filed their motion for preliminary approval of the Health Net Cases' settlement on the Master Docket, ECF Nos. 105-06.

WHEREAS, on September 8, 2022, the Court issued an Order setting a briefing schedule on the appointment of interim lead class counsel and again vacated the Health Net Cases' pending motion for settlement, ECF. No. 109.

WHEREAS, on September 29, 2022, the Court received four separate lead counsel motions and, on October 6, 2022, also received responses and/or oppositions to the various applications. ECF Nos. 111–14; 122–25. Defendants did not file any opposition to these motions.

WHEREAS, plaintiffs' motions for appointment as interim lead or co-lead class counsel were heard on January 12, 2023, ECF. No. 136.

WHEREAS, while the Health Net cases' settlement motions were pending, no party opposed approval of the Health Net Cases' settlement, including any state or federal attorneys general who were provided notice of the settlement in December 2021.

WHEREAS, on February 10, 2023, the Court issued an Order appointing Interim Co-lead Counsel. ECF No. 143. In its Order, the Court noted that that the Health Net Plaintiffs and their counsel completed valuable work and undertook exploratory discovery with the Defendants. The

Court then directed Interim Co-lead Counsel, among other things, to "[e]valuate whether certain claims or parties in the consolidat[ed] action may be appropriately severed and transferred; [p]ropose a strategy for severance should any be warranted; and [e]valuate the proposed settlements reached with the various Defendants, with special attention to the heightened fairness standard that accompanies pre-certification settlements." *Id.*

WHEREAS, since the Court's Order, and after meeting and conferring with the Health Net Defendants and Health Net Plaintiffs, Interim Co-lead Counsel recommend that the Court sever the claims of the Health Net Plaintiffs against the Health Net Defendants only for the purposes of advancing the Settlement of the Health Net Cases.

WHEREFORE, Interim Co-lead Counsel, the Health Net Plaintiffs, and the Health Net Defendants STIPULATE and request as follows:

1. Pursuant to Federal Rules of Civil Procedure 21 and 42, it is appropriate for the claims of the Health Net Plaintiffs against the Health Net Defendants to be severed from the consolidated litigation for purposes of advancing the Health Net Cases' settlement as to the Health Net Defendants only, for approval under Federal Rule of Civil Procedure 23.

2. Within ten (10) days of an order granting this stipulation, the Health Net Plaintiffs shall file a motion for preliminary approval of the Health Net Cases' settlement as to the Health Net Defendants only.

3. Any response to the Health Net Plaintiffs' motion for preliminary approval shall be due within twenty-eight (28) days of this order; with any reply to that opposition due seven (7) days after.

4. The Health Net Plaintiffs may also have leave to request an advanced hearing date from the Clerk of the Court and/or via administrative motion.

|  |  |
|---|---|
|  | Respectfully submitted, |
| DATED: May 17, 2023 | By:  /s/ *Adam E. Polk*<br>         Adam E. Polk |

Adam E. Polk (State Bar No. 273000)
Jordan Elias (State Bar No. 228731)
Simon S. Grille (State Bar No. 294914)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Tel: (415) 981-4800
Fax: (415) 981-4846
apolk@girardsharp.com
jelias@girardsharp.com
sgrille@girardsharp.com

Krysta K. Pachman (State Bar No. 280951)
Michael Gervais (State Bar No. 330731)
Steven G. Sklaver (State Bar No. 237612)
Kevin R. Downs (State Bar No. 331993)
**SUSMAN GODFREY L.L.P.**
1900 Avenue of the Stars, Suite 1400
Los Angeles, California 90067-6029
Tel: (310) 789-3100
Fax: (310) 789-3150
kpachman@susmangodfrey.com
mgervais@susmangodfrey.com
ssklaver@susmangodfrey.com
kdowns@susmangodfrey.com

*Interim Co-Lead Class Counsel*

|  |  |
|---|---|
| DATED: May 17, 2023 | By:  /s/ *Matthew B. George*<br>         Matthew B. George |

