1  Adam E. Polk (State Bar No. 273000)
2  Jordan Elias (State Bar No. 228731)
   Simon S. Grille (State Bar No. 294914)
3  Reid Gaa (State Bar No. 330141)
   **GIRARD SHARP LLP**
4  601 California Street, Suite 1400
   San Francisco, CA 94108
5  Tel: (415) 981-4800
6  Fax: (415) 981-4846
   apolk@girardsharp.com
7  jelias@girardsharp.com
   sgrille@girardsharp.com
8  rgaa@girardsharp.com
9
10 *Interim Co-Lead Class Counsel*
11
12                   **UNITED STATES DISTRICT COURT**
                     **NORTHERN DISTRICT OF CALIFORNIA**
13                            **SAN JOSE DIVISION**
14

| IN RE ACCELLION, INC. DATA BREACH LITIGATION | Case No. 5:21-cv-01155-EJD <br><br> **NOTICE OF APPEARANCE OF REID GAA** <br><br> District Judge Edward J. Davila <br> Courtroom 4 – 5th Floor |
|---|---|

**PLEASE TAKE NOTICE** that Reid Gaa of Girard Sharp LLP, an attorney admitted to practice in this Court, hereby enters his appearance in the above-captioned matter as counsel of record for Plaintiffs Amber Chavez, Derek Dawes, Amiresse Desjardins, Randy Moniz, Robert Olson, Jr., Holly Ringling, Heather Rodriguez, Sherie Taylor, Tito Torres, Valerie Whittaker, and Kimberly Worrick. Plaintiffs hereby request that all further pleadings, notices, documents, and other papers herein be provided to and served upon counsel via ECF or otherwise to:

>Reid Gaa
>GIRARD SHARP LLP
>601 California Street, Suite 1400
>San Francisco, CA 94108
>Tel: (415) 981-4800
>rgaa@girardsharp.com

Dated: July 13, 2023

By:     /s/ *Reid Gaa*
Adam E. Polk (State Bar No. 273000)
Jordan Elias (State Bar No. 228731)
Simon S. Grille (State Bar No. 294914)
Reid Gaa (State Bar No. 330141)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Tel: (415) 981-4800
apolk@girardsharp.com
jelias@girardsharp.com
sgrille@girardsharp.com
rgaa@girardsharp.com