WILLIAM E. RIDGWAY (SBN 247529)
william.ridgway@skadden.com
LINDSEY SIELING (*pro hac vice*)
lindsey.sieling@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 N. Upper Wacker Dr.
Chicago, Illinois 60606
Telephone: (312) 407-0700
Facsimile: (312) 407-0411

CAROLINE VAN NESS (SBN 281675)
caroline.vanness@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue, Suite 1400
Palo Alto, California 94301
Telephone: (650) 470-4500
Facsimile: (650) 470-4570

Attorneys for Defendants
NEW YORK COMMUNITY BANCORP, INC.,
f/k/a FLAGSTAR BANCORP, INC. and
FLAGSTAR BANK, N.A., f/k/a FLAGSTAR BANK, FSB

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| IN RE ACCELLION, INC. DATA BREACH LITIGATION | Case No. 21-CV-01155-EJD<br><br>Hon. Edward J. Davila<br><br>**JOINT STIPULATION TO EXTEND FLAGSTAR'S DEADLINE TO RESPOND TO PLAINTIFFS' CONSOLIDATED CLASS ACTION COMPLAINT; AND**<br><br>**[PROPOSED] ORDER** |

Plaintiffs Amber Chavez, Derek Dawes, Amiresse Desjardins, Randy Muniz, Robert Olson, Jr., Holly Ringling, Heather Rodriguez, Sherie Taylor, Tito Torres, Valerie Whittaker, and Kimberly Worrick (together, "Plaintiffs") and Defendants New York Community Bancorp, Inc., f/k/a Flagstar Bancorp, Inc. and Flagstar Bank, N.A., f/k/a Flagstar Bank, FSB (together, "Flagstar") (collectively, the "Parties") jointly stipulate, pursuant to Civil Local Rules 6-1(b), 6-2, and 7-12, to extend Flagstar's deadline to respond to Plaintiffs' Consolidated Class Action Complaint:

WHEREAS, on June 30, 2023, Plaintiffs filed their Consolidated Class Action Complaint (the "Consolidated Complaint"), asserting eight causes of action against Flagstar;

WHEREAS, under the Case Management Order entered on June 13, 2023, Flagstar's deadline to respond to the Consolidated Complaint is July 31, 2023 (ECF No. 167);

WHEREAS, the Parties have agreed to participate in a mediation before the Honorable Suzanne H. Segal (Ret.) on August 1, 2023;

WHEREAS, the Parties recognize that it would conserve resources and promote efficiency to extend Flagstar's deadline to respond to the Consolidated Complaint by two weeks, until August 14, 2023;

WHEREAS, an extension of Flagstar's deadline to respond to the Consolidated Complaint to August 14, 2023, will not have any impact on the remaining dates set by the Court;

WHEREAS, in the event Flagstar responds by way of motion Plaintiffs and Flagstar will meet and confer concerning a stipulated request to set an appropriate briefing schedule;

Now therefore, pursuant to Local Rule 6-1(b), it is hereby stipulated and agreed, by and between the attorneys for the undersigned Parties, that:

1. Flagstar's deadline to respond to the Consolidated Complaint shall be extended to August 14, 2023.

**IT IS SO STIPULATED.**

DATED: July 26, 2023

                                                  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

                                                  By: /s/    William E. Ridgway
                                                                WILLIAM E. RIDGWAY

Attorney for Defendants NEW YORK COMMUNITY BANCORP, INC., f/k/a FLAGSTAR BANCORP, INC. and FLAGSTAR BANK, N.A., f/k/a FLAGSTAR BANK, FSB

DATED: July 26, 2023

GIRARD SHARP LLP

By: /s/      Adam E. Polk
         ADAM E. POLK
     Interim Co-Lead Class Counsel

DATED: July 26, 2023

SUSMAN GODFREY L.L.P.

By: /s/      Krysta Kauble Pachman
     KRYSTA KAUBLE PACHMAN
     Interim Co-Lead Class Counsel

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _____, 2023

_____
The Honorable Edward J. Davila
United States District Court Judge

-2-
**JOINT STIP. RE: FLAGSTAR'S RESPONSE TO COMPLAINT**          **CASE NO. 21-CV-01155-EJD**

## E-FILING ATTESTATION

I, William E. Ridgway, am the ECF user whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

DATED: July 26, 2023

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: /s/ William E. Ridgway
Attorney for Defendants NEW YORK COMMUNITY BANCORP, INC., f/k/a FLAGSTAR BANCORP, INC. and FLAGSTAR BANK, N.A., f/k/a FLAGSTAR BANK, FSB