WILLIAM E. RIDGWAY (SBN 247529)
william.ridgway@skadden.com
LINDSEY SIELING (*pro hac vice*)
lindsey.sieling@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 N. Upper Wacker Dr.
Chicago, Illinois 60606
Telephone: (312) 407-0700
Facsimile: (312) 407-0411

CAROLINE VAN NESS (SBN 281675)
caroline.vanness@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue, Suite 1400
Palo Alto, California 94301
Telephone: (650) 470-4500
Facsimile: (650) 470-4570

Attorneys for Defendants
NEW YORK COMMUNITY BANCORP, INC.,
f/k/a FLAGSTAR BANCORP, INC. and
FLAGSTAR BANK, N.A., f/k/a FLAGSTAR BANK, FSB

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| IN RE ACCELLION, INC. DATA BREACH LITIGATION | Case No. 21-CV-01155-EJD<br><br>Hon. Edward J. Davila<br><br>**JOINT STIPULATION TO EXTEND FLAGSTAR'S DEADLINE TO RESPOND TO PLAINTIFFS' CONSOLIDATED CLASS ACTION COMPLAINT; AND**<br><br>**[PROPOSED] ORDER** |

| | |
|---|---|
| 1 | Plaintiffs Amber Chavez, Derek Dawes, Amiresse Desjardins, Randy Muniz, Robert Olson, |
| 2 | Jr., Holly Ringling, Heather Rodriguez, Sherie Taylor, Tito Torres, Valerie Whittaker, and |
| 3 | Kimberly Worrick (together, "Plaintiffs") and Defendants New York Community Bancorp, Inc., |
| 4 | f/k/a Flagstar Bancorp, Inc. and Flagstar Bank, N.A., f/k/a Flagstar Bank, FSB (together, "Flagstar") |
| 5 | (collectively, the "Parties") jointly stipulate, pursuant to Civil Local Rules 6-1(b), 6-2, and 7-12, to |
| 6 | extend Flagstar's deadline to respond to Plaintiffs' Consolidated Class Action Complaint: |
| 7 | WHEREAS, on June 30, 2023, Plaintiffs filed their Consolidated Class Action Complaint |
| 8 | (the "Consolidated Complaint"), asserting eight causes of action against Flagstar; |
| 9 | WHEREAS, under the Case Management Order entered on June 13, 2023, Flagstar's |
| 10 | deadline to respond to the Consolidated Complaint is July 31, 2023 (ECF No. 167); |
| 11 | WHEREAS, the Parties have agreed to participate in a mediation before the Honorable |
| 12 | Suzanne H. Segal (Ret.) on August 1, 2023; |
| 13 | WHEREAS, the Parties recognize that it would conserve resources and promote efficiency |
| 14 | to extend Flagstar's deadline to respond to the Consolidated Complaint by two weeks, until August |
| 15 | 14, 2023; |
| 16 | WHEREAS, an extension of Flagstar's deadline to respond to the Consolidated Complaint |
| 17 | to August 14, 2023, will not have any impact on the remaining dates set by the Court; |
| 18 | WHEREAS, in the event Flagstar responds by way of motion Plaintiffs and Flagstar will |
| 19 | meet and confer concerning a stipulated request to set an appropriate briefing schedule; |
| 20 | Now therefore, pursuant to Local Rule 6-1(b), it is hereby stipulated and agreed, by and |
| 21 | between the attorneys for the undersigned Parties, that: |
| 22 | 1. Flagstar's deadline to respond to the Consolidated Complaint shall be extended to August |
| 23 | 14, 2023. |
| 24 | **IT IS SO STIPULATED.** |
| 25 | DATED: July 26, 2023 |
| 26 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
| 27 | |
| 28 | By: /s/     William E. Ridgway<br>WILLIAM E. RIDGWAY |

-1-

**JOINT STIP. RE: FLAGSTAR'S RESPONSE TO COMPLAINT**             **CASE NO. 21-CV-01155-EJD**

Attorney for Defendants NEW YORK COMMUNITY BANCORP, INC., f/k/a FLAGSTAR BANCORP, INC. and FLAGSTAR BANK, N.A., f/k/a FLAGSTAR BANK, FSB

DATED: July 26, 2023

GIRARD SHARP LLP

By: /s/        Adam E. Polk
              ADAM E. POLK
         Interim Co-Lead Class Counsel

DATED: July 26, 2023

SUSMAN GODFREY L.L.P.

By: /s/        Krysta Kauble Pachman
         KRYSTA KAUBLE PACHMAN
         Interim Co-Lead Class Counsel

**[~~PROPOSED~~] ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: July 27, 2023

HON. EDWARD J. DAVILA
United States District Judge