LATHAM & WATKINS LLP
Michael H. Rubin (CA Bar No. 214636)
 michael.rubin@lw.com
Melanie M. Blunschi (CA Bar No. 234264)
 melanie.blunschi@lw.com
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: +1.415.391.0600

Serrin Turner (*pro hac vice*)
 serrin.turner@lw.com
1271 Avenue of the Americas
New York, NY 10020
Telephone: +1.212.906.1200

Attorneys for Defendant Accellion, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| IN RE ACCELLION, INC. DATA BREACH LITIGATION. | CASE NO. 5:21-cv-01155-EJD<br><br>**DECLARATION OF MELANIE M. BLUNSCHI IN SUPPORT OF DEFENDANT ACCELLION, INC.'S MOTION TO DISMISS PLAINTIFFS' CONSOLIDATED CLASS ACTION COMPLAINT**<br><br>Date: Sept. 21, 2023<br>Time: 9:00 a.m.<br>Judge: Hon. Edward J. Davila<br>Courtroom: 4 – 5th Floor |

I, Melanie M. Blunschi, declare as follows:

1. I am a partner with the law firm of Latham & Watkins LLP and am counsel for defendant Accellion, Inc. ("Accellion") in the above-captioned litigation.

2. I am a member in good standing with the State Bar of California and I am admitted to practice before this Court. I have personal knowledge of the facts set forth in this declaration, and if called as a witness, could and would testify competently thereto.

3. I respectfully submit this declaration in support of Defendant Accellion, Inc.'s Motion to Dismiss Plaintiffs' Consolidated Class Action Complaint ("Consolidated Complaint" or "CAC").

4. Attached hereto as **Exhibit 1** is a true and correct copy of the Accellion Solutions License Agreement ("EULA"), which is publicly available at https://www.accellion.com/legal/asla/, and which is referenced in the Consolidated Complaint. *See* CAC ¶ 196.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 31st day of July 2023, in San Francisco, California.

By: /s/ *Melanie M. Blunschi*
Melanie M. Blunschi

**SIGNATURE ATTESTATION**

I am the ECF User whose identification and password are being used to file the foregoing Declaration of Melanie M. Blunschi in Support of Defendant Accellion, Inc.'s Motion to Dismiss Plaintiffs' Consolidated Class Action Complaint. Pursuant to L.R 5-1(h)(3) regarding signatures, I, Michael H. Rubin, attest that concurrence in the filing of this document has been obtained.

Dated: July 31, 2023

/s/ *Michael H. Rubin*
Michael H. Rubin