# Exhibit 1

# Accellion Legal - Solutions License Agreement

kiteworks.com/legal/asla/



Skip to content

**ACCELLION SOLUTIONS LICENSE AGREEMENT**

THIS ACCELLION SOLUTIONS LICENSE AGREEMENT (THE "AGREEMENT") APPLIES TO THE USE OF ANY SOFTWARE PROVIDED DIRECTLY OR INDIRECTLY BY ACCELLION USA, LLC ("ACCELLION"), A DELAWARE CORPORATION WITH A PLACE OF BUSINESS AT 1804 EMBARCADERO PLACE, SUITE 200, PALO ALTO, CA 94303. BY EITHER FOLLOWING THE ONLINE ACCEPTANCE PROCESS PROVIDED BY ACCELLION OR INSTALLING, ACCESSING, OR USING ALL OR ANY PORTION OF THE SOFTWARE, YOU AGREE TO BE LEGALLY BOUND BY THIS AGREEMENT. A CONTRACT IS THEN FORMED BETWEEN ACCELLION AND EITHER YOU PERSONALLY, IF YOU ARE USING THE SOFTWARE FOR YOURSELF, OR THE COMPANY OR OTHER LEGAL ENTITY WHICH YOU REPRESENT ("CUSTOMER").

1.      **Accellion Software; Ordering**.

1.1     Accellion Software. Accellion software products are licensed on a subscription basis and are made available in a software-only (or "virtual") solution, as a hosted solution, or on a physical appliance. Customer's rights to use Accellion software apply only to the Accellion software licensed under an Order (defined below).

1.2     Order Process. Orders for Accellion software and services may be made online, through written Orders placed directly with Accellion, or through orders placed with an Accellion authorized reseller ("**Channel Partner**"). An order becomes part of this Agreement upon acceptance of the order by Accellion or a Channel Partner (the accepted order referred to as the "**Order**"). For Orders placed through Channel Partners, only the line items for Accellion's published products and services listed in the Order and which are provided to and paid for by Customer constitute the "Order" and no other terms and conditions in such documents shall apply to the relationship of Parties. In the event of any conflict between the terms of any Order and the terms of this Agreement, the terms of this Agreement shall govern.

1.3     Delivery. For downloadable versions of the Accellion software, Customer may download the software from a link provided by Accellion. For hosted versions of the Accellion Solution, access shall be provided through a password-protected web interface.

**2.      Applicable Terms.**

2.1     Web Orders. If Customer purchases a license online (a "**Web Order**"), then terms of this Agreement include the Web Order Terms set forth in Section 13. In the event of any conflict between Section 13 and other Sections of this Agreement, Section 13 shall apply.

2.2     Trial Versions. If Customer has ordered or downloaded a trial version of Accellion software, then the provisions of Sections 4.2, 5, 6.3, 8.1, 8.3, 9.2, 9.3, 9.4 and 12.2 shall not apply during the trial but shall be effective upon the date Customer upgrades to a paid subscription for such Accellion software.

2.3     Accounts for Web Orders. This Section 2.3 applies to Orders placed online with Accellion. Customer represents that the account information provided upon registration ("**Account Info**") is accurate, current and complete and that it will maintain Account Info current at all times.   Customer is solely liable for use of and access to the account and Accellion shall not have any liability to Customer for unauthorized access or use of the account. Account Info is protected by Accellion's Privacy Policy, as modified from time to time, located at www.kiteworks.com/privacy-policy/, the most current terms of which are incorporated herein by reference. If Customer sets up an account using an email address with an email domain of an Accellion Solutions licensee (e.g. where Customer's employer is already an Accellion Solutions licensee), then Customer consents to Accellion's disclosure of Customer's usage information to such party.

2.4 <u>Inapplicability of Purchase Orders</u>. The terms and conditions of this Agreement shall govern the relationship of the Parties regarding Accellion software and services utilized by Customer and Customer's form of purchase order and similar documents shall have no force or effect.

**3. Definitions.** Unless otherwise specified, capitalized terms used in this Agreement will have the meanings attributed to them in this Section

"***Accellion Solution***" means the object code versions of the Accellion software identified on an Order and includes related Server Software, Client Software, Updates, and Documentation, but does not include Open Source Software which is provided pursuant to Section 4.5.

"***Affiliate***" means with respect to any entity, any other entity which directly or indirectly controls, is controlled by or is under common control with such entity.

"***Client Software***" means the object code versions of the desktop client software for the licensed Accellion Solution.

"***Designated User***" means the number of users for whom Customer has purchased Designated User licenses as set forth on the applicable Order, plus any additional True-Up Users added pursuant to Section 6.3 below.  Designated Users consist of Customer, if Customer is an individual, or if the license to the Accellion Solution is obtained for use by an entity, Customer's and its Affiliates' employees and independent contractors.

"***Documentation***" means Accellion's standard written materials and specifications for the Accellion Solution licensed by Customer.

