WILLIAM E. RIDGWAY (SBN 247529)
william.ridgway@skadden.com
LINDSEY SIELING (*pro hac vice*)
lindsey.sieling@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 N. Upper Wacker Dr.
Chicago, Illinois 60606
Telephone: (312) 407-0700
Facsimile: (312) 407-0411

CAROLINE VAN NESS (SBN 281675)
caroline.vanness@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue, Suite 1400
Palo Alto, California 94301
Telephone: (650) 470-4500
Facsimile: (650) 470-4570

Attorneys for Defendants
NEW YORK COMMUNITY BANCORP, INC.,
f/k/a FLAGSTAR BANCORP, INC. and
FLAGSTAR BANK, N.A., f/k/a FLAGSTAR BANK, FSB

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| IN RE ACCELLION, INC. DATA BREACH LITIGATION | Case No.: 5:21-cv-01155-EJD<br><br>Honorable Edward J. Davila<br><br>**DECLARATION OF WILLIAM E. RIDGWAY IN SUPPORT OF FLAGSTAR BANCORP, INC. AND FLAGSTAR BANK, FSB'S NOTICE OF PENDENCY OF OTHER ACTIONS OR PROCEEDINGS PURSUANT TO CIVIL LOCAL RULE 3-13** |

# DECLARATION OF WILLIAM E. RIDGWAY

I, William E. Ridgway, declare as follows:

1. I am a partner at the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, counsel of record for Defendants New York Community Bancorp, Inc., f/k/a Flagstar Bancorp, Inc. and Flagstar Bank, N.A., f/k/a Flagstar Bank, FSB (together, "Flagstar"), in the above-captioned matter, and I am admitted to practice before this Court. I submit this declaration in support of Flagstar's Notice of Pendency of Other Actions or Proceedings. I make this declaration on personal knowledge and, if called as a witness, could and would testify competently to such facts under oath.

2. On March 25, 2021, Plaintiffs Philip Angus and Mark Wiedder filed the first putative class action complaint against Flagstar Bank, FSB relating to the Accellion, Inc. file transfer appliance data breach (the "Accellion Data Breach") in the Eastern District of Michigan in the case styled *Angus v. Flagstar Bank, FSB*, No. 21-cv-10657 (E.D. Mich).

3. On April 6, April 7, and July 29, 2021, the Eastern District of Michigan court entered orders consolidating the cases pending against Flagstar in the Eastern District of Michigan relating to the Accellion Data Breach (the "Michigan Action"). *See Angus*, ECF Nos. 4, 9, and 31.

4. On August 12, 2021, plaintiffs in the Michigan Action filed the operative Second Consolidated Class Action Complaint, a true and correct copy of which is attached hereto as **Exhibit 1**.

5. On September 21, 2021, the Michigan Action was stayed pending disposition of nationwide class settlement proceedings in *Beyer v. Flagstar Bank & Accellion, Inc.*, No. 5:21-cv-02239 (N.D. Cal. Mar. 30, 2021). *See Angus*, ECF No. 46.

6. On August 4, 2023, Flagstar and interim lead counsel for the Michigan Action agreed to lift the stay.

7. On August 7, 2023, the Eastern District of Michigan court entered a stipulated order granting plaintiffs' motion to lift the stay, ordering plaintiffs to file their third consolidated class action complaint withing fourteen (14) days, and ordering Flagstar to file its response to the third consolidated class action complaint within twenty-eight days of plaintiffs' filing it. *Angus*, ECF No. 64.

1   8. Also on August 7, 2023, Flagstar and Interim Co-lead Counsel in this action agreed to sever and transfer the Flagstar claims to the Eastern District of Michigan.

2   9. The Eastern District of Michigan is where: Flagstar is headquartered, the majority of documents and likely witnesses are located, and a putative class action involving substantially similar parties and issues is currently proceeding against Flagstar.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 10, 2023, at Chicago, Illinois.

/s/ William E. Ridgway
William E. Ridgway