KRYSTA KAUBLE PACHMAN (280951)
kpachman@susmangodfrey.com
MICHAEL GERVAIS (330731)
mgervais@susmangodfrey.com
STEVEN G. SKLAVER (237612)
ssklaver@susmangodfrey.com
KEVIN R. DOWNS (331993)
kdowns@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, California  90067-6029
[Tel.] (310) 789-3100
[Fax] (310) 789-3150

Adam E. Polk (State Bar No. 273000)
Jordan Elias (State Bar No. 228731)
Simon S. Grille (State Bar No. 294914)
Trevor T. Tan (State Bar No. 281045)
GIRARD SHARP LLP
601 California Street, Suite 1400
San Francisco, CA 94108
Tel: (415) 981-4800
Fax: (415) 981-4846
apolk@girardsharp.com
jelias@girardsharp.com
sgrille@girardsharp.com
ttan@girardsharp.com

*Interim Co-Lead Plaintiffs' Counsel*

*[Additional counsel on signature page]*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| IN RE ACCELLION, INC. DATA BREACH LITIGATION | Case No. 5:21-cv-01155-EJD<br><br>**JOINT CASE MANAGEMENT STATEMENT**<br><br>Date:      August 31, 2023<br>Time:     10:00 a.m.<br>Judge:    Hon. Edward J. Davila<br>Courtroom: 4 – 5th Floor |

In accordance with the Court's June 3, 2023 Case Management Order (ECF No. 167), the parties provide this Joint Case Management Statement in advance of the Case Management Conference scheduled for August 31, 2023. Concurrently, as a result of an unavoidable scheduling conflict for its counsel, Accellion has requested and the parties have filed a joint stipulation seeking to reschedule the August 31 conference, and have proposed holding the conference on September 21, 2023 to coincide with the date the parties are scheduled to appear before the Court regarding Accellion's pending motion to dismiss.

1. **Background**

On June 3, 2023, the Court entered a preliminary schedule setting deadlines for Defendants to respond to the Consolidated Complaint, and for the parties to appear for a Case Management Conference on August 31, 2023. The Court further referred the case to Magistrate Judge van Keulen for settlement purposes, and ordered the parties to attend a settlement conference by September 29, 2023. Judge van Keulen scheduled a settlement status conference for August 21, 2023.

On June 30, 2023, Accellion filed a motion to dismiss the Consolidated Complaint; a hearing on Accellion's motion has been scheduled for September 21, 2023.

On August 10, 2023, Plaintiffs and Flagstar[1] filed a Joint Stipulation to Sever and Transfer the claims against Flagstar to the Eastern District of Michigan, where the stay of an overlapping putative class action was recently lifted.

2. **Rescheduling of the August 31, 2023 Case Management Conference**

The parties are currently set to appear before the Court (1) on August 31, 2023, for a further Case Management Conference; and (2) on September 21, 2023, for the hearing on Accellion's motion to dismiss. Due to an unavoidable scheduling conflict on August 31, the parties conferred about rescheduling the Case Management Conference and agree that it would reduce the burden on the Court and the parties to reschedule the conference on the same date as the September 21 motion to dismiss hearing. The parties propose to file a further Case Management statement

---

[1] New York Community Bancorp, Inc. f/k/a Flagstar Bancorp, Inc. and Flagstar Bank, N.A., f/k/a Flagstar Bank, FSB.

addressing the issues required by Federal Rule of Civil Procedure 26(f), Civil Local Rule 16-9, and the Standing Order For All Judges of the Northern District of California by September 7, 2023.

A stipulation to this effect has been filed concurrently.

### 3. Settlement Conference with Judge van Keulen

A settlement status conference among counsel has been set for August 21, 2023, to discuss efficient timing of a settlement conference.

### 4. Severance of Claims Against Flagstar

On August 3, Flagstar advised Plaintiffs that it intended to file a motion to sever and transfer the claims against it to the Eastern District of Michigan, where the first-filed Flagstar Action—*Angus v. Flagstar Bank, FSB*, No. 2:21-cv10657—is pending. As a basis for its request, Flagstar stated that it is headquartered in the Eastern District of Michigan, the majority of documents and witnesses are located in the Eastern District of Michigan, and the overlapping *Angus* case is pending there.

On August 10, 2023, after conferring with Flagstar, and counsel for *Angus* Plaintiffs, in the interests of efficiency and to avoid a risk of inconsistent rulings, Interim Co-Lead Counsel stipulated, subject to Court approval, to sever and transfer the Flagstar claims to the Eastern District of Michigan. Dkt. No. 177. The parties also stipulated to toll Flagstar's deadline to respond to the consolidated complaint pending the Court's ruling on the stipulated request to transfer. *Id*.

Should the Court find it helpful, Flagstar and Plaintiffs are available to address their stipulated request to sever and transfer the Flagstar claims on August 31.

Dated: August 14, 2023

Respectfully submitted,

GIRARD SHARP LLP

/s/ *Adam E. Polk*
Adam E. Polk (State Bar No. 273000)
Jordan Elias (State Bar No. 228731)
Simon S. Grille (State Bar No. 294914)
601 California Street, Suite 1400
San Francisco, CA 94108

Tel: (415) 981-4800
apolk@girardsharp.com
jelias@girardsharp.com
sgrille@girardsharp.com

SUSMAN GODFREY L.L.P.
Krysta K. Pachman (State Bar No. 280951)
Michael Gervais (State Bar No. 330731)
Steven G. Sklaver (State Bar No. 237612)
Kevin R. Downs (State Bar No. 331993)
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, California 90067-6029
Tel: (310) 789-3100
kpachman@susmangodfrey.com
mgervais@susmangodfrey.com
ssklaver@susmangodfrey.com
kdowns@susmangodfrey.com

Interim Co-Lead Plaintiffs' Counsel

Dated: August 14, 2023

Respectfully submitted,

LATHAM & WATKINS LLP

/s/ *Melanie M. Blunschi*
Michael H. Rubin (CA Bar No. 214636)
 michael.Rubin@lw.com
Melanie M. Blunschi (CA Bar No. 234264)
 melanie.Blunschi@lw.com
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: +1.415.391.0600

Serrin Turner (*pro hac vice*)
 serrin.Turner@lw.com
1271 Avenue of the Americas
New York, NY 10020
Telephone: +1.212.906.1200

Attorneys for Defendant Accellion Inc.

| | |
|---|---|
| Dated: August 14, 2023 | Respectfully submitted,<br><br>SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br><br>/s/ *William E. Ridgway*<br>William Elliott Ridgway<br>Lindsey Sieling (*pro hac vice*)<br>155 N. Wacker Drive, Ste. 2700<br>Chicago, IL 60606<br>(312) 407-0917<br>william.ridgway@skadden.com<br>lindsey.sieling@skadden.com<br><br>Caroline W. Van Ness<br>525 University Avenue, Suite 1400<br>Palo Alto, CA 94301<br>(650) 470-4500<br>caroline.vanness@skadden.com<br><br>Attorneys for Defendants New York Community Bancorp, Inc., f/k/a Flagstar Bancorp, Inc. and Flagstar Bank, N.A., f/k/a Flagstar Bank, FSB. |