1   LATHAM & WATKINS LLP
    Michael H. Rubin  (SBN 214636)
2      *michael.rubin@lw.com*
    Melanie M. Blunschi (SBN 234264)
3      *melanie.blunschi@lw.com*
    505 Montgomery Street, Suite 2000
4   San Francisco, California 94111-6538
    Telephone:  (415) 391-0600
5
    Serrin A. Turner (*pro hac vice*)
6      *Serrin.turner@lw.com*
    1271 Avenue of the Americas
7   New York, NY 10020
    Telephone: +1.212.906.1200
8

9   *Attorneys for Defendant Accellion, Inc.*

10

**UNITED STATES DISTRICT COURT**

11

**NORTHERN DISTRICT OF CALIFORNIA**

12

**SAN JOSE DIVISION**

13

14   | IN RE ACCELLION, INC. DATA BREACH LITIGATION. | CASE NO.  5:21-cv-01155-EJD |

15                                          **DECLARATION OF MELANIE M. BLUNSCHI IN SUPPORT OF STIPULATION RESCHEDULING CASE MANAGENT CONFERENCE**

16

17

18

19

20

21

22

23

24

25

26

27

28

LATHAM&WATKINS LLP
ATTORNEYS AT LAW

1    I, Melanie M. Blunschi, declare as follows:

2    1.      I am a partner with the law firm of Latham & Watkins LLP and am counsel for

3    defendant Accellion, Inc. ("Accellion") in the above-captioned litigation.

4    2.      I am a member in good standing with the State Bar of California and I am admitted

5    to practice before this Court.  I have personal knowledge of the facts set forth in this declaration,

6    and if called as a witness, could and would testify competently thereto.

7    3.      I respectfully submit this declaration in support of the Parties' Stipulation

8    Rescheduling Case Management Conference.

9    4.      On June 13, 2023, the Court set a Further Case Management Conference for

10   Thursday, August 31, 2023 (Dkt. 167).

11   5.      On July 31, 2023, Accellion filed its Motion to Dismiss Plaintiffs' Consolidated

12   Class Action Complaint (Dkt. 174).

13   6.      Oral argument on Accellion's Motion to Dismiss is set for Thursday, September

14   21, 2023 at 9:00 a.m. (Dkt. 174).

15   7.      Lead counsel for Accellion has an unavoidable scheduling conflict on August 31,

16   2023, the current date of the Case Management Conference.

17   8.      The Parties met and conferred by videoconference on August 4, 2023 and August

18   10, 2023, regarding, *inter alia*, the continuing of the August 31, 2023 Case Management Conference

19   to September 21, 2023, to coincide with oral argument on Accellion's Motion to Dismiss.

20   9.      The parties agree that efficiency is best served by holding the Case Management

21   Conference and oral argument on Accellion's Motion to Dismiss on the same date.

22   10.     This is the first request to Continue this Case Management Conference.

23   11.     This continuation does not affect any of the other current deadlines sets by the Court.

24   I declare under penalty of perjury that the foregoing is true and correct.  Executed this 14th

25   day of August 2023, in San Francisco, California.

26

27   By:     /s/ *Melanie M. Blunschi*
             Melanie M. Blunschi

28