1  LATHAM & WATKINS LLP
   Michael H. Rubin (CA Bar No. 214636)
2   *Michael.Rubin@lw.com*
   Melanie M. Blunschi (CA Bar No. 234264)
3   *Melanie.Blunschi@lw.com*
   505 Montgomery Street, Suite 2000
4  San Francisco, CA 94111
   Telephone: 415-391-0600
5
   Serrin Turner (*pro hac vice*)
6   *Serrin.Turner@lw.com*
   1271 Avenue of the Americas
7  New York, NY 10020
   Telephone: +1.212.906.1200
8
9  *Attorneys for Defendant Accellion, Inc.*

10 *[Additional counsel on signature page]*

**DENIED**
Judge Edward J. Davila
August 17, 2023

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| IN RE ACCELLION, INC. DATA BREACH LITIGATION | Case No. 5:21-cv-01155-EJD<br><br>**STIPULATION AND [PROPOSED] ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE**<br><br>Judge: Hon. Edward J. Davila |

This stipulation is hereby entered into between Plaintiffs and Defendants Accellion, Inc. ("Accellion") and Flagstar[1], (collectively, the "Parties"), by and through their respective attorneys of record:

**WHEREAS**, on June 13, 2023, the Court set a Further Case Management Conference for Thursday, August 31, 2023 (Dkt. 167);

**WHEREAS**, on July 31, 2023, Accellion filed its Motion to Dismiss Plaintiffs' Consolidated Class Action Complaint ("Motion to Dismiss") (Dkt. 174);

**WHEREAS**, oral argument on Accellion's Motion to Dismiss has been set for Thursday, September 21, 2023 at 9:00 a.m. (Dkt. 174);

**WHEREAS**, lead counsel for Accellion has an unavoidable scheduling conflict on August 31, 2023, the current date of the Case Management Conference;

**WHEREAS**, the Parties met and conferred by videoconference on August 4, 2023 and August 10, 2023, regarding, *inter alia*, the continuing of the August 31, 2023 Case Management Conference to September 21, 2023, to coincide with oral argument on Accellion's Motion to Dismiss;

**WHEREAS**, the parties agree that efficiency is best served by holding the Case Management Conference and oral argument on Accellion's Motion to Dismiss on the same date;

**WHEREAS**, the Parties respectfully request that the Court continue the August 31, 2023 Case Management Conference to September 21, 2023, following the hearing on Accellion's Motion to Dismiss;

**NOW, THEREFORE,** pursuant to Civil Local Rules 6-1(b), 6-2(a) and 7-12, the Parties hereby stipulate and agree, through their respective counsel, subject to the Court's approval, as follows:

1. The August 31, 2023 Case Management Conference shall be continued to September 21, 2023 at 10:00 a.m.

2. The parties shall file a further Case Management Statement by September 7, 2023.

---

[1] New York Community Bancorp, Inc. f/k/a Flagstar Bancorp, Inc. and Flagstar Bank, N.A., f/k/a Flagstar Bank, FSB.

1  IT IS SO STIPULATED.

2

3  Dated: August 14, 2023                    Respectfully submitted,

4                                            LATHAM & WATKINS LLP

5
                                             /s/ *Melanie M. Blunschi*
6                                            Michael H. Rubin (CA Bar No. 214636)
                                               *Michael.rubin@lw.com*
7                                            Melanie M. Blunschi (CA Bar No. 234264)
                                               *Melanie.blunschi@lw.com*
8                                            505 Montgomery Street, Suite 2000
                                             San Francisco, California 94111-6538
9                                            Telephone: +1.415.391.0600

10                                           Serrin A. Turner (*pro hac vice*)
                                               *Serrin.turner@lw.com*
11                                           885 Third Avenue
                                             New York, NY 10022-4834
12                                           Telephone: +1.212.906.1200

13                                           Attorneys for Defendant *Accellion Inc.*

14

15                                           Respectfully submitted,

16  Dated: August 14, 2023                   GIRARD SHARP LLP

17                                           /s/*Simon S. Grille*
                                             Adam E. Polk (State Bar No. 273000)
18                                             *apolk@girardsharp.com*
                                             Jordan Elias (State Bar No. 228731)
19                                             *jelias@girardsharp.com*
                                             Simon S. Grille (State Bar No. 294914)
20                                             *sgrille@girardsharp.com*
                                             601 California Street, Suite 1400
21                                           San Francisco, CA 94108
                                             Tel: (415) 981-4800
22
                                             SUSMAN GODFREY L.L.P.
23
                                             Krysta K. Pachman (State Bar No. 280951)
24                                             *kpachman@susmangodfrey.com*
                                             Michael Gervais (State Bar No. 330731)
25                                             *mgervais@susmangodfrey.com*
                                             Steven G. Sklaver (State Bar No. 237612)
26                                             *ssklaver@susmangodfrey.com*
                                             Kevin R. Downs (State Bar No. 331993)
27                                             *kdowns@susmangodfrey.com*
                                             SUSMAN GODFREY L.L.P.
28

| | | |
|---|---|---|
| 1 | | 1900 Avenue of the Stars, Suite 1400 |
| 2 | | Los Angeles, California 90067-6029<br>Tel: (310) 789-3100 |
| 3 | | |
| 4 | | *Interim Co-Lead Plaintiffs' Counsel* |
| 5 | Dated: August 14, 2023 | Respectfully submitted, |
| 6 | | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
| 7 | | |
| 8 | | /s/ *William Elliott Ridgway*<br>William Elliott Ridgway |
| 9 | | Lindsey Sieling (*pro hac vice*)<br>155 N. Wacker Drive, Ste. 2700 |
| 10 | | Chicago, IL 60606<br>(312) 407-0917 |
| 11 | | william.ridgway@skadden.com<br>lindsey.sieling@skadden.com |
| 12 | | Caroline W Van Ness |
| 13 | | 525 University Avenue, Suite 1400<br>Palo Alto, CA 94301 |
| 14 | | (650) 470-4500<br>caroline.vanness@skadden.com |
| 15 | | |
| 16 | | Attorneys for Defendant *New York Community Bancorp, Inc. f/k/a Flagstar Bancorp, Inc. and* |
| 17 | | *Flagstar Bank, N.A., f/k/a Flagstar Bank, FSB* |

**ATTESTATION OF CONCURRENCE IN FILING**

In accord with Northern District of California Local Rule 5.1(h)(3), I, Melanie M. Blunschi, attest that concurrence in the filing of this document has been obtained from each of the other signatories who are listed on the signature page.

Executed on this 14th day of August, 2023, in San Francisco, California.

          */s/ Melanie M. Blunschi*
          Melanie M. Blunschi

**ORDER**

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

Dated: _____

_____
HONORABLE EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE