| | |
|---|---|
| Adam E. Polk (State Bar No. 273000) | Krysta K. Pachman (State Bar No. 280951) |
| Jordan Elias (State Bar No. 228731) | Michael Gervais (State Bar No. 330731) |
| Simon S. Grille (State Bar No. 294914) | Steven G. Sklaver (State Bar No. 237612) |
| Reid Gaa (State Bar No. 330141) | Kevin R. Downs (State Bar No. 331993) |
| **GIRARD SHARP LLP** | **SUSMAN GODFREY L.L.P.** |
| 601 California Street, Suite 1400 | 1900 Avenue of the Stars, Suite 1400 |
| San Francisco, CA 94108 | Los Angeles, California 90067-6029 |
| Tel: (415) 981-4800 | Tel: (310) 789-3100 |
| Fax: (415) 981-4846 | Fax: (310) 789-3150 |
| apolk@girardsharp.com | kpachman@susmangodfrey.com |
| jelias@girardsharp.com | mgervais@susmangodfrey.com |
| sgrille@girardsharp.com | ssklaver@susmangodfrey.com |
| rgaa@girardsharp.com | kdowns@susmangodfrey.com |

*Interim Co-Lead Class Counsel*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| IN RE ACCELLION, INC. DATA BREACH LITIGATION | Case No. 5:21-cv-01155-EJD<br><br>**JOINT IDENTIFICATION RE SETTLEMENT STATUS CONFERENCE**<br><br>Hon. Edward J. Davila<br>Courtroom: 4 – 5th Floor<br>August 21, 2023<br>2:00 p.m. |

In accordance with the August 14, 2023 Clerk's Notice Setting Zoom Settlement Conference, Dkt. 178, the parties provide this joint identification of who will be appearing on behalf of which parties at the August 21, 2023 Settlement Status Conference.

For Plaintiffs: Krysta Pachman, Michael Gervais, Kevin Downs, Adam Polk, Simon Grille, and Reid Gaa.

For Defendant Accellion, Inc.: Michael Rubin and Melanie Blunschi.

Dated: August 17, 2023

Respectfully submitted,

By:    /s/ *Krysta K. Pachman*
Krysta K. Pachman (State Bar No. 280951)
Michael Gervais (State Bar No. 330731)
Steven G. Sklaver (State Bar No. 237612)
Kevin R. Downs (State Bar No. 331993)
**SUSMAN GODFREY L.L.P.**
1900 Avenue of the Stars, Suite 1400
Los Angeles, California 90067-6029
Tel: (310) 789-3100
kpachman@susmangodfrey.com
mgervais@susmangodfrey.com
ssklaver@susmangodfrey.com
kdowns@susmangodfrey.com

Adam E. Polk (State Bar No. 273000)
Jordan Elias (State Bar No. 228731)
Simon S. Grille (State Bar No. 294914)
Reid Gaa (State Bar No. 330141)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Tel: (415) 981-4800
apolk@girardsharp.com
jelias@girardsharp.com
sgrille@girardsharp.com
rgaa@girardsharp.com

*Interim Co-Lead Class Counsel*

| | |
|---|---|
| 1 | LATHAM & WATKINS LLP |
| 2 | /s/ Melanie M. Blunschi |
| | Michael H. Rubin (CA Bar No. 214636) |
| 3 | michael.Rubin@lw.com |
| 4 | Melanie M. Blunschi (CA Bar No. 234264) |
| | melanie.Blunschi@lw.com |
| 5 | 505 Montgomery Street, Suite 2000 |
| | San Francisco, California 94111-6538 |
| 6 | Telephone: +1.415.391.0600 |

Serrin Turner (*pro hac vice*)
serrin.Turner@lw.com
1271 Avenue of the Americas
New York, NY 10020
Telephone: +1.212.906.1200

*Attorneys for Defendant Accellion, Inc.*

JOINT IDENTIFICATION RE SETTLEMENT STATUS CONFERENCE
CASE NO. 5:21-cv-01155-EJD