Adam E. Polk (State Bar No. 273000)
Jordan Elias (State Bar No. 228731)
Simon S. Grille (State Bar No. 294914)
Trevor T. Tan (State Bar No. 281045)
GIRARD SHARP LLP
601 California Street, Suite 1400
San Francisco, CA 94108
Tel: (415) 981-4800
Fax: (415) 981-4846
apolk@girardsharp.com
jelias@girardsharp.com
sgrille@girardsharp.com
ttan@girardsharp.com

KRYSTA KAUBLE PACHMAN (280951)
kpachman@susmangodfrey.com
MICHAEL GERVAIS (330731)
mgervais@susmangodfrey.com
STEVEN G. SKLAVER (237612)
ssklaver@susmangodfrey.com
KEVIN R. DOWNS (331993)
kdowns@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, California 90067-6029
[Tel.] (310) 789-3100
[Fax] (310) 789-3150

*Interim Co-Lead Plaintiffs' Counsel*

*[Additional counsel on signature page]*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| IN RE ACCELLION, INC. DATA BREACH LITIGATION | Case No. 5:21-cv-01155-EJD<br><br>**JOINT STATUS REPORT**<br><br>Hon. Edward J. Davila |

In accordance with the Court's August 3, 2023 Notice Vacating the Case Management Conference set for August 31, 2023 (ECF No. 183), the parties provide this joint status report.

### 1.     Background

On June 3, 2023, the Court entered a preliminary schedule setting deadlines for Defendants to respond to the Consolidated Complaint, and for the parties to appear for a case management conference on August 31, 2023. The Court subsequently vacated the case management conference and directed the parties to file a joint status report by August 31, 2023. The Court further referred the case to Magistrate Judge van Keulen for settlement purposes, and ordered the parties to attend a settlement conference by September 29, 2023.

### 2.     Settlement Status Conference with Judge van Keulen

On August 21, 2023, the parties participated in a settlement status conference with Judge van Keulen. During this session, the parties scheduled a settlement conference with Judge van Keulen for October 25, 2023 and agreed to exchange information pursuant to Federal Rule of Evidence 408 to facilitate their settlement discussions.

### 3.     Subsequent Case Management Conference

Should the Court find it helpful, the parties propose scheduling a Case management conference following the October 25th settlement conference, prior to which they will submit a joint case management statement advising the Court of the outcome of their settlement conference, and if no settlement has been reached, addressing the issues identified in the Standing Order for All Judges of the Northern District of California.

Dated: August 31, 2023                          Respectfully submitted,

                                                GIRARD SHARP LLP

                                                /s/ *Adam E. Polk*
                                                Adam E. Polk (State Bar No. 273000)
                                                Jordan Elias (State Bar No. 228731)
                                                Simon S. Grille (State Bar No. 294914)
                                                601 California Street, Suite 1400
                                                San Francisco, CA 94108
                                                Tel: (415) 981-4800
                                                *apolk@girardsharp.com*

|   |   |
|---|---|
| | jelias@girardsharp.com<br>sgrille@girardsharp.com<br><br>SUSMAN GODFREY L.L.P.<br>Krysta K. Pachman (State Bar No. 280951)<br>Michael Gervais (State Bar No. 330731)<br>Steven G. Sklaver (State Bar No. 237612)<br>Kevin R. Downs (State Bar No. 331993)<br>SUSMAN GODFREY L.L.P.<br>1900 Avenue of the Stars, Suite 1400<br>Los Angeles, California 90067-6029<br>Tel: (310) 789-3100<br>kpachman@susmangodfrey.com<br>mgervais@susmangodfrey.com<br>ssklaver@susmangodfrey.com<br>kdowns@susmangodfrey.com<br><br>Interim Co-Lead Plaintiffs' Counsel |
| Dated: August 31, 2023 | Respectfully submitted,<br><br>LATHAM & WATKINS LLP<br><br>/s/ *Melanie M. Blunschi*<br>Michael H. Rubin (CA Bar No. 214636)<br> michael.Rubin@lw.com<br>Melanie M. Blunschi (CA Bar No. 234264)<br> melanie.Blunschi@lw.com<br>505 Montgomery Street, Suite 2000<br>San Francisco, California 94111-6538<br>Telephone: +1.415.391.0600<br><br>Serrin Turner (*pro hac vice*)<br> serrin.Turner@lw.com<br>1271 Avenue of the Americas<br>New York, NY 10020<br>Telephone: +1.212.906.1200<br><br>Attorneys for Defendant Accellion Inc. |

### FILER'S ATTESTATION

I, Adam E. Polk, am the ECF User whose ID and password are being used to file this document. In compliance with Civil L.R. 5-1(h)(3), I hereby attest that all counsel have concurred in this filing.

/s/ *Adam E. Polk*