1  Adam E. Polk (State Bar No. 273000)
   Jordan Elias (State Bar No. 228731)
2  Simon S. Grille (State Bar No. 294914)
   Reid Gaa (State Bar No. 330141)
3  **GIRARD SHARP LLP**
4  601 California Street, Suite 1400
   San Francisco, CA 94108
5  Tel: (415) 981-4800
   Fax: (415) 981-4846
6  apolk@girardsharp.com
7  jelias@girardsharp.com
   sgrille@girardsharp.com
8  rgaa@girardsharp.com

9

10  *Interim Co-Lead Class Counsel*

11

12                **UNITED STATES DISTRICT COURT**
                **NORTHERN DISTRICT OF CALIFORNIA**
13                    **SAN JOSE DIVISION**

14

15

16  IN RE ACCELLION, INC. DATA BREACH          Case No. 5:21-cv-01155-EJD
    LITIGATION
17                                              **NOTICE OF APPEARANCE OF**
                                                **JORDAN ELIAS**
18

19                                              Hon. Edward J. Davila
                                                Courtroom 4 – 5th Floor

20

21

22

23

24

25

26

27

28

**PLEASE TAKE NOTICE** that Jordan Elias of Girard Sharp LLP, an attorney admitted to

practice in this Court, hereby enters his appearance in the above-captioned matter as counsel of record

for Plaintiffs Amber Chavez, Derek Dawes, Amiresse Desjardins, Randy Moniz, Robert Olson, Jr.,

Holly Ringling, Heather Rodriguez, Sherie Taylor, Tito Torres, Valerie Whittaker, and Kimberly

Worrick.  Plaintiffs respectfully request that all further pleadings, notices, documents, and other papers

herein be provided to and served upon counsel via ECF or otherwise to:

> Jordan Elias
> GIRARD SHARP LLP
> 601 California Street, Suite 1400
> San Francisco, CA 94108
> Tel: (415) 981-4800
> jelias@girardsharp.com

Dated: October 17, 2023                              Respectfully submitted,


                                                     By:      /s/ *Jordan Elias*
                                                     Adam E. Polk (State Bar No. 273000)
                                                     Jordan Elias (State Bar No. 228731)
                                                     Simon S. Grille (State Bar No. 294914)
                                                     Reid Gaa (State Bar No. 330141)
                                                     **GIRARD SHARP LLP**
                                                     601 California Street, Suite 1400
                                                     San Francisco, CA 94108
                                                     Tel: (415) 981-4800
                                                     apolk@girardsharp.com
                                                     jelias@girardsharp.com
                                                     sgrille@girardsharp.com
                                                     rgaa@girardsharp.com

                                                     *Counsel for Plaintiffs*

NOTICE OF APPEARANCE OF JORDAN ELIAS
CASE NO. 5:21-cv-01155-EJD