1  WILLIAM E. RIDGWAY (SBN 247529)
   william.ridgway@skadden.com
2  LINDSEY SIELING (*pro hac vice*)
   lindsey.sieling@skadden.com
3  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   155 N. Upper Wacker Dr.
4  Chicago, Illinois 60606
   Telephone: (312) 407-0700
5  Facsimile: (312) 407-0411

6  CAROLINE VAN NESS (SBN 281675)
   caroline.vanness@skadden.com
7  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   525 University Avenue, Suite 1400
8  Palo Alto, California 94301
   Telephone: (650) 470-4500
9  Facsimile: (650) 470-4570

10 Attorneys for Defendants
   NEW YORK COMMUNITY BANCORP, INC.,
11 f/k/a FLAGSTAR BANCORP, INC. and
   FLAGSTAR BANK, N.A., f/k/a FLAGSTAR BANK, FSB

12

13                **UNITED STATES DISTRICT COURT**

14              **NORTHERN DISTRICT OF CALIFORNIA**

15                     **SAN JOSE DIVISION**

16

17 IN RE ACCELLION, INC. DATA          Case No.: 5:21-cv-01155-EJD
   BREACH LITIGATION
                                       Honorable Edward J. Davila
18
                                       **NOTICE OF WITHDRAWAL OF**
19                                     **ATTORNEY NIELS J. MELIUS**

20

21

22

23

24

25

26

27

28

**TO THE COURT CLERK, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Attorneys for Defendants NEW YORK COMMUNITY BANCORP, INC., f/k/a FLAGSTAR BANCORP, INC. and FLAGSTAR BANK, N.A., f/k/a FLAGSTAR BANK, FSB ("Defendants") hereby provide notice of the withdrawal of Niels J. Melius (SBN 294181), previously of Skadden, Arps, Slate, Meagher & Flom LLP, as counsel in this matter.  Defendants will continue to be represented by William E. Ridgway, Lindsey Sieling, and Caroline Van Ness of Skadden, Arps, Slate, Meagher & Flom LLP.  Please update your service lists to reflect this withdrawal of counsel.

DATED:  November 27, 2023

Respectfully submitted,

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

 */s/ Caroline Van Ness*
CAROLINE VAN NESS (SBN 281675)
caroline.vanness@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue, Suite 1400
Palo Alto, California 94301
Telephone: (650) 470-4500
Facsimile: (650) 470-4570

Attorneys for Defendants
NEW YORK COMMUNITY BANCORP, INC.,
f/k/a FLAGSTAR BANCORP, INC. and
FLAGSTAR BANK, N.A., f/k/a FLAGSTAR BANK,
FSB