KRYSTA KAUBLE PACHMAN (280951)
kpachman@susmangodfrey.com
MICHAEL GERVAIS (330731)
mgervais@susmangodfrey.com
STEVEN G. SKLAVER (237612)
ssklaver@susmangodfrey.com
KEVIN R. DOWNS (331993)
kdowns@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, California 90067-6029
[Tel.] (310) 789-3100
[Fax] (310) 789-3150

Adam E. Polk (State Bar No. 273000)
Jordan Elias (State Bar No. 228731)
Simon S. Grille (State Bar No. 294914)
Trevor T. Tan (State Bar No. 281045)
GIRARD SHARP LLP
601 California Street, Suite 1400
San Francisco, CA 94108
Tel: (415) 981-4800
Fax: (415) 981-4846
apolk@girardsharp.com
jelias@girardsharp.com
sgrille@girardsharp.com
ttan@girardsharp.com

*Interim Co-Lead Plaintiffs' Counsel*

*[Additional counsel on signature page]*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| IN RE ACCELLION, INC. DATA BREACH LITIGATION | Case No. 5:21-cv-01155-EJD<br><br>**NOTICE OF JOINT SUBMISSION OF REDLINE OF ESI PROTOCOL**<br><br>Hon. Edward J. Davila |

Pursuant to the Clerk's Notice of November 27, 2023 (Dkt. 207), the Parties respectfully attach as Exhibit A a redline comparing (i) the Parties' stipulated proposed order regarding the discovery of electronically stored information (Dkt. 205), to (ii) the Northern District of California's standard model ESI order. The redline uses the stipulated order as the "new" version and the model order as the "old" version, thereby showing modifications agreed to by the Parties. As this comparison shows, sections one through three, seven, and ten are closely based on the model order. The remainder of the proposed order is case-specific and was negotiated and agreed upon between the Parties.

Dated: November 29, 2023

      /s/ Adam E. Polk
Adam E. Polk (State Bar No. 273000)
Jordan Elias (State Bar No. 228731)
Simon S. Grille (State Bar No. 294914)
Trevor T. Tan (State Bar No. 281045)
601 California Street, Suite 1400
San Francisco, CA 94108
Tel: (415) 981-4800
apolk@girardsharp.com
jelias@girardsharp.com
sgrille@girardsharp.com
ttan@girardsharp.com

SUSMAN GODFREY L.L.P.
Krysta K. Pachman (State Bar No. 280951)
Michael Gervais (State Bar No. 330731)
Steven G. Sklaver (State Bar No. 237612)
Kevin R. Downs (State Bar No. 331993)
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, California 90067-6029
Tel: (310) 789-3100
kpachman@susmangodfrey.com
mgervais@susmangodfrey.com
ssklaver@susmangodfrey.com
kdowns@susmangodfrey.com

*Interim Co-Lead Plaintiffs' Counsel*

Dated: November 29, 2023

                         */s/ Michael H. Rubin*
                           Michael H. Rubin (CA Bar No. 214636)
                           michael.Rubin@lw.com
                           Melanie M. Blunschi (CA Bar No. 234264)
                           melanie.Blunschi@lw.com
                           505 Montgomery Street, Suite 2000
                           San Francisco, California 94111-6538
                           Telephone: +1.415.391.0600

                           Serrin Turner (*pro hac vice*)
                           serrin.Turner@lw.com
                           1271 Avenue of the Americas
                           New York, NY 10020
                           Telephone: +1.212.906.1200

                         *Attorneys for Defendant Accellion Inc.*

### FILER'S ATTESTATION

Pursuant to Civil L.R. 5-1(i)(3), the ECF filer attests that the other signatory listed, on whose behalf the filing is submitted, concurs in this filing's content and has authorized this filing.

Dated: November 29, 2023                  /s/ *Kevin Downs*