UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MADALYN BROWN, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>ACCELLION, INC., et al.,<br><br>    Defendants. | Case No. 21-cv-01155-EJD (SVK)<br><br>**ORDER RE PROPOSED ESI ORDER**<br><br>Re: Dkt. No. 205 |

Before the Court is the Parties' stipulated order regarding the discovery of electronically stored information (the "ESI Order" at Dkt. 205). The Parties' proposal is generally acceptable to the Court, with one modification. Section 7 of the ESI Order establishes a protocol for the creation of privilege logs. The Court does not oppose the Parties' approach, but wishes to ensure compliance with Section 12 of the undersigned's Civil and Discovery Referral Matters Standing Order, which sets forth requirements for the creation of privilege logs. *See* Standing Order at https://www.cand.uscourts.gov/wp-content/uploads/judges/van-keulen-svk/SvK-Civil-and-Discovery-Referral-Matters-Standing-Order-_Jan-2023_.pdf.

///
///
///
///
///
///
///
///
///

Accordingly, the Court **ORDERS** the Parties to meet and confer and submit a revised ESI Order that requires that any privilege log submitted to the Court in connection with a discovery dispute must comply with the parameters for privilege logs set forth in the undersigned's Standing Order.  In connection with this revised submission, the Parties shall direct the Court's attention to the new language requested above but do not need to submit a redline.  Dkt. 205 is **TERMINATED**.

**SO ORDERED.**

Dated: November 30, 2023

_____
SUSAN VAN KEULEN
United States Magistrate Judge