FRED NORTON (CA SBN 224725)
fnorton@nortonlaw.com
BREE HANN (CA SBN 215695)
bhann@nortonlaw.com
THE NORTON LAW FIRM PC
299 Third Street, Suite 200
Oakland, CA 94607
Telephone: (510) 906-4900

Attorneys for Defendant
ACCELLION, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| IN RE ACCELLION, INC. DATA BREACH LITIGATION | Case No. 5:21-cv-01155-EJD <br><br> **MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANT ACCELLION, INC.** |
|---|---|

TO THE CLERK OF THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendant Accellion, Inc., pursuant to Local Civil Rules 5-1(c) and 11-5, will and hereby does move for an order approving the substitution of Fred Norton and Bree Hann of The Norton Law Firm PC as counsel of record in the above-captioned matter, in place of:

> Michael H. Rubin
> Melanie M. Blunschi
> LATHAM & WATKINS LLP
> 505 Montgomery Street, Suite 2000
> San Francisco, CA 94111
> Tel: (415) 395-8129
> michael.rubin@lw.com
> melanie.blunschi@lw.com
>
> Serrin A. Turner
> LATHAM & WATKINS LLP
> 1271 Avenue of the Americas
> New York, NY 10020
> Tel: (212) 906-1200
> serrin.turner@lw.com

The above-listed counsel hereby request that the Court update its ECF system to update this change of counsel for Defendant Accellion, Inc.

All pleadings, correspondence, and other papers relating to this action should be served upon the following substituted counsel for Defendant Accellion, Inc.:

> Fred Norton
> Bree Hann
> THE NORTON LAW FIRM, PC
> 299 Third Street, Suite 200
> Oakland, CA 94607
> Telephone: (510) 906-4900
> Email: fnorton@nortonlaw.com
> Email: bhann@nortonlaw.com

Dated: November 30, 2023                    Respectfully submitted,

                                            ACCELLION, INC.

                                    By:     */s/ Camilo Artiga-Purcell*
                                            Camilo Artiga-Purcell
                                            On behalf of Defendant Accellion, Inc.

Dated: November 30, 2023              Respectfully submitted,

                                                      LATHAM & WATKINS LLP

                                        By: */s/ Michael H. Rubin*
                                                 Michael H. Rubin
                                                 Substituted Attorneys for Defendant
                                                 ACCELLION, INC.

Dated: November 30, 2023              Respectfully submitted,

                                                     THE NORTON LAW FIRM PC

                                        By: */s/ Fred Norton*
                                                 Fred Norton
                                                 Attorneys for Defendant
                                                 ACCELLION, INC.

## **ATTESTATION**

In compliance with Civil L.R. 5-1(h)(3), concurrence in the filing of this document has been obtained from each of the individuals whose electronic signature is attributed above.

                                                                                 By:   */s/ Fred Norton*