FRED NORTON (CA SBN 224725)
fnorton@nortonlaw.com
BREE HANN (CA SBN 215695)
bhann@nortonlaw.com
THE NORTON LAW FIRM PC
299 Third Street, Suite 200
Oakland, CA 94607
Telephone: (510) 906-4900

Attorneys for Defendant

ACCELION, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| IN RE ACCELLION, INC. DATA BREACH LITIGATION | Case No. 5:21-cv-01155-EJD |
| | **[PROPOSED] ORDER GRANTING MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANT ACCELLION, INC.** |

**[PROPOSED] ORDER**

Upon review of the Motion for Withdrawal and Substitution of Counsel for Defendant Accellion, Inc., based on the consent of all parties and counsel concerned, and the Court finding good cause for the same,

IT IS HEREBY ORDERED that Michael H. Rubin, Melanie M. Blunschi, and Serin A. Turner of Latham & Watkins, LLP, be permitted to withdraw as counsel of record for Defendant Accellion, Inc. in this case and Fred Norton and Bree Hann of The Norton Law Firm PC be permitted to appear as substitute counsel of record for Defendant Accellion, Inc. Notices of Electronic Filing for Accellion, Inc.'s former counsel of record shall be terminated and the Court's ECF system shall be updated to reflect this change in Accellion, Inc.'s counsel of record.

Dated: _____, 2023

_____
THE HONORABLE EDWARD J. DAVILA
United States District Court Judge

[PROPOSED] ORDER GRANTING MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANT ACCELLION, INC.; CASE NO. 5:21-CV-01155-EJD