FRED NORTON (CA SBN 224725)
fnorton@nortonlaw.com
BREE HANN (CA SBN 215695)
bhann@nortonlaw.com
THE NORTON LAW FIRM PC
299 Third Street, Suite 200
Oakland, CA 94607
Telephone: (510) 906-4900

Attorneys for Defendant

ACCELION, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE ACCELLION, INC. DATA BREACH LITIGATION | Case No. 5:21-cv-01155-EJD<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANT ACCELLION, INC.** |

1

**[~~PROPOSED~~] ORDER**

2

Upon review of the Motion for Withdrawal and Substitution of Counsel for Defendant Accellion,

3

Inc., based on the consent of all parties and counsel concerned, and the Court finding good cause for the

4

same,

5

IT IS HEREBY ORDERED that Michael H. Rubin, Melanie M. Blunschi, and Serin A. Turner

6

of Latham & Watkins, LLP, be permitted to withdraw as counsel of record for Defendant Accellion, Inc.

7

in this case and Fred Norton and Bree Hann of The Norton Law Firm PC be permitted to appear as

8

substitute counsel of record for Defendant Accellion, Inc. Notices of Electronic Filing for Accellion,

9

Inc.'s former counsel of record shall be terminated and the Court's ECF system shall be updated to

10

reflect this change in Accellion, Inc.'s counsel of record.

11

12

Dated: December 4, 2023

13

_____

14

THE HONORABLE EDWARD J. DAVILA
United States District Court Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1