Adam E. Polk (State Bar No. 273000)
Jordan Elias (State Bar No. 228731)
Simon S. Grille (State Bar No. 294914)
Reid Gaa (State Bar No. 330141)
GIRARD SHARP LLP
601 California Street, Suite 1400
San Francisco, CA 94108
Tel: (415) 981-4800
Fax: (415) 981-4846
apolk@girardsharp.com
jelias@girardsharp.com
sgrille@girardsharp.com
rgaa@girardsharp.com

KRYSTA KAUBLE PACHMAN (280951)
kpachman@susmangodfrey.com
MICHAEL GERVAIS (330731)
mgervais@susmangodfrey.com
STEVEN G. SKLAVER (237612)
ssklaver@susmangodfrey.com
KEVIN R. DOWNS (331993)
kdowns@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, California  90067-6029
[Tel.] (310) 789-3100
[Fax] (310) 789-3150

*Interim Co-Lead Plaintiffs' Counsel*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| IN RE ACCELLION, INC. DATA BREACH LITIGATION | Case No:  21-cv-01155-EJD<br><br>Hon. Edward J. Davila<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER RE DISCOVERY OF ELECTRONICALLY STORED INFORMATION** |

1  Plaintiffs Amber Chavez, Derek Dawes, Amiresse Desjardins, Randy Moniz, Robert
2  Olson, Jr., Holly Ringling, Heather Rodriguez, Sherie Taylor, Tito Torres, Valerie Whittaker,
3  and Kimberly Worrick (collectively, "Plaintiffs") and Defendant Accellion, Inc. ("Defendant"
4  or "Accellion") submit the Joint Stipulation and [Proposed] Order Re Discovery Of
5  Electronically Stored Information attached as Exhibit A in response to the Court's Order Re
6  Proposed ESI Order, dkt. 210. The attached Joint Stipulation includes new language on page 9,
7  in section 7(d), in response to the Court's order.

DATED: December 15, 2023

/s/ *Adam E. Polk*
Adam E. Polk (State Bar No. 273000)
Jordan Elias (State Bar No. 228731)
Simon S. Grille (State Bar No. 294914)
Reid Gaa (State Bar No. 330141)
GIRARD SHARP LLP
601 California Street, Suite 1400
San Francisco, CA 94108
Tel: (415) 981-4800
Fax: (415) 981-4846
apolk@girardsharp.com
jelias@girardsharp.com
sgrille@girardsharp.com
rgaa@girardsharp.com

/s/ *Krysta K. Pachman*
Krysta Kauble Pachman (280951)
kpachman@susmangodfrey.com
Michael Gervais (330731)
mgervais@susmangodfrey.com
Steven G. Sklaver (237612)
ssklaver@susmangodfrey.com
Kevin R. Downs (331993)
kdowns@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, California  90067-6029
[Tel.] (310) 789-3100
[Fax] (310) 789-3150

*Interim Co-Lead Plaintiffs' Counsel*

**FILER'S ATTESTATION**

I, Kevin R. Downs, am the ECF User whose ID and password are being used to file this document. In compliance with Civil L.R. 5-1(h)(3), I hereby attest that all counsel have concurred in this filing.

/s/ Kevin R. Downs