| | |
|---|---|
| 1 | Fred Norton (SBN 224725) |
| 2 | fnorton@nortonlaw.com |
|   | Bree Hann (SBN 215695) |
| 3 | bhann@nortonlaw.com |
|   | Janelle Sampana (SBN 336398) |
| 4 | jsampana@nortonlaw.com |
|   | THE NORTON LAW FIRM PC |
| 5 | 299 Third Street, Suite 200 |
|   | Oakland, CA 94607 |
| 6 | Telephone: (510) 906-4900 |
| 7 | |
|   | Attorneys for Defendant |
| 8 | *Accellion, Inc.* |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| IN RE ACCELLION, INC. DATA BREACH LITIGATION | Case No. 21-CV-01155-EDJ |
|---|---|
| | **NOTICE OF APPEARANCE OF JANELLE SAMPANA** |

TO THE CLERK OF THE COURT AND EACH PARTY IN INTEREST:

Notice is hereby given of the entry of the undersigned as counsel for Defendant Accellion, Inc. ("Accellion") in the above-captioned case. Please direct and serve all further notice and copies of pleadings, papers, and other material relevant to this case to:

> Janelle Sampana
> jsampana@nortonlaw.com
> The Norton Law Firm PC
> 299 Third Street, Suite 200
> Oakland, CA 94607

Dated: December 29, 2023

Respectfully submitted,

THE NORTON LAW FIRM PC

*/s/ Janelle Sampana*
Janelle Sampana
Fred Norton
Bree Hann

Attorneys for Defendant
ACCELLION, INC.