1 | CAMILO ARTIGA-PURCELL (SBN 273229)
2 | camilo.apurcell@kiteworks.com
**ACCELLION, INC.**
3 | 1510 Fashion Island Blvd, Suite 100
San Mateo, CA 94404
4 | Telephone:     (415) 515-4724

5 | *Attorney for Defendant Accellion, Inc.*

**UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| IN RE ACCELLION, INC. DATA BREACH LITIGATION. | CASE NO. 5:21-cv-01155-EJD |
|---|---|
| | **NOTICE OF APPEARANCE OF CAMILO ARTIGA-PURCELL** |

1   TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2   PLEASE TAKE NOTICE that Camilo Artiga-Purcell, general counsel for Defendant

3   Accellion, Inc., hereby appears for Defendant Accellion, Inc. All further proceedings in said

4   action should be served upon the undersigned attorney at their address and email stated in the

5   caption above.

Dated: January 23, 2024

By:   */s/ Camilo Artiga-Purcell*
      Camilo Artiga-Purcell
      General Counsel
      Accellion, Inc.