UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE ACCELLION, INC. DATA BREACH LITIGATION | Case No.   21-cv-01155-EJD<br><br>**ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE; SETTING CASE SCHEDULE** |

On January 29, 2024, the Court issued an Order Granting in Part and Denying in Part Defendant Accellion, Inc.'s ("Accellion") Motion to Dismiss.  *See* ECF No. 217.  On February 9, 2024, the parties filed a Joint Rule 26(f) Report (the "Rule 26(f) Report") that included, among other items, a request to set an initial case management conference in this action and a proposed case schedule.

The Court hereby sets an initial case management conference in this action on February 29, 2024, at 10:00 a.m. in the United States District Court for the Northern District of California, Robert F. Peckham Federal Building, 280 South 1st Street, 5th Floor, Courtroom 4, San Jose, CA 95113.  No further case management statement need be filed, but any update following the Rule 26(f) Report shall be filed jointly no later than February 22, 2024.

Having reviewed the parties' proposed case schedule, the Court hereby enters the following schedule:

| EVENT | DEADLINE |
|---|---|
| Deadline to File Amended Complaint | March 14, 2024 |
| Deadline for Defendant to Substantially Complete Production of Documents in Response to Plaintiffs' First and Second Sets of Requests for Production of Documents | June 12, 2024 |

| EVENT | DEADLINE |
|---|---|
| Deadline to File Motion for Class Certification and Designation of Opening Class Certification Experts with Reports | August 26, 2024 |
| Deadline to File Opposition to Motion for Class Certification and Designation of Rebuttal Class Certification Experts with Reports | September 26, 2024 |
| Deadline to File Reply in Support of Motion for Class Certification and Reply Class Certification Experts Reports | October 25, 2024 |
| Hearing on Motion for Class Certification | November 14, 2024 |
| Joint Trial Setting Conference Statement (*see* Section III(C)(2) of Standing Order for Civil Cases) | January 17, 2025 |
| Trial Setting Conference (*see* Section III(C)(1) of Standing Order for Civil Cases) | January 30, 2025 |
| Fact Discovery Cutoff | January 13, 2025 |
| Designation of Opening Merits Experts with Reports | February 14, 2025 |
| Designation of Rebuttal Merits Experts with Reports | March 14, 2025 |
| Expert Discovery Cutoff | March 24, 2025 |
| Deadline for Filing Dispositive Motions (*see* Sections IV and V of Standing Order for Civil Cases) and *Daubert* Motions | April 25, 2025 |
| Hearing on Anticipated Dispositive Motion(s) and *Daubert* Motions | July 17, 2025 |

If Plaintiffs file an amended complaint and Accellion responds by way of motion, the parties shall meet and confer prior to proposing an appropriate briefing schedule to the Court.

**IT IS SO ORDERED.**

Dated: February 12, 2024

EDWARD J. DAVILA
United States District Judge

Case No.: 5:21-cv-01155-EJD
ORDER SETTING INITIAL CMC; SETTING CASE SCHEDULE

2