Krysta Kauble Pachman (State Bar No. 280951)
Michael Gervais (State Bar No. 330731)
Steven G. Sklaver (State Bar No. 237612)
Kevin R. Downs (State Bar No. 331993)
**SUSMAN GODFREY L.L.P.**
1900 Avenue of the Stars, Suite 1400
Los Angeles, California 90067-6029
Tel: (310) 789-3100
Fax: (310) 789-3150
kpachman@susmangodfrey.com
mgervais@susmangodfrey.com
ssklaver@susmangodfrey.com
kdowns@susmangodfrey.com

Adam E. Polk (State Bar No. 273000)
Jordan Elias (State Bar No. 228731)
Simon S. Grille (State Bar No. 294914)
Trevor T. Tan (State Bar No. 281045)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Tel: (415) 981-4800
Fax: (415) 981-4846
apolk@girardsharp.com
jelias@girardsharp.com
sgrille@girardsharp.com
ttan@girardsharp.com

*Interim Co-Lead Plaintiffs' Counsel*

Fred Norton (State Bar No. 224725)
Bree Hann (State Bar No. 215695)
Janelle Sampana (State Bar No. 336398)
**THE NORTON LAW FIRM PC**
299 Third Street, Suite 200
Oakland, CA 94607
Tel: (510) 906-4900
fnorton@nortonlaw.com
bhann@nortonlaw.com
jsampana@norotnlaw.com

Camilo Artiga-Purcell (State Bar No. 273229)
**ACCELLION, INC.**
1510 Fashion Island Blvd, Suite 100
San Mateo, CA 94404
(415) 515-4724
camilo.apurcell@kiteworks.com

*Attorneys for Defendant Accellion, Inc.*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| IN RE ACCELLION, INC. DATA BREACH LITIGATION | Case No. 5:21-cv-01155-EJD<br><br>**JOINT RULE 26(f) REPORT SUPPLEMENT**<br><br>Hon. Edward J. Davila |

In accordance with Federal Rule of Civil Procedure ("Rule") 26(f) and the Order Setting Initial Case Management Conference; Setting Case Schedule dated February 12, 2024 (Dkt. No. 219), Plaintiffs Amber Chavez, Derek Dawes, Amiresse Desjardins, Randy Moniz, Robert Olson, Jr., Holly Ringling, Heather Rodriguez, Sherie Taylor, Tito Torres, Valerie Whittaker, and Kimberly Worrick (collectively, "Plaintiffs") and Defendant Accellion, Inc. ("Accellion") hereby file this Joint Rule 26(f) Report Supplement.

A.    **SUPPLEMENT TO THE JOINT RULE 26(F) REPORT**

In light of intervening developments since the filing of the parties' Joint 26(f) Report on February 9, 2024 (Dkt. No. 218), the parties provide the Court with an update on the status of discovery to date.

The parties had a lengthy meet and confer videoconference on January 31, 2024, attended by lead counsel for both Plaintiffs and Defendants, regarding Accellion's responses and objections to Plaintiffs' First Set of Coordinated Requests for Production of Documents. During the call, Accellion agreed to substantially complete its production in response to Plaintiffs' requests by June 12, 2024. In the interim, Accellion agreed to promptly produce any requested documents that can be located without reliance on the use of agreed custodians or agreed search terms. In the meantime, Accellion is in the process of producing responsive emails and Salesforce tickets that relate to the Washington State Auditor's Office (WSAO), Flagstar, Centene/Healthnet, and Kroger, and anticipates that production of those documents will begin this month and will continue with rolling productions thereafter. Accellion is also identifying and gathering non-custodial files that do not require the application of search terms, as the parties discussed in their meet and confer session, and will begin producing those documents on a rolling basis in March.

Plaintiffs proposed that, for categories of documents requiring a search methodology, Accellion propose search terms and custodians by mid-February 2024. While Accellion has not yet provided information to Plaintiffs concerning its proposed method for searching for responsive documents, in the interests of adhering to the Court's case schedule, Plaintiffs now request that Accellion propose search terms and custodians by March 6, 2024. Such a production will allow Plaintiffs to review Accellion's February and March productions of non-custodial documents and provide an informed counterproposal

promptly, so the parties may adhere to the Court's recently entered schedule. Dkt. No. 219 (entering a June 12, 2024 "Deadline for Defendant to Substantially Complete Production of Documents in Response to Plaintiffs' First and Second Sets of Requests for Production of Documents"). Accellion agrees that the parties should discuss and agree upon search terms but believes that it will be more efficient and more effective to have that discussion after the production of non-custodial documents. With the benefit of that production (in addition to the documents and data that Accellion produced to prior class counsel in settlement discussions and has made available for discovery), the parties will be better informed as to the appropriate search terms and custodians that are most relevant to the case.

In the parties' meet and confer calls, the parties have had three continuing disagreements about whether Accellion must produce, at this stage of the case: (1) communications with customers other than those with whom the named Plaintiffs in the consolidated complaint interacted; (2) extensive financial data for the last five years, which Accellion contends is extensive, and includes tax returns, asset appraisals, financial statements, auditor files, income projections, transaction documents related to acquisitions, terms governing the redemption of convertible stock, and the identity of Accellion's investors; and (3) documents related to Accellion's Kiteworks products, which Accellion contends are not at issue in this lawsuit. The parties will continue to meet and confer on these issues and, if disagreements remain, will raise them by March 15, 2024, in accordance with Judge Van Keulen's standing order.

Dated: February 22, 2024

/s/ Adam E. Polk
Adam E. Polk (State Bar No. 273000)
Jordan Elias (State Bar No. 228731)
Simon S. Grille (State Bar No. 294914)
Trevor T. Tan (State Bar No. 281045)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Tel: (415) 981-4800
apolk@girardsharp.com
jelias@girardsharp.com
sgrille@girardsharp.com
ttan@girardsharp.com

Krysta K. Pachman (State Bar No. 280951)
Michael Gervais (State Bar No. 330731)

Steven G. Sklaver (State Bar No. 237612)
Kevin R. Downs (State Bar No. 331993)
**SUSMAN GODFREY L.L.P.**
1900 Avenue of the Stars, Suite 1400
Los Angeles, California 90067-6029
Tel: (310) 789-3100
kpachman@susmangodfrey.com
mgervais@susmangodfrey.com
ssklaver@susmangodfrey.com
kdowns@susmangodfrey.com

*Interim Co-Lead Plaintiffs' Counsel*

Dated: February 22, 2024

/s/ Fred Norton
Fred Norton (State Bar No. 224725)
Bree Hann (State Bar No. 215695)
Janelle Sampana (State Bar No. 336398)
**THE NORTON LAW FIRM PC**
299 Third Street, Suite 200
Oakland, CA 94607
(510) 906-4900
fnorton@nortonlaw.com
bhann@nortonlaw.com
jsampana@nortonlaw.com

Camilo Artiga-Purcell (State Bar No. 273229)
**ACCELLION, INC.**
1510 Fashion Island Blvd, Suite 100
San Mateo, CA 94404
(415) 515-4724
camilo.apurcell@kiteworks.com

*Attorneys for Defendant Accellion, Inc.*

3

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), the ECF filer attests that the other signatory listed, on whose behalf the filing is submitted, concurs in this filing's content and has authorized this filing.

Dated: February 22, 2024

*/s/ Adam E. Polk*

Adam E. Polk

JOINT RULE 26(f) REPORT SUPPLEMENT
CASE NO. 5:21-cv-01155-EJD