Adam E. Polk (State Bar No. 273000)
Jordan Elias (State Bar No. 228731)
Simon S. Grille (State Bar No. 294914)
Trevor T. Tan (State Bar No. 281045)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Tel: (415) 981-4800
Fax: (415) 981-4846
apolk@girardsharp.com
jelias@girardsharp.com
sgrille@girardsharp.com
ttan@girardsharp.com

Krysta K. Pachman (State Bar No. 280951)
Michael Gervais (State Bar No. 330731)
Steven G. Sklaver (State Bar No. 237612)
Kevin R. Downs (State Bar No. 331993)
**SUSMAN GODFREY L.L.P.**
1900 Avenue of the Stars, Suite 1400
Los Angeles, California 90067-6029
Tel: (310) 789-3100
kpachman@susmangodfrey.com
mgervais@susmangodfrey.com
ssklaver@susmangodfrey.com
kdowns@susmangodfrey.com

*Interim Co-Lead Plaintiffs' Counsel*

Fred Norton (State Bar No. 224725)
Bree Hann (State Bar No. 215695)
Janelle Sampana (State Bar No. 336398)
**THE NORTON LAW FIRM PC**
299 Third Street, Suite 200
Oakland, CA 94607
Tel: (510) 906-4900
fnorton@nortonlaw.com
bhann@nortonlaw.com
jsampana@nortonlaw.com

Camilo Artiga-Purcell (State Bar No. 273229)
**ACCELLION, INC.**
1510 Fashion Island Blvd, Suite 100
San Mateo, CA 94404
Tel: (415) 515-4724
camilo.apurcell@kiteworks.com

*Attorneys for Defendant Accellion, Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| IN RE ACCELLION, INC. DATA BREACH LITIGATION | Case No. 5:21-cv-01155-EJD<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO ADD PLAINTIFFS ROSE BECKER, JAMIE MCDOLE, ALVARO GALVIS, AND KARLINA CHAVEZ TO AMENDED COMPLAINT**<br><br>Hon. Edward J. Davila |

Plaintiffs Amber Chavez, Derek Dawes, Amiresse Desjardins, Randy Moniz, Robert Olson, Jr., Holly Ringling, Heather Rodriguez, Sherie Taylor, Tito Torres, Valerie Whittaker, and Kimberly Worrick ("Plaintiffs") and Defendant Accellion, Inc. ("Accellion") (together with Plaintiffs, the "Parties"), jointly stipulate, pursuant to Civil Local Rules 7-1(a)(5) and 7-12, to the addition of Rose Becker, Jamie McDole, Alvaro Galvis, and Karlina Chavez (the "California State Court Plaintiffs") as named plaintiffs in this action, and state as follows:

WHEREAS, this action against Accellion was filed on February 17, 2021;

WHEREAS, on April 27, 2021, the California State Court Plaintiffs filed a related action in California Superior Court, County of Alameda against Accellion and a co-defendant, the Regents of the University of California, asserting related claims (the "California Action");

WHEREAS, the California State Court Plaintiffs filed an amended consolidated complaint in the California Action on March 24, 2023;

WHEREAS, in the interest of streamlining the litigation, on February 21, 2024, the California State Court Plaintiffs entered into a stipulation with Accellion (attached hereto as **Exhibit 1**) dismissing their state court claims against Accellion;

WHEREAS, in order to proceed with the related claims against Accellion in coordination, Accellion agreed not to oppose the addition of the California State Court Plaintiffs as named plaintiffs in this action;

WHEREAS, the Superior Court approved the stipulation on February 26, 2024;

WHEREAS, March 14, 2024 is Plaintiffs' due date to file their second amended consolidated class action complaint.

NOW, THEREFORE, the Parties jointly stipulate as follows: Rose Becker, Jamie McDole, Alvaro Galvis, and Karlina Chavez may be added as named plaintiffs in the second amended consolidated class action complaint. Other than consenting to the addition of the California State Court Plaintiffs, Accellion reserves all other rights to oppose the second amended consolidated class action complaint.

