Adam E. Polk (State Bar No. 273000)
Jordan Elias (State Bar No. 228731)
Simon S. Grille (State Bar No. 294914)
Kyle P. Quackenbush (State Bar No. 322401)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Tel: (415) 981-4800
Fax: (415) 981-4846
apolk@girardsharp.com
jelias@girardsharp.com
sgrille@girardsharp.com
kquackenbush@girardsharp.com

*Interim Co-Lead Class Counsel*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| IN RE ACCELLION, INC. DATA BREACH LITIGATION | Case No. 5:21-cv-01155-EJD<br><br>**NOTICE OF APPEARANCE OF KYLE P. QUACKENBUSH**<br><br>Hon. Edward J. Davila<br>Courtroom 4 – 5th Floor |

**PLEASE TAKE NOTICE** that Kyle P. Quackenbush of Girard Sharp LLP, an attorney admitted to practice in this Court, hereby enters his appearance in the above-captioned matter as counsel of record for Plaintiffs Rose Becker, Amber Chavez, Karlina Chavez, Derek Dawes, Amiresse Desjardins, Alvaro Galvis, Jamie McDole, Randy Moniz, Robert Olson, Jr., Holly Ringling, Heather Rodriguez, Sherie Taylor, Tito Torres, Valerie Whittaker, and Kimberly Worrick.  Plaintiffs respectfully request that all further pleadings, notices, documents, and other papers herein be provided to and served upon counsel via ECF or otherwise to:

>Kyle P. Quackenbush
>GIRARD SHARP LLP
>601 California Street, Suite 1400
>San Francisco, CA 94108
>Tel: (415) 981-4800
>kquackenbush@girardsharp.com

Dated: March 14, 2024

Respectfully submitted,

By:  /s/ *Kyle P. Quackenbush*
Adam E. Polk (State Bar No. 273000)
Jordan Elias (State Bar No. 228731)
Simon S. Grille (State Bar No. 294914)
Kyle P. Quackenbush (State Bar No. 322401)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Tel: (415) 981-4800
Fax: (415) 981-4846
apolk@girardsharp.com
jelias@girardsharp.com
sgrille@girardsharp.com
kquackenbush@girardsharp.com

*Counsel for Plaintiffs*