| | |
|---|---|
| Adam E. Polk (State Bar No. 273000) | Krysta Kauble Pachman (280951) |
| Jordan Elias (State Bar No. 228731) | Michael Gervais (330731) |
| Simon S. Grille (State Bar No. 294914) | Steven G. Sklaver (237612) |
| Kyle P. Quackenbush (State Bar No. 322401) | Kevin R. Downs (331993) |
| **GIRARD SHARP LLP** | **SUSMAN GODFREY L.L.P.** |
| 601 California Street, Suite 1400 | 1900 Avenue of the Stars, Suite 1400 |
| San Francisco, CA 94108 | Los Angeles, California 90067-6029 |
| Tel: (415) 981-4800 | Tel: (310) 789-3100 |
| apolk@girardsharp.com | kpachman@susmangodfrey.com |
| jelias@girardsharp.com | mgervais@susmangodfrey.com |
| sgrille@girardsharp.com | ssklaver@susmangodfrey.com |
| kquackenbush@girardsharp.com | kdowns@susmangodfrey.com |

*Interim Co-Lead Class Counsel*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE ACCELLION, INC. DATA BREACH LITIGATION | Case No. 21-cv-01155-EJD<br><br>**DECLARATION OF KRYSTA K. PACHMAN IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>**N.D. Cal. L.R. 7-11 and 79-5** |

I, Krysta Kauble Pachman, hereby declare under penalty of perjury:

1. I am an attorney at the law firm of Susman Godfrey L.L.P. and represent Plaintiffs Rose Becker, Amber Chavez, Karlina Chavez, Derek Dawes, Amiresse Desjardins, Alvaro Galvis, Jamie McDole, Randy Moniz, Robert Olson, Jr., Holly Ringling, Heather Rodriguez, Sherie Taylor, Tito Torres, Valerie Whittaker, and Kimberly Worrick ("Plaintiffs") in this action. I have personal knowledge of the facts stated in this declaration and, if called to do so, could and would testify competently thereto.

2. I submit this declaration in support of Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should Be Sealed.

3. Paragraph 12.3 of the Stipulated Protective Order requires materials designated as "Confidential" ("Protected Material") to be filed under seal. Protected Material includes information (regardless of how it is generated, stored or maintained) or tangible things that qualify for protection under Federal Rule of Civil Procedure 26(c). *See* Stipulated Protective Order, ¶¶ 2.2, 2.14, Dkt. No. 189.

4. The following portions of Plaintiffs' Amended Consolidated Class Action Complaint contain, summarize or reflect the content of materials that Accellion, Inc. has designated as Protected Material pursuant to the Stipulated Protective Order, or which potentially reflect confidential, proprietary, or private information:

| Document | Description | Designating Party |
|---|---|---|
| Complaint | Plaintiffs' Amended Consolidated Class Action Complaint:<br><br>Page 13, lines 21-28; Page 14, lines 1-2, 4-10; Page 16, lines 12-19, 21-23; Page 17, lines 1, 3-8, 10-11 | Accellion, Inc. |

5. Plaintiffs take no position at this time on whether any of these designated portions satisfy the requirements for sealing, and specifically reserve the right to challenge any designation

under the Stipulated Protective Order as well as the propriety of sealing any of these materials under Civil Local Rule 79-5 and applicable law.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 14th day of March, 2024, in Leawood, Kansas.

*/s/ Krysta Kauble Pachman*
Krysta Kauble Pachman

2

DECLARATION OF KRYSTA K. PACHMAN ISO PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED
CASE NO. 21-CV-01155-EJD

# CERTIFICATE OF SERVICE

I hereby certify that on March 14, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will automatically send notification of the filing to all counsel of record. I also caused a copy of the under-seal documents to be served *via electronic mail* on the following:

Fred Norton (State Bar No. 224725)
Bree Hann (State Bar No. 215695)
Janelle Sampana (State Bar No. 336398)
**THE NORTON LAW FIRM PC**
299 Third Street, Suite 200
Oakland, CA 94607
Tel: (510) 906-4900
fnorton@nortonlaw.com
bhann@nortonlaw.com
jsampana@nortonlaw.com

Camilo Artiga-Purcell (State Bar No. 273229)
**ACCELLION, INC.**
1510 Fashion Island Blvd, Suite 100
San Mateo, CA 94404
Tel: (415) 515-4724
camilo.apurcell@kiteworks.com

*Counsel for Accellion, Inc.*

　　　　　　　　　　　　　　　　　*/s/ Krysta Kauble Pachman*

3
DECLARATION OF KRYSTA K. PACHMAN ISO PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED
CASE NO. 21-CV-01155-EJD