1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| IN RE ACCELLION, INC. DATA BREACH LITIGATION | Case No. 21-cv-01155-EJD <br><br> **[PROPOSED] ORDER REGARDING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |
|---|---|

Having considered Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should Be Sealed, the Court hereby GRANTS the Motion and ORDERS that the following portions of the documents shall be sealed, as indicated below:

| Document | Description | Designating Party |
|---|---|---|
| Complaint | Plaintiffs' Amended Consolidated Class Action Complaint: Page 13, lines 21-28; Page 14, lines 1-2, 4-10; Page 16, lines 12-19, 21-23; Page 17, lines 1, 3-8, 10-11 | Accellion, Inc. |

**IT IS SO ORDERED.**

Dated: _____

                                                The Honorable Edward J. Davila
                                                United States District Judge