EXHIBIT A

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| IN RE ACCELLION, INC. DATA BREACH LITIGATION | Case No. 5:21-cv-01155-EJD<br>**[PROPOSED] ORDER**<br>Hon. Susan van Keulen |

|     |     |
| --- | --- |
| 1   | **[PROPOSED] ORDER** |
| 2   | Pursuant to the joint statement of the parties, the Court hereby ORDERS: |
| 3   | [1] Defendant Accellion is ordered to submit a list of proposed search terms and |
| 4   | custodians tailored to the needs of this matter to Plaintiffs by April 8, 2024. |

**IT IS SO ORDERED.**

Dated: _____

_____
Hon. Susan van Keulen
United States District Magistrate Judge

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| IN RE ACCELLION, INC. DATA BREACH LITIGATION | Case No. 5:21-cv-01155-EJD <br> **[PROPOSED] ORDER** <br> Hon. Susan van Keulen |

**[PROPOSED] ORDER**

Pursuant to the joint statement of the parties, the Court hereby ORDERS:

[1] Plaintiffs are ordered to meet and confer with Defendant Accellion on proposed search terms and custodians tailored to the needs of this matter and to propose additional terms and custodians that Plaintiffs believe are appropriate to the case.

**IT IS SO ORDERED.**

Dated: _____

_____
Hon. Susan van Keulen
United States District Magistrate Judge