| | |
|---|---|
| KRYSTA KAUBLE PACHMAN (280951)<br>kpachman@susmangodfrey.com<br>MICHAEL GERVAIS (330731)<br>mgervais@susmangodfrey.com<br>STEVEN G. SKLAVER (237612)<br>ssklaver@susmangodfrey.com<br>KEVIN R. DOWNS (331993)<br>kdowns@susmangodfrey.com<br>SUSMAN GODFREY L.L.P.<br>1900 Avenue of the Stars, Suite 1400<br>Los Angeles, California 90067-6029<br>Tel: (310) 789-3100<br>Fax: (310) 789-3150 | FRED NORTON (224725)<br>fnorton@nortonlaw.com<br>BREE HANN (215695)<br>bhann@nortonlaw.com<br>JANELLE SAMPANA (336398)<br>jsampana@norotnlaw.com<br>EMILY KIRK<br>ekirk@nortonlaw.com (348547)<br>THE NORTON LAW FIRM PC<br>299 Third Street, Suite 200<br>Oakland, CA 94607<br>Tel: (510) 906-4900 |
| ADAM E. POLK (273000)<br>apolk@girardsharp.com<br>JORDAN ELIAS (228731)<br>jelias@girardsharp.com<br>SIMON S. GRILLE (294914)<br>sgrille@girardsharp.com<br>KYLE P. QUACKENBUSH (322401)<br>kquackenbush@girardsharp.com<br>GIRARD SHARP LLP<br>601 California Street, Suite 1400<br>San Francisco, CA 94108<br>Tel: (415) 981-4800<br>Fax: (415) 981-4846 | CAMILO ARTIGA-PURCELL (273229)<br>camilo.apurcell@kiteworks.com<br>ACCELLION, INC.<br>1510 Fashion Island Blvd, Suite 100<br>San Mateo, CA 94404<br>Tel: (415) 515-4724<br><br>*Attorneys for Defendant Accellion, Inc.* |

*Interim Co-Lead Plaintiffs' Counsel*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| IN RE ACCELLION, INC. DATA BREACH LITIGATION | Case No. 5:21-cv-01155-EJD<br><br>**JOINT STIPULATION AND [~~PROPOSED~~] ORDER TO SET BRIEFING SCHEDULE ON MOTION TO DISMISS AMENDED CONSOLIDATED CLASS ACTION COMPLAINT** * **AS MODIFIED** *<br><br>Hon. Edward J. Davila |

Pursuant to the Court's Order Setting Initial Case Management Conference and Setting Case Schedule (Dkt. 219), Plaintiffs Rose Becker, Amber Chavez, Karlina Chavez, Derek Dawes, Amiresse Desjardins, Alvaro Galvis, Jamie McDole, Randy Moniz, Robert Olson, Jr., Holly Ringling, Heather Rodriguez, Sherie Taylor, Tito Torres, Valerie Whittaker, and Kimberly Worrick ("Plaintiffs"), and Defendant Accellion, Inc. ("Accellion"), (collectively the "Parties"), hereby stipulate as follows:

WHEREAS, Accellion intends to move to dismiss Plaintiffs' Amended Consolidated Class Action Complaint, filed on March 14, 2024 (Dkt. 230);

WHEREAS, the Court's Order Setting Initial Case Management Conference and Setting Case Schedule (Dkt. 219) requires the Parties to meet and confer prior to proposing a briefing schedule to the Court;

WHEREAS, counsel for Accellion have personal travel plans and significant case-related obligations in this matter and others during the month of April, including:

- on April 12, a summary judgment hearing on a constitutional question in a putative class action in the Northern District of California, *Stark et al. v. Patreon, Inc.*, No. 3:22-cv-03131-JCS;
- on April 15, a mediation with Judge Fogel in *Stark et al. v. Patreon, Inc.*;
- on April 18, a summary judgment hearing in a wrongful conviction case in the Northern District of California, *Ciria v. City and County of San Francisco et al.*, No. 4:22-cv-07510-KAW;
- on April 18, a hearing on a motion to compel in Sonoma County, *Kirkwood v. Rive et al.*, No. 23CV000634;
- on April 19, a hearing on a motion to vacate a preliminary injunction in Orange County, *Acepex Management Corp. et al. v. Rhee, et al.*, No. 30-2024-01381635-CU-FR-CJC;
- on April 22, a hearing on a motion to dismiss in a putative class action in the Northern District of California, *Allec v. Upside Services, Inc.*, No. 3:23-cv-05982;
- on April 24, a hearing on a motion to compel arbitration or to dismiss in another putative class action in the Northern District of California, *Bielski v. Coinbase Global, Inc., et al.*, No. 3:21-cv-07478-WHA;

