Adam E. Polk (State Bar No. 273000)
Jordan Elias (State Bar No. 228731)
Simon S. Grille (State Bar No. 294914)
Kyle P. Quackenbush (State Bar No. 322401)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Tel: (415) 981-4800
Fax: (415) 981-4846
apolk@girardsharp.com
jelias@girardsharp.com
sgrille@girardsharp.com
kquackenbush@girardsharp.com

Krysta K. Pachman (State Bar No. 280951)
Michael Gervais (State Bar No. 330731)
Steven G. Sklaver (State Bar No. 237612)
Kevin R. Downs (State Bar No. 331993)
**SUSMAN GODFREY L.L.P.**
1900 Avenue of the Stars, Suite 1400
Los Angeles, California 90067-6029
Tel: (310) 789-3100
kpachman@susmangodfrey.com
mgervais@susmangodfrey.com
ssklaver@susmangodfrey.com
kdowns@susmangodfrey.com

*Interim Co-Lead Plaintiffs' Counsel*

Fred Norton (State Bar No. 224725)
Bree Hann (State Bar No. 215695)
Janelle Sampana (State Bar No. 336398)
Emily Kirk (State Bar No. 348547)
**THE NORTON LAW FIRM PC**
299 Third Street, Suite 200
Oakland, CA 94607
Tel: (510) 906-4900
fnorton@nortonlaw.com
bhann@nortonlaw.com
jsampana@nortonlaw.com
ekirk@nortonlaw.com

Camilo Artiga-Purcell (State Bar No. 273229)
**ACCELLION, INC.**
1510 Fashion Island Blvd, Suite 100
San Mateo, CA 94404
Tel: (415) 515-4724
camilo.apurcell@kiteworks.com

*Attorneys for Defendant Accellion, Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| IN RE ACCELLION, INC. DATA BREACH LITIGATION | Case No. 5:21-cv-01155-EJD <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER TO COMPEL PRODUCTION OF DOCUMENTS RESPONSIVE TO PLAINTIFFS' REQUEST FOR PRODUCTION NO. 55** <br><br> Hon. Edward J. Davila |

1    Plaintiffs Rose Becker, Amber Chavez, Karlina Chavez, Derek Dawes, Amiresse Desjardins,

2  Alvaro Galvis, Jamie McDole, Randy Moniz, Robert Olson, Jr., Holly Ringling, Heather Rodriguez,

3  Sherie Taylor, Tito Torres, Valerie Whittaker, and Kimberly Worrick ("Plaintiffs") and Defendant

4  Accellion, Inc. ("Accellion") (together with Plaintiffs, the "Parties"), jointly stipulate, pursuant to Civil

5  Local Rules 7-1(a)(5) and 7-12, to compel the production of documents responsive to Plaintiffs'

6  Request For Production No. 55, and state as follows:

7    WHEREAS, Plaintiffs served their second set of requests for production of documents on

8  Accellion on January 11, 2024;

9    WHEREAS, these requests include Request For Production No. 55, which seeks from Accellion

10  "All expert designations and reports exchanged in any litigation, arbitration, or any other adversarial

11  proceeding relating to or arising out of the Data Breaches other than in the above-captioned case, in

12  *Stone, et al. v. Accellion USA LLC et al.*, No. 21-2-01439-5 SEA (Wash. Super. Ct., filed Feb 2, 2021),

13  and in *Erazo, et al. v. The Regents of the University of California*, *et al.*, No. RG21097796 (Cal. Super.

14  Ct. Apr. 27, 2021)";

15    WHEREAS, Accellion notified Plaintiffs that complying with this Request would require

16  Accellion to produce documents that reference material designated "Confidential" and/or "Highly

17  Confidential," by two non-parties: AIG Specialty and University of Miami. Accellion also stated that

18  AIG Specialty objected to the disclosure absent a court order;

19    WHEREAS, Plaintiffs contacted counsel for AIG Specialty and University of Miami; AIG

20  Specialty reiterated its position that a court order was necessary, and University of Miami stated it

21  would not oppose a request for an order requiring the production of documents responsive to Request

22  for Production No. 55 (*see* Quackenbush Decl., ¶¶ 2-3); and

23    WHEREAS, documents responsive to Request for Production No. 55 are relevant to this case

24  because expert designations and reports produced in other proceedings that are related to the Data

25  Breaches would likely provide detailed analysis of relevant issues in this case, such as (i) how the Data

26  Breaches occurred, (ii) how Accellion and its customers responded to the Data Breaches, and (iii) what

27  effect the Data Breaches had on Accellion's customers.

