Adam E. Polk (State Bar No. 273000)
Jordan Elias (State Bar No. 228731)
Simon S. Grille (State Bar No. 294914)
Kyle P. Quackenbush (State Bar No. 322401)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Tel: (415) 981-4800
Fax: (415) 981-4846
apolk@girardsharp.com
jelias@girardsharp.com
sgrille@girardsharp.com
kquackenbush@girardsharp.com

Krysta K. Pachman (State Bar No. 280951)
Michael Gervais (State Bar No. 330731)
Steven G. Sklaver (State Bar No. 237612)
Kevin R. Downs (State Bar No. 331993)
**SUSMAN GODFREY L.L.P.**
1900 Avenue of the Stars, Suite 1400
Los Angeles, California 90067-6029
Tel: (310) 789-3100
kpachman@susmangodfrey.com
mgervais@susmangodfrey.com
ssklaver@susmangodfrey.com
kdowns@susmangodfrey.com

*Interim Co-Lead Plaintiffs' Counsel*

Fred Norton (State Bar No. 224725)
Bree Hann (State Bar No. 215695)
Janelle Sampana (State Bar No. 336398)
Emily Kirk (State Bar No. 348547)
**THE NORTON LAW FIRM PC**
299 Third Street, Suite 200
Oakland, CA 94607
Tel: (510) 906-4900
fnorton@nortonlaw.com
bhann@nortonlaw.com
jsampana@nortonlaw.com
ekirk@nortonlaw.com

Camilo Artiga-Purcell (State Bar No. 273229)
**ACCELLION, INC.**
1510 Fashion Island Blvd, Suite 100
San Mateo, CA 94404
Tel: (415) 515-4724
camilo.apurcell@kiteworks.com

*Attorneys for Defendant Accellion, Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| IN RE ACCELLION, INC. DATA BREACH LITIGATION | Case No. 5:21-cv-01155-EJD<br><br>**DECLARATION OF KYLE. P. QUACKENBUSH IN SUPPORT OF JOINT STIPULATION AND [PROPOSED] ORDER TO COMPEL PRODUCTION OF DOCUMENTS RESPONSIVE TO PLAINTIFFS' REQUEST FOR PRODUCTION NO. 55**<br><br>Hon. Edward J. Davila |

I, Kyle P. Quackenbush, declare as follows:

1. I am an attorney at Girard Sharp LLP, am admitted to practice in the Northern District of California, and work for the law firm that serves as co-lead counsel in this matter. I submit this declaration in support of the Parties' Joint Stipulation and [Proposed] Order to Compel Production of Documents Responsive to Plaintiffs' Request for Production No. 55.

2. On March 29, 2024, I emailed counsel for AIG Specialty regarding Plaintiffs' Request for Production No. 55 and AIG Specialty's position, communicated by Accellion, that it opposed the production of documents absent a court order. The same day, I spoke with counsel for AIG Specialty by telephone, and counsel for AIG Specialty stated that the production of documents responsive to Request for Production No. 55 requires a court order.

3. On March 29, 2024, I emailed counsel for the University of Miami asking if University of Miami would agree not to oppose Plaintiffs' request for an order compelling the production of documents responsive to Request for Production No. 55, which could contain "Protected Material" produced by University of Miami. The same day, counsel for University of Miami responded stating it agreed not to oppose such a request.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief pursuant to 28 U.S.C. § 1746.

Dated: April 15, 2024

/s/ Kyle P. Quackenbush
Kyle P. Quackenbush

1

KYLE P. QUACKENBUSH DECLARATION ISO JOINT STIP. AND [PROPOSED] ORDER TO COMPEL PRODUCTION OF DOCUMENTS
CASE NO. 5:21-cv-01155-EJD