Adam E. Polk (State Bar No. 273000)
Jordan Elias (State Bar No. 228731)
Simon S. Grille (State Bar No. 294914)
Kyle P. Quackenbush (State Bar No. 322401)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Tel: (415) 981-4800
Fax: (415) 981-4846
apolk@girardsharp.com
jelias@girardsharp.com
sgrille@girardsharp.com
kquackenbush@girardsharp.com

Krysta K. Pachman (State Bar No. 280951)
Michael Gervais (State Bar No. 330731)
Steven G. Sklaver (State Bar No. 237612)
Kevin R. Downs (State Bar No. 331993)
**SUSMAN GODFREY L.L.P.**
1900 Avenue of the Stars, Suite 1400
Los Angeles, California 90067-6029
Tel: (310) 789-3100
kpachman@susmangodfrey.com
mgervais@susmangodfrey.com
ssklaver@susmangodfrey.com
kdowns@susmangodfrey.com

*Interim Co-Lead Plaintiffs' Counsel*

Fred Norton (State Bar No. 224725)
Bree Hann (State Bar No. 215695)
Janelle Sampana (State Bar No. 336398)
Emily Kirk (State Bar No. 348547)
**THE NORTON LAW FIRM PC**
299 Third Street, Suite 200
Oakland, CA 94607
Tel: (510) 906-4900
fnorton@nortonlaw.com
bhann@nortonlaw.com
jsampana@nortonlaw.com
ekirk@nortonlaw.com

Camilo Artiga-Purcell (State Bar No. 273229)
**ACCELLION, INC.**
1510 Fashion Island Blvd, Suite 100
San Mateo, CA 94404
Tel: (415) 515-4724
camilo.apurcell@kiteworks.com

*Attorneys for Defendant Accellion, Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| IN RE ACCELLION, INC. DATA BREACH LITIGATION | Case No. 5:21-cv-01155-EJD<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO COMPEL PRODUCTION OF DOCUMENTS RESPONSIVE TO PLAINTIFFS' REQUEST FOR PRODUCTION NO. 55**<br><br>Hon. Edward J. Davila |

1  Plaintiffs Rose Becker, Amber Chavez, Karlina Chavez, Derek Dawes, Amiresse Desjardins, Alvaro Galvis, Jamie McDole, Randy Moniz, Robert Olson, Jr., Holly Ringling, Heather Rodriguez, Sherie Taylor, Tito Torres, Valerie Whittaker, and Kimberly Worrick ("Plaintiffs") and Defendant Accellion, Inc. ("Accellion") (together with Plaintiffs, the "Parties"), jointly stipulate, pursuant to Civil Local Rules 7-1(a)(5) and 7-12, to compel the production of documents responsive to Plaintiffs' Request For Production No. 55, and state as follows:

WHEREAS, Plaintiffs served their second set of requests for production of documents on Accellion on January 11, 2024;

WHEREAS, these requests include Request For Production No. 55, which seeks from Accellion "All expert designations and reports exchanged in any litigation, arbitration, or any other adversarial proceeding relating to or arising out of the Data Breaches other than in the above-captioned case, in *Stone, et al. v. Accellion USA LLC et al.*, No. 21-2-01439-5 SEA (Wash. Super. Ct., filed Feb 2, 2021), and in *Erazo, et al. v. The Regents of the University of California*, *et al.*, No. RG21097796 (Cal. Super. Ct. Apr. 27, 2021)";

WHEREAS, Accellion notified Plaintiffs that complying with this Request would require Accellion to produce documents that reference material designated "Confidential" and/or "Highly Confidential," by two non-parties: AIG Specialty and University of Miami. Accellion also stated that AIG Specialty objected to the disclosure absent a court order;

WHEREAS, Plaintiffs contacted counsel for AIG Specialty and University of Miami; AIG Specialty reiterated its position that a court order was necessary, and University of Miami stated it would not oppose a request for an order requiring the production of documents responsive to Request for Production No. 55 (*see* Quackenbush Decl., ¶¶ 2-3); and

WHEREAS, documents responsive to Request for Production No. 55 are relevant to this case because expert designations and reports produced in other proceedings that are related to the Data Breaches would likely provide detailed analysis of relevant issues in this case, such as (i) how the Data Breaches occurred, (ii) how Accellion and its customers responded to the Data Breaches, and (iii) what effect the Data Breaches had on Accellion's customers.

NOW, THEREFORE, the Parties jointly stipulate as follows: while maintaining and in keeping with its previous objections and limitations, Accellion shall produce non-privileged documents responsive to Plaintiffs' Request for Production No. 55 that reference material designated "Confidential" and/or "Highly Confidential" by non-parties AIG Specialty and University of Miami, within Accellion's possession, custody, or control.

**IT IS SO STIPULATED.**

Dated: April 15, 2024

/s/ *Adam E. Polk*
Adam E. Polk (State Bar No. 273000)
Jordan Elias (State Bar No. 228731)
Simon S. Grille (State Bar No. 294914)
Kyle P. Quackenbush (State Bar No. 322401)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Tel: (415) 981-4800
apolk@girardsharp.com
jelias@girardsharp.com
sgrille@girardsharp.com
kquackenbush@girardsharp.com

Krysta K. Pachman (State Bar No. 280951)
Michael Gervais (State Bar No. 330731)
Steven G. Sklaver (State Bar No. 237612)
Kevin R. Downs (State Bar No. 331993)
**SUSMAN GODFREY L.L.P.**
1900 Avenue of the Stars, Suite 1400
Los Angeles, California 90067-6029
Tel: (310) 789-3100
kpachman@susmangodfrey.com
mgervais@susmangodfrey.com
ssklaver@susmangodfrey.com
kdowns@susmangodfrey.com

*Interim Co-Lead Plaintiffs' Counsel*

Dated: April 15, 2024

/s/ *Fred Norton*
Fred Norton (State Bar No. 224725)
Bree Hann (State Bar No. 215695)
Janelle Sampana (State Bar No. 336398)
Emily Kirk (State Bar No. 348547)

**THE NORTON LAW FIRM PC**
299 Third Street, Suite 200
Oakland, CA 94607
Tel: (510) 906-4900
fnorton@nortonlaw.com
bhann@nortonlaw.com
jsampana@nortonlaw.com
ekirk@nortonlaw.com
Camilo Artiga-Purcell (State Bar No. 273229)
**ACCELLION, INC.**
1510 Fashion Island Blvd, Suite 100
San Mateo, CA 94404
Tel: (415) 515-4724
camilo.apurcell@kiteworks.com

*Attorneys for Defendant Accellion, Inc.*

**ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), the ECF filer attests that the other signatory listed, on whose behalf the filing is submitted, concurs in this filing's content and has authorized this filing.

Dated: April 15, 2024                    /s/     *Adam E. Polk*
                                                  Adam E. Polk

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: April 16, 2024
                                            _____
                                            HON. SUSAN VAN KEULEN
                                            UNITED STATES MAGISTRATE JUDGE