Adam E. Polk (State Bar No. 273000)
Jordan Elias (State Bar No. 228731)
Simon S. Grille (State Bar No. 294914)
Kyle P. Quackenbush (State Bar No. 322401)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Tel: (415) 981-4800
Fax: (415) 981-4846
apolk@girardsharp.com
jelias@girardsharp.com
sgrille@girardsharp.com
kquackenbush@girardsharp.com

Krysta K. Pachman (State Bar No. 280951)
Michael Gervais (State Bar No. 330731)
Steven G. Sklaver (State Bar No. 237612)
Kevin R. Downs (State Bar No. 331993)
**SUSMAN GODFREY L.L.P.**
1900 Avenue of the Stars, Suite 1400
Los Angeles, California 90067-6029
Tel: (310) 789-3100
kpachman@susmangodfrey.com
mgervais@susmangodfrey.com
ssklaver@susmangodfrey.com
kdowns@susmangodfrey.com

*Interim Co-Lead Plaintiffs' Counsel*

Fred Norton (State Bar No. 224725)
Bree Hann (State Bar No. 215695)
Janelle Sampana (State Bar No. 336398)
Emily Kirk (State Bar No. 348547)
**THE NORTON LAW FIRM PC**
299 Third Street, Suite 200
Oakland, CA 94607
Tel: (510) 906-4900
fnorton@nortonlaw.com
bhann@nortonlaw.com
jsampana@nortonlaw.com
ekirk@nortonlaw.com

Camilo Artiga-Purcell (State Bar No. 273229)
**ACCELLION, INC.**
1510 Fashion Island Blvd, Suite 100
San Mateo, CA 94404
Tel: (415) 515-4724
camilo.apurcell@kiteworks.com

*Attorneys for Defendant Accellion, Inc.*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| IN RE ACCELLION, INC. DATA BREACH LITIGATION | Case No. 5:21-cv-01155-EJD-SVK<br><br>**JOINT STIPULATION AND REQUEST TO VACATE DISCOVERY HEARING**<br><br>Hon. Susan van Keulen |

Plaintiffs Rose Becker, Amber Chavez, Karlina Chavez, Derek Dawes, Amiresse Desjardins, Alvaro Galvis, Jamie McDole, Randy Moniz, Robert Olson, Jr., Holly Ringling, Heather Rodriguez, Sherie Taylor, Tito Torres, Valerie Whittaker, and Kimberly Worrick ("Plaintiffs") and Defendant Accellion, Inc. ("Accellion") (together with Plaintiffs, the "Parties"), jointly stipulate and request the Court vacate the discovery hearing scheduled for April 23, 2024, and state as follows:

WHEREAS, the Court ordered the Parties to meet and confer on search terms and custodians by April 19, 2024, and scheduled an in-person hearing on April 23, 2024, at 10:00 a.m. ECF No. 232. The Parties were also ordered to inform the Court by April 22, 2024, whether they had resolved their dispute. *Id.*;

WHEREAS, on April 18, 2024, Accellion provided Plaintiffs with proposed search terms;

WHEREAS, on April 19, 2024, the Parties met and conferred in-person and over zoom. While reserving the issue of searches on personal devices, Accellion agreed to run search terms across the following systems, irrespective of custodian: Outlook, Teams, JIRA, Confluence;

WHEREAS, the Parties agreed to the following schedule to attempt to resolve any potential dispute as to search, subject to the Court's approval:

- **April 19, 2024**: deadline for Plaintiffs to provide Accellion with a counterproposal on search terms.
- **May 10, 2024**: deadline for Accellion to provide Plaintiffs hit reports for the search terms in Plaintiffs' counterproposal, and to provide its position on Plaintiffs' counterproposal.
- **May 13, 2024**: deadline for Plaintiffs to respond to Accellion's position on Plaintiffs' counterproposal, if necessary
- **May 17, 2024**: deadline for the Parties to present their competing proposals to the Court if the Parties are unable to agree on search terms.

WHEREAS, given the Parties' agreement to continue to negotiate search terms, the Parties believe that the discovery hearing scheduled for April 23, 2024, should be vacated.

NOW, THEREFORE, the Parties jointly stipulate and request that the Court vacate the discovery hearing scheduled for April 23, 2024, at 10:00 a.m., and set the following deadlines:

- **April 19, 2024**: deadline for Plaintiffs to provide Accellion with a counterproposal on search terms.
- **May 10, 2024**: deadline for Accellion to provide Plaintiffs hit reports for the search terms in Plaintiffs' counterproposal, and to provide its position on Plaintiffs' counterproposal.
- **May 13, 2024**: deadline for Plaintiffs to respond to Accellion's position on Plaintiffs' counterproposal, if necessary
- **May 17, 2024**: deadline for the Parties to present their competing proposals to the Court if the Parties are unable to agree on search terms.

**IT IS SO STIPULATED.**

Dated: April 19, 2024        */s/ Adam E. Polk*

Adam E. Polk (State Bar No. 273000)
Jordan Elias (State Bar No. 228731)
Simon S. Grille (State Bar No. 294914)
Kyle P. Quackenbush (State Bar No. 322401)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Tel: (415) 981-4800
apolk@girardsharp.com
jelias@girardsharp.com
sgrille@girardsharp.com
kquackenbush@girardsharp.com

Krysta K. Pachman (State Bar No. 280951)
Michael Gervais (State Bar No. 330731)
Steven G. Sklaver (State Bar No. 237612)
Kevin R. Downs (State Bar No. 331993)
**SUSMAN GODFREY L.L.P.**
1900 Avenue of the Stars, Suite 1400
Los Angeles, California 90067-6029
Tel: (310) 789-3100
kpachman@susmangodfrey.com
mgervais@susmangodfrey.com
ssklaver@susmangodfrey.com

kdowns@susmangodfrey.com

*Interim Co-Lead Plaintiffs' Counsel*

Dated: April 19, 2024                /s/ Camilo Artiga-Purcell

Camilo Artiga-Purcell (State Bar No. 273229)
**ACCELLION, INC.**
1510 Fashion Island Blvd, Suite 100
San Mateo, CA 94404
Tel: (415) 515-4724
camilo.apurcell@kiteworks.com

Fred Norton (State Bar No. 224725)
Bree Hann (State Bar No. 215695)
Janelle Sampana (State Bar No. 336398)
Emily Kirk (State Bar No. 348547)
**THE NORTON LAW FIRM PC**
299 Third Street, Suite 200
Oakland, CA 94607
Tel: (510) 906-4900
fnorton@nortonlaw.com
bhann@nortonlaw.com
jsampana@nortonlaw.com
ekirk@nortonlaw.com

*Attorneys for Defendant Accellion, Inc.*

## **ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), the ECF filer attests that the other signatory listed, on whose behalf the filing is submitted, concurs in this filing's content and has authorized this filing.

Dated: April 19, 2024                /s/ *Adam E. Polk*
                                     Adam E. Polk

# [PROPOSED] ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____

_____
HON. SUSAN VAN KEULEN
UNITED STATES MAGISTRATE JUDGE