Fred Norton (SBN 224725)
fnorton@nortonlaw.com
Bree Hann (SBN 215695)
bhann@nortonlaw.com
Janelle Sampana (SBN 336398)
jsampana@nortonlaw.com
Emily Kirk (SBN 348547)
ekirk@nortonlaw.com
THE NORTON LAW FIRM PC
299 Third Street, Suite 200
Oakland, CA 94607
Phone: (510) 906-4900
Fax: (510) 906-4910

Camilo Artiga-Purcell (SBN 273229)
camilo.apurcell@kiteworks.com
ACCELLION, INC.
1510 Fashion Island Blvd, Suite 100
San Mateo, CA 94404
Tel: (415) 515-4724

Attorneys for Defendant
Accellion, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE ACCELLION, INC. DATA BREACH LITIGATION | Case No. 21-CV-01155-EJD<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT ACCELLION, INC.'S MOTION TO DISMISS CONSOLIDATED CLASS ACTION COMPLAINT**<br><br>Date:   July 18, 2024<br>Time:   9:00 a.m.<br>Judge:   Hon. Edward J. Davila<br>Courtroom:  4 – 5th Floor |

On July 18, 2024, the Court heard argument on Defendant Accellion, Inc.'s Motion to Dismiss Consolidated Class Action Complaint.  Having considered the parties' submissions and arguments of counsel, the Court hereby finds as follows:

Good cause appearing, the first cause of action in the Consolidated Class Action Complaint for negligence is DISMISSED without leave to amend for failure to state a claim.

**IT IS SO ORDERED.**

Dated: _____          _____

Hon. Edward J. Davila
United State District Judge

1