**WOLF HALDENSTEIN ADLER**
  **FREEMAN & HERZ LLP**
RACHELE R. BYRD (190634)
750 B Street, Suite 1820
San Diego, CA 92101
Telephone: (619) 239-4599
Facsimile: (619) 234-4599
byrd@whafh.com

*Counsel for Plaintiff Alvaro Galvis*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| IN RE ACCELLION, INC. DATA BREACH LITIGATION | Case No. 21-cv-01155-EJD |
| | Hon. Edward J. Davila |
| | **NOTICE OF APPEARANCE OF RACHELE R. BYRD** |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel of record in the above-captioned case on behalf of Plaintiff Alvaro Galvis and requests that all notices, orders and/or other information in this case be served upon her. Her contact information is as follows:

RACHELE R. BYRD (190634)
WOLF HALDENSTEIN ADLER
 FREEMAN & HERZ LLP
750 B Street, Suite 1820
San Diego, CA 92101
Telephone: (619) 239-4599
Facsimile: (619) 234-4599
byrd@whafh.com

Respectfully submitted,

Dated: April 30, 2024         By:   */s/ Rachele R. Byrd*
                                    RACHELE R. BYRD
                                    **WOLF HALDENSTEIN ADLER**
                                    **  FREEMAN & HERZ LLP**
                                    750 B Street, Suite 1820
                                    San Diego, CA 92101
                                    Telephone: (619) 239-4599
                                    Facsimile: (619) 234-4599
                                    byrd@whafh.com

                                    *Counsel for Plaintiff Alvaro Galvis*