Adam E. Polk (State Bar No. 273000)
Jordan Elias (State Bar No. 228731)
Simon S. Grille (State Bar No. 294914)
Kyle P. Quackenbush (State Bar No. 322401)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Tel: (415) 981-4800
Fax: (415) 981-4846
apolk@girardsharp.com
jelias@girardsharp.com
sgrille@girardsharp.com
kquackenbush@girardsharp.com

Krysta K. Pachman (State Bar No. 280951)
Michael Gervais (State Bar No. 330731)
Steven G. Sklaver (State Bar No. 237612)
Kevin R. Downs (State Bar No. 331993)
**SUSMAN GODFREY L.L.P.**
1900 Avenue of the Stars, Suite 1400
Los Angeles, California 90067-6029
Tel: (310) 789-3100
kpachman@susmangodfrey.com
mgervais@susmangodfrey.com
ssklaver@susmangodfrey.com
kdowns@susmangodfrey.com

*Interim Co-Lead Plaintiffs' Counsel*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| IN RE ACCELLION, INC. DATA BREACH LITIGATION | Case No. 5:21-cv-01155-EJD-SVK<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF PLAINTIFF AMBER CHAVEZ**<br><br>Hon. Edward J. Davila |

1    Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Amber Chavez, by and

2    through undersigned counsel, hereby gives notice of her voluntary dismissal of this case without

3    prejudice. This dismissal does not affect the claims of any other Plaintiff in this litigation.

4

5

6    Dated: May 8, 2024                    */s/ Adam E. Polk*

7                                          Adam E. Polk (State Bar No. 273000)

8                                          Jordan Elias (State Bar No. 228731)
                                           Simon S. Grille (State Bar No. 294914)

9                                          Kyle P. Quackenbush (State Bar No. 322401)

10                                         **GIRARD SHARP LLP**
                                           601 California Street, Suite 1400

11                                         San Francisco, CA 94108
                                           Tel: (415) 981-4800

12                                         apolk@girardsharp.com

13                                         jelias@girardsharp.com
                                           sgrille@girardsharp.com

14                                         kquackenbush@girardsharp.com

15                                         Krysta K. Pachman (State Bar No. 280951)

16                                         Michael Gervais (State Bar No. 330731)
                                           Steven G. Sklaver (State Bar No. 237612)

17                                         Kevin R. Downs (State Bar No. 331993)

18                                         **SUSMAN GODFREY L.L.P.**
                                           1900 Avenue of the Stars, Suite 1400

19                                         Los Angeles, California 90067-6029
                                           Tel: (310) 789-3100

20                                         kpachman@susmangodfrey.com

21                                         mgervais@susmangodfrey.com
                                           ssklaver@susmangodfrey.com

22                                         kdowns@susmangodfrey.com

23                                         *Interim Co-Lead Plaintiffs' Counsel*

24

25

26

27

28

1

NOTICE OF VOLUNTARY DISMISSAL OF PLAINTIFF AMBER CHAVEZ
CASE NO. 5:21-cv-01155-EJD