UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE ACCELLION, INC. DATA BREACH LITIGATION | Lead Case No.   21-cv-01155-EJD<br><br>**ORDER REGARDING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER SEALING RE AMENDED CONSOLIDATED CLASS ACTION COMPLAINT**<br><br>Re: Dkt. Nos. 229, 231 |

Pending before the Court is Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should be Sealed (the "Motion"), filed in conjunction with Plaintiffs' Amended Consolidated Class Action Complaint (the "Amended Complaint") pursuant to Civil Local Rule 79-5(f).  *See* Mot., ECF No. 229.  Defendant, the confidentiality designator of the portions of the Amended Complaint at issue, timely filed a response pursuant to Civil Local Rule 79-5(f)(3), and therein informed the Court that it does not seek sealing of the relevant portions of the Amended Complaint.  *See* Response, ECF No. 231.  Accordingly, the Court hereby ORDERS that Plaintiffs file an unredacted copy of the Amended Complaint on the public docket within seven days of the entry of this order.

**IT IS SO ORDERED.**

Dated: May 13, 2024

EDWARD J. DAVILA
United States District Judge

Case No.: 21-cv-01155-EJD
ORDER RE ADMIN. MOT. SEAL PORTIONS OF AM. CONSOL. CLASS ACTION COMPL.
1