KRYSTA KAUBLE PACHMAN (280951)
kpachman@susmangodfrey.com
MICHAEL GERVAIS (330731)
mgervais@susmangodfrey.com
STEVEN G. SKLAVER (237612)
ssklaver@susmangodfrey.com
KEVIN R. DOWNS (331993)
kdowns@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, California 90067-6029
Tel: (310) 789-3100
Fax: (310) 789-3150

ADAM E. POLK (273000)
apolk@girardsharp.com
JORDAN ELIAS (228731)
jelias@girardsharp.com
SIMON S. GRILLE (294914)
sgrille@girardsharp.com
KYLE P. QUACKENBUSH (322401)
kquackenbush@girardsharp.com
GIRARD SHARP LLP
601 California Street, Suite 1400
San Francisco, CA 94108
Tel: (415) 981-4800
Fax: (415) 981-4846

*Interim Co-Lead Plaintiffs' Counsel*

FRED NORTON (224725)
fnorton@nortonlaw.com
BREE HANN (215695)
bhann@nortonlaw.com
JANELLE SAMPANA (336398)
jsampana@norotnlaw.com
THE NORTON LAW FIRM PC
299 Third Street, Suite 200
Oakland, CA 94607
Tel: (510) 906-4900

CAMILO ARTIGA-PURCELL (273229)
camilo.apurcell@kiteworks.com
ACCELLION, INC.
1510 Fashion Island Blvd, Suite 100
San Mateo, CA 94404
Tel: (415) 515-4724

*Attorneys for Defendant Accellion, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| IN RE ACCELLION, INC. DATA BREACH LITIGATION | Case No. 5:21-cv-01155-EJD<br><br>**JOINT NOTICE RE SEARCH TERM DISCUSSIONS**<br><br>Hon. Susan van Keulen |

In accordance with the April 22, 2024 Court's Order as Modified to Vacate Discovery Hearing, Dkt. 242, Plaintiffs Rose Becker, Karlina Chavez, Derek Dawes, Amiresse Desjardins, Alvaro Galvis, Jamie McDole, Randy Moniz, Robert Olson, Jr., Holly Ringling, Heather Rodriguez, Sherie Taylor, Tito Torres, Valerie Whittaker, and Kimberly Worrick ("Plaintiffs") and Defendant Accellion, Inc. ("Accellion") (together with Plaintiffs, the "Parties"), provide this joint notice regarding the status of the parties' discussions regarding search terms.

On May 15, 2024, the Parties met and conferred to continue to negotiate search terms. The parties made progress regarding Accellion's search for and production of documents responsive to Plaintiffs' first and second document requests as is set forth below:

1. Accellion has agreed to produce documents responsive to the search terms included in Plaintiffs' April 19 counterproposal.

2. For all searches that returned less than 500 hits within a given platform (which raw data totals 6,772 documents), Accellion agrees to produce any responsive, non-privileged documents.

3. For all searches that returned more than 500 hits, the parties are in the process of meeting and conferring concerning Accellion's production.

4. With respect to text messages, the parties have reached agreement on a protocol for search, subject to Plaintiffs' reservation of the ability to seek additional text messages from Defendants if discovery demonstrates the existence of such text messages.

On or before **May 29, 2024**, the parties agree to submit a stipulation and proposed order concerning search setting forth the parties' agreement concerning production of documents responsive to Plaintiffs' first and second document requests. Separately, Accellion believes it may need to seek an extension of its deadline for substantial completion of production of documents in response to Plaintiffs' first and second set of document requests (Dkt. No. 219), which the parties also intend to address in the May 29 stipulation.

Dated: May 17, 2024                    Respectfully submitted,

                                        */s/ Adam E. Polk*
                                        Adam E. Polk (State Bar No. 273000)

1

Jordan Elias (State Bar No. 228731)
Simon S. Grille (State Bar No. 294914)
Kyle P. Quackenbush (State Bar No. 322401)
GIRARD SHARP LLP
601 California Street, Suite 1400
San Francisco, CA 94108
Tel: (415) 981-4800
apolk@girardsharp.com
jelias@girardsharp.com
sgrille@girardsharp.com
kquackenbush@girardsharp.com

Krysta K. Pachman (State Bar No. 280951)
Michael Gervais (State Bar No. 330731)
Steven G. Sklaver (State Bar No. 237612)
Kevin R. Downs (State Bar No. 331993)
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, California 90067-6029
Tel: (310) 789-3100
kpachman@susmangodfrey.com
mgervais@susmangodfrey.com
ssklaver@susmangodfrey.com
kdowns@susmangodfrey.com

*Interim Co-Lead Plaintiffs' Counsel*

Dated: May 17, 2024

*/s/ Camilo Artiga-Purcell*
Camilo Artiga-Purcell
ACCELLION, INC.
1510 Fashion Island Blvd, Suite 100
San Mateo, CA 94404
(415) 515-4724
camilo.apurcell@kiteworks.com

Fred Norton
Bree Hann
Janelle Sampana
THE NORTON LAW FIRM PC
299 Third Street, Suite 200
Oakland, CA 94607
(510) 906-4900
fnorton@nortonlaw.com
bhann@nortonlaw.com
jsampana@nortonlaw.com

*Attorneys for Defendant Accellion, Inc.*

2

1

**ATTESTATION**

2

Pursuant to Civil L.R. 5-1(i)(3), the ECF filer attests that the other signatory listed, on whose

3

behalf the filing is submitted, concurs in this filing's content and has authorized this filing.

4

5

Dated: May 17, 2024

*/s/ Adam E. Polk*
Adam E. Polk

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT NOTICE RE SEARCH TERM DISCUSSIONS
CASE NO. 5:21-cv-01155-EJD