Adam E. Polk (State Bar No. 273000)
Simon S. Grille (State Bar No. 294914)
Kyle P. Quackenbush (State Bar No. 322401)
Cole Limbach (State Bar No. 352938)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Tel: (415) 981-4800
Fax: (415) 981-4846
apolk@girardsharp.com
sgrille@girardsharp.com
kquackenbush@girardsharp.com
climbach@girardsharp.com

*Interim Co-Lead Class Counsel*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| IN RE ACCELLION, INC. DATA BREACH LITIGATION | Case No. 5:21-cv-01155-EJD<br><br>**NOTICE OF APPEARANCE OF COLE LIMBACH**<br><br>Hon. Edward J. Davila<br>Courtroom 4 – 5th Floor |

1

**PLEASE TAKE NOTICE** that Cole Limbach of Girard Sharp LLP, an attorney admitted to

2

practice in this Court, hereby enters his appearance in the above-captioned matter as counsel of record

3

for Plaintiffs Rose Becker, Karlina Chavez, Derek Dawes, Amiresse Desjardins, Alvaro Galvis, Jamie

4

McDole, Randy Moniz, Robert Olson, Jr., Holly Ringling, Heather Rodriguez, Sherie Taylor, Tito

5

Torres, Valerie Whittaker, and Kimberly Worrick.  Plaintiffs respectfully request that all further

6

pleadings, notices, documents, and other papers herein be provided to and served upon counsel via

7

ECF or otherwise to:

8

9

10

11

Cole Limbach
GIRARD SHARP LLP
601 California Street, Suite 1400
San Francisco, CA 94108
Tel: (415) 981-4800
climbach@girardsharp.com

12

13

14

Dated: May 22, 2024

Respectfully submitted,

15

16

By:   /s/ *Cole Limbach*

17

Adam E. Polk (State Bar No. 273000)
Simon S. Grille (State Bar No. 294914)
Kyle P. Quackenbush (State Bar No. 322401)
Cole Limbach (State Bar No. 352938)

18

19

**GIRARD SHARP LLP**

20

601 California Street, Suite 1400
San Francisco, CA 94108
Tel: (415) 981-4800
Fax: (415) 981-4846
apolk@girardsharp.com
sgrille@girardsharp.com
kquackenbush@girardsharp.com
climbach@girardsharp.com

21

22

23

24

25

*Interim Co-Lead Class Counsel*

26

27

28

NOTICE OF APPEARANCE OF COLE LIMBACH
CASE NO. 5:21-cv-01155-EJD