KRYSTA KAUBLE PACHMAN (280951)
kpachman@susmangodfrey.com
MICHAEL GERVAIS (330731)
mgervais@susmangodfrey.com
STEVEN G. SKLAVER (237612)
ssklaver@susmangodfrey.com
KEVIN R. DOWNS (331993)
kdowns@susmangodfrey.com
**SUSMAN GODFREY L.L.P.**
1900 Avenue of the Stars, Suite 1400
Los Angeles, California 90067-6029
Tel: (310) 789-3100
Fax: (310) 789-3150

ADAM E. POLK (273000)
apolk@girardsharp.com
JORDAN ELIAS (228731)
jelias@girardsharp.com
KYLE P. QUACKENBUSH (322401)
kquackenbush@girardsharp.com
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Tel: (415) 981-4800
Fax: (415) 981-4846

*Interim Co-Lead Plaintiffs' Counsel*

FRED NORTON (224725)
fnorton@nortonlaw.com
BREE HANN (215695)
bhann@nortonlaw.com
JANELLE SAMPANA (336398)
jsampana@norotnlaw.com
**THE NORTON LAW FIRM PC**
299 Third Street, Suite 200
Oakland, CA 94607
Tel: (510) 906-4900

CAMILO ARTIGA-PURCELL (273229)
camilo.apurcell@kiteworks.com
**ACCELLION, INC.**
1510 Fashion Island Blvd, Suite 100
San Mateo, CA 94404
Tel: (415) 515-4724

*Attorneys for Defendant Accellion, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| IN RE ACCELLION, INC. DATA BREACH LITIGATION | Case No. 5:21-cv-01155-EJD<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER RE EXTENSION TO CLASS CERTIFICATION BRIEFING SCHEDULE**<br><br>Hon. Edward J. Davila |

1    Plaintiffs Rose Becker, Karlina Chavez, Derek Dawes, Amiresse Desjardins, Alvaro Galvis,

2  Jamie McDole, Randy Moniz, Robert Olson, Jr., Holly Ringling, Heather Rodriguez, Sherie Taylor,

3  Tito Torres, Valerie Whittaker, and Kimberly Worrick (collectively, "Plaintiffs") and Defendant

4  Accellion, Inc. ("Accellion"), jointly stipulate and agree as follows:

5    WHEREAS, the Court entered on February 12, 2024, its Order Setting Initial Case

6  Management Conference; Setting Case Schedule (Dkt. 219) (the "Order");

7    WHEREAS, the Court's Order set the deadline for Plaintiffs to file their Motion for Class

8  Certification and Designation of Opening Class Certification Experts with Reports on August 26, 2024,

9  Defendant to file its Opposition to Motion for Class Certification and Designation of Rebuttal Class

10  Certification Experts with Reports on September 26, 2024, and Plaintiffs to file their Reply in Support

11  of Motion for Class Certification and Reply Class Certification Experts Reports on October 25, 2024;

12    WHEREAS, the Court's Order set a hearing on Plaintiffs' Motion for Class Certification on

13  November 14, 2024;

14    WHEREAS, the Parties have met and conferred and agreed that, given the current state of

15  discovery (*e.g.*, Accellion will not substantially complete document production for Plaintiffs' first two

16  sets of requests for production until July 26th) and the pleadings (*e.g.*, Accellion's motion to dismiss

17  remains pending), moving for class certification in late August would be premature;

18    NOW, THEREFORE, the Parties hereby stipulate and request that the Court enter an order

19  setting the following deadlines for Plaintiffs' motion for class certification:

20

21

| EVENT | DEADLINE |
|---|---|
| Deadline to File Motion for Class Certification and Designation of Opening Class Certification Experts with Reports. | November 4, 2024 |
| Deadline to File Opposition to Motion for Class Certification and Designation of Rebuttal Class Certification Experts with Reports. | December 11, 2024 |
| Deadline to File Reply in Support of Motion for Class Certification and Reply Class Certification Experts Reports. | January 24, 2025 |

22

23

24

25

26

27

28

JOINT STIPULATION AND [PROPOSED] ORDER RE EXTENSION TO
CLASS CERTIFICATION BRIEFING SCHEDULE
CASE NO. 5:21-cv-01155-EJD

| Hearing on Motion for Class Certification | February 6, 2025, or the Court's first available date thereafter. |
|---|---|

Dated: July 12, 2024                    Respectfully submitted,

*/s/   Krysta K. Pachman*
Adam E. Polk (State Bar No. 273000)
Jordan Elias (State Bar No. 228731)
Simon S. Grille (State Bar No. 294914)
Kyle P. Quackenbush (State Bar No. 322401)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Tel: (415) 981-4800
apolk@girardsharp.com
jelias@girardsharp.com
sgrille@girardsharp.com
kquackenbush@girardsharp.com

Krysta K. Pachman (State Bar No. 280951)
Michael Gervais (State Bar No. 330731)
Steven G. Sklaver (State Bar No. 237612)
Kevin R. Downs (State Bar No. 331993)
**SUSMAN GODFREY L.L.P.**
1900 Avenue of the Stars, Suite 1400
Los Angeles, California 90067-6029
Tel: (310) 789-3100
kpachman@susmangodfrey.com
mgervais@susmangodfrey.com
ssklaver@susmangodfrey.com
kdowns@susmangodfrey.com

*Interim Co-Lead Plaintiffs' Counsel*

Dated: July 12, 2024

*/s/   Camilo Artiga-Purcell*
Camilo Artiga-Purcell
**ACCELLION, INC.**
1510 Fashion Island Blvd, Suite 100
San Mateo, CA 94404
(415) 515-4724
camilo.apurcell@kiteworks.com

Fred Norton
Bree Hann
Janelle Sampana
**THE NORTON LAW FIRM PC**
299 Third Street, Suite 200
Oakland, CA 94607

2

(510) 906-4900
fnorton@nortonlaw.com
bhann@nortonlaw.com
jsampana@nortonlaw.com

*Attorneys for Defendant Accellion, Inc.*

JOINT STIPULATION AND [PROPOSED] ORDER RE EXTENSION TO
CLASS CERTIFICATION BRIEFING SCHEDULE
CASE NO. 5:21-cv-01155-EJD

1

**[PROPOSED] ORDER**

2

3        **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

4

5    Dated: _____

6                                          _____
                                           Edward J. Davila
7                                          United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4

1          **ATTESTATION**

2          Pursuant to Civil L.R. 5-1(i)(3), the ECF filer attests that the other signatory listed, on whose

3   behalf the filing is submitted, concurs in this filing's content and has authorized this filing.

4

5   Dated: July 12, 2024                    /s/      *Kevin R. Downs*

6                                                Kevin R. Downs

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION AND [PROPOSED] ORDER RE EXTENSION TO
CLASS CERTIFICATION BRIEFING SCHEDULE
CASE NO. 5:21-cv-01155-EJD