| | |
|---|---|
| 1 | Krysta K. Pachman (280951) |
| 2 | Michael Gervais (330731) |
|   | Steven G. Sklaver (237612) |
| 3 | Kevin R. Downs (331993) |
|   | **SUSMAN GODFREY L.L.P.** |
| 4 | 1900 Avenue of the Stars, Suite 1400 |
|   | Los Angeles, California 90067-6029 |
| 5 | Tel: (310) 789-3100 |
|   | Fax: (310) 789-3150 |
| 6 | kpachman@susmangodfrey.com |
|   | mgervais@susmangodfrey.com |
| 7 | ssklaver@susmangodfrey.com |
|   | kdowns@susmangodfrey.com |

*Interim Co-Lead Plaintiffs' Counsel*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| IN RE ACCELLION, INC. DATA BREACH LITIGATION | Case No: 5:21-cv-01155-EJD |
| | Hon. Edward J. Davila |
| | **NOTICE OF APPEARANCE OF MADELINE YZURDIAGA** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that attorney Madeline Yzurdiaga of Susman Godfrey L.L.P., 1900 Avenue of the Stars, Suite 1400, Los Angeles, California 90067, a member of the State Bar of California and admitted to practice before this Court, hereby enters an appearance as counsel on behalf of plaintiffs Rose Becker, Karlina Chavez, Derek Dawes, Amiresse Desjardins, Alvaro Galvis, Jamie McDole, Randy Moniz, Robert Olson, Jr., Holly Ringling, Heather Rodriguez, Sherie Taylor, Tito Torres, Valerie Whittaker, and Kimberly Worrick.  Ms. Yzurdiaga respectfully requests that all pleadings, notices, order, correspondence and other papers in connection with this action be served upon her at the following address:

> Madeline Yzurdiaga
> SUSMAN GODFREY L.L.P.
> 1900 Avenue of the Stars, Suite 1400
> Los Angeles, California 90067
> myzurdiaga@susmangodfrey.com
> [Tel.]: (310) 789-3100
> [Fax.]: (310) 789-3150

Dated:  July 15, 2024

KRYSTA K. PACHMAN
MICHAEL GERVAIS
STEVEN G. SKLAVER
KEVIN DOWNS
MADELINE YZURDIAGA
**SUSMAN GODFREY L.L.P.**

By:  */s/ Madeline Yzurdiaga*
Madeline Yzurdiaga

*Interim Co-Lead Plaintiffs' Counsel*