| | |
|---|---|
| KRYSTA KAUBLE PACHMAN (280951)<br>kpachman@susmangodfrey.com<br>MICHAEL GERVAIS (330731)<br>mgervais@susmangodfrey.com<br>STEVEN G. SKLAVER (237612)<br>ssklaver@susmangodfrey.com<br>KEVIN R. DOWNS (331993)<br>kdowns@susmangodfrey.com<br>**SUSMAN GODFREY L.L.P.**<br>1900 Avenue of the Stars, Suite 1400<br>Los Angeles, California 90067-6029<br>Tel: (310) 789-3100<br>Fax: (310) 789-3150<br><br>ADAM E. POLK (273000)<br>apolk@girardsharp.com<br>JORDAN ELIAS (228731)<br>jelias@girardsharp.com<br>KYLE P. QUACKENBUSH (322401)<br>kquackenbush@girardsharp.com<br>**GIRARD SHARP LLP**<br>601 California Street, Suite 1400<br>San Francisco, CA 94108<br>Tel: (415) 981-4800<br>Fax: (415) 981-4846<br><br>*Interim Co-Lead Plaintiffs' Counsel* | FRED NORTON (224725)<br>fnorton@nortonlaw.com<br>BREE HANN (215695)<br>bhann@nortonlaw.com<br>JANELLE SAMPANA (336398)<br>jsampana@norotnlaw.com<br>**THE NORTON LAW FIRM PC**<br>299 Third Street, Suite 200<br>Oakland, CA 94607<br>Tel: (510) 906-4900<br><br>CAMILO ARTIGA-PURCELL (273229)<br>camilo.apurcell@kiteworks.com<br>**ACCELLION, INC.**<br>1510 Fashion Island Blvd, Suite 100<br>San Mateo, CA 94404<br>Tel: (415) 515-4724<br><br>*Attorneys for Defendant Accellion, Inc.* |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| IN RE ACCELLION, INC. DATA BREACH LITIGATION | Case No. 5:21-cv-01155-EJD<br><br>**JOINT STIPULATION AND [~~PROPOSED~~] ORDER RE EXTENSION TO CLASS CERTIFICATION BRIEFING SCHEDULE**<br><br>**\* AS MODIFIED \***<br><br>Hon. Edward J. Davila |

Plaintiffs Rose Becker, Karlina Chavez, Derek Dawes, Amiresse Desjardins, Alvaro Galvis, Jamie McDole, Randy Moniz, Robert Olson, Jr., Holly Ringling, Heather Rodriguez, Sherie Taylor, Tito Torres, Valerie Whittaker, and Kimberly Worrick (collectively, "Plaintiffs") and Defendant Accellion, Inc. ("Accellion"), jointly stipulate and agree as follows:

WHEREAS, the Court entered on February 12, 2024, its Order Setting Initial Case Management Conference; Setting Case Schedule (Dkt. 219) (the "Order");

WHEREAS, the Court's Order set the deadline for Plaintiffs to file their Motion for Class Certification and Designation of Opening Class Certification Experts with Reports on August 26, 2024, Defendant to file its Opposition to Motion for Class Certification and Designation of Rebuttal Class Certification Experts with Reports on September 26, 2024, and Plaintiffs to file their Reply in Support of Motion for Class Certification and Reply Class Certification Experts Reports on October 25, 2024;

WHEREAS, the Court's Order set a hearing on Plaintiffs' Motion for Class Certification on November 14, 2024;

WHEREAS, the Parties have met and conferred and agreed that, given the current state of discovery (*e.g.*, Accellion will not substantially complete document production for Plaintiffs' first two sets of requests for production until July 26th) and the pleadings (*e.g.*, Accellion's motion to dismiss remains pending), moving for class certification in late August would be premature;

NOW, THEREFORE, the Parties hereby stipulate and request that the Court enter an order setting the following deadlines for Plaintiffs' motion for class certification:

| EVENT | DEADLINE |
| --- | --- |
| Deadline to File Motion for Class Certification and Designation of Opening Class Certification Experts with Reports. | November 4, 2024 |
| Deadline to File Opposition to Motion for Class Certification and Designation of Rebuttal Class Certification Experts with Reports. | December 11, 2024 |
| Deadline to File Reply in Support of Motion for Class Certification and Reply Class Certification Experts Reports. | January 24, 2025 |

| Hearing on Motion for Class Certification | ~~February 6, 2025, or the Court's first available date thereafter.~~ February 27, 2025, at 9:00 a.m. |
|---|---|

Dated: July 12, 2024

Respectfully submitted,

*/s/  Krysta K. Pachman*
Adam E. Polk (State Bar No. 273000)
Jordan Elias (State Bar No. 228731)
Simon S. Grille (State Bar No. 294914)
Kyle P. Quackenbush (State Bar No. 322401)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Tel: (415) 981-4800
apolk@girardsharp.com
jelias@girardsharp.com
sgrille@girardsharp.com
kquackenbush@girardsharp.com

Krysta K. Pachman (State Bar No. 280951)
Michael Gervais (State Bar No. 330731)
Steven G. Sklaver (State Bar No. 237612)
Kevin R. Downs (State Bar No. 331993)
**SUSMAN GODFREY L.L.P.**
1900 Avenue of the Stars, Suite 1400
Los Angeles, California 90067-6029
Tel: (310) 789-3100
kpachman@susmangodfrey.com
mgervais@susmangodfrey.com
ssklaver@susmangodfrey.com
kdowns@susmangodfrey.com

*Interim Co-Lead Plaintiffs' Counsel*

Dated: July 12, 2024

*/s/  Camilo Artiga-Purcell*
Camilo Artiga-Purcell
**ACCELLION, INC.**
1510 Fashion Island Blvd, Suite 100
San Mateo, CA 94404
(415) 515-4724
camilo.apurcell@kiteworks.com

Fred Norton
Bree Hann
Janelle Sampana
**THE NORTON LAW FIRM PC**
299 Third Street, Suite 200
Oakland, CA 94607

(510) 906-4900
fnorton@nortonlaw.com
bhann@nortonlaw.com
jsampana@nortonlaw.com

*Attorneys for Defendant Accellion, Inc.*

3

JOINT STIPULATION AND [~~PROPOSED~~] ORDER RE EXTENSION TO
CLASS CERTIFICATION BRIEFING SCHEDULE
CASE NO. 5:21-cv-01155-EJD

[~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED, AS MODIFIED.

Dated: July 15, 2024

_____
Edward J. Davila
United States District Judge