**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
Carey Alexander (*pro hac vice*)
calexander@scott-scott.com
Joseph P. Guglielmo (*pro hac vice*)
jguglielmo@scott-scott.com
The Helmsley Building
230 Park Ave., 17th Floor
New York, NY 10169
Telephone: 212-223-6444

*Attorneys for Plaintiff*
**VALERIE WHITTAKER**

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| IN RE ACCELLION, INC. DATA BREACH LITIGATION | Case No. 21-cv-01155-EJD<br><br>**NOTICE OF WITHDRAWAL OF ATTORNEY CAREY ALEXANDER** |

PLEASE TAKE NOTICE that I hereby withdraw as an attorney for Plaintiff Valerie Whittaker ("Plaintiff") in the above-captioned action (the "Action"). I respectfully request be removed from the Court's service list with respect to this Action. Joseph P. Guglielmo, Erin Green Comite, and Alex Outwater of Scott+Scott Attorneys at Law LLP will continue to represent Plaintiff in the Action. All future correspondence and papers in the Action should continue to be directed to the aforementioned attorneys.

Respectfully submitted,

Dated:  August 26, 2024  **SCOTT+SCOTT ATTORNEYS AT LAW LLP**

*/s/ Carey Alexander*
Carey Alexander (*pro hac vice*)
Joseph P. Guglielmo (*pro hac vice*)
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Telephone: 212-233-6444
calexander@scott-scott.com
jguglielmo@scott-scott.com

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
Alex Outwater (CA 259062)
600 W. Broadway, Suite 3300
San Diego, CA 92101
Telephone: 619-233-4565
aoutwater@scott-scott.com

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
Erin Green Comite (*pro hac vice*)
156 South Main Street
P.O. Box 192
Colchester, CT 06415
Telephone: 860-537-5537
ecomite@scott-scott.com

*Counsel for Plaintiff*