1

2

3

4                          UNITED STATES DISTRICT COURT

5                        NORTHERN DISTRICT OF CALIFORNIA

6                                  SAN JOSE DIVISION

7

8    IN RE ACCELLION, INC. DATA            Case No.   5:21-cv-01155-EJD
     BREACH LITIGATION
9                                          **ORDER GRANTING LEAVE TO FILE;
                                           DENYING MOTION TO SEAL**
10

11                                         Re: ECF Nos. 265, 266

12

13          Upon consideration, the Court GRANTS Plaintiffs' motion for leave to file a motion for

14   reconsideration and leave to amend.  ECF No. 266.  Because Defendant Accellion, Inc. does not

15   ask the Court to seal any of the material that Plaintiffs redacted from their proposed motion for

16   reconsideration and leave to amend and their proposed amended complaint, ECF No. 268, the

17   Court DENIES the administrative motion to consider whether another party's material should be

18   sealed.  Plaintiffs shall file their proposed motion for reconsideration and proposed amended

19   complaint without redactions by **September 12, 2024**.  Accellion shall file any opposition by

20   **September 26, 2024**.  Plaintiffs shall file any reply by **October 3, 2024**.  The parties should not

21   reserve a hearing date—the Court will set a hearing if necessary.

22          **IT IS SO ORDERED.**

23   Dated: September 10, 2024

24

25

26                                         EDWARD J. DAVILA
                                           United States District Judge
27

28

United States District Court
Northern District of California