Adam E. Polk (SBN 273000)
Kyle P. Quackenbush (SBN 322401)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Tel: (415) 981-4800
Fax: (415) 981-4846
apolk@girardsharp.com
kquackenbush@girardsharp.com

*Interim Co-Lead Plaintiffs' Counsel*

Krysta K. Pachman (SBN 280951)
Michael Gervais (SBN 330731)
Steven G. Sklaver (SBN 237612)
Kevin R. Downs (SBN 331993)
Madeline M. Yzurdiaga (SBN 344676)
**SUSMAN GODFREY L.L.P.**
1900 Avenue of the Stars, Suite 1400
Los Angeles, California 90067-6029
Tel: (310) 789-3100
kpachman@susmangodfrey.com
mgervais@susmangodfrey.com
ssklaver@susmangodfrey.com
kdowns@susmangodfrey.com
myzurdiaga@susmangodfrey.com

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| IN RE ACCELLION, INC. DATA BREACH LITIGATION | Case No. 5:21-cv-01155-EJD-SVK<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF PLAINTIFF HOLLY RINGLING**<br><br>Hon. Edward J. Davila |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Holly Ringling, by and through undersigned counsel, hereby gives notice of her voluntary dismissal of this case without prejudice. This dismissal does not affect the claims of any other Plaintiff in this litigation.

Dated: October 29, 2024        /s/ Adam E. Polk

Adam E. Polk (SBN 273000)
Kyle P. Quackenbush (SBN 322401)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Tel: (415) 981-4800
apolk@girardsharp.com
kquackenbush@girardsharp.com

Krysta K. Pachman (SBN 280951)
Michael Gervais (SBN 330731)
Steven G. Sklaver (SBN 237612)
Kevin R. Downs (SBN 331993)
Madeline M. Yzurdiaga (SBN 344676)
**SUSMAN GODFREY L.L.P.**
1900 Avenue of the Stars, Suite 1400
Los Angeles, California 90067-6029
Tel: (310) 789-3100
kpachman@susmangodfrey.com
mgervais@susmangodfrey.com
ssklaver@susmangodfrey.com
kdowns@susmangodfrey.com
myzurdiaga@susmangodfrey.com

*Interim Co-Lead Plaintiffs' Counsel*