UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| IN RE ACCELLION, INC. DATA BREACH LITIGATION | Case No. 5:21-cv-01155-EJD<br><br>**ORDER RE SEALING MOTIONS**<br><br>Re: ECF Nos. 325, 328 |
|---|---|

Having reviewed Defendant Accellion, Inc.'s motion to consider whether another party's material should be sealed (ECF Nos. 318, 325) as well as the statements filed in support thereof (ECF Nos. 327, 328, 329, 331), the Court rules on sealing as follows:

| Document | Ruling |
|---|---|
| Accellion's Opposition to Class Certification | **GRANTED** as to 19:3–5, 25:10–11, 32:6–8.<br><br>**DENIED** as to 16:15–17 since these lines are not specific enough to cause harm. Generic recognition that a party has been exposed to a past data breach, without specific details, does not risk privacy.<br><br>Also **DENIED** as to i:12–13, 6:4–6, 6:23–7:1, 7:21–22, 8:6–11, 8:28–9:4. Discussion of how certain entities failed to timely implement security patches do not reveal cybersecurity information that would compromise those entities' future cybersecurity efforts. Moreover, the fact that Non-Parties Centene Corp. and the Washington State Auditor's Office (WASAO) did not ask the Court to seal comparable information regarding their actions undermines any assertion that disclosing such information poses cybersecurity risk.<br><br>Otherwise **DENIED** as to the remainder of the document. |
| Balonis Declaration | **GRANTED** as to the name of the IT employee at 11:23. Hackers may target the specific employee for access to secure systems. |

Case No.: 5:21-cv-01155-EJD
ORDER RE SEALING                    1

| | |
|---|---|
| | **DENIED** as to 11:17–27 (except for the IT employee's name), 12:5–11. Cybersecurity concerns from unsealing are not justified (see discussion above). Otherwise **DENIED** as to the remainder of the document. |
| Balonis Declaration, Exhibits 4, 6, 7. | **GRANTED** as to the email addresses in Exhibit 6 (see discussion above). Otherwise **DENIED**. |
| Kirk Declaration, Exhibit 55 | **GRANTED** as to 250:7–13, 254:4–14, 264:21–24. Otherwise **DENIED**. |
| Kirk Declaration, Exhibit 57 | **GRANTED** as to 190:21–24. Otherwise **DENIED**. |
| Kirk Declaration, Exhibit 58 | **GRANTED** as to 15:23–16:11, 54:8, 54:10, 54:13, 54:18, 75:3, 75:6–7, 129:7. Otherwise **DENIED**. |
| Kirk Declaration, Exhibit 62 | **GRANTED** as to 20:23–23:25, 115:21. Otherwise **DENIED**. |
| Kirk Declaration, Exhibit 63 | **GRANTED** as to 137:10. Otherwise **DENIED**. |
| Kirk Declaration, Exhibit 66 | **GRANTED** as to email addresses and telephone numbers on page 1. Otherwise **DENIED**. |
| Kirk Declaration, Exhibit 85 | **GRANTED** as to 24:5–15, 25:21–24, 28:14–18, 29:20, 31:9–10, 32:18, 32:24–43:14, 69:4–76:10. Otherwise **DENIED**. |
| Kirk Declaration, Exhibit 115 | **GRANTED** as to all phone numbers. Otherwise **DENIED**. |
| Kirk Declaration, Exhibit 116 | **GRANTED** as to all phone numbers; email address on page 1. Otherwise **DENIED**. |
| Kirk Declaration, Exhibit 117 | **GRANTED** as to names of non-parties. Otherwise **DENIED**. |

Case No.: 5:21-cv-01155-EJD
ORDER RE SEALING                    2

| | |
|---|---|
| Kirk Declaration, Exhibit 127 | **GRANTED** as to 22:1–2.<br>Otherwise **DENIED**. |
| Kirk Declaration, Exhibit 130 | **DENIED** because cybersecurity concerns from unsealing are not justified (see discussion above). |
| Dolev Declaration and Exhibits | **GRANTED** as to pages 5–25; "Main Tab" excel spreadsheet attachment at PDF pages 28–31; "HAVEIBEEN PWNED Tab" at PDF pages 33–37.<br>Otherwise **DENIED**. |

Except as granted above, the Court **DENIES** sealing of all other documents which Accellion identified in its motion (ECF Nos. 318, 325) because the parties designating those documents as confidential have not sought to maintain them under seal. Accellion shall file public versions of all documents consistent with this Order within **seven (7) days**.

**IT IS SO ORDERED.**

Dated: April 7, 2025

EDWARD J. DAVILA
United States District Judge

Case No.: 5:21-cv-01155-EJD
ORDER RE SEALING                3