UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE ACCELLION, INC. DATA BREACH LITIGATION | Case No. 21-cv-01155-EJD (SVK) <br><br> **TENTATIVE ORDER REGARDING DISCOVERY DISPUTE** <br><br> Re: Dkt. No. 340 |

The Court has reviewed the discovery dispute regarding Defendant's request to compel production of documents produced to Plaintiffs by the Regents of the University of California ("Regents") in a related action styled as *Erazo, et al. v. Regents of the University of California*. Dkt. 340 at 1. The Court's **tentative ruling** based upon the record before it is to **GRANT** Accellion's request. To give third-party Regents an opportunity to be heard, the Court **ORDERS** as follows:

- Plaintiffs are to immediately serve a copy of this Order on Regents;
- Regents may file a written position statement regarding the request before this Court not to exceed 5 pages **no later than April 21, 2025**;
- If Regents file a statement, Accellion may file a response not to exceed 5 pages **no later than April 24, 2025**;
- The Court will hold a hearing via Zoom on **April 29, 2025 at 10 am**

All Parties to this discovery dispute are strongly encouraged to meet & confer in advance of the hearing and to notify the Court by **5 pm on April 28, 2025** if the dispute has been resolved.

////

////

////

**SO ORDERED.**

Dated: April 14, 2025

_Susan van Keulen_
SUSAN VAN KEULEN
United States Magistrate Judge

2