UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

IN RE ACCELLION, INC. DATA BREACH LITIGATION

Case No. 5:21-cv-01155-EJD

**ORDER RE SEALING MOTIONS**

Re: ECF Nos. 343, 344

Having reviewed Plaintiffs' motion to seal (ECF No. 344) and motion to consider whether another party's material should be sealed (ECF No. 343) as well as the statements filed in support thereof (ECF Nos. 346, 347, 348), the Court rules on sealing as follows:

| Document | Ruling |
| --- | --- |
| Reply in Support of Class Certification Motion | **GRANTED** as to 5:26–28 (footnote 2), 24:6–9. |
| Polk Exhibit 3 | **GRANTED** as to 73:6, 254:1–14, 254:24–255:3. |
| Polk Exhibit 4 | **GRANTED** as to 56:1–11. |
| Polk Exhibit 10 | **GRANTED** as to 20:23–25, 35:1–10, 35:16–36:3, 116:3–4, 116:7, 116:12, 117:21. |
| Reply Report of Daniel J. Korczyk in Support of Plaintiffs' Motion for Class Certification | **GRANTED** as to portions of ¶¶ 47, 50, 60, and footnote 54. |
| Reply Report of Russell W. Mangum | **GRANTED** as to ¶¶ 23 (sentences three to six, ten, and eleven), 25 (sentences one, two, and four), 26 (first three sentences), 27 (first three sentences), and 55 (second-to-last sentence). |

Case No.: 5:21-cv-01155-EJD
ORDER RE SEALING                1

Except as granted above, the Court **DENIES** sealing of all other documents which Plaintiffs identified in their motions (ECF Nos. 343, 344) because the parties designating those documents as confidential have not sought to maintain them under seal. Plaintiffs shall file public versions of all documents consistent with this Order within **seven (7) days**.

**IT IS SO ORDERED.**

Dated:  April 17, 2025

EDWARD J. DAVILA
United States District Judge