1  David Berger (SBN 277526)
2  Sadie Hillier (*pro hac vice*)
   **GIBBS MURA LLP**
3  1111 Broadway, Suite 2100
   Oakland, California 94607
4  (510) 350-9700 (tel.)
5  (510) 350-9701 (fax)
   dmb@classlawgroup.com
6  seh@classlawgroup.com

7  *Attorneys for Plaintiff Kimberly Worrick*

8

9                    **UNITED STATES DISTRICT COURT**
10                  **NORTHERN DISTRICT OF CALIFORNIA**
                           **SAN JOSE DIVISION**
11

12 | IN RE ACCELLION, INC. DATA BREACH LITIGATION | Case No. 5:21-cv-01155-EJD |
13 | | |
   | | **NOTICE OF CHANGE OF FIRM NAME** |
14 | | |
   | | Judge: Hon. Edward J. Davilla |
15

16

17

18

19

20

21

22

23

24

25

26

27

28

**TO THE COURT, ALL PARTIES AND COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT** effective immediately, Gibbs Law Group LLP, counsel for Plaintiff Kimberly Worrick in this matter, has changed its firm name to Gibbs Mura LLP. The mailing address, telephone, fax, and e-mail addresses remain the same.

Counsel respectfully requests that all notices, orders, pleadings, letters, and all other communications hereafter reflect this change.

Dated: April 17, 2025                                Respectfully submitted,

By: /s/ *David Berger*

David Berger (SBN 277526)
Sadie Hillier (*pro hac vice*)
**GIBBS MURA LLP**
1111 Broadway, Suite 2100
Oakland, California 94607
(510) 350-9700 (tel.)
(510) 350-9701 (fax)
dmb@classlawgroup.com
seh@classlawgroup.com

*Attorneys for Plaintiff Kimberly Worrick*