UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE ACCELLION, INC. DATA BREACH LITIGATION

Case No. 21-cv-01155-EJD (SVK)

**ORDER FOLLOWING DISCOVERY HEARING AND EXTENDING THE SCHEDULE**

Re: Dkt. No. 340

Before the Court is the discovery dispute regarding Defendant's request to compel Plaintiffs to produce documents previously produced to Plaintiffs by the Regents of the University of California ("UC Regents") in a related action styled as *Erazo, et al. v. Regents of the University of California*.[1] Dkt. 340 at 1. The Court issued a tentative ruling and ordered further briefing by Defendant and UC Regents. Dkt. 352. After submitting their briefing and engaging in meet-and-confer efforts, including a limited production of documents, all three parties came before the Court for a hearing on May 27, 2025. Having reviewed the submissions, the relevant law and based upon arguments presented during the hearing, the Court **GRANTS-IN-PART** Defendant's request as follows:

- At least some portion of the UC Regents' production in the *Erazo* case is relevant to the instant case and should be produced to Accellion by Plaintiffs.

- Accordingly, all sides are to meet and confer in accordance with this Court's standing order by **May 30, 2025** to identify all documents produced in the *Erazo* action that relate to either (1) Accellion or (2) the file transfer software ("FTA") used by UC Regents and at issue in this litigation. As discussed at the hearing, a request for

---

[1] UC Regents are not a party to this action.

production need not specifically refer to Accellion or FTA to have led to the production of responsive documents.

- Plaintiffs shall then produce such documents with all reasonable diligence.
- If specific categories of documents or requests for production remain in dispute, the parties to this dispute shall file a supplemental joint statement not to exceed five pages **no later than June 6, 2025** identifying the issues that remain in dispute. The Court will set a further discovery hearing for **June 12, 2025 at 10:00 am** via videoconference.

**SO ORDERED.**

Dated: May 27, 2025

SUSAN VAN KEULEN
United States Magistrate Judge