Adam E. Polk (SBN 273000)
Kyle P. Quackenbush (SBN 322401)
Samhita Collur (SBN 348448)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Tel: (415) 981-4800
Fax: (415) 981-4846
apolk@girardsharp.com
kquackenbush@girardsharp.com
scollur@girardsharp.com

Krysta K. Pachman (SBN 280951)
Michael Gervais (SBN 330731)
Steven G. Sklaver (SBN 237612)
Kevin R. Downs (SBN 331993)
**SUSMAN GODFREY L.L.P.**
1900 Avenue of the Stars, Suite 1400
Los Angeles, California 90067-6029
Tel: (310) 789-3100
Fax: (310) 789-3150
kpachman@susmangodfrey.com
mgervais@susmangodfrey.com
ssklaver@susmangodfrey.com
kdowns@susmangodfrey.com

*Co-Lead Class Counsel*

Fred Norton (SBN 224725)
Bree Hann (SBN 215695)
Gil Walton (SBN 324133)
Rebecca Kutlow (SBN 333944)
Heather Bates (SBN 337703)
Emily Kirk (SBN 348547)
**THE NORTON LAW FIRM PC**
300 Frank H. Ogawa Plaza Third, Suite 450
Oakland, CA 94612
Tel: (510) 906-4900
fnorton@nortonlaw.com
bhann@nortonlaw.com
gwalton@nortonlaw.com
rkutlow@nortonlaw.com
hbates@nortonlaw.com
ekirk@nortonlaw.com

Camilo Artiga-Purcell (SBN 273229)
**ACCELLION, INC.**
1510 Fashion Island Blvd, Suite 100
San Mateo, CA 94404
Tel: (415) 515-4724
camilo.purcell@kiteworks.com

*Attorneys for Defendant Accellion, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| IN RE ACCELLION, INC. DATA BREACH LITIGATION | Case No. 21-CV-01155-EJD<br><br>**STIPULATION AND [PROPOSED] JOINT CASE MANAGEMENT SCHEDULE**<br><br>Hon. Edward J. Davila |

**STIPULATION AND JOINT CASE MANAGEMENT SCHEDULE**

Pursuant to the Court's instructions at the February 13, 2026 Trial Setting Conference, Plaintiffs Karlina Chavez, Alvaro Galvis, Jamie McDole, Randy Moniz, Robert Olson Jr., Heather Rodriguez, and Kimberly Worrick (collectively "Plaintiffs") and Defendant Accellion, Inc. ("Accellion" and, collectively, the "Parties") hereby submit and stipulate to the following Proposed Joint Case Management Schedule:

| Scheduled Event | Current Deadline | Agreed Modified Date |
|---|---|---|
| Reply in Support of Plaintiffs' Motion to Modify Order on Class Certification ("Motion to Modify") | February 18, 2026 | N/A |
| Hearing on Motion to Modify | March 26, 2026 | N/A |
| Plaintiffs to file case schedule with exact dates pursuant to this stipulation | N/A | 2 court days after an Order on Motion to Modify |
| Opening Expert Reports on issues the party bears the burden of proof | 3/6/2026 | Ten court days after an Order on Motion to Modify |
| Rebuttal Expert Reports on issues the party does not bear the burden of proof | 4/20/2026 | 35 court days after Opening Expert Reports on issues the party bears the burden of proof |
| Close of Expert Discovery | 5/13/2026 | 20 court days after the Rebuttal Expert Reports on issues the party does not bear the burden of proof |
| Dispositive Motions and Daubert Motions | 5/20/2026 | 5 court days after Close of Expert Discovery |
| Opposition to Dispositive Motions and Daubert Motions | 7/2/2026 | 30 court days after Dispositive Motions |

1

| Scheduled Event | Current Deadline | Agreed Modified Date |
|---|---|---|
| Replies in Support of Dispositive Motions and Daubert Motions | 8/6/2026 | 30 court days after Opposition to Dispositive Motions |
| Hearing on Dispositive Motions and Daubert Motions | N/A | At the convenience of the Court |

**IT IS SO STIPULATED.**

Dated: March 25, 2026                                   Respectfully submitted,


*/s/ Adam E. Polk*
Adam E. Polk (SBN 273000)
Kyle P. Quackenbush (SBN 322401)
Samhita Collur (SBN 348448)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Tel: (415) 981-4800
apolk@girardsharp.com
kquackenbush@girardsharp.com
scollur@girardsharp.com

Krysta K. Pachman (SBN 280951)
Michael Gervais (SBN 330731)
Steven G. Sklaver (SBN 237612)
**SUSMAN GODFREY LLP**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-6029
Tel: (310) 789-3100
kpachman@susmangodfrey.com
mgervais@susmangodfrey.com
ssklaver@susmangodfrey.com

Kevin R. Downs (SBN 331993)
**SUSMAN GODFREY LLP**
1000 Louisiana, Suite 5100
Houston, TX 77002
Tel: (713) 651-9366
kdowns@susmangodfrey.com

*Co-Lead Class Counsel*

2

STIPULATION AND [PROPOSED] JOINT CASE MANAGEMENT SCHEDULE
CASE NO. 21-CV-01155-EDJ

Dated: March 25, 2026

Respectfully submitted,

*/s/ Fred Norton*
Fred Norton (SBN 224725)
Bree Hann (SBN 215695)
Gil Walton (SBN 324133)
Rebecca Kutlow (SBN 333944)
Heather Bates (SBN 337703)
Emily Kirk (SBN 348547)
**THE NORTON LAW FIRM PC**
300 Frank H. Ogawa Plaza Third, Suite 450
Oakland, CA 94612
Tel: (510) 906-4900
fnorton@nortonlaw.com
bhann@nortonlaw.com
gwalton@nortonlaw.com
rkutlow@nortonlaw.com
hbates@nortonlaw.com
ekirk@nortonlaw.com

Camilo Artiga-Purcell
**ACCELLION, INC.**
1510 Fashion Island Blvd, Suite 100
San Mateo, CA 94404
Tel: (415) 515-4724

*Attorneys for Defendant Accellion, Inc.*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____March 25, 2026_____

Hon. Edward J. Davila
United States District Judge

3

STIPULATION AND [PROPOSED] JOINT CASE MANAGEMENT SCHEDULE
CASE NO. 21-CV-01155-EDJ

**ATTORNEY ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I, Adam E. Polk, attest that the consent in the filing of this document has been obtained from any signatories indicated by an electronic signature ("/s/") within this e-filed document. I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

/s/ Adam E Polk
Adam E. Polk

4

STIPULATION AND [PROPOSED] JOINT CASE MANAGEMENT SCHEDULE
CASE NO. 21-CV-01155-EDJ