UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

|  |  |
|---|---|
| IN RE ACCELLION, INC. DATA BREACH LITIGATION | Case No: 21-cv-01155-EJD<br><br>**ORDER DENYING PLAINTIFFS' MOTION TO COMPEL ACCELLION TO PRODUCE DOCUMENTS RELATING TO ACCELLION'S FINANCIAL CONDITION**<br><br>**DKT. 423**<br><br>Hon. Susan van Keulen |

The Court, having considered the Joint Statement Re: Plaintiffs' Motion to Compel Accellion to Produce Documents Relating to Accellion's Financial Condition, **DENIES** Plaintiffs' Motion as untimely.  Civil L.R. 37-3.  Both Parties acknowledge that they reached an impasse on production of the subject documents over two years ago, in February of 2024.  *Compare* Dkt. 423 at 4 (Plaintiffs) *with id.* at 7 (Defendant).  The deadline to address that impasse was more than one year ago, on March 20, 2025.  Civil L.R. 37-3.  Plaintiffs' reasoning that they did not address the impasse for more than two years because they thought there was an agreement to defer production is not persuasive.  Plaintiffs' own excerpts from relevant correspondence demonstrates that any such "agreement" was only one-sided.  *Id*. at 4.  None of Plaintiffs' other arguments, including that their unilateral deferral "served sound policy," satisfy the requirement of Local Rule 37-3 that there be good cause for an exception to the deadline to bring this motion.

**SO ORDERED.**

Dated:   June 24, 2026

_____
Susan van Keulen
United States Magistrate Judge

1

ORDER DENYING PLAINTIFFS' MOTION TO COMPEL ACCELLION TO PRODUCE DOCUMENTS
RELATING TO ACCELLION'S FINANCIAL CONDITION
Case No:  21-cv-01155-EJD