Adam E. Polk (SBN 273000)
Kyle P. Quackenbush (SBN 322401)
Samhita Collur (SBN 348448)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Tel: (415) 981-4800
Fax: (415) 981-4846
apolk@girardsharp.com
kquackenbush@girardsharp.com
scollur@girardsharp.com

Krysta K. Pachman (SBN 280951)
Michael Gervais (SBN 330731)
Steven G. Sklaver (SBN 237612)
**SUSMAN GODFREY L.L.P.**
1900 Avenue of the Stars, Suite 1400
Los Angeles, California 90067-6029
Tel: (310) 789-3100
Fax: (310) 789-3150
kpachman@susmangodfrey.com
mgervais@susmangodfrey.com
ssklaver@susmangodfrey.com

*Co-Lead Class Counsel*

Fred Norton (SBN 224725)
Bree Hann (SBN 215695)
Gil Walton (SBN 324133)
Rebecca Kutlow (SBN 333944)
Heather Bates (SBN 337703)
Emily Kirk (SBN 348547)
**THE NORTON LAW FIRM PC**
300 Frank H. Ogawa Plaza Third, Suite 450
Oakland, CA 94612
Tel: (510) 906-4900
fnorton@nortonlaw.com
bhann@nortonlaw.com
gwalton@nortonlaw.com
rkutlow@nortonlaw.com
hbates@nortonlaw.com
ekirk@nortonlaw.com

Camilo Artiga-Purcell (SBN 273229)
**ACCELLION, INC.**
1510 Fashion Island Blvd, Suite 100
San Mateo, CA 94404
Tel: (415) 515-4724
camilo.purcell@kiteworks.com

*Attorneys for Defendant Accellion, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| IN RE ACCELLION, INC. DATA BREACH LITIGATION | Case No. 21-CV-01155-EJD <br><br> **STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO FILE CASE SCHEDULE** <br><br> Hon. Edward J. Davila |

**STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO FILE CASE SCHEDULE**

Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiffs Karlina Chavez, Alvaro Galvis, Jamie McDole, Randy Moniz, Robert Olson Jr., Heather Rodriguez, and Kimberly Worrick (collectively "Plaintiffs") and Defendant Accellion, Inc. ("Accellion" and, collectively, the "Parties") hereby stipulate as follows:

WHEREAS, on March 25, 2026, the Parties filed their Stipulation and [Proposed] Joint Case Management Schedule (ECF No. 420), which the Court approved the same day and which provides that Plaintiffs will file a case schedule with exact dates within two court days after an Order on Plaintiffs' Motion to Modify Order on Class Certification;

WHEREAS, on July 8, 2026, the Court entered its Order Denying Motion to Modify Order on Class Certification (ECF No. 425);

WHEREAS, Plaintiffs' deadline to file a case schedule with exact dates is accordingly July 10, 2026;

WHEREAS, the Parties are conferring regarding the remaining pretrial and trial schedule and require a brief additional period to propose exact dates to the Court;

WHEREAS, the requested extension will not affect any other deadline in this matter;

NOW, THEREFORE, the Parties hereby stipulate and agree, subject to the Court's approval, that the deadline for Plaintiffs to file a case schedule with exact dates is extended by one week, from July 10, 2026 to July 17, 2026.

**IT IS SO STIPULATED.**

Dated: July 10, 2026                         Respectfully submitted,

                                             */s/ Kyle P. Quackenbush*
                                             Adam E. Polk (SBN 273000)
                                             Kyle P. Quackenbush (SBN 322401)
                                             Samhita Collur (SBN 348448)
                                             **GIRARD SHARP LLP**
                                             601 California Street, Suite 1400
                                             San Francisco, CA 94108

1

Tel: (415) 981-4800
apolk@girardsharp.com
kquackenbush@girardsharp.com
scollur@girardsharp.com

Krysta K. Pachman (SBN 280951)
Michael Gervais (SBN 330731)
Steven G. Sklaver (SBN 237612)
**SUSMAN GODFREY LLP**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-6029
Tel: (310) 789-3100
kpachman@susmangodfrey.com
mgervais@susmangodfrey.com
ssklaver@susmangodfrey.com

*Co-Lead Class Counsel*

Dated: July 10, 2026                    Respectfully submitted,


 /s/ Fred Norton
Fred Norton (SBN 224725)
Bree Hann (SBN 215695)
Gil Walton (SBN 324133)
Rebecca Kutlow (SBN 333944)
Heather Bates (SBN 337703)
Emily Kirk (SBN 348547)
**THE NORTON LAW FIRM PC**
300 Frank H. Ogawa Plaza Third, Suite 450
Oakland, CA 94612
Tel: (510) 906-4900
fnorton@nortonlaw.com
bhann@nortonlaw.com
gwalton@nortonlaw.com
rkutlow@nortonlaw.com
hbates@nortonlaw.com
ekirk@nortonlaw.com

Camilo Artiga-Purcell
**ACCELLION, INC.**
1510 Fashion Island Blvd, Suite 100
San Mateo, CA 94404
Tel: (415) 515-4724

*Attorneys for Defendant Accellion, Inc.*

2

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  July 13, 2026

_____
Hon. Edward J. Davila
United States District Judge

3

**ATTORNEY ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I, Kyle P. Quackenbush, attest that the consent in the filing of this document has been obtained from any signatories indicated by an electronic signature ("/s/") within this e-filed document. I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

/s/ Kyle P. Quackenbush
Kyle P. Quackenbush

4

STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO FILE CASE SCHEDULE
CASE NO. 21-CV-01155-EDJ