United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE ACCELLION, INC. DATA BREACH LITIGATION | Case No. 5:21-CV-01155 EJD<br><br>**ORDER OF REFERENCE TO MAGISTRATE JUDGE FOR SETTLEMENT** |
| --- | --- |

Pursuant to Civil Local Rule 72-1, this matter is referred to United States Magistrate Judge Susan van Keulen to conduct a settlement conference by December 31, 2026, or as soon as is convenient for the assigned Magistrate Judge.

The Parties are Ordered to contact the assigned Magistrate Judge no later than July 22, 2026, to schedule a settlement conference.

**IT IS SO ORDERED.**

Dated: July 17, 2026

_____
EDWARD J. DAVILA
United States District Judge

*Rev. 10-18*