Adam E. Polk (SBN 273000)
Kyle P. Quackenbush (SBN 322401)
Samhita Collur (SBN 348448)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Tel: (415) 981-4800
Fax: (415) 981-4846
apolk@girardsharp.com
kquackenbush@girardsharp.com
scollur@girardsharp.com

Krysta K. Pachman (SBN 280951)
Michael Gervais (SBN 330731)
Steven G. Sklaver (SBN 237612)
Jo Un Eom (SBN 347254)
**SUSMAN GODFREY L.L.P.**
1900 Avenue of the Stars, Suite 1400
Los Angeles, California 90067-6029
Tel: (310) 789-3100
Fax: (310) 789-3150
kpachman@susmangodfrey.com
mgervais@susmangodfrey.com
ssklaver@susmangodfrey.com
jeom@susmangodfrey.com

*Co-Lead Class Counsel*

Fred Norton (SBN 224725)
Bree Hann (SBN 215695)
Gil Walton (SBN 324133)
Rebecca Kutlow (SBN 333944)
Heather Bates (SBN 337703)
**THE NORTON LAW FIRM PC**
300 Frank H. Ogawa Plaza Third, Suite 450
Oakland, CA 94612
Tel: (510) 906-4900
fnorton@nortonlaw.com
bhann@nortonlaw.com
gwalton@nortonlaw.com
rkutlow@nortonlaw.com
hbates@nortonlaw.com

Camilo Artiga-Purcell (SBN 273229)
**ACCELLION, INC.**
1510 Fashion Island Blvd, Suite 100
San Mateo, CA 94404
Tel: (415) 515-4724
camilo.purcell@kiteworks.com

*Attorneys for Defendant Accellion, Inc.*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| **IN RE ACCELLION, INC. DATA BREACH LITIGATION** | Case No. 5:21-cv-01155-EJD<br><br>**STIPULATION AND [PROPOSED] ORDER STAYING CASE DEADLINES PENDING SETTLEMENT CONFERENCE**<br><br>Hon. Edward J. Davila |

Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiffs Karlina Chavez, Alvaro Galvis, Jamie McDole, Randy Moniz, Robert Olson Jr., Heather Rodriguez, and Kimberly Worrick (collectively "Plaintiffs") and Defendant Accellion, Inc. ("Accellion" and, collectively with Plaintiffs, the "Parties") hereby stipulate as follows:

WHEREAS, on September 30, 2025, the Court granted in part and denied in part Plaintiffs' motion for class certification, certifying customer-specific subclasses limited to the disclosure of private information theory of injury and nominal damages (Dkt. No. 391);

WHEREAS, on January 9, 2026, Plaintiffs filed their Motion to Modify Order on Class Certification, which sought to modify the class certification order to permit the certified subclasses to pursue damages for the cost of identity protection services for class members whose Social Security numbers were exposed in the data breach (Dkt. No. 401);

WHEREAS, on March 25, 2026, the Court entered the Parties' Stipulation and [Proposed] Joint Case Management Schedule (Dkt. No. 420), which provides that Plaintiffs will file a case schedule with exact dates within two court days after an Order on Plaintiffs' Motion to Modify Order on Class Certification;

WHEREAS, on June 24, 2026, Magistrate Judge Susan van Keulen entered an Order denying Plaintiffs' motion to compel Accellion to produce documents relating to Accellion's financial condition, which Plaintiffs sought in support of a claim for punitive damages (Dkt. No. 424);

WHEREAS, on July 8, 2026, the Court entered its Order Denying Motion to Modify Order on Class Certification, leaving the certified subclasses limited to nominal damages (Dkt. No. 425);

WHEREAS, on July 13, 2026, the Court entered the Parties' Stipulation and [Proposed] Order Extending Deadline to File Case Schedule (Dkt. No. 427), extending Plaintiffs' deadline to file a case schedule with exact dates to July 17, 2026;

WHEREAS, on July 16, 2026, the Parties met and conferred regarding the remaining schedule in this matter and the potential for resolution of this action, and jointly requested, by email to the Court's Courtroom Deputy, that the Court enter an order referring this matter to Magistrate Judge Susan van Keulen for a settlement conference;