Laurence D. King (SBN 206423)
Matthew B. George (SBN 239322)
1999 Harrison Street, Suite 1560
**KAPLAN FOX & KILSHEIMER LLP**
Oakland, CA 94612
Telephone:  415-772-4700
Emails:    lking@kaplanfox.com
              mgeorge@kaplanfox.com

Joel B. Strauss (admitted *pro hac vice*)
**KAPLAN FOX & KILSHEIMER LLP**
800 Third Avenue, 38th Floor
New York, NY 10022
Telephone: 212-687-1980
Facsimile: 212-687-7714
Email: jstrauss@kaplanfox.com

*Counsel for the Health Net Plaintiffs*

DATED: May 17, 2023          By: /s/ *Tina Wolfson*
                                  Tina Wolfson

Tina Wolfson (SBN 174806)
Robert Ahdoot (SBN 172098)
**AHDOOT & WOLFSON, PC**
2600 W. Olive Avenue, Suite 500
Burbank, CA 91505-4521
Telephone: 310.474.9111
Facsimile: 310.474.8585
*twolfson@ahdootwolfson.com*
*rahdoot@ahdootwolfson.com*

Andrew W. Ferich (admitted *pro hac vice*)
**AHDOOT & WOLFSON, PC**
201 King of Prussia Road, Suite 650
Radnor, PA 19087
Telephone: 310.474.9111
Facsimile: 310.474.8585
*aferich@ahdootwolfson.com*

*Counsel for the Health Net Plaintiffs*

DATED: May 17, 2023          By: /s/ *Timothy G. Blood*
                                  Timothy G. Blood

Timothy G. Blood (149343)
Paula R. Brown (254142)
Jennifer L. MacPherson (202021)
**BLOOD HURST & O'REARDON, LLP**
501 West Broadway, Suite 1490
San Diego, CA 92101
Telephone: 619.338.1100
Facsimile: 619.338.1101
*tblood@bholaw.com*
*pbrown@bholaw.com*
*jmacpherson@bholaw.com*

*Counsel for the Health Net Plaintiffs*

| | |
|---|---|
| DATED: May 17, 2023 | By: /s/ *Nathanial John Wood* <br> Nathanial John Wood <br><br> Nathanial John Wood <br> **CROWELL & MORING LLP** <br> 515 South Flower Street, 40th Floor <br> Los Angeles, CA 90071 <br> 213-622-4750 <br> Email: nwood@crowell.com <br><br> Rebecca Suarez <br> **CROWELL & MORING LLP** <br> 275 Battery Street, 23rd Floor <br> San Francisco, CA 94111 <br> 415-365-7278 <br> rsuarez@crowell.com <br><br> *Counsel for the Health Net Defendants California Health and Wellness Plan, Health Net of California, Inc., Health Net Life Insurance Company, Health Net Community Solutions, Inc., and Health Net, LLC* |

**[PROPOSED] ORDER**

The Court, having reviewed the stipulation filed by Interim Co-lead Counsel and the Health Net Plaintiffs, the Health Net Defendants, and having familiarity with the procedural history of this consolidated litigation, including notice of all documents file to date in this matter, hereby ORDERS as follows:

1. Pursuant to Federal Rules of Civil Procedure 21 and 42, it is appropriate for the claims of the Health Net Plaintiffs against the Health Net Defendants to be severed from the consolidated litigation for purposes of advancing the Health Net Cases' settlement for approval under Federal Rule of Civil Procedure 23.

2. Within ten (10) days of issuance of this Order, the Health Net Plaintiffs shall also file a motion for preliminary approval of the Health Net Cases' settlement.

3. Any opposition to the Health Net Plaintiffs' motion for preliminary approval shall be due within twenty-eight (28) days; with any reply to that opposition due seven (7) days after.

4. The Health Net Plaintiffs may also have leave to request an advanced hearing date from the Clerk of the Court and/or via administrative motion.

**IT IS SO ORDERED.**

DATED: June 15, 2023

Edward J. Davila
United States District Judge

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(h)(3)**

I, Matthew B. George, attest that concurrence in the filing of this document has been obtained from the other signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 17th day of May 2023, at San Diego, California.

/s/ *Matthew B. George*
Matthew B. George