"***Effective Date***" means (i) for Orders submitted to Accellion, the date that Accellion accepts the Order; or (ii) for orders submitted to a Channel Partner on a form other than an Accellion Order form, the date Accellion makes the software available to Customer for download or, for software provided on a physical appliance, the date of shipment.

"***Hardware***" means computer equipment, if any, purchased from Accellion by Customer.

"***Hosted Services***" means the remote access and use of a hosted version of the Accellion Solution as hosted by Accellion, excluding Web Orders.

"***License Term***" means the subscription period for use of the Accellion Solution, as identified on the applicable Order. Each renewal is a separate License Term. For trial versions, the License Term period shall be for the period of forty-five (45) days unless otherwise indicated by Accellion.

"***Maintenance Support Services***" means the support services provided by Accellion to Customer in accordance with the applicable Maintenance Support Policy as described in Section 5.

"***Party***" means either Customer or Accellion and "***Parties***" means both Customer and Accellion.

"***Release***" means Accellion software for which Accellion charges a separate fee.

"***Server Software***" means the object code server software versions of the Accellion Solution, as identified on the applicable Order.

 "***Update***" means additions, upgrades, or modifications to the Accellion Solution licensed by Customer and provided by Accellion under this Agreement. Updates do not include Releases.

**4.**      **License Terms.**

4.1      License Grant. Subject to the terms and conditions of this Agreement, Accellion hereby grants to Customer during the License Term, a non-exclusive, non-transferable and non-sublicenseable license for Customer's internal business purposes to: (a) for each Designated User, install and use the Client Software on supported environments for up to the number of authorized Designated Users set forth on an Order Form; and (b) use, access, and for Accellion Solutions not hosted by Accellion, copy the Server Software on supported environments for up to the number of copies identified on the Order.

4.2      Hosting.

(a)      By Accellion. If Hosted Services are ordered by Customer, they are provided pursuant to the terms of Accellion's Hosting SLA available at www.kiteworks.com/legal/hostingsla/, which is incorporated herein by reference.
(b)      By Customer's Outsourced Provider. For virtual versions of the Accellion Solution and versions provided with Hardware, if Customer elects to engage its own outsourcing provider (each a "***Outsourced Provider***"), then: (i) Customer may sublicense to Outsourced Provider the right to install and operate the Accellion Solution solely for the benefit of Customer and subject to the terms and conditions of this Agreement; (ii) Customer shall be liable for any acts or omissions of Outsourced Provider in violation of this Agreement; and (iii) Customer shall designate a single point of contact at Outsourced Provider for any maintenance and technical support matters arising under this Agreement and provide written notice of the name and contact information for such contact to Accellion. In order to provide warranty and Maintenance Support Services, Accellion requires both reasonable remote and on-site access to the Accellion Solution. Failure to provide Accellion with such reasonable access shall relieve Accellion of its warranty and Maintenance Support Services obligations hereunder with respect to such Accellion Solution.

4.3     License Restrictions. Except as set forth in an Order or this Agreement, Customer shall not copy the Accellion Solution except to make a reasonable number of copies for the purposes of security back-up, relocation or disaster recovery; provided, however, that Customer may make and use the number of copies of Client Software that it deems appropriate unless the number of copies of Client Software is restricted as set forth on the applicable Order. Customer shall not make or permit the making of any modifications, additions or enhancements to the Accellion Solution, or cause or permit the disassembly, decompilation or reverse engineering of the Accellion Solution in whole or in part except to the extent such restriction is prohibited by applicable law. Except as expressly authorized by Accellion in writing, Customer shall not transfer, sell, license, sublicense, outsource, rent or lease the Accellion Solution or use it for service bureau or other third-party use. All rights not expressly granted hereunder are reserved.Customer is solely responsible and liable for the use of and access to the Accellion Solution by Designated Users and for all files and data transmitted, shared, or stored using the Accellion Solution. Licensee acknowledges and agrees that the licenses granted herein are neither contingent upon the delivery of any future functionality or features nor dependent upon any oral or written public comments made by Accellion with respect to future functionality or features.

4.4     Ownership. All right, title, and interest, including without limitation all intellectual property rights, in and to the Accellion Solution, including any and all modifications, enhancements, derivative works, Updates and Releases, are the sole and exclusive property of Accellion and its licensors. Customer shall not remove, and shall reproduce on any permitted copies, all proprietary, copyright, trademark and trade secret notices contained in or placed upon the Accellion Solution.

4.5     Open Source Software. Customer agrees that any software or materials which may be made available by Accellion, or otherwise obtained or used by Customer, subject to an open source license or other open source terms ("**Open Source Software**") shall be and shall remain subject to the terms and conditions of the original providers and are not part of the Accellion Solution. Open Source Software terms are made available either with the Accellion Solution or through the "Admin Guide" of the applicable Accellion Solution.