**IT IS SO STIPULATED.**

Dated: March 13, 2024

                                                        */s/ Adam E. Polk*
Adam E. Polk (State Bar No. 273000)
Jordan Elias (State Bar No. 228731)
Simon S. Grille (State Bar No. 294914)
Trevor T. Tan (State Bar No. 281045)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Tel: (415) 981-4800
apolk@girardsharp.com
jelias@girardsharp.com
sgrille@girardsharp.com
ttan@girardsharp.com

Krysta K. Pachman (State Bar No. 280951)
Michael Gervais (State Bar No. 330731)
Steven G. Sklaver (State Bar No. 237612)
Kevin R. Downs (State Bar No. 331993)
**SUSMAN GODFREY L.L.P.**
1900 Avenue of the Stars, Suite 1400
Los Angeles, California 90067-6029
Tel: (310) 789-3100
kpachman@susmangodfrey.com
mgervais@susmangodfrey.com
ssklaver@susmangodfrey.com
kdowns@susmangodfrey.com

*Interim Co-Lead Plaintiffs' Counsel*

Dated: March 13, 2024

                                                        */s/ Fred Norton*
Fred Norton (State Bar No. 224725)
Bree Hann (State Bar No. 215695)
Janelle Sampana (State Bar No. 336398)
**THE NORTON LAW FIRM PC**
299 Third Street, Suite 200
Oakland, CA 94607
Tel: (510) 906-4900
fnorton@nortonlaw.com
bhann@nortonlaw.com
jsampana@nortonlaw.com

Camilo Artiga-Purcell (State Bar No. 273229)
**ACCELLION, INC.**
1510 Fashion Island Blvd, Suite 100
San Mateo, CA 94404
Tel: (415) 515-4724

camilo.apurcell@kiteworks.com

*Attorneys for Defendant Accellion, Inc.*

## ATTESTATION

Pursuant to Civil L.R. 5-1(i)(3), the ECF filer attests that the other signatory listed, on whose behalf the filing is submitted, concurs in this filing's content and has authorized this filing.

Dated: March 13, 2024           */s/ Adam E. Polk*
                                Adam E. Polk

## CERTIFICATE OF SERVICE

I hereby certify that on March 13, 2024, I electronically filed the foregoing document using the CM/ECF system, which will send notification of such filing to all counsel of record registered in the CM/ECF system.

                                */s/ Adam E. Polk*
                                Adam E. Pok

## [PROPOSED] ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: March 13, 2024

                                _____
                                HON. EDWARD J. DAVILA
                                UNITED STATES DISTRICT JUDGE

3

JOINT STIP. AND [PROPOSED] ORDER TO ADD PLAINTIFFS TO AMENDED COMPLAINT
CASE NO. 5:21-cv-01155-EJD

# EXHIBIT 1

Electronically Received 02/21/2024 06:02 PM

| | |
|---|---|
| Simon Grille (State Bar No. 294914) | Camilo Artiga-Purcell (SBN 273229) |
| Trevor T. Tan (State Bar No. 281045) | **ACCELLION, INC.** |
| **GIRARD SHARP LLP** | 1510 Fashion Island Blvd, Suite 100 |
| 601 California Street, Suite 1400 | San Mateo, CA 94404 |
| San Francisco, California 94108 | Telephone: (415) 515-4724 |
| Telephone: (415) 981-4800 | Email: camilo.apurcell@kiteworks.com |
| Facsimile: (415) 981-4846 | |
| Email: sgrille@girardsharp.com | *Counsel for Accellion, Inc.* |
| Email: ttan@girardsharp.com | |

*Counsel for Plaintiffs*

| | |
|---|---|
| Jacob M. Heath (SBN 238959) | Philip L. Gregory (State Bar No. 95217) |
| **ORRICK, HERRINGTON &** | **GREGORY LAW GROUP** |
| **SUTCLIFFE LLP** | 1250 Godetia Drive |
| 1000 Marsh Road | Woodside, CA 94062 |
| Menlo Park, CA 94025-1015 | Telephone: (650) 278-2957 |
| Telephone: (650) 614-7400 | Email: pgregory@gregorylawgroup.com |
| Facsimile: (650) 614-7401 | |
| jheath@orrick.com | *Counsel for Accellion, Inc.* |