WHEREAS, in light of the obligations stated above and the time needed to respond to the Amended Consolidated Class Action Complaint in this case, the Parties have met and conferred

1

1  telephonically and via email and agreed to an appropriate briefing schedule for Accellion's Motion to
2  Dismiss the Amended Consolidated Class Action Complaint.
3       NOW THEREFORE, the Parties hereby stipulate and agree, through their respective counsel,
4  subject to the Court's approval, as follows:
5       Accellion shall file its Motion to Dismiss the Amended Consolidated Class Action Complaint by
6  May 1, 2024, Plaintiffs shall file their Opposition to Accellion's Motion to Dismiss the Amended
7  Consolidated Class Action Complaint by June 10, 2024, and Accellion shall file its reply by June 24,
8  2024.

**IT IS SO STIPULATED.**

Dated: April 1, 2024               Respectfully submitted,

                                                    */s/ Adam E. Polk*
                                                    Adam E. Polk (State Bar No. 273000)
                                                    Jordan Elias (State Bar No. 228731)
                                                    Simon S. Grille (State Bar No. 294914)
                                                    Kyle P. Quackenbush (State Bar No. 322401)
                                                    GIRARD SHARP LLP
                                                    601 California Street, Suite 1400
                                                    San Francisco, CA 94108
                                                    Tel: (415) 981-4800
                                                    apolk@girardsharp.com
                                                    jelias@girardsharp.com
                                                    sgrille@girardsharp.com
                                                    kquackenbush@girardsharp.com


                                                    Krysta K. Pachman (State Bar No. 280951)
                                                    Michael Gervais (State Bar No. 330731)
                                                    Steven G. Sklaver (State Bar No. 237612)
                                                    Kevin R. Downs (State Bar No. 331993)
                                                    SUSMAN GODFREY L.L.P.
                                                    1900 Avenue of the Stars, Suite 1400
                                                    Los Angeles, California 90067-6029
                                                    Tel: (310) 789-3100
                                                    kpachman@susmangodfrey.com
                                                    mgervais@susmangodfrey.com
                                                    ssklaver@susmangodfrey.com
                                                    kdowns@susmangodfrey.com

                                                   *Interim Co-Lead Plaintiffs' Counsel*

Dated: April 1, 2024

        */s/ Fred Norton*
Fred Norton
Bree Hann
Janelle Sampana
Emily Kirk
THE NORTON LAW FIRM PC
299 Third Street, Suite 200
Oakland, CA 94607
(510) 906-4900
fnorton@nortonlaw.com
bhann@nortonlaw.com
jsampana@nortonlaw.com
ekirk@nortonlaw.com

Camilo Artiga-Purcell
ACCELLION, INC.
1510 Fashion Island Blvd, Suite 100
San Mateo, CA 94404
(415) 515-4724
camilo.apurcell@kiteworks.com

*Attorneys for Defendant Accellion, Inc.*

3

JOINT STIPULATION AND [PROPOSED] ORDER RE: BRIEFING SCHEDULE ON MOTION TO DISMISS AMENDED CONSOLIDATED CLASS ACTION COMPLAINT
CASE NO. 5:21-cv-01155-EJD

**[PROPOSED] ORDER**

Having considered the Parties' Joint Stipulation and Proposed Order to Set Briefing Schedule on Motion to Dismiss Amended Consolidated Class Action Complaint, the Court hereby orders that:

1. Accellion shall file its Motion to Dismiss the Amended Consolidated Class Action Complaint by ~~May 1, 2024.~~ **April 29, 2024;**

2. Plaintiffs shall file their Opposition to Accellion's Motion to Dismiss the Amended Consolidated Class Action Complaint by ~~June 10, 2024.~~ **May 22, 2024; and**

3. Accellion shall file its reply to the Motion to Dismiss the Amended Consolidated Class Action Complaint by ~~June 24, 2024.~~ **May 31, 2024.**

**IT IS SO ORDERED.**

Dated: April 1, 2024

Hon. Edward J. Davila
United States District Court Judge

4

JOINT STIPULATION AND [PROPOSED] ORDER RE: BRIEFING SCHEDULE ON MOTION TO DISMISS AMENDED CONSOLIDATED CLASS ACTION COMPLAINT
CASE NO. 5:21-cv-01155-EJD