28

JOINT STIP. AND [PROPOSED] ORDER TO COMPEL PRODUCTION OF DOCUMENTS
CASE NO. 5:21-cv-01155-EJD

1    NOW, THEREFORE, the Parties jointly stipulate as follows: while maintaining and in keeping

2   with its previous objections and limitations, Accellion shall produce non-privileged documents

3   responsive to Plaintiffs' Request for Production No. 55 that reference material designated

4   "Confidential" and/or "Highly Confidential" by non-parties AIG Specialty and University of Miami,

5   within Accellion's possession, custody, or control.

6   **IT IS SO STIPULATED.**

7

8    Dated: April 15, 2024

9                                        */s/ Adam E. Polk*
                                        Adam E. Polk (State Bar No. 273000)
10                                       Jordan Elias (State Bar No. 228731)
                                        Simon S. Grille (State Bar No. 294914)
11                                       Kyle P. Quackenbush (State Bar No. 322401)
                                        **GIRARD SHARP LLP**
12                                       601 California Street, Suite 1400
                                        San Francisco, CA 94108
13                                       Tel: (415) 981-4800
                                        apolk@girardsharp.com
14                                       jelias@girardsharp.com
                                        sgrille@girardsharp.com
15                                       kquackenbush@girardsharp.com

16
                                        Krysta K. Pachman (State Bar No. 280951)
17                                       Michael Gervais (State Bar No. 330731)
                                        Steven G. Sklaver (State Bar No. 237612)
18                                       Kevin R. Downs (State Bar No. 331993)
                                        **SUSMAN GODFREY L.L.P.**
19                                       1900 Avenue of the Stars, Suite 1400
                                        Los Angeles, California 90067-6029
20                                       Tel: (310) 789-3100
                                        kpachman@susmangodfrey.com
21                                       mgervais@susmangodfrey.com
                                        ssklaver@susmangodfrey.com
22                                       kdowns@susmangodfrey.com

23                                       *Interim Co-Lead Plaintiffs' Counsel*

24

25   Dated: April 15, 2024

26                                       */s/ Fred Norton*
                                        Fred Norton (State Bar No. 224725)
27                                       Bree Hann (State Bar No. 215695)
                                        Janelle Sampana (State Bar No. 336398)
28                                       Emily Kirk (State Bar No. 348547)

2

JOINT STIP. AND [PROPOSED] ORDER TO COMPEL PRODUCTION OF DOCUMENTS
CASE NO. 5:21-cv-01155-EJD

**THE NORTON LAW FIRM PC**
299 Third Street, Suite 200
Oakland, CA 94607
Tel: (510) 906-4900
fnorton@nortonlaw.com
bhann@nortonlaw.com
jsampana@nortonlaw.com
ekirk@nortonlaw.com
Camilo Artiga-Purcell (State Bar No. 273229)
**ACCELLION, INC.**
1510 Fashion Island Blvd, Suite 100
San Mateo, CA 94404
Tel: (415) 515-4724
camilo.apurcell@kiteworks.com

*Attorneys for Defendant Accellion, Inc.*

### ATTESTATION

Pursuant to Civil L.R. 5-1(i)(3), the ECF filer attests that the other signatory listed, on whose behalf the filing is submitted, concurs in this filing's content and has authorized this filing.

Dated: April 15, 2024                    /s/      *Adam E. Polk*
                                                          Adam E. Polk

### [PROPOSED] ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

 Dated:_____

                                                    _____
                                                    HON. EDWARD J. DAVILA
                                                    UNITED STATES DISTRICT JUDGE

3
JOINT STIP. AND [PROPOSED] ORDER TO COMPEL PRODUCTION OF DOCUMENTS
CASE NO. 5:21-cv-01155-EJD

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## CERTIFICATE OF SERVICE

I hereby certify that on April 15, 2024, I electronically filed the foregoing document using the CM/ECF system, which will send notification of such filing to all counsel of record registered in the CM/ECF system. I further certify that on April 15, 2024, I caused the foregoing to be served via Electronic Mail and First-Class Mail on:

Scott L. Schmookler
Katherine A. Musbach
Emily A. Miller
**GORDON REES SCULLY MANSUKHANI, LLP**
One North Franklin, Suite 800
Chicago, IL 60606
Telephone: (312) 980-6798
sschmookler@grsm.com
kmusbach@grsm.com
emiller@grsm.com

*Attorneys for AIG Specialty*

Javier Peral II
Aileen Ugalde
**UNIVERSITY OF MIAMI**
3601 SW 58th Ave
Miami, FL 33155-5036
Telephone: (305) 284-2700
jperal@miami.edu
augalde@miami.edu

*Attorneys for University of Miami*

/s/  Adam E. Polk
Adam E. Polk

4

JOINT STIP. AND [PROPOSED] ORDER TO COMPEL PRODUCTION OF DOCUMENTS
CASE NO. 5:21-cv-01155-EJD