WHEREAS, on July 16, 2026, the Court's Courtroom Deputy advised the Parties by email that a formal filed request is not needed and that the Court will issue an order referring this matter to Magistrate Judge Susan van Keulen for a settlement conference;

WHEREAS, by this stipulation, the Parties jointly request that all case-related deadlines be stayed pending the settlement conference, to allow the Parties to focus their efforts and resources on the potential resolution of this action;

WHEREAS, Accellion intends to file a motion to decertify the classes while the stay is pending, and the Parties agree that Accellion may file that motion notwithstanding the stay, with all deadlines to respond to the motion to be set as provided below;

WHEREAS, the Parties have agreed that, within seven days of the settlement conference, they will meet and confer and either (a) inform the Court that the settlement conference was successful, or (b) submit a proposed case schedule governing the remaining deadlines in this case, including the deadlines for briefing on Accellion's motion to decertify;

NOW, THEREFORE, the Parties hereby stipulate and agree, subject to the Court's approval, as follows:

1.      All case-related deadlines shall be stayed pending the settlement conference, provided that Accellion may file its motion to decertify the classes while the stay is pending, with the deadlines for briefing on that motion to be set as provided in Paragraph 2 below; and

2.      Within seven days of the settlement conference, the Parties shall meet and confer and shall either (a) inform the Court that the settlement conference was successful, or (b) submit a proposed case schedule governing the remaining deadlines in this case, including the deadlines for briefing on Accellion's motion to decertify.

**IT IS SO STIPULATED.**

Dated: July 17, 2026                          Respectfully submitted,

                                              */s/ Adam E. Polk*
                                              Adam E. Polk (SBN 273000)

STIPULATION AND [PROPOSED] ORDER STAYING CASE DEADLINES PENDING SETTLEMENT CONFERENCE
— CASE NO. 5:21-cv-01155-EJD
2

Kyle P. Quackenbush (SBN 322401)
Samhita Collur (SBN 348448)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Tel: (415) 981-4800
apolk@girardsharp.com
kquackenbush@girardsharp.com
scollur@girardsharp.com

Krysta K. Pachman (SBN 280951)
Michael Gervais (SBN 330731)
Steven G. Sklaver (SBN 237612)
Jo Un Eom (SBN 347254)
**SUSMAN GODFREY L.L.P.**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-6029
Tel: (310) 789-3100
kpachman@susmangodfrey.com
mgervais@susmangodfrey.com
ssklaver@susmangodfrey.com
jeom@susmangodfrey.com

*Co-Lead Class Counsel*

Dated: July 17, 2026                Respectfully submitted,

*/s/ Bree Hann*
Bree Hann (SBN 215695)
Fred Norton (SBN 224725)
Gil Walton (SBN 324133)
Rebecca Kutlow (SBN 333944)
Heather Bates (SBN 337703)
**THE NORTON LAW FIRM PC**
300 Frank H. Ogawa Plaza Third, Suite 450
Oakland, CA 94612
Tel: (510) 906-4900
bhann@nortonlaw.com
fnorton@nortonlaw.com
gwalton@nortonlaw.com
rkutlow@nortonlaw.com
hbates@nortonlaw.com

Camilo Artiga-Purcell (SBN 273229)
**ACCELLION, INC.**
1510 Fashion Island Blvd, Suite 100
San Mateo, CA 94404

STIPULATION AND [PROPOSED] ORDER STAYING CASE DEADLINES PENDING SETTLEMENT CONFERENCE
— CASE NO. 5:21-cv-01155-EJD
3

Tel: (415) 515-4724
camilo.purcell@kiteworks.com

*Attorneys for Defendant Accellion, Inc.*

**ATTORNEY ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I, Adam E. Polk, attest that concurrence in the filing of this document has been obtained from each of the other signatories indicated by a conformed signature ("/s/") within this e-filed document. I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

*/s/ Adam E. Polk*
Adam E. Polk

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____

_____
Hon. Edward J. Davila
United States District Judge

STIPULATION AND [PROPOSED] ORDER STAYING CASE DEADLINES PENDING SETTLEMENT CONFERENCE — CASE NO. 5:21-cv-01155-EJD
4