**5.     Maintenance Support Services.** Except for Web Orders, the Accellion Solution is provided with either Standard maintenance and support or Enterprise maintenance and support, as provided on the applicable Order, and is provided for the License Term. Accellion's Standard Maintenance Support Policy in effect as of the Effective Date of the Agreement is set forth at http://www.kiteworks.com/legal/maintenance-support-policy-standard/ and Accellion's Enterprise Support Policy is set forth at http://www.kiteworks.com/legal/maintenance-support-policy-enterprise/. Maintenance Support Services shall automatically renew in conjunction with license renewals. As part of Maintenance Support Services, Accellion will make available to Customer all Updates to the supported Accellion Solution that Accellion makes generally available to its other customers.

Customer shall provide Accellion access to the Accellion Solution to install such Updates if required by Accellion.

**6.      Payment; True-Up Users.**

6.1     Payment. Customer shall pay the fees specified in the Order. All products and services of Accellion ordered on an Order are firm commitments of Customer and are not cancelable by Customer. For orders made directly with Accellion, (i) Customer shall pay invoices in U.S. dollars within thirty (30) days of the invoice date and without offset or deduction, and (ii) all payment terms are subject to approval of Customer's creditworthiness, which approval may be withdrawn at any time; and (iii) payments are non-refundable except as otherwise explicitly stated in this Agreement and Accellion may apply a late charge on overdue invoices at a rate of one and one-half (1.5%) per month or the maximum allowed by law, whichever is less. FOR WEB ORDERS AND FOR UPGRADES FROM TRIAL VERSIONS TO PAID VERSIONS, CUSTOMER CONSENTS TO ALLOW ACCELLION TO CHARGE THE CUSTOMER'S CREDIT CARD, EITHER DIRECTLY OR THROUGH ITS PAYMENT PROCESSORS, FOR THE AMOUNTS DUE FOR THE INITIAL LICENSE TERM AND ANY RENEWALS, PLUS APPLICABLE TAXES.

6.2     Taxes. All fees are exclusive of value-added tax, sales tax, customs duties, or similar taxes or imposts, including withholding taxes, and shall be made by Customer without deduction therefore. Customer shall pay all such taxes or duties, except taxes based on Accellion's net income, and reimburse Accellion or its Channel Partner if either is required to pay any such taxes or duties.

6.3     True-Up Users. If permitted on the Order, Customer may exceed the number of licensed Designated Users by the maximum number permitted on the Order (such additional users referred to as "*True-Up Users*"), provided that Customer notify Accellion of the number of True-Up Users promptly following the end of each calendar quarter in which Customer has True-Up Users. Accellion or its Channel Partner will then invoice Customer for such True-Up Users at a prorated amount of the annual rate stated in the applicable Order. Such prorated amount includes charges for the calendar quarter when True-Up Users commenced using the Accellion Solution and the remaining License Term. Upon payment, True-Up Users shall be deemed Designated Users under this Agreement and for any renewals. When Customer is permitted to add True-Up Users, Customer agrees to allow Accellion, with reasonable prior notice, to enter the premises under Customer's possession or control during normal business hours, or, with Customer's prior consent, not to be unreasonably withheld, to electronically access the Accellion Solution, or, with respect to Hosting Services and Web Orders, to monitor use, to verify Customer's compliance with this Agreement. Customer shall promptly pay to Accellion any underpaid fees revealed by such audit and, if the audit reveals an underpayment of 5% or more, the reasonable costs of the audit.

6.4     Automated Reporting. The Server Software periodically transmits technical data to Accellion. That information does not include the content of any emails or attachments, file names or any personally identifiable information. The transmitted information contains aggregate non-personal usage information for each day the Accellion Solution is in use, including but not limited to: (i) the number of and type of messaging senders and recipients, (ii) account usage information, (iii) technical data about messaging transmissions and management; and (iv) the type of Accellion Solution features used and related data. Customer will not in any way attempt to prevent the transmission or delivery of such usage data. Accellion uses such data only for Accellion's own internal business purposes. Accellion only discloses such data (a) in an aggregated form with data from other customers in which neither Customer's identity nor that of Designated Users are revealed, or (b) as required by applicable law.

**7.     Confidentiality.**

7.1     Confidential Information. Each party agrees not to use the Confidential Information of the other party for any purpose other than strictly for the purpose of performing its obligations or exercising its rights under this Agreement. Additionally, except as authorized below, each party agrees to maintain in confidence and not disclose any Confidential Information acquired directly or indirectly from the other party. "**Confidential Information**" shall include, but is not limited to, matters of a technical, financial, commercial, business, or other proprietary nature. The results of any performance, penetration and/or benchmark tests of the Accellion Solution shall be the Confidential Information of Accellion. Confidential Information does not include any information which (a) is or becomes publicly known other than through a breach of this Agreement by the receiving party; or (b) is already known to the receiving party at the time of disclosure as evidenced by the Receiving party's written documentation, provided that it was not previously obtained directly or indirectly by the receiving party from the disclosing party; (c) is lawfully received by the receiving party from a third party having no obligation of confidentiality with respect thereto; or (d) is proven by receiving party to have been independently developed by employees of the receiving party who have not had direct or indirect access to, or directly or indirectly received any, Confidential Information under this Agreement; or (e) is authorized in writing by the disclosing party to be released from the confidentiality obligations herein. Accellion may share Customer Confidential Information with its parent and subsidiary companies ("**Afiliates**"), but shall remain liable for any act or omission of such A"iliates in violation of this Agreement. Each party agrees that in the event of such party's actual or threatened violation of the provisions of this section, the other party will not have an adequate monetary remedy and shall be entitled to seek appropriated immediate injunctive relief without any requirement to post bond, in addition to any other available remedies.