*Counsel for The Regents of the University of California*

FILED
Superior Court of California
County of Alameda
02/26/2024
Chad Finke, Executive Officer/Clerk of the Court
By: _____ Deputy
N. Hall

SUPERIOR COURT FOR THE STATE OF CALIFORNIA
COUNTY OF ALAMEDA

| | |
|---|---|
| MIGUEL OCHOA, JAMIE MCDOLE, ARIELLE FIELDS, ALVARO GALVIS, ROSE BECKER, STEVE GOLDFIELD, and KARLINA CHAVEZ, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>  vs.<br><br>THE REGENTS OF THE UNIVERSITY OF CALIFORNIA and ACCELLION, INC.,<br><br>    Defendants. | Case No. RG21097796<br><br>**STIPULATION AND [PROPOSED] ORDER DISMISSING DEFENDANT ACCELLION, INC.**<br><br>**Action Filed: April 27, 2021**<br>Conference Date: March 26, 2024<br>Time: 1:30 p.m.<br>Dept: 21<br>Judge: Hon. Noël Wise |

STIPULATION FOR DISMISSAL OF DEFENDANT ACCELLION, INC.
Case No. RG21097796

1    Plaintiffs Miguel Ochoa, Jamie McDole, Arielle Fields, Alvaro Galvis, Rose Becker, Steve Goldfield, and Karlina Chavez (collectively, "Plaintiffs") and Defendant Accellion, Inc. ("Accellion"), by and through undersigned counsel of record, hereby submit this request, pursuant to Cal. Rules of Court, Rule 3.770, for voluntary dismissal of Plaintiffs' claims solely against Accellion.

WHEREAS, on April 27, 2021, Plaintiffs filed a data breach class action complaint against Accellion and Defendant the Regents of the University of California and a first amended complaint on June 30, 2021.

WHEREAS, this case arises out of data breaches that affected the Regents of the University of California during December 2020 and January 2021, and involved file transfer software created and licensed to the Regents by Accellion, known as FTA.

WHEREAS, additional overlapping cases were later filed, and those cases were consolidated on September 23, 2021.

WHEREAS, on October 7, 2021, Plaintiffs filed a consolidated complaint against Accellion, and filed their first amended consolidated complaint against Accellion on March 24, 2023.

WHEREAS, an overlapping federal action, *In re Accellion, Inc. Data Breach Litigation*, Case No. 5:21-cv-01155-EJD (N.D. Cal.) ("*In re Accellion*"), is currently being litigated in coordination with the instant case and a separate case against an Accellion subsidiary in Washington state court (*Stone, et al. v. Accellion USA LLC et al.*, No. 21-2-01439-5 SEA (Wash. Super. Ct., filed Feb 2, 2021)). *See* Joint Discovery Coordination Stipulation and Order (Dec. 27, 2023).

WHEREAS, Accellion filed its demurrer to Plaintiffs' first amended consolidated complaint on September 27, 2023, the Court held an initial hearing on Accellion's demurrer on January 30, 2024, and a further hearing on Accellion's demurrer is set for March 26, 2024.

WHEREAS, Accellion has neither answered nor moved for summary judgment, and no class certification motion has been filed in the instant case.

1

STIPULATION FOR DISMISSAL OF DEFENDANT ACCELLION, INC.
Case No. RG21097796

1  WHEREAS, the instant case was filed as a class action but no class has been certified.

2  WHEREAS, the parallel federal case, *In re Accellion*, is brought on behalf of a nationwide
3  class that subsumes the class alleged here by Plaintiffs and asserts the same claims against
4  Accellion as those asserted here, including the California specific claims. For purposes of clarity,
5  Accellion does not waive, and instead expressly reserves, all arguments in *In re Accellion*
6  concerning class certification, and the parties agree that, other than to add Plaintiffs herein as
7  plaintiffs in *In re Accellion*, this Stipulation for Dismissal will not be used as evidence in *In re*
8  *Accellion*.