7.2     Customer Protected Data. Customer acknowledges that Accellion does not need or require access to any files or attachments stored or transmitted with the Accellion Solution or any personally identifiable information about any Customer personnel, other than as

described in Section 6.3, or customers (collectively, "**ProtectedData**"). If Customer desires Accellion to receive and access any Protected Data, Customer shall first obtain the written approval of an executive o"icer of Accellion, which may be withheld by Accellion in its sole discretion. Customer will be responsible for the Protected Data and for complying with any regulations, laws, or conventions applicable to the Protected Data. If Customer is a "covered entity" or a "business associate" and maintains "protected health information" (as those terms are defined in 45 CFR § 160.103) as part of Protected Data, Customer agrees to Accellion's Business Associate Agreement ("**BAA**") available on the Internet at https://www.kiteworks.com/legal/accellion-business-associate-agreement which is incorporated herein by reference. If   Customer is subject to the General Data Protection Regulation (EU) 2016/679 ("**GDPR**"), Customer agrees to Accellion's Data Processor Addendum available on the Internet at https://www.kiteworks.com/legal/accellion-dpawhich is incorporated herein by reference.

7.3    Notice and Consent Regarding Transfer of Data. Use of the Accellion Solution requires that when a Customer's End Users contact Accellion for customer service issues, the personal data of Customer's End Users (including but not limited to End User's email addresses, first and last names, geographic location, and phone number) be processed in the United States of America by Accellion USA, LLC, in Europe by Accellion UK Ltd and Accellion GmbH, and in Singapore by Accellion PTE Ltd, where customer support teams and computing systems and infrastructure necessary for Customer's exercise of its rights hereunder are located. Support would not be available without such processing of personal data in the United States of America, Europe, and Singapore, and, pursuant to Article 49 of the GDPR, Customer hereby expressly consents to the processing by, and transfer of personal data to, Accellion USA, LLC in the United States of America, Accellion UK Ltd and Accellion GmbH in Europe, and Accellion PTE Ltd in Singapore for that purpose. Accellion UK Ltd, Accellion GmbH, and Accellion PTE Ltd are subsidiaries of Accellion USA, LLC and each entity processes such personal data in compliance with the contractual requirements established with Customer.

7.4    Encryption. For avoidance of doubt, so long as Accellion implements measures to encrypt Confidential Information and Protected Data both in transit and at rest, Accellion will be deemed to satisfy its obligations to maintain the confidentiality and security of such information pursuant to this Agreement.

**8.     Limited Warranties and Disclaimer.**

8.1    Limited Accellion Solution and Hardware Performance Warranty.

(a)    Warranty. Accellion warrants to Customer that: (i) the media on which the Accellion Solution is furnished under normal use will be free from material defects in materials and workmanship for a period of thirty (30) days from the date it is furnished to Customer; (ii) the Hardware sold to Customer, if any, will be free from defects in materials and workmanship for a period of one (1) year from the date it is furnished to Customer; and (iii) the Accellion

Solution and Open Source Software will operate in substantial conformance with the Documentation for a period of thirty (30) days after the date the original Accellion Solution identified on the Order is furnished to Customer.

(b)     <u>Remedy</u>. Accellion's entire liability and Customer's exclusive remedy under this warranty shall be replacement or repair of the defective media, Hardware or Accellion Solution that does not meet Accellion's limited warranty. Notwithstanding the foregoing, if Accellion is unable to repair or replace defective components of the Accellion Solution within a reasonable period of time (not to exceed thirty (30) days from Accellion's receipt of Customer's notice), Accellion may, at its sole option, terminate this Agreement, in which case: (i) Accellion shall (a) refund all license fees received by Accellion for the Accellion Solution (and Hardware fees, if any); and (b) the fees received by Accellion for the unexpired term of Maintenance Support Services, and (ii) Customer shall (a) uninstall and destroy the nonconforming Accellion Solution and certify in writing that it has done the same; and (b) return the Hardware, if any, at Accellion's expense. Accellion is not liable under any warranty or otherwise for defects or liability caused by the use of the Accellion Solution or Hardware in any manner or for any purpose other than that for which it was licensed to Customer, or for causes not within Accellion's reasonable control. Warranties are void if failures are caused in whole or in part by accident, abuse, misuse, or modifications not authorized in writing by Accellion.