9  WHEREAS, Plaintiffs have decided to voluntarily dismiss their claims against Accellion
10  in this action without prejudice to their ability to proceed with these claims in *In re Accellion*.

11  **WHEREAS, Plaintiffs have agreed not to refile any of their claims in any state court**
12  **against Accellion or its subsidiaries**.

13  WHEREAS, to the extent Plaintiffs re-file their claims in *In re Accellion*, they will do so
14  promptly, but in any event, within ninety (90) days of entry of this Stipulation.

15  WHEREAS, with respect to any claims asserted in this matter that Plaintiffs re-file in *In re*
16  *Accellion*, so long as Plaintiffs comply with the prior paragraph, Accellion agrees that, for purposes
17  of calculating the statute of limitations, said claims will relate back to April 27, 2021, the date the
18  original Complaint in the above-captioned matter was filed.

19  WHEREAS, other than this Stipulation, Plaintiffs and Plaintiffs' counsel have entered into
20  no agreement with Accellion in connection with this voluntary dismissal, other than: (1) the
21  understanding that, subject to Plaintiffs' compliance with the prior two paragraphs, Accellion will
22  not oppose the addition of one or more named Plaintiffs in the instant case as being named
23  plaintiffs in *In re Accellion*; and (2) Accellion will enter into a cooperation agreement in the instant
24  case whereby Accellion agrees to participate in discovery and to make witnesses available at trial.

25  WHEREAS, Plaintiffs and Accellion will bear their own attorneys' fees and costs incurred
26  in connection with claims against Accellion in the instant case.

1  WHEREAS, neither Plaintiffs nor Plaintiffs' counsel has received or will receive any direct or indirect consideration for the dismissal.

WHEREAS, no prejudice to absent putative class members will result from the dismissal of the claims against Accellion, for several reasons, including: (1) a class has not been certified; (2) Plaintiffs will be able to proceed with these claims in the parallel federal case, *In re Accellion*; (3) the claims of putative class members are encompassed by the pending claims in *In re Accellion*; and (4) this dismissal will not affect the rights of putative class members.

WHEREAS, no notice need be sent to absent putative class members because a class has not been certified, and no absent putative class member will be bound by the dismissal of Plaintiffs' claims.

WHEREAS, pursuant to Cal. Rules of Court, Rule 3.770(b), this Court may grant Plaintiffs' request for dismissal without a hearing.

NOW, THEREFORE, Plaintiffs and Accellion hereby respectfully request that this Court enter an order to dismiss Plaintiffs' claims against Accellion in this action without prejudice to Plaintiffs' ability to refile any of their claims in *In re Accellion*. The Parties further respectfully request that this Court order that, per this Stipulation for Dismissal, Plaintiffs are barred from refiling their claims in any state court against Accellion, Inc. or its subsidiaries.

Dated: February 15, 2024

**GIRARD SHARP LLP**

By: /s/ *Simon S. Grille*
Simon Grille (State Bar No. 294914)
Trevor T. Tan (State Bar No. 281045)
601 California Street, Suite 1400
San Francisco, California 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846
Email: sgrille@girardsharp.com
Email: ttan@girardsharp.com

*Counsel for Plaintiffs*

Dated: February 15, 2024

**GREGORY LAW GROUP**

By:   /s/ *Philip L. Gregory*
PHILIP L. GREGORY (State Bar No. 95217)
1250 Godetia Drive
Woodside, CA 94062
Telephone: (650) 278-2957
Email: pgregory@gregorylawgroup.com

*Attorney for Defendant Accellion, Inc.*

### [PROPOSED] ORDER

PURSUANT TO THE STIPULATION OF PLAINTIFFS AND ACCELLION, IT IS ORDERED AS FOLLOWS: The claims against Accellion in the above-captioned matter are dismissed without prejudice to Plaintiffs' ability to refile any of their claims in *In re Accellion*. It is further ordered that, per the Parties' Stipulation for Dismissal, Plaintiffs are barred from refiling their claims in the above-captioned matter in any state court against Accellion, Inc. or its subsidiaries.