8.2     <u>Virus Protection</u>. Accellion warrants to Customer that, to the best of Accellion's knowledge as of the date of delivery of the Accellion Solution, the Accellion Solution will be free from any viruses, spyware, trojans, or disabling or malicious code.

8.3     <u>Limited Services Warranty</u>. Accellion warrants that all installation or professional services provided by Accellion hereunder will be of a professional quality and will conform to generally accepted industry standards. This warranty shall be valid for thirty (30) days from the completion of the applicable services. As Customer's sole and exclusive remedy and Accellion's sole and exclusive liability for breach of the foregoing warranty, Accellion will, at its sole option and expense, and provided that Accellion is notified of any such breach during the warranty period, re-perform the services, or if Accellion is unable to perform the services as warranted, refund the fees paid to Accellion for the service.

8.4     <u>Disclaimer</u>. THE EXPRESS LIMITED WARRANTIES IN THIS SECTION ARE IN LIEU OF ALL OTHER WARRANTIES AND CONDITIONS EXPRESS OR IMPLIED, CONTRACTUAL OR STATUTORY, INCLUDING BUT NOT LIMITED TO, ANY IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE AND NON- INFRINGEMENT. ACCELLION DOES NOT WARRANT THAT THE USE OF THE ACCELLION SOLUTION WILL BE UNINTERRUPTED OR ERROR FREE OR THAT ALL NONMATERIAL DEFICIENCIES OR ERRORS ARE CAPABLE OF BEING CORRECTED. ACCELLION MAKES NO REPRESENTATIONS OR WARRANTIES CONCERNING THE PRODUCTS OR SERVICES PROVIDED BY ITS CHANNEL PARTNERS OR ANY HOSTED SERVICES PROVIDERS, AND SHALL HAVE NO LIABILITY WITH RESPECT TO ANY ACT

OR OMISSION OF ANY CHANNEL PARTNER OR HOSTED SERVICES PROVIDERS. NO CHANNEL PARTNER OR HOSTED SERVICES PROVIDER SHALL HAVE ANY AUTHORITY TO BIND ACCELLION TO ANY TERMS OR CONDITIONS OTHER THEN THOSE EXPRESSLY SET FORTH HEREIN.

**9.     Indemnification.**

9.1     Customer Indemnity. Customer will, at its expense, indemnify and hold Accellion harmless against any settlement agreed to by Customer, or any award of damages, liabilities, fines, costs, and/or expenses, including costs of litigation and reasonable attorneys' fees, which Accellion may incur, based upon or arising out of (i) any use of the Accellion Solution by Customer in breach of this Agreement, and (ii) any activity related to use of the Accellion Solution, including but not limited to negligent or wrongful conduct, the acts or omissions of Designated Users and users who access and upload shared data and files, and for the content of all files and data transmitted, shared, or stored using the Accellion Solution ("***Customer Data***").

9.2     Accellion Indemnity. Accellion will defend any action brought against Customer to the extent that it is based upon a claim that the Accellion Solution, as provided by Accellion to Customer (directly or through a Channel Partner) infringes such third-party's U.S. patent or foreign equivalent thereof existing as of the Effective Date of the applicable Order or any copyright, or misappropriates any trade secret (each a "***Claim***"), and will pay any costs (including reasonable attorney's fees) and damages in settlement thereof or attributable to such claim that are finally awarded against Customer; provided that Customer will give Accellion: (i) prompt written notice of such Claim, (i) all cooperation and assistance reasonably requested by Accellion in the defense of the Claim, at Accellion's sole expense, and (iii) sole control over the defense and settlement of the Claim, provided that (a) Customer may participate in the defense of the Claim at its sole expense, and (b) Accellion may not, without the prior written consent of Customer, enter into a settlement to the extent such settlement restricts the business or operations of Customer in a manner other than ceasing to utilize the infringing Accellion Solution.

9.3     Exclusions. Accellion will have no liability for a Claim to the extent it results from: (a) modification of the Accellion Solution made by a party other than Accellion, if the Claim would not have arisen but for the modification; (b) the combination, operation or use of the Accellion Solution with third party data, software, equipment or devices, if such Claim would not have arisen but for such combination, operation or use; (c) Customer's failure to use updated or modified software provided by Accellion if use of such updated or modified software or hardware would have resolved the Claim; or (d) compliance by Accellion with designs, plans or specifications furnished by Customer or on Customer's behalf, if the Claim would not have arisen but for such designs, plans or specifications.