Dated: 02/26/2024

Hon. Noël Wise
Judge of the Superior Court
Noel Wise / Judge

**CALIFORNIA RULES OF COURT 2.257**

I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories hereto.

By:   /s/ *Simon S. Grille*
Simon S. Grille

4

STIPULATION FOR DISMISSAL OF DEFENDANT ACCELLION, INC.
Case No. RG21097796

| SUPERIOR COURT OF CALIFORNIA COUNTY OF ALAMEDA | Reserved for Clerk's File Stamp |
|---|---|
| COURTHOUSE ADDRESS:<br>Rene C. Davidson Courthouse<br>1225 Fallon Street, Oakland, CA 94612 | FILED<br>Superior Court of California<br>County of Alameda<br>02/28/2024<br>Chad Finke, Executive Officer/Clerk of the Court<br>By: _Nicole Hall_ Deputy<br>N. Hall |
| PLAINTIFF/PETITIONER:<br>Arielle Fields et al | |
| DEFENDANT/RESPONDENT:<br>The Regents of the University of California et al | |
| **CERTIFICATE OF ELECTRONIC SERVICE CODE OF CIVIL PROCEDURE 1010.6** | CASE NUMBER:<br>RG21097796 |

I, the below named Executive Officer/Clerk of Court of the above-entitled court, do hereby certify that I am not a party to the cause herein, and that on this date I served one copy of the Stipulation and Order Stipulation and [Proposed] Order Dismissing Defendant Accellion, Inc. entered herein upon each party or counsel of record in the above entitled action, by electronically serving the document(s) from my place of business, in accordance with standard court practices.

Jacob Marcus Heath
Orrick, Herrington & Sutcliffe LLP
jheath@orrick.com

Jose Camilo Artiga-Purcell
Accellion, Inc.
camilo.apurcell@kiteworks.com

Lauren Michelle Kessler
Orrick
lkessler@orrick.com

Philip Lawrence Gregory
Gregory Law Group
pgregory@gregorylawgroup.com

Chad Finke, Executive Officer / Clerk of the Court

Dated: 02/28/2024         By: _Nicole Hall_
                              N. Hall, Deputy Clerk

**CERTIFICATE OF ELECTRONIC SERVICE
CODE OF CIVIL PROCEDURE 1010.6**

| SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF ALAMEDA | Reserved for Clerk's File Stamp |
|---|---|
| COURTHOUSE ADDRESS:<br>Rene C. Davidson Courthouse<br>1225 Fallon Street, Oakland, CA 94612 | **FILED**<br>Superior Court of California<br>County of Alameda<br>02/28/2024<br>Chad Finke, Executive Officer/Clerk of the Court<br>By: *Nicole Hall* Deputy<br>N. Hall |
| PLAINTIFF/PETITIONER:<br>Arielle Fields et al | |
| DEFENDANT/RESPONDENT:<br>The Regents of the University of California et al | |
| **CERTIFICATE OF MAILING** | CASE NUMBER:<br>RG21097796 |

I, the below-named Executive Officer/Clerk of the above-entitled court, do hereby certify that I am not a party to the cause herein, and that on this date I served the attached document upon each party or counsel named below by placing the document for collection and mailing so as to cause it to be deposited in the United States mail at the courthouse in Oakland, California, one copy of the original filed/entered herein in a separate sealed envelope to each address as shown below with the postage thereon fully prepaid, in accordance with standard court practices.

Daniel C Girard
Girard Sharp LLP
601 California Street
Suite 1400
San Francisco, CA 94108-

Gregory Haroutunian
Clayeo C. Arnold, APLC
865 Howe Avenue
Sacramento, CA 95825-

Rachele R. Byrd
Wolf Haldenstein Adler Freeman & Herz LLP
750 B Street
Suite 1820
San Diego, CA 92101-

Thomas Fu
Orrick, Herrington & Sutcliffe LLP
777 South Figueroa Street
Suite 3200
Los Angeles, CA 90017

Chad Finke, Executive Officer / Clerk of the Court

Dated: 02/28/2024     By:

*Nicole Hall*
N. Hall, Deputy Clerk

**CERTIFICATE OF MAILING**