9.4     Remedies. If Accellion determines that a third party claim may substantially interfere with Customer's use of the Accellion Solution, Accellion, at its sole discretion, may (i) replace the Accellion Solution, without additional charge, with a non-infringing product that is at least functionally equivalent; (ii) modify the Accellion Solution to avoid the infringement; (iii) obtain a license for Customer to continue use of the Accellion Solution, and pay any additional fee required for such license: or (iv) if none of the foregoing alternatives are commercially reasonable, Accellion may terminate the license for the infringing Accellion Solution, in which case (a) Accellion shall refund a pro rata portion of all fees received by Accellion for the Accellion Solution as measured over the License Term; and (b) Customer shall uninstall and destroy the nonconforming Accellion Solution and certify in writing that it has done the same. ACCELLION'S AGGREGATE INDEMNIFICATION LIABILITY FOR CLAIMS OF INFRINGEMENT OR MISAPPROPRIATION SHALL NOT EXCEED THE FEES PAID BY CUSTOMER FOR THE APPLICABLE ACCELLION SOLUTION. THIS SECTION 9 SHALL CONSTITUTE ACCELLION'S SOLE AND EXCLUSIVE LIABILITY AND CUSTOMER'S SOLE AND EXCLUSIVE REMEDY FOR A CLAIM OF INFRINGEMENT OR MISAPPROPRIATION OF INTELLECTUAL PROPERTY RIGHTS OF ANY KIND.

10.     Limitation of Liability. EXCEPT FOR THE INDEMNIFICATION OBLIGATIONS HEREIN, FOR A BREACH OF SECTION 7 (CONFIDENTIALITY), OR FOR CUSTOMER'S INTENTIONAL BREACH OF THE LICENSES GRANTED IN THIS AGREEMENT, IN NO EVENT SHALL EITHER PARTY, AND ACCELLION'S LICENSORS, AFFILIATES AND SUPPLIERS, BE LIABLE FOR ANY INDIRECT, INCIDENTAL, SPECIAL OR CONSEQUENTIAL DAMAGES, OR DAMAGES FOR LOSS OF PROFITS, REVENUE, DATA OR USE ARISING OUT OF OR IN CONNECTION WITH THIS AGREEMENT OR THE USE OR PERFORMANCE OF THE PRODUCTS OR SERVICES SUPPLIED HEREUNDER, WHETHER IN AN ACTION IN CONTRACT, WARRANTY, TORT (INCLUDING NEGLIGENCE), PRODUCT LIABILITY OR OTHERWISE, EVEN IF SUCH PARTY HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH LOSS OR DAMAGES. ACCELLION'S AGGREGATE LIABILITY FOR DAMAGES SHALL IN NO EVENT EXCEED THE TOTAL FEES RECEIVED FROM THE LICENSES GRANTED TO CUSTOMER UNDER THIS AGREEMENT IN THE PREVIOUS TWELVE MONTHS FOR THE APPLICABLE ACCELLION SOLUTION. THE PARTIES EXPRESSLY ACKNOWLEDGE AND AGREE THAT THE PRICES AND TERMS OF THIS AGREEMENT WERE MADE IN RELIANCE UPON THE LIMITATION OF LIABILITY SPECIFIED HEREIN, WHICH ALLOCATE THE RISK BETWEEN ACCELLION AND CUSTOMER.

11.     Term and Termination.

11.1    Term. This Agreement commences on the Effective Date and, unless terminated as set forth in this Section, shall continue for the License Term on the applicable Order.   Except for trial version which shall terminate at the end of the applicable trial period, or unless

otherwise expressly set forth on the Order, the License Term shall be extended for a period of the same duration (each a "License Term") unless one party provides written notice of its intent not to renew at least thirty (30) days prior to the end of the then-current License Term.

11.2    <u>Termination</u>. Either Party may terminate this Agreement or any license granted under this Agreement if: (i) the other party breaches any material provision of this Agreement for any reason, which breach has not been cured within thirty (30) days of written notice; or(ii) the other Party becomes subject of a voluntary or involuntary petition in bankruptcy, or any proceeding relating to insolvency, receivership, liquidation or assignment for the benefit of creditors, which is not dismissed within sixty (60) days after commencement.

11.3    <u>Consequences of Termination</u>. Upon termination or expiration of this Agreement, for any reason, all rights granted under this Agreement shall terminate, and Customer will promptly return to Accellion or, at Accellion's request, destroy, the applicable Accellion Solution and provide Accellion with written certification by an officer of Customer certifying compliance with the foregoing. Customer's obligations to pay taxes and any amounts past due along with the following provisions shall survive any expiration or termination of this Agreement: Sections 4.3, 4.4, 4.5, 7, 8, 9, 10, 11.3 and 12.

**12.    <u>Miscellaneous</u>.**

12.1    <u>Notice</u>. Notices under this Agreement shall in writing and delivered via electronic mail, facsimile (with confirmation of receipt), in person, by overnight courier, or by prepaid certified or registered mail, return receipt requested, to a Party at its addresses set forth on the Order, as amended by notice pursuant to this Section. Notice by mail shall be deemed received five (5) days after deposit in the U.S. mails, with other notice deemed effective upon receipt.

12.2    <u>Assignment</u>. Customer may assign this Agreement to an Affiliate or to the acquirer of all or substantially all of Customer's assets, or the assets of the business unit making use of the Software, with prior written notice and provided that: (i) Customer provides written notice to Accellion of the assignment; and (ii) the acquirer agrees in writing to be bound by this Agreement. Any other purported assignment by Customer shall be null and void. This Agreement shall bind the Parties and their permitted successors and assigns.

12.3    <u>Modification, Waiver, and Remedies</u>.  No modification, alteration, amendment or addition shall be effective unless made in writing, dated and signed by a duly authorized representative of each Party. No waiver of any breach hereof shall be held to be a waiver of any other or subsequent breach. Each party's rights and remedies are in addition to any other rights and remedies provided by law or in equity. No choice of any remedy shall constitute an election of remedies hereunder.

12.4    <u>Publicity</u>. Customer hereby consents to Accellion's inclusion of Customer's name in a customer listing, provided that Customer is not the sole Customer listed.

12.5    Force Majeure. Neither Party will incur any liability to the other on account of any loss or damage resulting from any delay or failure to perform all or any part of this Agreement if such delay or failure is caused, in whole or in part, by events, occurrences, or causes beyond the control of such Party. Such events, occurrences or causes will include, without limitation, acts of God, strikes, lockouts, terrorism, riots, acts of war, internet and network failures, earthquakes and other natural disasters, fire and explosions. The foregoing shall not apply to Customer's payment and the mutual confidentiality obligations hereunder.

12.6    Export. Customer acknowledges that the Accellion Solution is subject to United States and local country laws governing import, export, distribution and use. Customer is responsible for compliance by Customer and the Designated Users with United States and local country laws and regulations and shall not export, use or transmit the Accellion Solution (i) in violation of any export control laws of the United States or any other country, (ii) to any country requiring as a condition of import the disclosure of source code, or (iii) to anyone on the United States Treasury Department's list of Specially Designated Nationals or the U.S. Commerce Department's Table of Deny Orders.

12.7    Government Licensing. If the Accellion Solution is accessed or used by any agency or other part of the U.S. Government, the U.S. Government acknowledges that (i) the Accellion Solution and accompanying materials constitute "commercial computer software" and "commercial computer software documentation" under paragraphs 252.227.14 and 252.227.7202 of the DoD Supplement to the Federal Acquisition Regulations ("DFARS") or any successor regulations, and the Government is acquiring only the usage rights specifically granted in this Agreement; (ii) the Accellion Solution constitutes "restricted computer software" under paragraph 52.227-19 of the Federal Acquisition Regulations ("FAR") or any successor regulations and the government's usage rights are defined in this Agreement and the FAR.

12.8    Governing Law. This Agreement shall be governed by the laws of the United States and the State of California, without reference to conflict of laws principles. Any dispute between the parties regarding this Agreement will be subject to the exclusive venue of the state and federal courts in the state of California in San Francisco, San Mateo and Santa Clara counties. The parties hereby consent to the exclusive jurisdiction and venue of such courts. Each party hereby waives its right to a trial by jury for any disputes between the Parties arising from this Agreement. The parties agree that the Uniform Computer Information Transactions Act and the United Nations Convention on the International Sale of Goods will not apply to this Agreement. Any dispute by one party to this Agreement against the other, which dispute arises from this Agreement, must be brought in accordance with this Section within one (1) years after the cause of action arises.

12.9    Consent to use Customer Data. Customer acknowledges that for Hosted Services Accellion may transfer Account Info and Customer Data within and without the European Union, including but not limited to the United States of America and may process and store Account Info and Customer Data in any country of the world.

12.10	Severability. If any provision of this Agreement is finally determined to be contrary to, prohibited by, or invalid under applicable laws or regulations, this Agreement will be modified so as to give effect to the intent of the Parties to the maximum possible extent. The remaining provisions of this Agreement shall remain in full force and effect.

12.11	Entire Agreement; Construction. This Agreement constitutes the complete and exclusive agreement between the parties and supersedes any and all prior communications, representations and understandings, whether written or oral. There are no third-party beneficiaries of Customer. This Agreement shall not be amended or modified except in writing signed by duly authorized representatives of the Parties. Section headings are for convenience only and shall not affect interpretation of the relevant section. All notices must be either sent by overnight courier, by registered or certified mail, return receipt requested, or served personally. Notices will be deemed effective as of the date of delivery if sent overnight courier, five (5) days after mailing if sent by mail, or the date delivered if served personally. This Agreement is in the English language only, which language shall be controlling in all respects, and all versions hereof in any other language shall not be binding on the parties hereto. If Customer is accepting this Agreement from Canada, Customer agrees to the following: The Parties hereto confirm that it is their wish that this Agreement has been and shall be written in the English language only. Les parties ci-dessus confirment leur désir que cet accord soient rédigés en langue anglaise. All communications and notices to be made or given pursuant to this Agreement shall be in the English language.

**13.**	**Web Order Terms.** The terms of this Section 13 apply to Web Orders only.

13.1	License Term; Renewals. Customer's initial License Term shall be from the date of purchase through the term of the type of account purchased by Customer (monthly or annual) and shall automatically renew for additional terms of the same duration unless Customer cancels by sending an email to cancel@kiteworks.com which includes Customer's customer I.D. and the email address of the originator of Customer's account. IF CUSTOMER DOESN'T CANCEL CUSTOMER'S SUBSCRIPTION BY THE END OF THE THEN-CURRENT LICENSE TERM, CUSTOMER WILL BE CHARGED FOR AND AGREES TO PAY SUBSCRIPTION FEES FOR A SUBSEQUENT LICENSE TERM.

13.2	Storage and Bandwidth Fees. For the hosted version of the Accellion Solution, Customer's use is subject to storage and bandwidth limitations and Customer will be charged $1.00 per gigabyte (or the then-current per-gigabyte charge) that exceeds the storage limit or bandwidth limit for Customer's subscription ("***Excessive Use Charges***"). Customer may review Customer's storage and bandwidth usage through the Admin Console. To purchase additional bandwidth and/or storage, contact sales@kiteworks.com. Fees for Customer's subscription together with Excessive Use Charges are referred to as "Subscription Fees." CUSTOMER CONSENTS TO ALLOW ACCELLION TO CHARGE CUSTOMER'S CREDIT CARD, EITHER DIRECTLY OR THROUGH ITS PAYMENT PROCESSORS, FOR EXCESSIVE USE CHARGES.

13.3     Communications from Accellion. Customer understands and agrees that Customer and Designated Users may receive certain communications from Accellion, such as service announcements and administrative messages, and that Customer and Designated Users will not be able to opt out of receiving them.

13.4     Restrictions. Customer acknowledges and agrees that Customer, Designated Users and other users with access to shared folders: (i) will not use the Accellion Solution to transmit any communications or messages that constitute spam, are obscene, abusive, harassing, threatening, racist, malicious, illegal, fraudulent, defamatory, libelous, harmful to minors, or that violate or infringe the rights of third parties; and (ii) will comply withpolicies applicable to the hosted version of the Accellion Solution as made available to Customer by Accellion from time to time.

13.5     Representations and Warranties. Customer represents and warrants to Accellion that: (i) Customer and Designated Users are not subject to export control restrictions established by laws and regulations of the United States of America and Customer shall comply with all export and import laws, rules, regulations and restrictions of the jurisdictions in which Customer resides; (iii) Customer, Designated Users, and other users with access to shared folders have all necessary rights to any data stored on or sent with the Accellion Solution ("Customer Data") and that use of Customer Data as contemplated herein does not violate any third party rights; and (iii) Customer hereby grant Accellion and its contractors the right to use, copy, cache and transmit Customer's Data in conjunction with Customer's use of the Accellion Solution.

13.6     Termination.

(a)     Termination by Customer. Customer may terminate this Agreement at any time by contacting cancel@kiteworks.com and providing Customer's relevant Account Info and the email address of the originator of Customer's account.

(b)     Termination by Accellion. Accellion may terminate this Agreement without notice if: (i) Customer is in default and/or if Customer fails to pay applicable fees, (ii) if Customer otherwise violates the express terms of this Agreement, or (iii) in the event Accellion is prevented from providing any portion or all of the hosted version of the Accellion Solution by the actions of a third party.

(c)     Effect of Termination. In the event Accellion terminates this Agreement pursuant to Section 13.6(b)(iii) above, Accellion shall remit to customer a pro rata amount of any prepayment. In the event this Agreement is terminated for any other reason, Customer will not be entitled a refund of any prepaid amounts and will remain liable to pay for Excessive Use Charges. Upon termination, the licenses granted to Customer by Accellion shall cease, Customer's account will be terminated following billing and payment of any past due

amounts, and Customer will no longer be able to use the Accellion Solution. In addition to the terms identified in Section 11.3, Sections 13.5, 13.6(c), and 13.7 shall survive expiration or termination of this Agreement.

13.7    <u>Inapplicability of Certain Terms</u>. The support provisions of Section 5 and the indemnification provisions in Sections 9.2, 9.3 and 9.4 shall not apply to Web Orders, although Customer will be entitled to receive Updates.

13.8    <u>Assignment</u>. Neither this Agreement nor any rights or obligations of Customer hereunder may be assigned by Customer in whole or in part without the prior written approval of Accellion. Any assignment in violation of the foregoing shall be null and void.

13.9    <u>Miscellaneous</u>. Accellion may modify or amend this Agreement at any time by posting a revised version on our website at www.kiteworks.com which Customer agrees constitutes sufficient notice to Customer of such modification or amendment. Such amendments and modifications shall be effective upon renewal of Customer's License Term. As a party to this Agreement, Customer, if a resident of California, is entitled to the following specific consumer information under California Civil Code Section 1789.3: The Complaint assistance Unit of the Division of Consumer Services of the Department of Consumer Affairs may be contacted in writing at 400 R Street, Sacramento, California 95814, or by telephone at (800) 952-5210. Florida residents may contact the Florida Department of Financial Services in writing at 200 East Gaines Street, Tallahassee, Florida, 32399, or by telephone at 1-800-342-2762.
Sign Up to Get Periodic Updates and News from Kiteworks